IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, and Joshua First, | : | |
| Plaintiffs | : | Judge Kane |
| v. | : | |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
| Defendants | : | Jury Trial Demanded |

## Order

This Court dismisses the claims arising under the U.S. Constitution, and remands the remaining state law claims.

By the Court:

_____
Judge Yvette Kane