IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, and Joshua First, | : | |
| Plaintiffs | : | Judge Kane |
| v. | : | |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
| Defendants | : | Jury Trial Demanded |

## Certificate of Non-Concurrence

I certify that Plaintiffs oppose this motion.

Respectfully submitted,

Lavery Faherty

*/s/Joshua M. Autry*
Joshua M. Autry, Esquire
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
Pennsylvania Bar No. 208459
jautry@laverylaw.com
Attorney for City of Harrisburg,
Mayor Papenfuse, and Chief Carter

Dated: February 20, 2015