**Exhibit A**

HBG

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
### CIVIL DOCKET FOR CASE #: 1:15-cv-00322-YK

Firearm Owners Against Crime et al v. City of Harrisburg et al

Assigned to: Honorable Yvette Kane

Case in other court: Dauphin County Court of Common Pleas, 2015-CV-354

Cause: 42:1983 Civil Rights Act

Date Filed: 02/13/2015

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**Firearm Owners Against Crime**          represented by     **Joshua G. Prince**
Prince Law Offices PC
646 Lenape Road
Bectelsville, PA 19505
610-845-3803
Email: joshua@princelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Kim Stolfer**          represented by     **Joshua G. Prince**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Joshua First**          represented by     **Joshua G. Prince**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**City of Harrisburg**          represented by     **Frank J. Lavery , Jr.**
Lavery Faherty
P.O. Box 1245
225 Market Street
Suite 304

Harrisburg, PA 17108-1245
717-233-6633
Fax: 17172337003
Email: flavery@laverylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M. Autry**
Lavery Faherty
225 Market Street
Suite 304
Harrisburg, PA 17101
717-233-6633
Fax: 717-2337003
Email: jautry@laverylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Mayor Eric Papenfuse**               represented by   **Frank J. Lavery , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M. Autry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Police Chief Thomas Carter**         represented by   **Frank J. Lavery , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M. Autry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2015 | 1 | NOTICE OF REMOVAL by Eric Papenfuse, Thomas Carter, City of Harrisburg from Dauphin County Court of Common Pleas, case number 2015. (Filing fee $ |

400 receipt number -CV-354) filed by Eric Papenfuse, Thomas Carter, City of Harrisburg. (Attachments: # 1 Exhibit(s), # 2 Civil Cover Sheet)(pjr) (Entered: 02/13/2015)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/20/2015 09:28:40 | | | |
| **PACER Login:** | pr2639:3247884:0 | **Client Code:** | 34862 |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cv-00322-YK |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |