IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST, | : : : | Jury Trial Demanded |
| Plaintiffs | : : | |
| v. | : : | Judge Yvette Kane |
| CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE, and POLICE CHIEF THOMAS CARTER, | : : : : | Docket No. 1:15-cv-322-YK |
| Defendants | : | |

### CERTIFICATION OF OPPOSITION

I certify that Defendants oppose the remand of the entire matter to the Dauphin County Court of Common Pleas.

Respectfully Submitted,

*[signature: Joshua Prince]*

Joshua Prince, Esq.
PA Attorney Id. No. 306521
*Attorney for Plaintiffs*
PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 (t)
(610) 845-3903 (f)
Joshua@PrinceLaw.com