**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVNIA**

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST,** | : : : | **Jury Trial Demanded** |
| Plaintiffs | : : | |
| v. | : : | **Judge Yvette Kane** |
| **CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE, and POLICE CHIEF THOMAS CARTER,** | : : : : | **Docket No. 1:15-cv-322-YK** |
| Defendants | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2015, after reviewing Plaintiffs' Motion to Remand or Alternatively, to Sever and Remand State Law Claims and Hold Federal Claims in Abeyance, supporting memorandum, and any responses thereto, this Court hereby **GRANTS** Plaintiffs' Motion to Remand. It is therefore **ORDERED** that this Court relinquishes jurisdiction and remands the case, in its entirety, to the Court of Common Pleas of Dauphin County, Pennsylvania.

BY THE COURT:

_____
The Honorable Yvette Kane