**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVNIA**

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST,** | : : : | **Jury Trial Demanded** |
| Plaintiffs | : : | |
| v. | : : | **Judge Yvette Kane** |
| **CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE, and POLICE CHIEF THOMAS CARTER,** | : : : : | **Docket No. 1:15-cv-322-YK** |
| Defendants | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2015, after reviewing Plaintiffs' Motion to Remand or Alternatively, to Sever and Remand State Law Claims and Hold Federal Claims in Abeyance, supporting memorandum, and any responses thereto, this Court hereby **GRANTS** Plaintiffs' Motion to Sever the State Law Claims and Hold Federal Claims in Abeyance.  It is therefore **ORDERED** that the following counts shall be remanded to the Court of Common Pleas of Dauphin County:

Counts I – IV;

Counts VII – X;

Counts XIII – XX; and

Counts XXIII – XXVII.

**IT IS FURTHER ORDERED** that the remaining federal constitutional issues shall be held in abeyance by this Court until such time as a final order on the merits of all

state law claims is filed in the courts of the Commonwealth of Pennsylvania

BY THE COURT:

_____
The Honorable Yevette Kane