IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| **FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST,** : <br> Plaintiffs : <br> : <br> v. : <br> : <br> **CITY OF HARRISBURG,** : <br> **MAYOR ERIC PAPENFUSE,** : <br> **and POLICE CHIEF THOMAS** : <br> **CARTER,** : <br> Defendants : | **Jury Trial Demanded** <br><br> **Judge Yvette Kane** <br><br> **Docket No. 1:15-cv-322-YK** |

### CERTIFICATE OF SERVICE

I, Joshua Prince, Esq., hereby certify that on February 23, 2015, I served a true and correct copy of Plaintiffs' *Motion to Remand or Alternatively, to Sever and Remand State Law Claims and Hold Federal Claims in Abeyance* and supporting memorandum on the following parties via this Courts electronic filing system:

Frank J. Lavery, Esq.
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245

                                                       Respectfully Submitted,

                                                       Joshua Prince, Esq.
                                                       PA Attorney Id. No. 306521
                                                       *Attorney for Plaintiffs*
                                                       PRINCE LAW OFFICES, P.C.
                                                       646 Lenape Road
                                                       Bechtelsville, PA 19505
                                                       (610) 845-3803 (t)
                                                       (610) 845-3903 (f)
                                                       Joshua@PrinceLaw.com