IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, and Joshua First, | : | |
| Plaintiffs | : | Judge Kane |
| v. | : | |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
| Defendants | : | Jury Trial Demanded |

## Notice of Constitutional Challenge to Pennsylvania Act 192 of 2014

The City of Harrisburg, Mayor Papenfuse, and Chief Carter hereby notify this Court and the Attorney General for Pennsylvania that of a challenge to Act 192 of 2014 as in violation of the Pennsylvania Constitution. The question is raised in the attached Motion to Dismiss Federal Claims and to Stay or Remand State Claims.

This Notice and the referenced Motion are served on the Attorney General by certified mail. "The court must, under 28 U.S.C. §2403, certify to the appropriate attorney general that a statute has been questioned." FRCP 5.1(b). Rule 5.1(c) further provides:

> Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier. Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional.

        Respectfully submitted,

        Lavery Faherty

        */s/ Joshua M. Autry*
        Frank J. Lavery, Esquire
        Pennsylvania Bar No. 42370
        Joshua M. Autry, Esquire
        Pennsylvania Bar No. 208459
        225 Market Street, Suite 304
        P.O. Box 1245, Harrisburg, PA 17108-1245
        (717) 233-6633 (phone)
        (717) 233-7003 (fax)
        flavery@laverylaw.com
        jautry@laverylaw.com
        Attorneys for City of Harrisburg, Mayor
        Papenfuse, and Chief Carter

Dated: February 27, 2015

## **Certificate of Service**

I certify that on February 27, 2015, I served a true and correct copy of this filing via the ECF System to the following:

Joshua Prince, Esquire
joshua@princelaw.com

I also served this filing by certified mail to:

Pennsylvania Office of Attorney General
Strawberry Square
320 Market Street
Harrisburg, PA  17101

>*/s/ Aimee L. Paukovits*
>Aimee L. Paukovits
>Legal Secretary to Frank Lavery, Esquire

*This document has also been electronically filed and is available for viewing and downloading from the ECF system.*