# Exhibit A

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CIVIL DOCKET FOR CASE #: 1:15-cv-00322-YK

| | |
|---|---|
| Firearm Owners Against Crime et al v. City of Harrisburg et al | Date Filed: 02/13/2015 |
| Assigned to: Honorable Yvette Kane | Jury Demand: Plaintiff |
| Case in other court: Dauphin County Court of Common Pleas, 2015-CV-354 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Firearm Owners Against Crime**  represented by  **Joshua G. Prince**
Prince Law Offices PC
646 Lenape Road
Bectelsville, PA 19505
610-845-3803
Email: joshua@princelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Stolfer**  represented by  **Joshua G. Prince**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua First**  represented by  **Joshua G. Prince**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Harrisburg**  represented by  **Frank J. Lavery , Jr.**
Lavery Faherty
P.O. Box 1245
225 Market Street
Suite 304

        Harrisburg, PA 17108-1245
717-233-6633
Fax: 17172337003
Email: flavery@laverylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M. Autry**
Lavery Faherty
225 Market Street
Suite 304
Harrisburg, PA 17101
717-233-6633
Fax: 717-2337003
Email: jautry@laverylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mayor Eric Papenfuse**    represented by  **Frank J. Lavery , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M. Autry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Police Chief Thomas Carter**    represented by  **Frank J. Lavery , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M. Autry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2015 | 1 | NOTICE OF REMOVAL by Eric Papenfuse, Thomas Carter, City of Harrisburg from Dauphin County Court of Common Pleas, case number 2015. (Filing fee $ |

|  | 400 receipt number -CV-354) filed by Eric Papenfuse, Thomas Carter, City of Harrisburg. (Attachments: # 1 Exhibit(s), # 2 Civil Cover Sheet)(pjr) (Entered: 02/13/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/20/2015 09:28:40 | | | |
| **PACER Login:** | pr2639:3247884:0 | **Client Code:** | 34862 |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cv-00322-YK |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |