# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST,** | : : : | **Jury Trial Demanded** |
| Plaintiffs | : : | |
| v. | : : | **Judge Yvette Kane** |
| **CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE, and POLICE CHIEF THOMAS CARTER,** | : : : : | **Docket No. 1:15-cv-322-YK** |
| Defendants | : | |

## ENTRY OF DEFAULT

It appearing that the Complaint was originally served on the Defendants City of Harrisburg, Mayor Eric Papenfuse and Police Chief Thomas Carter on January 20, 2015; removed by Defendants from the Dauphin County Court of Common Pleas to this Court on February 13, 2015; and no answer or other cognizable pleading has been filed by the Defendants as required by law;

Therefore, upon request of Plaintiffs, default is hereby entered against the Defendants, City of Harrisburg, Mayor Eric Papenfuse and Police Chief Thomas Carter, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Maria E. Elkins, CLERK

By _____
      Deputy Clerk