**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVNIA**

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST,** | : : : | **Jury Trial Demanded** |
| Plaintiffs | : : | |
| v. | : : | **Judge Yvette Kane** |
| **CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE, and POLICE CHIEF THOMAS CARTER,** | : : : : | **Docket No. 1:15-cv-322-YK** |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Joshua Prince, Esq., hereby certify that on March 2, 2015, I served a true and correct copy of Plaintiffs' *Proposed Order for Entry of Default* on the following parties via this Courts electronic filing system:

Frank J. Lavery, Esq.
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245

    Respectfully Submitted,

    */s/ Joshua Prince*
    Joshua Prince, Esq.
    PA Attorney Id. No. 306521
    *Attorney for Plaintiffs*
    PRINCE LAW OFFICES, P.C.
    646 Lenape Road
    Bechtelsville, PA 19505
    (610) 845-3803 (t)
    (610) 845-3903 (f)
    Joshua@PrinceLaw.com