# EXHIBIT 1

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

NATIONAL RIFLE ASSOCIATION,       :
                Plaintiff      :

vs.                           :         No. CI-15-00246
                           :

CITY OF LANCASTER,            :
J. RICHARD GRAY,              :
LANCASTER CITY COUNCIL,     :
                Defendants   :

## ORDER

AND NOW, this 1ᵗʰ day of February, 2015, the Court vacates the order of

February 18, 2015 as inadvertently filed.  The Defendants Motion for Stay is DENIED.[1]

BY THE COURT:

JOSEPH C. MADENSPACHER
JUDGE

ATTESTED:

Copies to:  Neil L. Albert, Esquire —
          Jonathan S. Goldstein, Esquire —

NOTICE OF ENTRY OF ORDER OR DECREE
PURSUANT TO PA. R.C.P. NO. 236
NOTIFICATION - THE ATTACHED DOCUMENT
HAS BEEN FILED IN THIS CASE
PROTHONOTARY OF LANCASTER CO., PA
DATE: 2-19-15

---

[1] Counsel for Plaintiff and Defendant participated in a telephonic conference in the late afternoon of February 13, 2015.  They were informed at that time that the stay was being denied.