# EXHIBIT 2

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION, | CIVIL DIVISION |
| Plaintiff, | |
| | No. G.D. 15-000715 |
| vs. | Code: |
| CITY OF PITTSBURGH, WILLIAM PEDUTO, and PITTSBURGH CITY COUNCIL, | |
| Defendants. | |

ORDER

AND Now, to wit, this 2nd day of March 2015, upon consideration of the Defendants Motion to Stay Proceedings, it is hereby ORDERED, ADJUDGED and DECREED, the motion is granted and this matter shall be stayed until such time as the Commonwealth Court issues its decision in *Leach v. Comm.*, No. 585 MD 2014 (Pa. Commw.), on the constitutionality of Act 192. At that time, the parties may file a Motion with this Court to lift this stay.

By the Court,

Friedman, J.