## **Exhibit List**

1. Complaint

2. Returns of Service

3. Entries of Appearance

4. Praecipe to Substitute Verifications

5. Notice of Removal

6. Transfer Notice

7. 10 Day Notices

8. Defendants' Motion to Strike 10 Day Notices

9. Praecipe for Default

10. Default Judgment

11. Scheduling Order