# Office of the Sheriff



Shelley Ruhl
*Real Estate Deputy*

Matthew L. Owens
*Solicitor*

Jack Duignan
*Chief Deputy*

Michael W. Rinehart
*Assistant Chief Deputy*

Dauphin County
101 Market Street
Harrisburg, Pennsylvania 17101-2079
ph: (717) 780-6590 fax: (717) 255-2889

Jack Lotwick
*Sheriff*

| | | |
|---|---|---|
| **Commonwealth of Pennsylvania** | : | FIREARM OWNERS AGAINST CRIME, KIM STOLFER, JOSHUA FIRST & HOWARD BULLOCK |
| | | VS |
| **County of Dauphin** | : | CITY OF HARRISBURG |

Sheriff's Return
No. 2015-CV-00354-EQ

And now: JANUARY 20, 2015 at 9:15:00 AM served the within COMPLAINT upon POLICE CHIEF THOMAS CARTER by personally handing to MICHAEL BROWNSWEIGER 1 true attested copy of the original COMPLAINT and making known to him/her the contents thereof at CITY GOVERNMENT CENTER
10 NORTH SECOND STREET HBG PA 17101

PARA-LEGAL WHO ACCEPTED AS ADULT PERSON IN CHARGE FOR THE DEFENDANT, POLICE CHIEF THOMAS CARTER AT TIME OF SERVICE.

So Answers,

*[signature]*

Sheriff of Dauphin County, Pa.

Deputy: JOSHUA FRUHWIRTH
Plaintiff: FIREARM OWNERS AGAINST CRIME, KIM STOLFER, JOSHUA FIRST & HOWARD BULLOCK
Sheriff's Costs: $92 1/16/2015
Out Of County Cost:

*[stamp: 2015 JAN 23 AM 11:04 DAUPHIN COUNTY PENNA]*

# Office of the Sheriff



Shelley Ruhl
Real Estate Deputy

Matthew L. Owens
Solicitor

Jack Duignan
Chief Deputy

Michael W. Rinehart
Assistant Chief Deputy

Dauphin County
101 Market Street
Harrisburg, Pennsylvania 17101-2079
ph: (717) 780-6590 fax: (717) 255-2889

Jack Lotwick
Sheriff

| | | |
|---|---|---|
| **Commonwealth of Pennsylvania** | : | FIREARM OWNERS AGAINST CRIME, KIM STOLFER, JOSHUA FIRST & HOWARD BULLOCK |
| | | VS |
| **County of Dauphin** | : | CITY OF HARRISBURG |

Sheriff's Return
No. 2015-CV-00354-EQ

And now: JANUARY 20, 2015 at 9:15:00 AM served the within COMPLAINT upon CITY OF HARRISBURG by personally handing to MICHAEL BROWNSWEIGER 1 true attested copy of the original COMPLAINT and making known to him/her the contents thereof at CITY GOVERNMENT CENTER
10 NORTH SECOND STREET HBG PA 17101

PARA-LEGAL WHO ACCEPTED AS ADULT PERSON IN CHARGE FOR THE DEFENDANT, CITY OF HARRISBURG AT TIME OF SERVICE.

So Answers,

*/s/ J R Lotwick*

Sheriff of Dauphin County, Pa.

Deputy: JOSHUA FRUHWIRTH
Plaintiff: FIREARM OWNERS AGAINST CRIME, KIM STOLFER, JOSHUA FIRST & HOWARD BULLOCK
Sheriff's Costs: $92  1/16/2015
Out Of County Cost:

# Office of the Sheriff



Shelley Ruhl
Real Estate Deputy

Matthew L. Owens
Solicitor

Jack Duignan
Chief Deputy

Michael W. Rinehart
Assistant Chief Deputy

Dauphin County
101 Market Street
Harrisburg, Pennsylvania 17101-2079
ph: (717) 780-6590 fax: (717) 255-2889

Jack Lotwick
Sheriff

| | | |
|---|---|---|
| **Commonwealth of Pennsylvania** | : | FIREARM OWNERS AGAINST CRIME, KIM STOLFER, JOSHUA FIRST & HOWARD BULLOCK |
| | | VS |
| **County of Dauphin** | : | CITY OF HARRISBURG |

Sheriff's Return
No. 2015-CV-00354-EQ

And now: JANUARY 20, 2015 at 9:15:00 AM served the within COMPLAINT upon MAYOR ERIC PAPENFUSE by personally handing to MICHAEL BROWNSWEIGER 1 true attested copy of the original COMPLAINT and making known to him/her the contents thereof at CITY GOVERNMENT CENTER

10 NORTH SECOND STREET HBG PA 17101

PARA-LEGAL WHO ACCEPTED AS ADULT PERSON IN CHARGE FOR THE DEFENDANT, MAYOR ERIC PAPENFUSE AT TIME OF SERVICE.

So Answers,

*/s/ J R Lotwick*

Sheriff of Dauphin County, Pa.

Deputy: JOSHUA FRUHWIRTH
Plaintiff: FIREARM OWNERS AGAINST CRIME, KIM STOLFER, JOSHUA FIRST & HOWARD BULLOCK
Sheriff's Costs: $92 1/16/2015
Out Of County Cost: