<9>



IN THE COURT OF COMMON PLEAS OF THE 12TH JUDICIAL DISTRICT
DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FIREARM OWNERS AGAINST CRIME; <br> KIM STOLFER; <br> JOSHUA FIRST; and <br>       Plaintiffs <br> v. <br> <br> CITY OF HARRISBURG; <br> MAYOR ERIC PAPENFUSE; and <br> POLICE CHIEF THOMAS CARTER <br>       Defendants | Jury Trial Demanded <br><br> Civil Action <br><br> Docket No. 2015-CV-354-EQ |

## ENTRY OF APPEARANCE

Please enter the appearance of Frank J. Lavery, Jr., Esquire on behalf of Defendants, The City of Harrisburg, Mayor Eric Papenfuse, and Police Chief Thomas Carter relative to the above-docketed matter.

Respectfully submitted,

Lavery Faherty

By: _____
(for) Frank J. Lavery, Jr., Esquire
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
Atty No. PA42370
flavery@laverylaw.com
Atty for Defendants

DATE: 1-28-15

CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Faherty, do hereby certify that on this 28th day of January, 2015, I served a true and correct copy of the foregoing Entry of Appearance via U.S. First Class mail, postage prepaid, addressed as follows:

Joshua Prince, Esquire
Prince Law Offices, P.C.
646 Lenape Rd.
Bechtelsville, PA  19505

                                           _/s/ Aimee L. Paukovits_
                                           Aimee L. Paukovits
                                           Legal Secretary to Frank J. Lavery, Jr., Esquire



IN THE COURT OF COMMON PLEAS OF THE 12TH JUDICIAL DISTRICT
DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FIREARM OWNERS AGAINST CRIME; <br> KIM STOLFER; <br> JOSHUA FIRST; and <br>      Plaintiffs <br> v. <br><br> CITY OF HARRISBURG; <br> MAYOR ERIC PAPENFUSE; and <br> POLICE CHIEF THOMAS CARTER <br>      Defendants | Jury Trial Demanded <br><br> Civil Action <br><br> Docket No. 2015-CV-354-EQ |

## ENTRY OF APPEARANCE

Please enter the appearance of Joshua M. Autry, Esquire on behalf of Defendants, The City of Harrisburg, Mayor Eric Papenfuse, and Police Chief Thomas Carter relative to the above-docketed matter.

Respectfully submitted,

Lavery Faherty

By: _____
(for) Joshua M. Autry, Esquire
225 Market Street, Suite 304
P.O. Box 1245
DATE: 1-28-15
Harrisburg, PA 17108-1245
(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
Atty No. PA208459
jautry@laverylaw.com
Atty for Defendants

CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Faherty, do hereby certify that on this 28th day of January, 2015, I served a true and correct copy of the foregoing Entry of Appearance via U.S. First Class mail, postage prepaid, addressed as follows:

Joshua Prince, Esquire
Prince Law Offices, P.C.
646 Lenape Rd.
Bechtelsville, PA 19505

_____
Aimee L. Paukovits
Legal Secretary to Joshua M. Autry, Esquire



IN THE COURT OF COMMON PLEAS OF THE 12TH JUDICIAL DISTRICT
DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FIREARM OWNERS AGAINST CRIME; : <br> KIM STOLFER; : <br> JOSHUA FIRST; and : <br>     Plaintiffs : <br>   v. : <br> : <br> CITY OF HARRISBURG; : <br> MAYOR ERIC PAPENFUSE; and : <br> POLICE CHIEF THOMAS CARTER : <br>     Defendants : | Jury Trial Demanded <br><br> Civil Action <br><br> Docket No. 2015-CV-354-EQ |

### ENTRY OF APPEARANCE

Please enter the appearance of Jessica S. Hosenpud, Esquire on behalf of Defendants, The City of Harrisburg, Mayor Eric Papenfuse, and Police Chief Thomas Carter relative to the above-docketed matter.

Respectfully submitted,

Lavery Faherty

By: _____
Jessica S. Hosenpud, Esquire
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
Atty No. PA307656
jhosenpud@laverylaw.com
Atty for Defendants

DATE: 1-28-15

2015 JAN 28 PM 4:00  DAUPHIN COUNTY PENNA

CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Faherty, do hereby certify that on this 28th day of January, 2015, I served a true and correct copy of the foregoing Entry of Appearance via U.S. First Class mail, postage prepaid, addressed as follows:

Joshua Prince, Esquire
Prince Law Offices, P.C.
646 Lenape Rd.
Bechtelsville, PA  19505

_____
Aimee L. Paukovits
Legal Secretary to Jessica S. Hosenpud, Esquire