# PROTHONOTARY

**Stephen E. Farina**
Prothonotary

Front & Market Streets
Harrisburg, PA 17101

(717) 780-6520

FILED
HARRISBURG, PA

FEB 2 0 2015



County of Dauphin

February 20, 2015

MARY E. D'ANDREA
Clerk of Middle District Court
Room 1060
228 Walnut St
Harrisburg Pa 17101

PLEASE
RECEIPT
AND RETURN

Re Firearm Owners Against Crime, etal Vs. City of Harrisburg, etal
NO. 2015 CV 354 EQ
Middle District NO. 1:15-CV-322

    Pursuant to the Petition for Removal of Civil Action Filed in this office on February 13, 2015 to the United States District Court for the Middle District of Pennsylvania.

    I am, accordingly, sending you all the original papers Herewith.

    I will appreciate the return of the attached receipt Addressed to the attention of Ms. Lisandra Garcia.

Very truly yours,

*Stephen E Farina*
Prothonotary