### IN THE COURT OF COMMON PLEAS OF
### DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FIREARM OWNERS AGAINST CRIME; KIM STOLFER; JOSHUA FIRST; AND HOWARD BULLOCK<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF HARRISBURG; MAYOR ERIC PAPENFUSE; AND POLICE CHIEF THOMAS CARTER<br>　　　　　　　Defendants. | Jury Trial Demanded<br><br><br><br><br>Civil Action<br><br><br><br><br>Docket No. 2015-CV-354-EQ |

To: City of Harrisburg, Mayor Eric Papenfuse, and Police Chief Thomas Carter, Defendants

　　　You are hereby notified that on ____MAR 03 2015____, 2015, the following Judgment has been entered against you in the above-captioned case in relation to Plaintiff Howard Bullock *in the amount of $21,140.00 plus such additional sums as may be assessed at trial.*

DATE: __MAR 03 2015__　　　　　　　　__[signature]__
　　　　　　　　　　　　　　　　　　　　Prothonotary

　　　I hereby certify that the name and address of the attorney of record to receive this notice is:

　　　　　　　　　Attorney Jessica Hosenpud
　　　　　　　　　225 Market Street, Suite 304
　　　　　　　　　P.O. Box 1245
　　　　　　　　　Harrisburg, PA 17108-1245

A City of Harrisburg, Mayor Eric Papenfuse, and Police Chief Thomas Carter, Defendidos

　　　Por este medio se le esta notificando que el ____de MAR 03 2015____ del 2015, el/la siguiente Fallo ha sudo anotado en contra suya en el caso mencionado en el epigrafe.

FECHA: MAR 03 2015　　　　　　　　__[signature]__
　　　　　　　　　　　　　　　　　　　　Protonotario

Certifico que la siguiente direccion es la del defendida segun indicada en el certifcado de residencia:

>Attorney Jessica Hosenpud
>225 Market Street, Suite 304
>P.O. Box 1245
>Harrisburg, PA 17108-1245