| | |
|---|---|
| FIREARM OWNERS AGAINST CRIME; KIM STOLFER; JOSHUA FIRST AND HOWARD BULLOCK,<br>   Plaintiffs<br>           v.<br><br>CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE; AND POLICE CHIEF THOMAS CARTER,<br>   Defendants | : IN THE COURT OF COMMON PLEAS<br>: DAUPHIN COUNTY, PENNSYLVANIA<br>:<br>:<br>: NO. 2015 CV 00354 EQ<br>:<br>:<br>:<br>: CIVIL ACTION – LAW<br>: |

## SCHEDULING ORDER

**AND NOW, March 3, 2015,** upon consideration of Defendant's Motion to Strike 10 Day Default Notice and Plaintiff's response filed thereto,

IT IS HEREBY ORDERED that a status conference on the above matter is scheduled for **WITH THE ATTORNEYS ONLY** for **March 17, 2015 at 2:00 P.M.** before the undersigned judge **sitting in chambers, 3rd Floor**, Dauphin County Courthouse, 101 Market Street, Harrisburg, PA 17101.

BY THE COURT:

_____
Andrew H. Dowling, Judge

Distribution on following page:

- 2 -

Distribution:
Joshua Prince, Esquire, PRINCE LAW OFFICES, P.C., 646 Lenape Road, Bechtelsville, PA 19505, (Counsel for Plaintiffs)
Frank Lavery, Jr., Esquire, Joshua M. Autry, Esquire, LAVERY FAHERTY PATTERSON, 225 Market Street, Suite 304, P.O. BOX 1245, Harrisburg, PA 17108-1245 (Counsel for Defendants)
Lili Hagenbuch, Esquire, Deputy Court Administrator (Civil)