IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, Joshua First, and | : | |
| Howard Bullock | : | |
| Plaintiffs | : | |
| v. | : | (Judge Yvette Kane) |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
| Defendants | : | Jury Trial Demanded |

**Motion for Leave to Amend**
**Notice of Removal and Civil Cover Sheet**

Defendants hereby ask this Court for leave to amend the notice of removal and civil cover sheet:

1. Defense counsel inadvertently left Plaintiff Howard Bullock out of the civil cover sheet and notice of removal.

2. This Court has broad discretion to permit amendment pursuant to 28 U.S.C. § 1653.

3. Defendants will be prejudiced if this case is remanded to state court due to a procedural error by counsel, whereas Plaintiffs will suffer no prejudice by amendment.

4. Defendants attach hereto as Exhibits 1 and 2 an amended notice of removal and civil cover sheet.

1

5.     The only changes are adding Judge Kane, Howard Bullock, and the docket number to the caption and attaching the other state court filings.

6.     A marked up version is attached as Exhibit 3.

7.     Defense counsel sought concurrence form Plaintiffs' counsel who indicated that Plaintiffs oppose this motion.

This Court should allow Defendants to amend the notice of removal and civil cover sheet.

Respectfully submitted,

Lavery Law

*s/ Frank J. Lavery*
Frank J. Lavery, Esquire
Pennsylvania Bar No. 42370

*s/ Joshua M. Autry*
Joshua M. Autry, Esquire
Pennsylvania Bar No. 208459
225 Market Street, Suite 304
P.O. Box 1245, Harrisburg, PA 17108-1245
(717) 233-6633 (phone)
(717) 233-7003 (fax)
flavery@laverylaw.com
jautry@laverylaw.com
Attorneys for Harrisburg, Mayor Papenfuse,
and Chief Carter

March 12, 2015

## Certificate of Service

I, Amyra W. Wagner, an employee of Lavery Law, hereby certify that on the 12th day of March, 2015, I served a true and correct copy of this filing through this Court's ECF to the following:

Joshua Prince, Esquire
*joshua@princelaw.com*

*s/ Amyra W. Wagner*
Amyra W. Wagner
Legal Assistant to Josh Autry

Dated: March 12, 2015