IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, Joshua First, and | : | |
| Howard Bullock | : | |
| Plaintiffs | : | |
| v. | : | (Judge Yvette Kane) |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
| Defendants | : | Jury Trial Demanded |

## Certificate of Non-Concurrence

I certify that I have sought concurrence form Plaintiffs' counsel who indicated that Plaintiffs oppose this motion.

    Respectfully submitted,

    Lavery Law

    */s/Joshua M. Autry*
    Joshua M. Autry, Esquire
    225 Market Street, Suite 304
    P.O. Box 1245
    Harrisburg, PA 17108-1245
    (717) 233-6633 (phone)
    (717) 233-7003 (fax)
    PA Bar No. 208459
    jautry@laverylaw.com
    Attorney for City of Harrisburg,
    Mayor Papenfuse, and Chief Carter

Dated: March 12, 2015