IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, Joshua First, and | : | |
| Howard Bullock | : | |
|     Plaintiffs | : | (Judge Kane) |
|   v. | : | |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
|     Defendants | : | Jury Trial Demanded |

## Motion to Vacate State Default Judgment and Enjoin State Court

All Defendants ask this Court to vacate the default and enjoin the state court:

1. In spite of this Court's clear jurisdiction, the Prothonotary of the Dauphin County Court of Common Pleas entered a default judgment.

2. Notwithstanding that the fact that the Plaintiffs full complaint has been lodged with this Court, Plaintiffs argue to the state court and this Court that removal was procedurally defective due to defense counsel's error by inadvertently leaving Howard Bullock out of the caption.

3. It is for this Court—not the state court—to determine whether removal was proper and whether to permit amendment of the notice of removal.

4. Defense counsel has sought concurrence form Plaintiffs' counsel who indicated that Plaintiffs oppose this motion.

For these reasons, this Court should vacate the state court default and enjoin the court from acting further.

                                                    Respectfully submitted,

                                                    Lavery Law

*s/ Frank J. Lavery*
Frank J. Lavery, Esquire
Pennsylvania Bar No. 42370

*s/ Joshua M. Autry*
Joshua M. Autry, Esquire
Pennsylvania Bar No. 208459
225 Market Street, Suite 304
P.O. Box 1245, Harrisburg, PA 17108-1245
(717) 233-6633 (phone)
(717) 233-7003 (fax)
flavery@laverylaw.com
jautry@laverylaw.com
Attorneys for Harrisburg, Mayor Papenfuse, and Chief Carter

March 12, 2015

**Certificate of Service**

I certify that on this date, I served a true and correct copy of this filing through this Court's ECF to the following:

Joshua Prince, Esquire
*joshua@princelaw.com*

> *s/ Amyra W. Wagner*
> Amyra W. Wagner
> Legal Assistant to Josh Autry

Dated: March 12, 2015