IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, Joshua First, and | : | |
| Howard Bullock | : | |
|     Plaintiffs | : | |
|     v. | : | (Judge Yvette Kane) |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
|     Defendants | : | Jury Trial Demanded |

## **Order**

This Court hereby vacates the default issued against Defendants and enjoins the Dauphin County Court of Common Pleas from taking further action in this matter. To be clear, no claims or parties remain before the Dauphin County Court of Common Pleas in case number CV-2015-354. That Court cannot act unless and until this Court decides to remand the case.

By the Court:

_____
Judge Yvette Kane

1