IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, Joshua First, and | : | |
| Howard Bullock, | : | |
|     Plaintiffs | : | (Judge Kane) |
|   v. | : | |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
|     Defendants | : | Jury Trial Demanded |

**Motion to Strike**
**Plaintiffs' Motion for Default**

All Defendants ask this Court to strike Plaintiffs' motion for default:

1.    On Friday, February 27th, Plaintiffs filed a motion for a default judgment.

2.    Pursuant to Local Rule 7.5, Plaintiffs had to file a brief within 14 days of their motion.

3.    That deadline was Friday, March 13th.

4.    This Court should strike Plaintiffs' motion for failure to file a brief.

5.    Defense counsel sought concurrence form Plaintiffs' counsel, but has not yet received a response. Defendants assume that Plaintiffs oppose this motion.

For these reasons, this Court should strike Plaintiffs motion for default.

 Respectfully submitted,

 Lavery Law

 *s/ Frank J. Lavery*
 Frank J. Lavery, Esquire
 Pennsylvania Bar No. 42370

 *s/ Joshua M. Autry*
 Joshua M. Autry, Esquire
 Pennsylvania Bar No. 208459
 225 Market Street, Suite 304
 P.O. Box 1245, Harrisburg, PA 17108-1245
 (717) 233-6633 (phone)
 (717) 233-7003 (fax)
 flavery@laverylaw.com
 jautry@laverylaw.com
 Attorneys for Harrisburg, Mayor Papenfuse, and Chief Carter

March 16, 2015

## Certificate of Service

I certify that on this date, I served a true and correct copy of this filing through this Court's ECF to the following:

Joshua Prince, Esquire
*joshua@princelaw.com*

*s/ Amyra W. Wagner*
Amyra W. Wagner
Legal Assistant to Josh Autry

Dated: March 16, 2015