**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVNIA**

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST,** | : : : | **Jury Trial Demanded** |
| Plaintiffs | : : | |
| v. | : : | Judge Yvette Kane |
| **CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE, and POLICE CHIEF THOMAS CARTER,** | : : : : | Docket No. 1:15-cv-322-YK |
| Defendants | : | |

## CERTIFICATION OF PARTIAL CONCURRENCE

I certify, as further explained in the Motion, that I contacted Attorneys Joshua Autry and Frank Lavery in relation to Defendants' position regarding Plaintiffs' *Motion to Stay Defendants' Motion to Dismiss, Consolidate Other Pending Motions and for Enlargement of Time* and Defendants responded as set-forth in the Motion.

Respectfully Submitted,

*/s/ Joshua Prince*
Joshua Prince, Esq.
PA Attorney Id. No. 306521
*Attorney for Plaintiffs*
PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 (t)
(610) 845-3903 (f)
Joshua@PrinceLaw.com