**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVNIA**

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST,** Plaintiffs | : | **Jury Trial Demanded** |
| **v.** | : | **Judge Yvette Kane** |
| **CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE, and POLICE CHIEF THOMAS CARTER,** Defendants | : | **Docket No. 1:15-cv-322-YK** |

**ORDER**

**AND NOW**, this ________________ day of _________________________, 2015, after reviewing Plaintiffs' Motion to Stay Defendants' Motion to Dismiss, Consolidate Other Pending Motions and for Enlargement of Time, it is hereby **GRANTED**.

1. Defendants' Motion to Dismiss, including any required response by Plaintiffs, is **STAYED** pending this Court's determination on the other pending motions.
2. The Plaintiffs' Motion to Remand, Defendants' Motion to Amend/Correct, Defendants' Motion to Vacate and Enjoin, and Defendants' Motion to Strike are hereby consolidated.
3. Plaintiff shall file a consolidated brief, of no more than sixty (60) pages, addressing the above-consolidated motions on or by Monday, April 6, 2015.

BY THE COURT:

________________________________
The Honorable Yvette Kane