IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST,** | : : : | **Jury Trial Demanded** |
| Plaintiffs | : : | |
| v. | : : | Judge Yvette Kane |
| **CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE, and POLICE CHIEF THOMAS CARTER,** | : : : : | Docket No. 1:15-cv-322-YK |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

    I, Joshua Prince, Esq., hereby certify that on March 18, 2015, I served a true and correct copy of Plaintiffs' *Motion to Stay Defendants' Motion to Dismiss, Consolidate Other Pending Motions and for Enlargement of Time* on the following parties via this Courts electronic filing system:

Frank J. Lavery, Esq.
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245

                                           Respectfully Submitted,

                                           Joshua Prince, Esq.
                                           PA Attorney Id. No. 306521
                                           *Attorney for Plaintiffs*
                                           PRINCE LAW OFFICES, P.C.
                                           646 Lenape Road
                                           Bechtelsville, PA 19505
                                           (610) 845-3803 (t)
                                           (610) 845-3903 (f)
                                           Joshua@PrinceLaw.com