# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, et al.,** | : | |
| Plaintiffs | : | No. 1:15-cv-00322 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **CITY OF HARRISBURG, et al.,** | : | |
| Defendants | : | |

## ORDER

Before the Court is Plaintiffs' motion to stay Defendants' motion to dismiss, to consolidate other pending motions, and for an enlargement of time. (Doc. No. 17.) Upon consideration of this motion, on this 19th day of March 2015, **IT IS HEREBY ORDERED THAT** Plaintiffs are granted an extension of time to file their brief in opposition to Defendants' motion to dismiss (Doc. No. 4), until March 26, 2015. In all other respects, Plaintiffs' motion (Doc. No. 17) is **DENIED**. The parties are directed to file a status report on the progress of their state court case no later than ten (10) days from the date of this order.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania