IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime et al., | : | 1:15-cv-322 |
|     Plaintiffs | : | |
| v. | : | (Judge Yvette Kane) |
| City of Harrisburg et al. | : | |
|     Defendants | : | Jury Trial Demanded |

## Joint Status Report on State Proceedings

On February 27th, Defendants filed a motion to strike Howard Bullock's 10 day notices of his intent to seek a default. On March 3rd, Bullock filed a praecipe for default, and the Prothonotary entered a judgment against Defendants. That day, Bullock also moved to strike Defendants' motion to strike the 10 day notices.

On March 12th, Defendants filed a petition to open or strike the default. At a status conference on March 17th, Judge Dowling set an April 13th deadline for Bullock to file a response to the petition to open or strike.

Respectfully submitted,

s/ Joshua Prince
Joshua Prince, Esquire
Pennsylvania Id. No. 306521
PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 (t)
(610) 845-3903 (f)
Joshua@PrinceLaw.com

s/ Frank J. Lavery
Frank J. Lavery, Esquire
Pennsylvania Id. No. 42370

s/ Joshua M. Autry
Joshua M. Autry, Esquire
Pennsylvania Id. No. 208459
Lavery Law
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (phone)
(717) 233-7003 (fax)

1

flavery@laverylaw.com
jautry@laverylaw.com

Dated: March 23, 2015