# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, KIM STOLFER, and JOSHUA FIRST,** | : | **Jury Trial Demanded** |
| Plaintiffs | : | |
| v. | : | **Judge Yvette Kane** |
| **CITY OF HARRISBURG, MAYOR ERIC PAPENFUSE, and POLICE CHIEF THOMAS CARTER,** | : | **Docket No. 1:15-cv-322-YK** |
| Defendants | : | |

## ORDER

**AND NOW**, this 25th day of March, 2015, upon consideration of Plaintiffs' *Unopposed Motion for Leave to File Brief in Excess of Word and Page Limits*, it is hereby **GRANTED**. On or before March 26, 2015, Plaintiffs may file a brief in opposition to Defendants' Motion to Dismiss, which shall not exceed twenty (20) pages or 6,660 words, whichever is greater.

BY THE COURT:

s/ Yvette Kane
The Honorable Yvette Kane