# EXHIBIT 1

# PRINCE LAW OFFICES



Warren H. Prince
Karl P. Voigt IV
Joshua Prince
Eric E. Winter
Thomas H. Odom
Allen R. Thompson
David J. Cohen
Stanley J. Kuter
Jeffrey Franklin
Adam Jeremy Kraut

| | |
|---|---|
| Bechtelsville | 1-610-845-3803 |
| Allentown | 1-610-770-1151 |
| Bethlehem | 1-610-814-0838 |
| Camp Hill | 1-717-731-0100 |
| Lancaster | 1-717-393-7002 |
| Lebanon | 1-717-274-9250 |
| North Wales | 1-215-412-0800 |
| Pottstown | 1-610-326-4200 |
| Pottsville | 1-570-621-8828 |
| Reading | 1-610-375-8425 |
| Toll Free | 1-888-313-0416 |
| Fax | 1-610-845-3903 |

January 24, 2015

Dauphin County Prothonotary
Room 101
101 Market Street
Harrisburg, PA  17101

RE:   Firearm Owners Against Crime, et al. vs. City Of Harrisburg, et al.
       Docket Number: 2015-CV-354-EQ

### PRAECIPE TO SUBSTITUTE VERIFICATIONS

PROTHONOTARY,

Enclosed please find one original and one copy of the verifications of Joshua First and Howard Bullock, two of the Plaintiffs in the above-captioned matter. If you could kindly subtitute the original enclosed verifications of Joshua First and Howard Bullock for the attorney verification that was submitted on their behalf with the original Complaint and return a date-stamped copy to me in the enclosed return envelope, I would greatly appreciate it.

By way of this letter, I am serving the City of Harrisburg, Mayor Papenfuse and Chief Carter.

Thanking you for your time and assistance in this matter, I am

Yours truly,
Prince Law Offices, P.C.

jp/web
Matter No. 34862
Enclosure
cc:   w/enc: Mr. Thomas Carter by mail
       City Of Harrisburg by mail
       The Honorable Eric Papenfuse by mail

Joshua Prince
joshua@princelaw.com
Extension: 81114

## Verification

I, Howard Bullock, verify that I am the Petitioner named in the foregoing and that all the information contained therein is true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

_1/16/2015_
Date

_[signature]_
Howard Bullock

## Verification

I, Joshua First, verify that I am the Petitioner named in the foregoing and that all the information contained therein is true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

1/16/15
Date

_Joshua First_ (signature)
Joshua First

### IN THE COURT OF COMMON PLEAS
### OF DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| **FIREARM OWNERS AGAINST CRIME, et al.,** : <br> Plaintiffs, : | **Jury Trial Demanded** |
| : | Civil Action |
| vs. : | |
| **CITY OF HARRISBURG, et al.,** : <br> Defendant. : | No. 2015-CV-354-EQ |

### PROOF OF SERVICE

I, Joshua Prince, Esq., hereby certify that I served a true and correct copy of Plaintiff's Praecipe to Substitute Verifications upon the following persons in the manner indicated below, on January 24, 2015:

City of Harrisburg
c/o Mayor Eric Papenfuse
The Rev. Martin Luther King, Jr. City Government Center
Ten North Second Street
Harrisburg, PA 17101

Mayor Eric Papenfuse
The Rev. Martin Luther King, Jr. City Government Center
Ten North Second Street
Harrisburg, PA 17101

Chief Thomas Carter
123 Walnut Street
PS-211
Harrisburg, PA 17101

Respectfully Submitted,
Prince Law Offices, P.C.

*Joshua Prince*
Joshua Prince, Esq.
Attorney for Petitioner
Attorney ID # 306521
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803 ext 81114
Joshua@PrinceLaw.com

DATED: January 24, 2015