IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, Joshua First, and | : | |
| Howard Bullock | : | |
|     Plaintiffs | : | |
|     v. | : | (Judge Yvette Kane) |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
|     Defendants | : | Jury Trial Demanded |

## **Order**

This Court hereby vacates the default issued against Defendants and enjoins the Dauphin County Court of Common Pleas from taking further action in this matter. To be clear, no claims or parties remain before the Dauphin County Court of Common Pleas in case number CV-2015-354. That Court cannot act unless and until this Court decides to remand the case.

This Court further enjoins the Commonwealth Court from permitting Firearm Owners Against Crime, Kim Stolfer, Joshua First, or Howard Bullock to intervene in the case of *U.S. Law Shield et al. v. Harrisburg et al.*, 449 CD 2015. The Commonwealth Court cannot permit Firearm Owners Against Crime, Kim Stolfer, Joshua First, or Howard Bullock to intervene unless and until this Court decides to permit Firearm Owners Against Crime, Kim Stolfer, Joshua First, or Howard Bullock to litigate their preemption claims in state court.

1

This Court finally enjoins Firearm Owners Against Crime, Kim Stolfer, Joshua First, and Howard Bullock from taking further action in state court without this Court's express permission to do so. Firearm Owners Against Crime, Kim Stolfer, Joshua First, and Howard Bullock cannot litigate any of their claims in any state court unless and until this Court decides to permit them to do so.

By the Court:

_____
Judge Yvette Kane