## **Exhibit List**

1. Application to intervene
2. 10 day notices
3. Praecipe for judgment
4. Entry of default