EXHIBIT "2"

IN THE COURT OF COMMON PLEAS OF
DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FIREARM OWNERS AGAINST CRIME; <br> KIM STOLFER; <br> JOSHUA FIRST; AND <br> HOWARD BULLOCK <br>                 Plaintiffs, | Jury Trial Demanded |
| v. | Civil Action |
| CITY OF HARRISBURG; <br> MAYOR PAPENFUSE; AND <br> POLICE CHIEF THOMAS CARTER <br>                 Defendants. | Docket No. 2015-CV-354-EQ |

To:   Chief Thomas Carter
      123 Walnut Street
      PS-211
      Harrisburg, PA 17101 (Defendant)

      AND

      Attorney Jessica Hosenpud
      225 Market Street, Suite 304
      Harrisburg, PA 17108

Date: February 19, 2015

## IMPORTANT NOTICE

**YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

DAUPHIN COUNTY LAWYER REFERRAL SERVICE
213 NORTH FRONT STREET
HARRISBURG, PA 17101
717-232-7536

Joshua Prince, Esq.
Attorney ID: 306521
Prince Law Offices, P.C.
Attorney for the Plaintiffs
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Joshua@PrinceLaw.com

IN THE COURT OF COMMON PLEAS OF
DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FIREARM OWNERS AGAINST CRIME; <br> KIM STOLFER; <br> JOSHUA FIRST; AND <br> HOWARD BULLOCK <br>                        Plaintiffs, | Jury Trial Demanded |
| v. | Civil Action |
| CITY OF HARRISBURG; <br> MAYOR PAPENFUSE; AND <br> POLICE CHIEF THOMAS CARTER <br>                        Defendants. | Docket No. 2015-CV-354-EQ |

To:    City of Harrisburg
        c/o Mayor Eric Papenfuse
        The Rev. Martin Luther King, Jr. City Government Center
        Ten North Second Street
        Harrisburg, PA 17101 (Defendant)

        AND

        Attorney Jessica Hosenpud
        225 Market Street, Suite 304
        Harrisburg, PA 17108

Date: February 19, 2015

### IMPORTANT NOTICE

**YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

DAUPHIN COUNTY LAWYER REFERRAL SERVICE
213 NORTH FRONT STREET
HARRISBURG, PA 17101
717-232-7536

Joshua Prince, Esq.
Attorney ID: 306521
Prince Law Offices, P.C.
Attorney for the Plaintiffs
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Joshua@PrinceLaw.com

IN THE COURT OF COMMON PLEAS OF
DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FIREARM OWNERS AGAINST CRIME; <br> KIM STOLFER; <br> JOSHUA FIRST; AND <br> HOWARD BULLOCK <br>              Plaintiffs, | Jury Trial Demanded |
| v. | Civil Action |
| CITY OF HARRISBURG; <br> MAYOR PAPENFUSE; AND <br> POLICE CHIEF THOMAS CARTER <br>              Defendants. | Docket No. 2015-CV-354-EQ |

To:   Mayor Eric Papenfuse
      The Rev. Martin Luther King, Jr. City Government Center
      Ten North Second Street
      Harrisburg, PA 17101 (Defendant)

      AND

      Attorney Jessica Hosenpud
      225 Market Street, Suite 304
      Harrisburg, PA 17108

Date: February 19, 2015

### IMPORTANT NOTICE

YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

        DAUPHIN COUNTY LAWYER REFERRAL SERVICE
                213 NORTH FRONT STREET
                  HARRISBURG, PA 17101
                      717-232-7536

                                                                                   */s/ Joshua Prince*
                                                              Joshua Prince, Esq.
                                                              Attorney ID: 306521
                                                              Prince Law Offices, P.C.
                                                              Attorney for the Plaintiffs
                                                              646 Lenape Rd
                                                              Bechtelsville, PA 19505
                                                              610-845-3803
                                                              610-845-3903 (fax)
                                                              Joshua@PrinceLaw.com

IN THE COURT OF COMMON PLEAS OF
DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| FIREARM OWNERS AGAINST CRIME; KIM STOLFER; JOSHUA FIRST; AND HOWARD BULLOCK<br>　　　　　　Plaintiffs, | Jury Trial Demanded |
| v. | Civil Action |
| CITY OF HARRISBURG; MAYOR PAPENFUSE; AND POLICE CHIEF THOMAS CARTER<br>　　　　　　Defendants. | Docket No. 2015-CV-354-EQ |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 19, 2015, a true and correct copy of Plaintiffs' Notice of Praecipe to Enter Judgment by Default, pursuant to Pa.R.C.P. 237.5, was served via US Mail on the following, including an additional copy of each being served on Attorney Hosenpud, counsel of record:

Attorney Jessica Hosenpud
225 Market Street, Suite 304
Harrisburg, PA 17108

City of Harrisburg
c/o Mayor Eric Papenfuse
The Rev. Martin Luther King, Jr. City Government Center
Ten North Second Street
Harrisburg, PA 17101

Mayor Eric Papenfuse
The Rev. Martin Luther King, Jr. City Government Center
Ten North Second Street
Harrisburg, PA 17101

Chief Thomas Carter
123 Walnut Street
PS-211
Harrisburg, PA 171011

Respectfully Submitted,

*[signature]*

Joshua Prince, Esq.
Attorney ID: 306521
Prince Law Offices, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Joshua@PrinceLaw.com

Dated February 18, 2015