# EXHIBIT "3"

**IN THE COURT OF COMMON PLEAS OF**
**DAUPHIN COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| FIREARM OWNERS AGAINST CRIME;<br>KIM STOLFER;<br>JOSHUA FIRST; AND<br>HOWARD BULLOCK<br>Plaintiffs, | : | Jury Trial Demanded |
| v. | : | Civil Action |
| CITY OF HARRISBURG;<br>MAYOR ERIC PAPENFUSE; AND<br>POLICE CHIEF THOMAS CARTER<br>Defendants. | : | Docket No. 2015-CV-354-EQ |

2015 MAR -3 PM 12:12
DAUPHIN COUNTY
PENNA

**PRAECIPE FOR JUDGMENT**

To the Prothonotary:

Please enter Judgment in the favor of Plaintiff Howard Bullock and against Defendants City of Harrisburg, Mayor Eric Papenfuse and Police Chief Thomas Carter in the above-captioned matter, as Defendants have failed to plead or otherwise defend in relation to Plaintiff Howard Bullock's claims.

Pursuant to Pa.R.Civ.P. 1037(b)(1), Plaintiff's current attorney fees are in the amount of $21,140.00, for which Plaintiff is entitled to judgment against Defendants.

Pursuant to Pa.R.Civ.P. 1037(b)(1), except for the current attorney fees, as the sum of the Plaintiff's damages are not a sum certain, those damages are to be assessed at trial, plus any additional attorney fees incurred.

Pursuant to Pa.R.Civ.P. 237.1, I certify that written notice of the intention to file this Praecipe was mailed to each of Defendants and Defendants' attorney of record, Jessica Hosenpud, on February 19, 2015, as evidenced by the attached Certificate of Service.

Pursuant to Pa.R.Civ.P. 237, I certify that a copy of this Praecipe has been provided to the Dauphin County Prothonotary, along with an US First Class, postage prepaid, envelope for service on Defendants' attorney of record, Jessica Hosenpud.

DATE: March 3, 2015

Joshua Prince, Esq.

Attorney ID: 306521
Prince Law Offices, P.C.
Attorney for the Plaintiffs
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Joshua@PrinceLaw.com

**AND NOW**, on this 3rd day of March, 2015, JUDGMENT IS ENTERED AS ABOVE.

Dauphin County Prothonotary, Steve Farina

By: Deputy

2015 MAR -3 PM 12:25
DAUPHIN COUNTY
PENNA

**IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| FIREARM OWNERS AGAINST CRIME; KIM STOLFER; JOSHUA FIRST; AND HOWARD BULLOCK<br>Plaintiffs, | : | Jury Trial Demanded |
| v. | : | Civil Action |
| CITY OF HARRISBURG; MAYOR PAPENFUSE; AND POLICE CHIEF THOMAS CARTER<br>Defendants. | : | Docket No. 2015-CV-354-EQ |

2015 MAR -3 PM 12: 25
DAUPHIN COUNTY
PENNA

To: Mayor Eric Papenfuse
The Rev. Martin Luther King, Jr. City Government Center
Ten North Second Street
Harrisburg, PA 17101 (Defendant)

AND

Attorney Jessica Hosenpud
225 Market Street, Suite 304
Harrisburg, PA 17108

Date: February 19, 2015

**IMPORTANT NOTICE**

**YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

**DAUPHIN COUNTY LAWYER REFERRAL SERVICE**
**213 NORTH FRONT STREET**
**HARRISBURG, PA 17101**
**717-232-7536**

Joshua Prince, Esq.
Attorney ID: 306521
Prince Law Offices, P.C.
Attorney for the Plaintiffs
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Joshua@PrinceLaw.com

2015 MAR -3 PM 12: 25
DAUPHIN COUNTY
PENNA

**IN THE COURT OF COMMON PLEAS OF**
**DAUPHIN COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| FIREARM OWNERS AGAINST CRIME;<br>KIM STOLFER;<br>JOSHUA FIRST; AND<br>HOWARD BULLOCK<br>Plaintiffs, | : | Jury Trial Demanded |
| v. | : | Civil Action |
| CITY OF HARRISBURG;<br>MAYOR PAPENFUSE; AND<br>POLICE CHIEF THOMAS CARTER<br>Defendants. | : | Docket No. 2015-CV-354-EQ |

To: City of Harrisburg
c/o Mayor Eric Papenfuse
The Rev. Martin Luther King, Jr. City Government Center
Ten North Second Street
Harrisburg, PA 17101 (Defendant)

AND

Attorney Jessica Hosenpud
225 Market Street, Suite 304
Harrisburg, PA 17108

Date: February 19, 2015

2015 MAR -3 PM 12:25
DAUPHIN COUNTY
PENNA

**IMPORTANT NOTICE**

**YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

**DAUPHIN COUNTY LAWYER REFERRAL SERVICE**
**213 NORTH FRONT STREET**
**HARRISBURG, PA 17101**
**717-232-7536**

Joshua Prince, Esq.
Attorney ID: 306521
Prince Law Offices, P.C.
Attorney for the Plaintiffs
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Joshua@PrinceLaw.com

2015 MAR -3 PM 12:25
DAUPHIN COUNTY
PENNA

**IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA**

FIREARM OWNERS AGAINST CRIME;
KIM STOLFER;
JOSHUA FIRST; AND
HOWARD BULLOCK
Plaintiffs,

v.

