IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, Kim Stolfer, Joshua First, and Howard Bullock, | : : : | 1:15-cv-322 |
| Plaintiffs | : | |
| v. | : | (Judge Yvette Kane) |
| City of Harrisburg, Mayor Eric Papenfuse, and Police Chief Thomas Carter, | : : : | |
| Defendants | : | Jury Trial Demanded |

## Order

This Court hereby vacates the Prothonotary's default, dismisses this action with prejudice against all Plaintiffs (Firearm Owners Against Crime, Kim Stolfer, Joshua First, and Howard Bullock), and awards attorney fees and costs to Defendants for their efforts defending this case in both state and federal court. Defendants shall submit a declaration of fees and costs within 14 days of this order.

By the Court:

_____
Judge Yvette Kane