IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, Joshua First, and | : | |
| Howard Bullock, | : | |
|     Plaintiffs | : | |
|       v. | : | (Judge Yvette Kane) |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
|     Defendants | : | Jury Trial Demanded |

## Certificate of Non-Concurrence

I certify that I have sought concurrence form Plaintiffs' counsel, but I have not yet received a response. Based upon the relief sought, I assume that Plaintiffs oppose this motion.

Respectfully submitted,

Lavery Law

*s/ Josh Autry*
Josh Autry, Esquire
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (phone)
(717) 233-7003 (fax)
PA Bar No. 208459
jautry@laverylaw.com
Attorney for City of Harrisburg, Mayor Papenfuse, and Chief Carter

Dated: May 4, 2015