IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, <u>et</u> <u>al.</u>,** | : : | |
| Plaintiffs | : : | No. 1:15-cv-00322 |
| v. | : : | |
| | : | (Judge Kane) |
| **CITY OF HARRISBURG, <u>et</u> <u>al.</u>,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 5th day of May 2015, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' motion for entry of default (Doc. No. 8) is **DENIED**;

2. Defendants' motion to strike Plaintiffs' motion for entry of default (Doc. No. 16) is **DENIED AS MOOT**;

3. Defendants' motion to amend or correct their civil cover sheet and notice of removal (Doc. No. 12) is **GRANTED**;

4. Defendants' motion to vacate default and enjoin further state court action (Doc. No. 14) is **GRANTED IN PART**;

5. Further proceedings in the Court of Common Pleas for Dauphin County, Pennsylvania in the case docketed as 2015-CV-00354-EQ are **ENJOINED** unless and until this matter is remanded; and

6. The parties are ordered to file status updates within ten (10) days regarding the proceedings before the Commonwealth Court of Pennsylvania in the action docketed 449 CD 2015 in which Plaintiffs have sought to intervene.

.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania