# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Firearm Owners Against Crime,** | : | |
| **Kim Stolfer, Joshua First,** | : | **No. 1:15-cv -322** |
| **and Howard Bullock,** | : | |
| Plaintiffs | : | |
| | : | **Honorable Yvette Kane** |
| **v.** | : | |
| | : | |
| **City of Harrisburg, Mayor Eric** | : | |
| **Papenfuse, and Police Chief Thomas** | : | **Jury Trial Demanded** |
| **Carter,** | : | |
| Defendants | : | |

**Joint Status Report on Proceedings before the Commonwealth Court**

Plaintiffs have agreed to withdraw their pending Motion to Intervene, while reserving their right under PA.R.A.P. 531 to file an Amicus Brief, in return for Defendants providing electronic copies of all documents to be filed with the Commonwealth Court at the time those documents are filed with the court. Plaintiffs will be filing their Request to Withdraw within a week and requesting that oral argument be cancelled as moot.

Respectfully Submitted,

/s/ Joshua Prince                                          /s/ Joshua Autry
Joshua Prince, Esq.                                      Joshua Autry, Esq.
Prince Law Offices, P.C.                               Lavery Law

Dated: May 13, 2015