# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Firearm Owners Against Crime,** | : | |
| **Kim Stolfer, Joshua First,** | : | **No. 1:15-cv -322** |
| **and Howard Bullock,** | : | |
| Plaintiffs | : | |
| | : | **Honorable Yvette Kane** |
| v. | : | |
| | : | |
| **City of Harrisburg, Mayor Eric** | : | |
| **Papenfuse, and Police Chief Thomas** | : | **Jury Trial Demanded** |
| **Carter,** | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Joshua Prince, Esq., hereby certify that on May 13, 2015, I served a true and correct copy of the *Joint Status Report on the Proceedings before the Commonwealth Court* on the following parties via this Courts electronic filing system:

Joshua Autry, Esq.
Frank J. Lavery, Esq.
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245

        Respectfully Submitted,

        Joshua Prince, Esq.
        PA Attorney Id. No. 306521
        *Attorney for Plaintiffs*
        PRINCE LAW OFFICES, P.C.
        646 Lenape Road
        Bechtelsville, PA 19505
        (610) 845-3803 (t)
        (610) 845-3903 (f)
        Joshua@PrinceLaw.com