## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Firearm Owners Against Crime,** | : | |
| **Kim Stolfer, Joshua First,** | : | No. 1:15-cv -322 |
| **and Howard Bullock,** | : | |
| Plaintiffs | : | |
| | : | **Honorable Yvette Kane** |
| v. | : | |
| | : | |
| **City of Harrisburg, Mayor Eric** | : | |
| **Papenfuse, and Police Chief** | : | |
| **Thomas Carter** | : | **Jury Trial Demanded** |
| Defendants | : | |

### CERTIFICATION OF OPPOSITION

I certify that Defendants oppose Plaintiffs Motion for Leave to Amend the Complaint.

Respectfully Submitted,

Joshua Prince, Esq.
PA Attorney Id. No. 306521
*Attorney for Plaintiffs*
PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 (t)
(610) 845-3903 (f)
Joshua@PrinceLaw.com