## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Firearm Owners Against Crime,** | : | |
| **Kim Stolfer, Joshua First,** | : | **No. 1:15-cv -322** |
| **and Howard Bullock,** | : | |
| Plaintiffs | : | |
| | : | **Honorable Yvette Kane** |
| **v.** | : | |
| | : | |
| **City of Harrisburg, Mayor Eric** | : | |
| **Papenfuse, and Police Chief Thomas** | : | **Jury Trial Demanded** |
| **Carter,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2015, after

consideration of Plaintiffs' Motion for Leave to Amend the Complaint,

supporting memorandum and any responses thereto, it is **GRANTED.**

The Clerk is directed to file of record the Amended Complaint, which

is Exhibit A to Plaintiffs' Motion for Leave to Amend.

BY THE COURT:

_____

The Honorable Yvette Kane