## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Firearm Owners Against Crime,** | : | |
| **Kim Stolfer, Joshua First,** | : | **No. 1:15-cv -322** |
| **and Howard Bullock,** | : | |
| Plaintiffs | : | |
| | : | **Honorable Yvette Kane** |
| **v.** | : | |
| | : | |
| **City of Harrisburg, Mayor Eric** | : | |
| **Papenfuse, and Police Chief Thomas** | : | **Jury Trial Demanded** |
| **Carter,** | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Joshua Prince, Esq., hereby certify that on May 14, 2015, I served a true and

correct copy of Plaintiffs' *Motion for Leave to Amend the Complaint* and supportive brief

on the following parties via this Courts electronic filing system:

Joshua Autry, Esq.
Frank J. Lavery, Esq.
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245

Respectfully Submitted,

Joshua Prince, Esq.
PA Attorney Id. No. 306521
*Attorney for Plaintiffs*
PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 (t)
(610) 845-3903 (f)
Joshua@PrinceLaw.com