

Return to Story | Print This Page | Larger text | Smaller text

# West Mifflin OKs budget, repeals gun law in response to Act 192

By Patrick Cloonan
Wednesday, Dec. 17, 2014, 4:11 a.m.



West Mifflin councilors on Tuesday approved a 2015 budget that holds the line on property taxes, and repealed a 2009 ordinance requiring anyone who discovers a firearm is lost or stolen to report it to police within 72 hours.

"Regrettably, yes," council president Michael Moses said, capping a 7-0 repeal of a law that could be challenged under Act 192, which allows groups such as the National Rifle Association to sue municipalities that have gun restrictions that go beyond state laws.

Solicitor Phil DiLucente said it seemed to be common sense to take such a proactive move, but advised, "You still must follow all the laws of the commonwealth and the United States Code."

Kim Stolfer, president of Firearm Owners Against Crime, helped write Act 192. It was passed by the General Assembly and signed by Gov. Tom Corbett in October.

Stolfer appeared in West Mifflin when council acted on its gun ordinance in 2009. He said last month that West Mifflin had two laws that exceed state law, referring to an ordinance barring firearms on borough property.

However, DiLucente said that ban was never put on the books because of West Mifflin Area School District policies.

"We never enacted that because we shared a building with the school district," DiLucente said. "The school district was always in our leased space therefore we didn't need it for the borough building."

DiLucente held hearings on the repeal and the $15.5 million 2015 borough budget, but the only speaker was a resident confused about what was being repealed.

There were no objections to $14.75 million in general fund spending, more than $467,000 in liquid fuels spending and $300,000 in capital projects.

The budget is down from $16.66 million in 2014, when the borough was moving the municipal building from 3000 Lebanon Church Road to 1020 Lebanon Road.

The real estate tax rate remains at 7.55 mills.

Patrick Cloonan is a staff writer for Trib Total Media. He can be reached at 412-664-9161, ext. 1967, or pcloonan@tribweb.com.

Copyright © 2015 — Trib Total Media