Email or Phone       Pa

☐ Keep me logged in     For

**Josh First For Pennsylvania Senate, 15th District is on Facebook.**

To connect with Josh First For Pennsylvania Senate, 15th District, sign up for

**Sign Up**    **Log In**



# Josh First For Pennsylvania Senate, 15th Distri

Public Figure

**Timeline**    About    Photos    Likes    More ▾

 **Josh First For Pennsylvania Senate, 15th Dist**
May 22 at 4:31pm ·

A big Thank You this Memorial Day holiday to our armed s
personnel, for all their risks and sacrifices they have mad
make on our behalf. American liberty could not, would not
brave servicemen and women.

Like · Comment

   Cindy Sandow likes this.

 **Josh First For Pennsylvania Senate, 15th Dist**
May 22 at 3:43pm ·

Our senate campaign is about to begin, formally

Like · Comment

   Lindsey Kathleen and Cindy Sandow like this.

 **Cindy Sandow** Good luck Josh
   1 · May 22 at 4:03pm

      **Josh First For Pennsylvania Senate, 15th District**
     hope Fred can get involved in some way
     May 22 at 4:12pm



**Josh First For Pennsylvania Senate, 15th Dist**
May 22 at 7:02am ·

Your OPINIONS are NEEDED...
PennDOT and the Pennsylvania State Transportation Co
get your thoughts for transportation priorities in the Comr
Twelve-Year Transportation Program, the blueprint for the
transportation projects. Share your ideas online or by rec
survey. The deadline is May 29…does anyone else think
should be widened in places?

Like · Comment



**Josh First For Pennsylvania Senate, 15th Dist**
May 21 at 1:52pm ·

Why is Common Core a problem? Here: http://www.truthr
/…/common-core-approved-workshop-…



## Common Core-Approved Workshop Teach
for Hamas

A Common Core-approved workshop on the Middle East conflict
Jerusalem?" has sparked controversy among critics who charge
TRUTHREVOLT.ORG

Like · Comment · Share

John Conner and Brandy Braun like this.



**Josh First For Pennsylvania Senate, 15th Dist**
May 21 at 1:51pm ·

http://www.truthrevolt.org/…/boston-u-prof-who-denounce

Like · Comment · Share



**Josh First For Pennsylvania Senate, 15th Dist**
May 20 at 8:04am ·

Philly DA Seth Williams filed charges this morning agains
officials. They added extra votes to the machines. Recall
we raised the same concern here; voting machines are n

Like · Comment

Vivian Micznik First and Geoff Rosenberg like this.



**Josh First For Pennsylvania Senate, 15th Dist**
May 19 at 10:33am ·

Today is Primary Day, please vote! PA Supreme Court is

Like · Comment

The Washington Times reports that Boston University has been



**Josh First For Pennsylvania Senate, 15th Dist**
May 18 at 6:05am ·

Tomorrow is Primary Election Day!

Like · Comment



**Josh First For Pennsylvania Senate, 15th Dist**
May 13 at 5:50pm ·

Rebecca Warren is a perfect candidate for PA Supreme (
traveling across PA to meet voters. She's got my vote. O
candidates are Judges Covey and Cheryl Allen.

Like · Comment



**Josh First For Pennsylvania Senate, 15th Dist**
May 13 at 5:33pm ·

Thank you to Campaign for Liberty for inviting me to spea
candidate's forum tonight. Property taxes and state senat
dominated the Q&A.

Like · Comment



**Josh First For Pennsylvania Senate, 15th Dist**
May 12 at 5:27am ·

Today, 10:00 at the Capitol, Second Amendment rally. Tha
Metcalf, Kim Stolfer of FOAC, and other liberty loving citiz
elected officials. The 2nd Amendment guarantees all the (
Rights.

Like · Comment

John Conner and Rink Somerday like this.



**Josh First For Pennsylvania Senate, 15th District**
May 11 at 4:10pm ·

Don't forget tomorrow's pro gun rights rally at the Harrisburg Capitol, 10:00 am.

Like · Comment

John Conner likes this.



**Josh First For Pennsylvania Senate, 15th District**
May 9 at 9:25pm ·

Happy Mother's Day, Moms everywhere. You do so much for us, and we hope you know we appreciate it.

Like · Comment

Cindy Sandow, Larry Fischer, Heather Knudson Taracka and 4 others like this.



**Josh First For Pennsylvania Senate, 15th District**
May 7 at 10:44am ·

What would you do with 17,000 acres?



## 17,000 acres added to Pennsylvania forest in historic land purchase

More than 27-square-miles of wooded land and waterways have been added to the Elk State Forest, making the purchase the largest addition to the state forest system in...

WWW.PENNLIVE.COM

Like · Comment · Share

Merlin Benner, John Weathersby and Lindsey Kathleen like this.

 **Mark Brodsky** That was nice of you to sell the State some of your land.

Case 1:15-cv-00322-YK   Document 41-3   Filed 06/01/15   Page 5 of 35

    1 · May 7 at 9:31pm

    **Josh First For Pennsylvania Senate, 15th District** I wish!
May 8 at 1:57am

---

    **Josh First For Pennsylvania Senate, 15th District**
May 1 at 12:23pm ·

Good luck turkey hunting tomorrow, folks! Be safe, have fun!

Like · Comment

John Conner and Steve Smith like this.

    **Steve Smith** Good luck to you too, Josh!
1 · May 1 at 12:41pm

---

    **Josh First For Pennsylvania Senate, 15th District**
April 26 ·

Doesn't this Spring weather feel good? Finally!

Like · Comment

John Conner likes this.

---

    **Josh First For Pennsylvania Senate, 15th District**
April 26 ·

The Clark's Creek Watershed Protection Association is having a cleanup in Clark's Valley May 2nd:

Please join us SATURDAY morning, May 2, 2015, for the 9th CCWPA Adopt-a-Highway Pickup!

