# Prince Law Offices, P.C.

BY JOSHUA PRINCE, ESQ. | MARCH 3, 2015 · 4:29 PM

## Default Judgment Entered Against the City of Harrisburg, et al. in Firearm Preemption Litigation

Today, the Dauphin County Prothonotary entered a default judgment for Plaintiff Howard Bullock against the City of Harrisburg, Mayor Eric Papenfuse and Police Chief Thomas Carter in the amount of "$21,140 plus such additional sums as may be assessed at trial."  You can download an entire copy of the Default Judgment [here](#).

This default judgment stems from a lawsuit filed against the City of Harrisburg, Mayor Eric Papenfuse and Police Chief Thomas Carter by Firearm Owners Against Crime (FOAC), Kim Stolfer, Joshua First and Howard Bullock, as a result of their illegal firearm ordinances.

On February 13, 2015, the Defendants removed FOAC, Kim Stolfer and Joshua First to the United States District Court, Middle District of Pennsylvania; however, they left Howard Bullock's claims pending before the Dauphin County Court of Common Pleas. As the Defendants failed to file a responsive pleading to Plaintiff Bullock's claims, even after being provided the requisite 10 day notice, the Dauphin County Prothonotary entered a default judgment for Mr. Bullock against the Defendants.

## You May Like

1. 

## Share this:

Be the first to like this.

**Related**

PRESS RELEASE: Lawsuit Filed Against City of Harrisburg Regarding Its Illegal Firearm and Ammunition Ordinances

Press Release: Pending Litigation Against Municipalities That Violate Section 6120

Is the City of Harrisburg Attempting to Solicit People to Conspire to Violate the Law?