CITY OF HARRISBURG;
MAYOR PAPENFUSE; AND
POLICE CHIEF THOMAS CARTER
Defendants.

Jury Trial Demanded

Civil Action

Docket No. 2015-CV-354-EQ

To: Chief Thomas Carter
123 Walnut Street
PS-211
Harrisburg, PA 17101 (Defendant)

AND

Attorney Jessica Hosenpud
225 Market Street, Suite 304
Harrisburg, PA 17108

2015 MAR -3 PM 12: 25
DAUPHIN COUNTY
PENNA

Date: February 19, 2015

**IMPORTANT NOTICE**

**YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

**DAUPHIN COUNTY LAWYER REFERRAL SERVICE**
**213 NORTH FRONT STREET**
**HARRISBURG, PA 17101**
**717-232-7536**

Joshua Prince, Esq.
Attorney ID: 306521
Prince Law Offices, P.C.
Attorney for the Plaintiffs
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Joshua@PrinceLaw.com

2015 MAR -3 PM 12:25
DAUPHIN COUNTY
PENNA

IN THE COURT OF COMMON PLEAS OF
DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| FIREARM OWNERS AGAINST CRIME;<br>KIM STOLFER;<br>JOSHUA FIRST; AND<br>HOWARD BULLOCK<br>Plaintiffs, | : | Jury Trial Demanded |
| v. | : | Civil Action |
| CITY OF HARRISBURG;<br>MAYOR PAPENFUSE; AND<br>POLICE CHIEF THOMAS CARTER<br>Defendants. | : | Docket No. 2015-CV-354-EQ |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 19, 2015, a true and correct copy of Plaintiffs' Notice of Praecipe to Enter Judgment by Default, pursuant to Pa.R.C.P. 237.5, was served via US Mail on the following, including an additional copy of each being served on Attorney Hosenpud, counsel of record:

Attorney Jessica Hosenpud
225 Market Street, Suite 304
Harrisburg, PA 17108

City of Harrisburg
c/o Mayor Eric Papenfuse
The Rev. Martin Luther King, Jr. City Government Center
Ten North Second Street
Harrisburg, PA 17101

Mayor Eric Papenfuse
The Rev. Martin Luther King, Jr. City Government Center
Ten North Second Street
Harrisburg, PA 17101

Chief Thomas Carter
123 Walnut Street
PS-211
Harrisburg, PA 171011

2015 MAR -3 PM 12:25
DAUPHIN COUNTY
PENNA

Respectfully Submitted,

Joshua Prince, Esq.
Attorney ID: 306521
Prince Law Offices, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Joshua@PrinceLaw.com

Dated February 18, 2015

2015 MAR -3 PM 12:25
DAUPHIN COUNTY
PENNA

**IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA**

2015 MAR -3 PM 12:25 DAUPHIN COUNTY PENNA

| | | |
|---|---|---|
| FIREARM OWNERS AGAINST CRIME; KIM STOLFER; JOSHUA FIRST; AND HOWARD BULLOCK Plaintiffs, | : | Jury Trial Demanded |
| v. | : | Civil Action |
| CITY OF HARRISBURG; MAYOR ERIC PAPENFUSE; AND POLICE CHIEF THOMAS CARTER Defendants. | : | Docket No. 2015-CV-354-EQ |

To: City of Harrisburg, Mayor Eric Papenfuse, and Police Chief Thomas Carter, Defendants

You are hereby notified that on MAR 03 2015, 2015, the following Judgment has been entered against you in the above-captioned case in relation to Plaintiff Howard Bullock.

in the amount of $21,140.00 plus such additional sums as may be assessed at trial.

DATE: MAR 03 2015

Stephen C. Farina
Prothonotary

I hereby certify that the name and address of the attorney of record to receive this notice is:

Attorney Jessica Hosenpud
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245

A City of Harrisburg, Mayor Eric Papenfuse, and Police Chief Thomas Carter, Defendidos

Por este medio se le esta notificando que el ____ de MAR 03 2015 del 2015, el/la siguiente Fallo ha sudo anotado en contra suya en el caso mencionado en el epigrafe.

FECHA: MAR 03 2015

Stephen C. Farina
Protonotario

Certifico que la siguiente direccion es la del defendida segun indicada en el certifcado de residencia:

Attorney Jessica Hosenpud
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245

2015 MAR -3 PM 12: 26
DAUPHIN COUNTY
PENNA

**IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| FIREARM OWNERS AGAINST CRIME; KIM STOLFER; JOSHUA FIRST; AND HOWARD BULLOCK<br>Plaintiffs, | : | Jury Trial Demanded |
| v. | : | Civil Action |
| CITY OF HARRISBURG; MAYOR ERIC PAPENFUSE; AND POLICE CHIEF THOMAS CARTER<br>Defendants. | : | Docket No. 2015-CV-354-EQ |

2015 MAR -3 PM 12: 26
DAUPHIN COUNTY PENNA

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on March 3, 2015, a U.S. First Class Mail envelope, postage prepaid, was provide to the Dauphin County Prothonotary to serve a true and correct copy of Plaintiff Howard Bullock's Praecipe for Judgment with attached Notices and Certificate of Service, Dauphin Co. L.R. 236 Notice, and Certificate of Service, on Attorney Jessica Hosenpud, counsel of record, at the following address:

Attorney Jessica Hosenpud
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108

Respectfully Submitted,

Joshua Prince, Esq.
Attorney ID: 306521
Prince Law Offices, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Joshua@PrinceLaw.com

Dated March 3, 2015