To date we have picked up over 3000 pounds of trash! Last fall, we noticed a significant change in trash quantity after the PennDOT road work, and this spring's trash-pickup will tell the tale as to whether increased focus on cleaning up have indeed made a difference! We hope so!... See More

Like · Comment

---

    **Josh First For Pennsylvania Senate, 15th District**
April 23 ·

Yesterday I was identified as an "Act 76er." Guilty as charged!
Act 76 is about homeowners, farmers, and forestland owners not getting ripped off and disproportionately paying for public pensions. Put another way, why should any of us rent our home from the government?!
Property taxes are inherently unfair. It's time to end them.

Like · Comment

Case 1:15-cv-00322-YK    Document 41-3    Filed 06/01/15    Page 6 of 35

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
April 23 ·

Today is Earth Day and Israel Independence Day. And Spring is supposed to be around here somewhere now.

Like · Comment

 **Josh First For Pennsylvania Senate, 15th District**
April 21 ·

Gun control does not equal crime control.

Like · Comment

Douglas Rotz, Melody Zullinger Schell, John Conner and 2 others like this.

**EARLIER IN 2015**        HIGHLIGHTS ▾

 **Josh First For Pennsylvania Senate, 15th District**
April 20 ·

I love Pennsylvania, and I love America. That love is why I work and fight so hard in politics.

Like · Comment

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
April 20 ·

http://www.pennlive.com/.../heres_why_im_suing_to_stop_pap.ht…



Here's why I'm suing to stop Papenfuse's crusade
against law-abiding gun owners: Josh First

Although it brings me no pleasure, in the interest of good government and the rule of law, I am a plaintiff in a lawsuit against Mayor Eric Papenfuse and other Harrisburg...

PENNLIVE.COM

Like · Comment · Share

Roy Ikeda, Bruce Molinaro, Lindsey Kathleen and 2 others like this.

2 shares

 **John Conner** Go Josh go!
1 · April 20 at 12:49pm

 **Josh First For Pennsylvania Senate, 15th District** Thank you, John Conner! I looked at the comments section and like so many other political issues, this one demonstrates a huge divide between people who think about policy and people who feel about policy. Arguing facts and logic with people who use feelings to determine what they do seems like a lost cause. But I do appreciate the support.
1 · April 20 at 1:06pm

 **Josh First For Pennsylvania Senate, 15th District**
April 19 ·

Pennsylvania Leadership Conference went very well Friday and Saturday. Speeches by Senator Pat Toomey and Rick Santorum were outstanding. Grover Norquist earned a significant walk-out. Thank you to Lowman Henry and Dan Mosel for all their hard work.

Like · Comment

 **Josh First For Pennsylvania Senate, 15th District**
April 16 ·

For Immediate Release

Contact: 717-228-7524

CONSTITUTION GROUP TO KICK OFF ANNUAL CONSERVATIVE CONFERENCE... See More



### Registration

The Pennsylvania Leadership Conference, America's largest state-based conservative conference.

PALEADERSHIPCONFERENCE.ORG

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
April 16 ·

Don't forget the Pennsylvania Leadership Conference tomorrow and Saturday here in Camp Hill. Lots of big names in the line-up.

Like · Comment

 **Josh First For Pennsylvania Senate, 15th District**
April 9 ·

"Stand your ground.
Do not fire unless fired upon.
But if they mean to have a war let it begin here."
- Capt. Parker, Lexington Militia, April 19, 1775

Like · Comment

    John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
April 3 ·

Wishing everyone a Happy Passover and or Easter this weekend.

Like · Comment

    Haley Darr, Melody Zullinger Schell, Merlin Benner and 5 others like this.

 **Cindy Sandow** Chag sameach Josh, Vivian and kids
    1 · April 3 at 9:24am

 **Josh First For Pennsylvania Senate, 15th District**
March 31 ·

Thank you to Professor Andrea Leiber at Dickinson College and her neat students for having me in to speak with them today.

Like · Comment

    John Conner and Cindy Sandow like this.

 **Josh First For Pennsylvania Senate, 15th District**
March 28 ·

It's official. The Obama admin wants Iran to get nukes.
http://m.weeklystandard.com/.../iranian-defector-us-negotiati…

## Iranian Defector: 'U.S. Negotiating Team Mainly There to Speak on Iran's Behalf'

An Iranian journalist writing about the nuclear negotiations between the United States and Iran has defected. In an interview Amir Hossein Motaghi, has some harsh words for his native Iran. He also has a damning indictment of America's role in the nuclear negotiations.

M.WEEKLYSTANDARD.COM

Like · Comment · Share

Roy Ikeda likes this.

 **Josh First For Pennsylvania Senate, 15th District**
March 27 ·

There are a couple elected officials around Harrisburg who might still swear on the Bible that Obama is the most pro-Israel president ever. Even after Obama agreed to let Iran develop their nukes in bunkers and the Obama Admin released Israel's top-secret nuclear report. It's kind of like "If you want your health care, you can keep your health care," which is the opposite of truth.

Like · Comment

John Conner and Cindy Sandow like this.                          Top Comments

 **Cindy Sandow** Who would have thought that we would see the US working against Israel. But then again how could the American people elect him twice
  1 · March 27 at 10:41am

 **Josh First For Pennsylvania Senate, 15th District** Agree. No question about it, Americans elected a Muslim Marxist. Obama is at war with America's allies and friends with our worst enemies
March 27 at 10:42am

View more replies

 **Cindy Sandow** I guess that's why the teachers in our district are trying to push Brandon into the IB program which would indoctrinate citizen of the world values.
March 27 at 10:33am

 **Josh First For Pennsylvania Senate, 15th District** IB?
March 27 at 10:34am

View more replies

View 4 more comments

 **Josh First For Pennsylvania Senate, 15th District**
March 22 ·

Pa State Police Commissioner nominee Marcus Brown must be withdrawn.
http://joshfirst.com/.../gov-wolf-must-pull-marcus-brown-nom.../

Gov. Wolf must pull Marcus Brown nomination « Josh First's Blog

Brown is a deeply, amazingly flawed candidate whose poor record literally involved recent malicious vandalism and theft. That is, the most basic, lowest form of law breaking. It's behavior far beneath the dignity of any professional, and even farther, unimaginable, really, for someone representing t...

JOSHFIRST.COM

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
March 20 ·

Magic, and Spring, are in the air.
http://joshfirst.com/…/magic-is-in-the-air-and-so-is-spring/

### Magic is in the air, and so is Spring « Josh First's Blog

Today may be the first day of Spring, but you'd never know it, with all the snow that fell last night and today. Despite freezing temperatures all over the east, however, there is magic in the air. And it carries Spring on its wings. We can take heart. Nicer weather is indeed here.

JOSHFIRST.COM

Like · Comment · Share

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
March 18 ·

My son passed his hunter-Trapper Safety Education class.
http://joshfirst.com/blog/2015/03/18/a-fathers-pride/

### A Father's Pride « Josh First's Blog

A big milestone in Central Pennsylvania life was achieved last night when my son passed his Hunter & Trapper Safety Education course and received his orange certificate. He's now permitted to purchase a hunting license and begin hunting and trapping as his own self-directed person. Yes, he is youn...

JOSHFIRST.COM

Like · Comment · Share

Sharonna Himelfarb Liatsidis, Anat Hakim, Larry Fischer and 6 others like this.

 **Cindy Sandow** Congratulations!
1 · March 18 at 7:24am

 **Josh First For Pennsylvania Senate, 15th District**
March 17 ·

Everybody is Irish today. Happy St Patty's Day!

Like · Comment

Max Lapping, John Conner and Cindy Sandow like this.

 **Josh First For Pennsylvania Senate, 15th District**
March 16 ·

More girls than boys at the sold-out standing room only Hunter Safety Education class tonight at Milton Grove Sportsmens Club. Thank you to the great instructors who donate their time.

Like · Comment

Rink Somerday and John Conner like this.



**Josh First For Pennsylvania Senate, 15th District**
March 13 ·

Springtime - that sunshine sure feels good

Like · Comment

Lindsey Kathleen and John Conner like this.



**Josh First For Pennsylvania Senate, 15th District**
March 12 ·

American hunters and fishermen spend $76 billion every year directly on their activities. Ripple effect is $192 billion in economic activity. Excise taxes on guns, ammunition, fishing rods, tackle, etc. were $882 million in just 2013, and all that goes directly to wildlife conservation. Hunting and fishing alone are the size of a small nation's annual budget.

Like · Comment

Brad Gehman and John Conner like this.



**Josh First For Pennsylvania Senate, 15th District**
March 11 ·



**Firearms Owners Against Crime**
Political Organization

7,885 Likes
843 talking about this

Like · Comment · Share



**Josh First For Pennsylvania Senate, 15th District**
March 11 ·

Proposed PA budget funds state parks and forests better than in the past four years, that is a plus. But the distant past one-time one billion dollar federal education aid will never be made up by PA taxpayers.

Like · Comment



**Josh First For Pennsylvania Senate, 15th District**
March 9 ·

Want to join forces with like-minded citizens working to eliminate property taxes?

Does new Senator Aument and new Representative Hickernell support 76? Senator Brubaker supported us! Do you want School Property Tax Eliminated? Will you help us to pass School Property Tax Elimination, ACT 76? We leave Bethel Fire Co at 7am Saturday 3/21and 3/28 and return from Columbia before dinnertime. Your help is vital to eliminating school taxes!

Governor Wolf says he has plan "like" 76.... See More

Like · Comment

John Conner likes this.



**Josh First For Pennsylvania Senate, 15th District**
March 9 ·

From our friends at Campaign for Liberty:

IT'S ELECTION SEASON! You're supposed to forget about what our politicians have done. Hold'em accountable at the Bethel Fire Company, 7-9pm at 9675 Old 22, Bethel, PA 19507.

Wednesday, March 11th, 2015: We are hosting Janice Bowman, Common Core expert, as she shares facts and NOT fiction promoted by the statists and teacher's union. Attorney Jim Smith, will remind us what Marriage was, is and always will be according to God. He will... See More



Lehigh Valley Commentator
Saturday, February 21, 2015 marked the day of the NCRC's Lincoln Day Breakfast, an event to promote Republican candidates and Party principles. The event was held at the Blue Grill in Bethlehem Township. The Northampton Republican Committee did a...
LVCOMMENTATOR.COM

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
March 8 ·

Ballot petitions are being completed today. Dauphin County Republican
Committee HQ holding petition party today til 4:00

Like · Comment

 **Josh First For Pennsylvania Senate, 15th District**
March 5 ·

http://joshfirst.com/…/harrisburg-city-makes-legal-mistake…/

> ## Harrisburg City makes legal mistake after legal mistake
> « Josh First's Blog
> I am a plaintiff in a lawsuit against Mayor Eric Papenfuse and Harrisburg City, over
> his unwillingness to comply with longstanding state law and remove anti-gun
> ordinances from the city laws.
>
> JOSHFIRST.COM

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
March 3 ·

Are local news reporters deliberately hiding facts from the public?
http://blog.pennlive.com/…/…/qa_with_tara_leo_auchey_4.html…



## Why are gun rights advocates suing Harrisburg? Q&A
with Tara Leo Auchey
This week we talked to Joshua Prince, attorney for Firearm Owners Against Crime -
one of the parties challenging Harrisburg's gun ordinances.

BLOG.PENNLIVE.COM

Like · Comment · Share

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
March 3 ·

http://blog.princelaw.com/.../default-judgment-entered-again.../



### Default Judgment Entered Against the City of Harrisburg, et al. in Firearm Preemption Litigation

Today, the Dauphin County Prothonotary entered a default judgment for Plaintiff Howard Bullock against...

BLOG.PRINCELAW.COM

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
March 3 ·

Netanyahu speaks to Congress in an hour. Like Churchill begging the Americans to recognize Nazi Germany as a threat to all freedom in 1942, this one man now stands for Western Civilization, while Barack Hussein Obama seeks to destroy it. I hope the Democrats do what is right. Protect America.

Like · Comment

Dani Shachak, Gail Sweigard Wilbert, Ian Safko and 4 others like this.    Top Comments

1 share

 **Cindy Sandow** Many of them are boycotting. They are disgraceful
2 · March 3 at 6:50am

 **Josh First For Pennsylvania Senate, 15th District** The hallmark of political correctness is devotion to a president hostile to one's own nation, and not devotion to that nation itself above all else. JFK would be a tea party right wing Republican today. JFK would have charged Obama with treason.
2 · March 3 at 6:53am

View more replies

 **Haley Darr** Did this put into perspective how bad our leader is or what!?!? So refreshing to hear the clear tuth from a real leader at the capital for a change.
1 · March 3 at 10:56am

 **Josh First For Pennsylvania Senate, 15th District**
March 2 ·

http://www.gatestoneinstitute.org/.../netanyahu-congress-spee...



## Netanyahu, Churchill and Congress

There are striking similarities between the objectives of Churchill's speech nearly 75 years ago and Netanyahu's today; both with no less purpose than to avert global conflagration. And, like Churchill's in the 1930s, Netanyahu's is the lone voice among

GATESTONEINSTITUTE.ORG | BY RICHARD KEMP

Like · Comment · Share

   Scott Cary likes this.

---

 **Josh First For Pennsylvania Senate, 15th District**
March 2 ·

Netanyahu, Churchill and Congress -
Trying to Avert War

by Richard Kemp
March 1, 2015 ...
Continue Reading



## Netanyahu, Churchill and Congress

There are striking similarities between the objectives of Churchill's speech nearly 75

years ago and Netanyahu's today; both with no less purpose than to avert global conflagration. And, like Churchill's in the 1930s, Netanyahu's is the lone voice among

GATESTONEINSTITUTE.ORG | BY RICHARD KEMP

Like · Comment · Share



**Josh First For Pennsylvania Senate, 15th District**
March 2 ·

Even the strongest supporters of "Net Neutrality" are now, just hours after the FCC rules were adopted, exclaiming that the government will be regulating content, like your free speech rights. Don't say we didn't warn about it.

Like · Comment

 Cindy Sandow, Haley Darr and John Conner like this.

 **Cindy Sandow** Can't believe this happened
March 3 at 6:59am

>  **Josh First For Pennsylvania Senate, 15th District** And the Republican "leadership" is too weak to fight back. Any disagreement with Obama leads to a govt shutdown, which the Rs say they'll take responsibility for and thus won't allow. It's nuts.
> 1 · March 3 at 7:33am

 **Josh First For Pennsylvania Senate, 15th District**
March 2 ·

http://www.frontpagemag.com/.../caro.../in-israels-hour-of-need/



## In Israel's Hour of Need | FrontPage Magazine

Originally published by the Jerusalem Post. It is hard to get your arms around the stubborn determination of Prime Minister Benjamin Netanyahu today. For most of the nine years he has served as Israel's leader, first from 1996 to 1999 and now since...

FRONTPAGEMAG.COM

Case 1:15-cv-00322-YK   Document 41-3   Filed 06/01/15   Page 17 of 35

Like · Comment · Share



**Josh First For Pennsylvania Senate, 15th District**
March 2 ·

It's a sad day when the prime minister of Israel cares more about America's safety than our own president. Netanyahu is defending Western Civilization. Obama wants to blow it up.

Like · Comment

Cindy Sandow and John Conner like this.



**Josh First For Pennsylvania Senate, 15th District**
March 1 ·

Looking forward to getting my money's worth from watching Downton Abbey on PBS tonight...but their depiction of field sports needs help.
http://joshfirst.com/…/…/03/01/shoot-straight-downton-abbey/

> ### Shoot straight, Downton Abbey! « Josh First's Blog
>
> Every in-season Sunday night at 9:00 we eagerly gather round the big screen, home made spiced popcorn by the bucketful for each family member, and we drink in the beautifully done details and attention to form and grace we might otherwise mock, but which suddenly doesn't look so quaint nowadays.
>
> JOSHFIRST.COM

Like · Comment · Share

Heather Knudson Taracka likes this.



**Josh First For Pennsylvania Senate, 15th District**
February 27 ·

Finally, justice in "Palestine."
http://joshfirst.com/…/justice-in-palestine-by-way-of-harr…/
Justice in Palestine, by way of Harrisburg, PA « Josh First's Blog
joshfirst.com

> ### Justice in Palestine, by way of Harrisburg, PA « Josh First's Blog
>
> Palestine may never have been a country in history, and there may never have been a "Palestinian people" before 1968, but by God, there are a lot of calls for Justice in Palestine, and this past week, we finally got a good dose of it.
>
> JOSHFIRST.COM

Like · Comment · Share

Cindy Sandow and John Conner like this.



**Josh First For Pennsylvania Senate, 15th District**
February 25 ·

What if concerned citizens blocked the FCC vote tomorrow?

What if concerned citizens went to the FCC headquarters and blocked the five members from meeting there and holding a quorum?

What if the American citizenry decided that they had had enough of Obama's lawlessness, and they determined the only way to keep the FCC from taking over the Internet was to #OccupyFCC?... See More

Like · Comment

Haley Darr, Irving Krasnoshteyn and 2 others like this.

**2 shares**



**Cindy Sandow** Shared. Thank you. I can't express myself like that. I get too emotional
    1 · February 25 at 2:27pm



**Josh First For Pennsylvania Senate, 15th District** You inspired me, Cindy Sandow. How do I see if something has been shared?
        1 · February 25 at 2:41pm

View more replies



**Josh First For Pennsylvania Senate, 15th District**
February 25 ·

Maybe Congress can block this takeover and giveaway of the Internet
http://thehill.com/…/p…/technology/233763-is-the-fcc-lawless



## Is the FCC lawless?

We may soon see an agency that gives favorable treatment to some but not others.

THEHILL.COM

Like · Comment · Share

Cindy Sandow likes this.                                    Top Comments

**Cindy Sandow** "Freedom is the awareness of alternatives and of the ability to choose." - Michael Savage - 2/25/15

1 · February 25 at 2:02pm

**Josh First For Pennsylvania Senate, 15th District** Liberals do not like choice, except the choices they decide for others

1 · February 25 at 2:22pm

**Cindy Sandow** They don't obey their own laws - we are living in dangerous times. Our Internet freedom is at stake. Call your reps, although at this point, I don't know what difference it will make - it is as if there wasn't a landslide election in November.

1 · February 25 at 2:02pm

**Josh First For Pennsylvania Senate, 15th District** Incredibly weak Republicans. A bunch of foolish old men who do not know how to lead, who hold onto power for their own personal benefit, not to do something good with it for the people

1 · February 25 at 2:22pm

**Josh First For Pennsylvania Senate, 15th District**
February 25 ·

Medical cannabis – the time is now

Medical cannabis is the active ingredient from the marijuana plant, used in a responsible way for strictly medical purposes, like treating severe pain and seizures.

Presently the well-earned stigma of "weed" prevents medical cannabis from being used as an alternative to addictive, dangerous drugs from barbiturates and opiates.... See More

Like · Comment

**Josh First For Pennsylvania Senate, 15th District**
February 24 ·

Obama vetoed the Keystone Pipeline bill. Can't drill, can't frack, can't use North American petroleum products...I guess we should just keep buying Saudi oil. And wear grass skirts and live in driftwood huts.

Like · Comment

John Conner and Cindy Sandow like this. Top Comments

**Merlin Benner** I think the recent train crash with a huge oil spill should be a reason to use pipelines over other modes of transportation.

1 · February 24 at 3:20pm

**Josh First For Pennsylvania Senate, 15th District** Excellent point, Merlin Benner

February 24 at 3:29pm

**Cindy Sandow** Michael savage talked about how Warren Buffett profits over us not getting the keystone pipeline and he is one of the usurper s bigger donors. It's all about the money

February 24 at 3:18pm



**Josh First For Pennsylvania Senate, 15th District** Wouldn't surprise anyone
February 24 at 3:29pm

---



**Josh First For Pennsylvania Senate, 15th District**
February 24 ·

Now is the time to inform your PA elected officials about your opinion of a new tax on natural gas. My request is that we not have a new tax, but if a "severance tax" must be had, then the Corporate Net Income Tax is lowered commensurately.

Like · Comment

   John Conner likes this.

---



**Josh First For Pennsylvania Senate, 15th District**
February 24 ·

Is "climate change" politicized? Um yup.
http://nofrakkingconsensus.com/…/rajendra-pachauris-resign…/



## Rajendra Pachauri's Resignation Letter

The resignation letter of the IPCC chairman is a two-page love letter to himself.

NOFRAKKINGCONSENSUS.COM

Like · Comment · Share

---



**Josh First For Pennsylvania Senate, 15th District**
February 24 ·

http://www.wsj.com/…/l-gordon-crovitz-from-internet-to-obam…

Like · Comment · Share

   Cindy Sandow likes this.

---



**Josh First For Pennsylvania Senate, 15th District**
February 23 ·

"If you like your Internet, you can keep your Internet..." http://dailycaller.com/…/republican-fcc-commissioners-ask-…/

Like · Comment · Share

Cindy Sandow and John Conner like this.

 **Josh First For Pennsylvania Senate, 15th District**
February 23 ·

Sorry I've been out of circulation for so long. Respiratory infection knocked me down for a while.

Like · Comment

Cindy Sandow likes this.                                    Top Comments

 **John Conner** i hope you are in good heath to shoot a few commies!
February 23 at 8:09pm

 **Josh First For Pennsylvania Senate, 15th District** Hunting season is over. Now it's tax season
February 24 at 5:38am

 **Cindy Sandow** Feel better
1 · February 24 at 1:40pm

 **Josh First For Pennsylvania Senate, 15th District**
February 20 ·

http://www.breitbart.com/.../grover-norquists-alleged-islami.../



Grover Norquist's Alleged Islamist Ties Threaten
Reelection to NRA Board of Directors - Breitbart

Americans for Tax Reform (ATR) president Grover Norquist has written a letter to several members of the NRA's board of directors fervently denying allegations of his...

BREITBART.COM

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
February 20 ·

The PA Office of Open Records is being fought over by Governor Wolf and the PA Senate Republicans. I believe that Erik Arneson should remain as the office director; here is why: http://joshfirst.com/…/pa-office-of-open-records-the-battl…/

---

### PA Office of Open Records – the battle for control « Josh First's Blog

Erik Arneson is never going to win awards for public relations savvy, but he does deserve to hold on to the job of director of the Office of Open Records he was appointed to by outgoing governor Tom Corbett back in December, 2014.

JOSHFIRST.COM

---

Like · Comment · Share

---



**Josh First For Pennsylvania Senate, 15th District**
February 20 ·

ISIS is who I'd bet on, not fellow patriots. http://www.truthrevolt.org/…/homeland-security-warns-terror…



### Homeland Security Warns of Terrorist Threat from Right-Wingers

A new intelligence report from the Department of Homeland Security warns of the imminent danger posed by domestic anti-government terrorist groups. In its report...

TRUTHREVOLT.ORG

---

Like · Comment · Share

---

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District** I am a little miffed that they did not have any bullseye targets in Pennsylvania. What, are we insufficiently patriotic here?
February 20 at 11:53am

---



**Josh First For Pennsylvania Senate, 15th District**
February 20 ·

Tell the NRA to keep this lefty off the NRA board of directors.
http://www.breitbart.com/.../exclusive-grover-norquist-deno.../...



## Exclusive: Grover Norquist Denounces Islamist Charges as 'Lies, Crap, Garbage' - Breitbart

Grover Norquist is firing back at what he described as "garbage," "crap," and "lies" perpetrated by Frank Gaffney and his allies.

BREITBART.COM

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District** The headline should have read "Why does the NRA even have a guy like Grover Norquist on its board?"
February 20 at 12:29pm

 **Josh First For Pennsylvania Senate, 15th District**
February 19 ·

This is why fighting for our Second Amendment rights is so important:
http://www.foxnews.com/.../flintlock-from-1700s-could-land-.../...#



# Flintlock from 1700s could land elderly NJ man in prison

A retired teacher is facing 10 years in prison and the loss of his state pension for possessing a flintlock pistol that may not have been fired since George Washington...

FOXNEWS.COM

Like · Comment · Share

John Conner likes this.

 **John Conner** Josh, I am deadly serious when I say I want New Jersey removed from the Union.This is just one of the many reasons.
1 · February 20 at 3:41am

 **Josh First For Pennsylvania Senate, 15th District** I guess I'm confused why anyone would choose to live in Joizy in the first place, this story being Exhibit A of nanny government ruining our citizens' lives.
1 · February 20 at 10:06am

 **Josh First For Pennsylvania Senate, 15th District**
February 19 ·

http://m.weeklystandard.com/.../why-cant-public-see-obamas-pr…

 ## Why Can't the Public See Obama's Proposed Internet Regulations?

Republican senators Mike Lee, Ben Sasse, and Rand Paul have all been high profile opponents of the Obama administrations current plan to regulate the internet -- in particular, Lee has called the regulation a government...
M.WEEKLYSTANDARD.COM

Like · Comment · Share

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
February 19 ·

Internet regulations coming from Obama administration. Are we ready for this? It's the usual liberal micromanagement. With a dash of squashing free speech.

Like · Comment

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
February 19 ·

Burned four cords of wood so far. Long, cold winter, that's what it shows.
Wow.

Like · Comment

 **Josh First For Pennsylvania Senate, 15th District**
February 12 ·

http://joshfirst.com/blog/2015/02/12/a-severance-tax-now/

> A Severance Tax, now? « Josh First's Blog
>
> Yesterday in southeast PA, far away from the communities where this issue is most
> important and the citizens might not be so welcoming, Governor Tom Wolf staked
> out his position on creating a new 5% "severance tax" on natural gas from the
> Marcellus shale feature.
>
> JOSHFIRST.COM

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
February 12 ·

Now the Obama Admin is proposing a "Department of Internet" that will
regulate the internet and filter what you can see, read, and post. This is the
biggest assault on the First Amendment since Obama's NSA spying and IRS
suppression of citizen voter groups. Better act on this, friends, or free
speech is over.

Like · Comment

Haley Darr, John Conner and Cindy Sandow like this.                    Top Comments

 **Cindy Sandow** The illegal infiltrator and its handlers never stop w their
assault on us.
2 · February 12 at 6:46am

 **Josh First For Pennsylvania Senate, 15th District** That's the
problem America faces - an all-out, constant assault by the Left. And it
is the defining difference between the Republican Establishment and
the grass roots activists and candidates - one group seeks to ignore or
mildly blunt or even enable these assaults, while the other group is like
the Patriots of 1776...fighting for America.
1 · February 12 at 8:06am

 **John Conner** How about a department of keeping communist Mohammadans
out of government?
1 · February 12 at 5:11pm · Edited

 **Josh First For Pennsylvania Senate, 15th District**
February 12 ·

So illegal aliens walk across an open border into America, get taxpayer-
funded "tax refunds" and are immediately allowed to vote themselves more

free stuff...liberals used to be all about "sustainability." The demand for free stuff far outweighs the supply of free stuff. Amnesty is unsustainable any way we look at it, and it's immoral. PA Rep Patty Kim supports this stuff. Does Senator Teplitz, too?

http://www.washingtontimes.com/.../irs-pay-back-refunds-ille.../



## IRS to pay back-refunds to illegal immigrants who didn't pay taxes

IRS Commissioner John Koskinen told Congress on Wednesday that even illegal immigrants who didn't pay taxes will be able to claim back-refunds once they get...

WASHINGTONTIMES.COM | BY STEPHEN DINAN

Like · Comment · Share

---

 **Josh First For Pennsylvania Senate, 15th District**
February 10 ·

Risk and sacrifice build self-reliance and strong character:
http://joshfirst.com/.../risk-sacrifice-separate-grass-roots.../

## Risk & Sacrifice separate grass roots activists from insulated party professionals « Josh...

In 2009, like many other citizens shocked at the sudden, dramatic changes and corruption re-shaping America, I greatly increased my political activity.

JOSHFIRST.COM

Like · Comment · Share

Haley Darr and John Conner like this.

---

 **Josh First For Pennsylvania Senate, 15th District**
February 10 ·

Don't forget to visit the Great American Outdoor Show in Harrisburg!

Like · Comment

Elie Cohen likes this.

 **Elie Cohen** Cant this year, to busy
February 10 at 8:17pm

>  **Josh First For Pennsylvania Senate, 15th District** Sorry, Elie, it's
> really hitting its stride this year. Next year will be even better.
> February 12 at 6:29am

 **Josh First For Pennsylvania Senate, 15th District**
February 10 ·

Mainstream media will benefit from government control of the internet, so
they're silent about Obama's latest proposal:
http://newsbusters.org/…/nets-barely-cover-obamas-internet-…



## Nets Barely Cover Obama's Internet Regulations

The government may implement new regulations over the Internet that could cost
the economy billions of dollars and thousands of jobs. Despite the potentially large
impact of these regulations, the broadcast news networks have barely covered the
issue in...

NEWSBUSTERS.ORG

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
February 10 ·

Obama's proposal to control the internet: http://www.breitbart.com
/…/republican-fcc-member-warns-net…/

Like · Comment · Share

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
February 9 ·

The Great American Outdoor Show is under way at the Farm Show complex in Harrisburg. Today I volunteered at the PA Federation of Sportsmen's Clubs booth there and most enjoyed the 1960s Volkswagon Love Bus with a mini rotary machine gun mounted on top.

Like · Comment



**Josh First For Pennsylvania Senate, 15th District**
February 9 ·

The teachers unions have us renting our homes from them. They've got a War on Boys going pretty strong, too. http://www.breitbart.com /…/childhood-criminalized-suspende…/



## Childhood Criminalized: Suspended in Elementary School

A nine-year-old Texas schoolboy was suspended from his elementary school for posession of a "magic ring."

BREITBART.COM

Like · Comment · Share

Elie Cohen likes this.



**Josh First For Pennsylvania Senate, 15th District**
February 5 ·

The Great American Outdoor Show in Harrisburg starts this weekend. I initiated the boycott of the previous anti-gun promoter, and a handful of conservation leaders (also NRA members) spread it across the Internet, and now we have it run by the NRA. What has been missing from the story is how the NRA grass roots members delivered this show into the lap of NRA. Have fun there, and look for the Sunday Hunting banner. Unfortunately, Hunters United for Sunday Hunting will be missing, as they did not get a booth.

Like · Comment



**Josh First For Pennsylvania Senate, 15th District**
February 2 ·

For ten years we have been cooperating land owners with the PA Game Commission. This means that we allow the public to hunt on our land, and PGC patrols it. Many of the hunters who use it most stay in touch with us throughout the year, and there have been some entertaining stories. We are happy to partner with PGC. It's a good relationship.

Like · Comment

Elie Cohen and Merlin Benner like this.



**Josh First For Pennsylvania Senate, 15th District**
February 2 ·

As JoePa showed us, there IS a time to run up the middle. Last night's last play by the Seahawks was tailor made for Marshawn Lynch running up the middle and scoring and winning. Boy is it fun to Monday Morning Quarterback

Like · Comment

Anat Hakim likes this.



**Josh First For Pennsylvania Senate, 15th District**
January 29 ·

I am a dinosaur... http://joshfirst.com/blog/2015/01/29/on-being-a-dinosaur/

## On Being a Dinosaur « Josh First's Blog

In so many ways, my beliefs, ideals, values, education, outlook, hobbies, lifestyle, and behavior seem as outdated and as uncommon as the dinosaurs that died out long ago.

JOSHFIRST.COM

Like · Comment · Share

Haley Darr likes this.



**Josh First For Pennsylvania Senate, 15th District**
January 29 ·

I appreciated state senator Rob Teplitz holding a town hall meeting for --all-- 15th senate district constituents in New Bloomfield, Perry County, last night. He pleasantly surprised me with his answer about Common Core educational standards, which I oppose on the grounds that it corrodes liberty and grows government intervention in the personal lives of Americans. Most of his other answers were circular or general, meant to avoid the issue, primarily on gun rights and the lawsuits against Harrisburg

City's illegal ordinances. I respect him acknowledging that most of the citizens there did not support him. I gotta say, for a guy getting so much heat, he kept his chin up and a good nature.

Like · Comment

 **Josh First For Pennsylvania Senate, 15th District**
January 27 ·

A common story in America. Why? http://www.tpnn.com/.../tragic-illegal-alien-with-criminal-r.../



## TRAGIC: Illegal Alien With Criminal Record Kills AZ Clerk Over a Pack of Cigarettes

Professional race hustler Al Sharpton won't be causing race riots over the following story. Likewise, Obama won't be announcing that the 21-year-old victim could have...

TPNN.COM | BY TPNN WRITING CREW

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
January 27 ·

State Senator Rob Teplitz will be holding a town hall meeting tomorrow, Wednesday, 6-7 PM, at 25 West Main Street, New Bloomfield, the Veterans Memorial Building, Perry County Commissioners Hearing Room. This is a great opportunity to ask questions about his philosophy on government and about his voting record.

Like · Comment

2 shares

 **Josh First For Pennsylvania Senate, 15th District**
January 27 ·

Now why would an American environmental activist take Russian oil funding

to fight against American oil and gas drillers seeking energy independence?
http://freebeacon.com/…/foreign-firm-funding-u-s-green-gro…/



## Foreign Firm Funding U.S. Green Groups Tied to State-Owned Russian Oil Company

A shadowy Bermudan company that has funneled tens of millions of dollars to
anti-fracking environmentalist groups in the United States is run by executives with...

FREEBEACON.COM

Like · Comment · Share

 **Josh First For Pennsylvania Senate, 15th District**
January 26 ·

http://joshfirst.com/…/is-it-time-for-civil-disobedience-a…/

## Is it time for civil disobedience and ignoring kook judicial holdings? « Josh First's Blog

Civil disobedience, non-resistance obstructionism, and peaceful protests against
clearly unfair laws and violent government agents is time-honored in America.

JOSHFIRST.COM

Like · Comment · Share

Haley Darr likes this.

 **Josh First For Pennsylvania Senate, 15th District**
January 24 ·

http://www.breitbart.com/…/obamas-paris-no-show-snubbing-s…/

Like · Comment · Share

John Conner likes this.



 **Josh First For Pennsylvania Senate, 15th District**
January 17 ·

I am proud to publicly stand up for everyone's Constitutional rights, and a more appropriate image than a gun and misleading headline are in order for the Patriot News: http://www.pennlive.com/.../harrisburg_gun_ordinances_act.html



## Open season on Harrisburg: Second lawsuit filed against city for its 'unlawful' gun ordinances

A new lawsuit filed Friday against Harrisburg for its gun ordinances represented the second one filed this week, and could be more costly. The new lawsuit seeks...

PENNLIVE.COM

Like · Comment · Share

Lindsey Kathleen, Irving Krasnoshteyn, Kathy Davis and 2 others like this.      Top Comments

 **Irving Krasnoshteyn** And if not for people like you Josh, most people would not have done a thing about it. The sheeple are lucky to have you, sir.
1 · January 19 at 5:11am

 **Josh First For Pennsylvania Senate, 15th District** Thank you! Kudos to Kim Stolfer at FOAC and attorney Josh Prince, who are the brains behind the policy and lawsuit.
January 19 at 5:21am

 **John Conner** Why do we have insurance on our property, automobile and our lives? iWedo not want to use the insurance but it is good to know it is there. It is the same thing with guns. We do not want to have to shoot an intruder but it is nice to know you have that insurance.
2 · January 17 at 8:19pm

View 1 more comment

 **Josh First For Pennsylvania Senate, 15th District**
January 15 ·

http://www.senatorscottwagner.com/.../senator-wagner-sponsor.../



**Josh First For Pennsylvania Senate, 15th District**
January 15 · Edited ·

Constitutional Organization Of Liberty

A Project of the Alexander Hamilton Institute For Constitutional Studies

January 16, 2015...
Continue Reading

Like · Comment



**Josh First For Pennsylvania Senate, 15th District**
January 15 ·

Writing in Al-Sharq Al-Awsat, Abd Al-Rahman Al-Rashad, former director of Al-Arabiya TV, wrote:

"Protests against the recent terrorist attacks in France should have been held in Muslim capitals, rather than Paris, because in this case it is Muslims who are involved in this crisis and stand accused, and are expected to declare their innocence. The story of extremism begins in Muslim societies, and it is with their support and silence that extremism has grown into terrorism that is harming people across the world."
And the Obama Admin ignores him.

Like · Comment



**Josh First For Pennsylvania Senate, 15th District**
January 13 ·

I wonder if Pennsylvania government has played any games like this.
http://www.washingtontimes.com/.../irs-keeps-albuquerque-tea.../



### IRS keeps Albuquerque Tea Party in limbo 5 years after tax-exempt status application

Before there were the lost Lerner emails, the congressional hearings and the

Case 1:15-cv-00322-YK   Document 41-3   Filed 06/01/15   Page 34 of 35

retaliatory budget cuts, there was the Albuquerque Tea Party, a group of politically...

WASHINGTONTIMES.COM | BY STEPHEN DINAN

Like · Comment · Share

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
January 13 ·

When can America have an official this bold?
http://www.dailymail.co.uk/.../Moroccan-born-mayor-Rotterdam-...



Moroccan-born mayor of Rotterdam tells fellow
Muslims who do not appreciate the 'freedoms' of...

Ahmed Aboutaleb, mayor of Rotterdam, said that Muslim immigrants who do not
appreciate freedom of speech enjoyed in the Netherlands can 'pack your bags and...

DAILYMAIL.CO.UK

Like · Comment · Share

John Conner likes this.

 **Josh First For Pennsylvania Senate, 15th District**
January 13 ·

Friday night a deranged man tried to break into our home. The police arrived
ten minutes after we called. Would Harrisburg's illegal gun laws have
prevented me from defending my family, had he managed to get in before
the police arrived? Why do Harrisburg City political leaders think their
ridiculous gun laws are more important than our family's safety?

Like · Comment

Merlin Benner, John Conner and Cindy Sandow like this.      Top Comments

 **Isaiah F. A. Cohen** Are you all okay?
January 13 at 8:59am

 **Josh First For Pennsylvania Senate, 15th District** We are ok, thank you, Isaiah. Viv and the kids were really scared and shaken. I was imagining the gross task of cleaning up the blood that would have been in our foyer.

> 2 · January 13 at 9:57am

View more replies

 **Cindy Sandow** Omg. I'm so sorry Josh

2 · January 13 at 7:46am

 **Josh First For Pennsylvania Senate, 15th District**
January 12 ·

Harrisburg refuses to rescind its illegal gun laws. Seems like some people think they can ignore laws they don't like and enforce illegal laws they pass. What a strange way to run a democracy. Either we have the rule of law, or we don't.

Like · Comment

 **Josh First For Pennsylvania Senate, 15th District**
January 12 ·

http://www.politico.com/.../media-slam-obamas-paris-snub-2009…


## Media slam Obama's Paris snub

Several members of the media are criticizing President Barack Obama's decision to skip an anti-terrorism march in Paris over the weekend, even as leaders from 44 other countries stood together in solidarity against the killing of 12 people at the Charlie Hebdo

POLITICO.COM | BY DYLAN BYERS

Like · Comment · Share

See More Stories

Sign Up     Log In     Messenger     Mobile     Find Friends     Badges     People     Pages     Places     Games
Locations   About      Create Ad     Create Page   Developers      Careers     Privacy    Cookies   Ad Choices   Terms
Help

Facebook © 2015
English (US)