Email or Phone       Pa

☐ Keep me logged in    For

**Firearms Owners Against Crime
is on Facebook.**

To connect with Firearms Owners Against Crime, sign up for

**Sign Up**   **Log In**



# Firearms Owners Against Crime
Political Organization

**Timeline**    About    Photos    Likes    More ▾

**Firearms Owners Against Crime**
19 hrs ·

Back in Australia . . . crossbows banned . . . .

http://www.heraldsun.com.au/.../.../story-e6frf7jx-122603



Western Australia ado[
ban

**Herald Sun**

THE family of a man killed by a cro
new West Australian laws blocking
possession of the weapons will pre

HERALDSUN.COM.AU

Like · Comment · Share

Gary Erford, Andrew P Bucior Jr, James Corbally and 14 others
like this.



 **Brian Kiser** Ok, we should take bets on how long it'll take t
butter knives! I say 15 years!
2 · 19 hrs

 **Jamie Miller**



1 · 14 hrs

View 4 more comments

 **Firearms Owners Against Crime**
22 hrs ·

Suffolk, England. Note the highlighted text.

http://i.imgur.com/V6Zjl6q.png

http://www.suffolk.police.uk/contactus/faqs/results.aspx…



I.IMGUR.COM

Like · Comment · Share

Rodney Linkous, James Corbally, Watt Smith and 13 others like
this.

3 shares

**Greg Pipilo** England: where even violent criminals have a



victim

1 · 19 hrs

**Eugene Sorrentino** Well I guess a 1911 is just out of the q

4 · 22 hrs

View 18 more comments



**Firearms Owners Against Crime**
Yesterday at 5:55am ·

Australia.

http://www.abc.net.au/.../source-of-illicit-guns-in-a.../6483



## Fact check: Where do Australians get illega

Nationals Senator Bridget McKenzie says most guns used to con
illegally imported. ABC Fact Check investigates.

ABC.NET.AU

**Like · Comment · Share**

James Corbally, Rick Randall, Watt Smith and 18 others like thi

2 shares



**Michael Black** Noooo! Illegal guns are obtained illegally?!
can't be! It's illegal!

1 · 19 hrs



**Lance Murdock** OMG there are people getting guns illega
illegel

14 hrs

View 2 more comments



**Firearms Owners Against Crime**
Yesterday at 4:32am ·

Ohio.

http://www.gunnews.com/man-arrested-legally-open-carrying-…/



## Man Disarmed by Police While Legally Open Carrying in Ohio - Gun News

Shawn Northrup and his wife, daughter, grandson, and dog were on a relaxing evening walk while he was legally open carrying in Ohio. But that didn't stop him from being...

GUNNEWS.COM

Like · Comment · Share

Michael Hurtado, George Brown, Gerald Little and 26 others like this.     Top Comments

29 shares

 **Dave Stevens** I can't presume to know what was going on that caused the officer to act that way but at face value, and as a former police officer, I would condemn the officers actions.

    3 · 22 hrs

      1 Reply

 **John Stilwell** http://www.toledoblade.com/.../U-s-appeals-court-clears...

 **Appeals court clears way for Toledoan to sue police**
COLUMBUS — A federal appeals court today cleared...
TOLEDOBLADE.COM

    2 · Yesterday at 5:01am

      1 Reply

    View 14 more comments

 **Firearms Owners Against Crime**
May 26 at 10:31am ·

News you can use.

How to Become a Professional Gun Nerd
FORGOTTENWEAPONS.COM



I get an email every so often from a young person in high school or college who is interested in firearms, and wants to know what I would recommend for getting into the industry. I've have gotten t...

Like · Comment · Share

Rosanne Lyn Davidson-Patterson, Matt Pietrantonio, Clay Myers and 7 others like this.

1 share

---

 **Firearms Owners Against Crime**
May 26 at 7:06am ·

Sometimes, its just luck that helps.



## Saved by an iPhone - The Firearm Blog

A 25 year old man in the UK was shot in the chest by a teenager using a sawn off double barrel shotgun. The incident took place when the victim approached a group of teenagers who had turned of the water supply to the block of flats where he lived....

THEFIREARMBLOG.COM

Like · Comment · Share

Michael Rinard, Paul Sill, Paul Martin and 7 others like this.     Top Comments

2 shares

 **Tom Bobak** Didn't happen...guns are illegal in the UK...
May 26 at 9:05am

 **Firearms Owners Against Crime** Shotguns are common* and legal in the UK.

(*Common as it gets over there)

1 · May 26 at 10:30am

 **John Mazza** And remember, birdshot is for birds.
May 26 at 7:37pm

View 1 more comment

---

 **Firearms Owners Against Crime**
May 25 at 4:38pm ·

http://www.citizen-times.com/.../concealed-carry-pe.../27924555/



## Concealed carry permits soar amid political, safety fears

Concealed carry permits have soared in recent years amid political and safety concerns

CITIZEN-TIMES.COM

Like · Comment · Share

Patrick Cohn, Patrick Petrowsky, Mary Stuflick and 110 others like this.          Top Comments

44 shares

 **Alan Blatman**
Why do articles always use photos of the crappiest holsters made?

Fobus... Uncle Mike's.... Blackhawk! DERPA....... See More
1 · May 25 at 6:17pm · Edited

3 Replies

 **Jeff Loiselle** this girl should have spent a extra 10 bucks on a blackhawk CQC lvl2 retention holster.
1 · May 26 at 4:13am

View 1 more comment

---



**Firearms Owners Against Crime**
May 25 at 10:16am ·

http://www.nydailynews.com/…/appeal-shot-firearms-salesman-…



## Appeal shot down for firearms salesman

Knight, an independent sale associate of California-based Armored Mobility Inc., contended he needed to carry a concealed handgun.

NYDAILYNEWS.COM

Like · Comment · Share

Goose Pond Sportsman Club, Eric Rouillard, Jerry Hall and 8 others like this.     Top Comments

3 shares


**Matt Pietrantonio** In light of the ruling forcing D. C. to go shall issue, this will not stand if challenged in Federal court.
   1 · May 25 at 10:39am

   1 Reply


**Sam Hartley** Then do not do business with NY. The citizens of NY allow this to happen. But I wonder if CA laws are any better. LOL Both are stupid.
May 25 at 2:47pm

View 3 more comments


**Firearms Owners Against Crime**
May 24 at 7:39am ·

http://www.tpnn.com/…/video-australias-gun-ban-the-astound…/

Like · Comment · Share

Tim Wilkins, John Wrobel, Gary Skroback and 69 others like this.

50 shares

 **Firearms Owners Against Crime**
May 24 at 5:53am · Edited ·

I know most of us probably have already heard this, but just in case you haven't, you should know that Shannon Watts, head of Moms Demand Action, is not the everyday stay-at-home mom she'd like you to believe, her anti-2nd Amendment efforts by a genuine desire to see gun violence decrease across America.

. . . Rather, she is very much a career, seasoned, experienced, well connected corporate communications professional. Here's a link to an older press release announcing the ... See More

> ## Launch of New Public Relations Agency, VoxPop Public Relations, LLC; Shannon Troughton Named 40...
>
> INDIANAPOLIS, Dec. 8 /PRNewswire/ -- Shannon...
>
> PRNEWSWIRE.COM | BY VOXPOP PUBLIC RELATIO...

Like · Comment · Share

Joe Pyle, Rami Nassar, Matt Pietrantonio and 33 others like this.

11 shares

 **Heather Marchese** Yeah. There's way more.

http://www.1mmagc.org/.../growing-astroturf-the...

 ## Growing Astroturf: The Manufacturing of "Gunsense" : Part 1

Everyone involved in the shooting sports / 2A rights...
1MMAGC.ORG

1 · May 24 at 6:11am

2 Replies

 **Firearms Owners Against Crime**
May 23 at 9:18am ·

http://www.breitbart.com/.../moms-demand-action-witness-caug.../

Like · Comment · Share

Joe Pyle, Christopher Miller, David Trudnich and 58 others like this.     Top Comments

26 shares

 **Richard Goodman** This so fits that group....



8 · May 23 at 10:25am



**Craig Clemens** You mean she lied. That's what liberals do

6 · May 23 at 10:21am

View 6 more comments

A woman testifying for Moms Demand Action has been called on the carpet for



**Firearms Owners Against Crime**

May 23 at 8:28am ·

http://concealednation.org/…/does-ammunition-have-a-shelf-…/



## Does Ammunition Have A Shelf Life? Let's Take A Look

Contrary to popular belief – it does. While modern munitions are built to outlive the people who purchased them, it doesn't mean that upper limit can't be reached. In...

CONCEALEDNATION.ORG

Like · Comment · Share

Simon P. Gruzmark, William Pritchard Jr, Rick Randall and 22 others like this.          Top Comments

2 shares



**John DeLallo** Kept in a cool, dry place, I'm saying no. We have some 30-40 Krag blanks made by the Frankford Arsenal in 1903 sitting around in "cold storage", and I cannot ever remember a mis-fire.

May 23 at 9:07am

 **Alan Blatman** Q: Does ammo have a shelf life?

A: It depends on the conditions of the shelf.

    3 · May 23 at 9:01am

---

 **Firearms Owners Against Crime**
May 23 at 6:06am ·

http://www.wsbtv.com/.../man-holds-would-be-carjacker-.../nmL4Z/



## Man holds would-be carjacker at gunpoint until police arrive

An East Point man held a would-be carjacker at gunpoint until police arrived and arrested the suspect, according to Atlanta police.

WSBTV.COM

Like · Comment · Share

Gerald Gardner, June Sullivan, Al Kusmira Jr. and 13 others like this.    Top Comments

 **John DeLallo** Oh My God, a concerned, informed, and law abiding BLACK man defends himself with a GUN. Where the hell are Tim Stevens, the League of Women Voters, and other Jim Crow proponents at? I'll tell you where they are. They are cringing in fear while surrounded by (drum roll)--men with guns.

    1 · May 23 at 6:34am

 **Michael Czmyr** look at that obama, he's black
May 23 at 6:14am

---

 **Firearms Owners Against Crime**
May 22 at 6:01pm ·

http://www.guns.com/.../louisiana-house-passes-elementary-sc.../

Like · Comment · Share

John Kristofits, Goose Pond Sportsman Club, Joe Valdez and 92 others like this.    Top Comments

22 shares


**Walter Durand** That's great.
May 23 at 3:55am


**Scott Berstler** I've always said they should have NRA Basic...including range time...at all elementary schools.
May 23 at 6:24am


**Firearms Owners Against Crime**
May 22 at 12:31pm ·

http://www.xojane.com/issues/im-a-lefty-with-a-gun



UNPOPULAR OPINION: I'm a Lefty With a Gun
Here's the dirty little truth about guns: shooting them is fun.
XOJANE.COM

Like · Comment · Share

James Lare, Kline Dan, Jonathan Dodge and 23 others like this.    Top Comments


**Brian Kemp** Silly sinister. You just need to put the ejection port on the other side of the firearm.

Oh. THAT kind of lefty.
   2 · May 22 at 1:36pm


**Sam Hartley** Interesting, and I have heard similar things from those on the left who discover that GUNS are not the evil things they used to think they were. But her mistake, IMO, was to lock it up each day, and take it out at night to load it and then place it next to her while she slept. But that is just me.
May 22 at 2:35pm

View 1 more comment


**Firearms Owners Against Crime**
May 22 at 8:26am ·

http://www.americas1stfreedom.org/…/gun-controls-branding-…/



Like · Comment · Share

Mark Lewental, Dan Welch, Jonathan Dodge and 10 others like this.

1 share

**Jack Ardrey** Don't forget illiterate people and misguided souls.. Many who still are bowing to the chosen one and hoping for change..
May 22 at 2:59pm

 **Firearms Owners Against Crime**
May 21 at 10:17am ·

https://www.thefire.org/student-sues-texas-college-after-b…/

## www.thefire.org
THEFIRE.ORG

Like · Comment · Share

Troy Lamey, Rodney Murray, Annabelle Lamb and 23 others like this.

1 share

**Firearms Owners Against Crime**
May 21 at 10:15am ·

http://nypost.com/…/dc-loss-for-gun-control-puts-new-york-…/



## DC loss for gun control puts New York City's laws at risk
The latest fight over gun control in Washington, DC, looks like one for New York to watch. It's on the question of whether the District of Columbia can require residents...
NYPOST.COM

Like · Comment · Share

James Lare, Raymond Gingras, Al Kusmira Jr. and 79 others like     Top Comments

this.

25 shares

 **David Bivighouse** What about Jersey too??
May 21 at 12:49pm

 **John McLain** Sounds great
May 21 at 7:39pm

View 2 more comments

 **Firearms Owners Against Crime**
May 21 at 5:38am ·

http://www.poconorecord.com/.../20.../NEWS/150529934/101010/NEWS



## 21-gun salute in Courthouse Square canceled because it violates Stroudsburg ordinance

A Memorial Day weekend ceremony at Courthouse Square won't include a 21-gun salute because it violates the Stroudsburg Borough code. Sunday's

POCONORECORD.COM | BY LYNN ONDRUSEK POCONO RECORD WRITER

Like · Comment · Share

Al Kusmira Jr., Mike Duncan, Josh First and 19 others like this.     Top Comments

15 shares

 **Brian Kane** As grounds for a preemption lawsuit.
10 · May 21 at 7:08am

 **Dale Hinds** Anal retentive bureaucrat wins over patriotic display. PUKE.
7 · May 21 at 7:52am

View 19 more comments

 **Firearms Owners Against Crime** via **Shall Not Be Questioned**
May 20 at 9:20pm ·



## An Old Idea Catches on with the Left

It used to be a lot of gun rights avcocates were calling for the abolishment of the Bureau of Alcohol, Tobacco, and Firearms. Now progressives are catching on to what a dandy idea it really would be to roll the ATF into

WWW.PAGUNBLOG.COM

Like · Comment · Share

Mark Lewental, James Corbally, Jack Chrest and 6 others like this.

1 share



**Alan Blatman** I've been saying the same thing for years: getting rid of the BATFE without first repealing all laws they are charged with upholding would be suicide for us.

1 · May 22 at 1:28pm · Edited

**EARLIER IN 2015**                                                  HIGHLIGHTS ▼



**Firearms Owners Against Crime**
May 17 at 1:57pm ·

http://concealednation.org/…/concealed-carrier-saves-woman…/



## Concealed Carrier Saves Woman From Brutal Attack In PA Neighborhood

ALTOONA, PENNSYLVANIA — A trio of neighbors are credited for helping save a woman from a brutal beating by the hands of her ex-boyfriend.

CONCEALEDNATION.ORG

Like · Comment · Share

James Lare, Keenan Ailstock, Meister Scott and 77 others like this.

32 shares

 **James Lare** Great job Sir
May 24 at 6:11am

 **Firearms Owners Against Crime**
May 13 at 9:50am ·

http://www.tennessean.com/.../nashville-das-domesti.../27203911/



## Nashville DA's domestic violence team seizes first gun

Nashville's specialized domestic violence support team has seized its first after a conviction.

TENNESSEAN.COM

Like · Comment · Share

Angel Collado and Michael Richard Slayton like this.          Top Comments

 **Larry Henry** this wil never work people
May 14 at 4:34pm

 **Jack Ardrey** They trampled someones 2nd amendment! Fire them all and
incarcerate them for 50 years, no parole..
May 14 at 4:11pm

View 1 more comment

 **Firearms Owners Against Crime**
May 11 at 5:25pm ·

http://www.foxnews.com/.../knife-rights-movement-gets-switch.../

Like · Comment · Share

Arlene Rumbold, Xander Hesse, Ron Gandy and 27 others like this.

1 share

 **Arlene Rumbold** Knives are arms. Before guns, there were knives and swords. The Constitution specifically says arms.

    1 · May 12 at 2:58pm

 **Firearms Owners Against Crime**
May 10 at 12:45pm · Edited ·

Reddit post with pictures. Guy shoots himself in the leg while working on Glock. A cautionary tale to remind us all not to be a safety dumbass.

http://www.reddit.com/.../always_make_sure_your_chamber_is_e.../

Like · Comment

Arlene Rumbold, David Cunningham, Brian Kiser and 3 others like this.

 **Firearms Owners Against Crime**
May 5 at 1:11pm ·

http://www.nationalreview.com/.../what-right-feel-safe-robert...



## What 'Right to Feel Safe'?

The current notion that we must avoid hurting anyone's feelings is becoming oppressive. Particularly in academia, deviation from this standard can lead to educational or career consequences. Speaking up for gun rights, for instance, is...

NATIONALREVIEW.COM

Like · Comment · Share

James Corbally, Jeffery Gilbert, Jason Brower and 25 others like this.

20 shares

 **Michael A. Sarver** If feel with mine!
May 6 at 9:19am

 **Firearms Owners Against Crime**
May 5 at 4:55am · Edited ·

If you have any links to foreign press/news sites that discuss the recent Texas ISIS attacks--including comment threads appearing after news articles--please post them here. I am interested in knowing if our use of firepower against firepower here has made any impression on anti-gunners abroad. Like, for instance, they might think, "Gee, the end results were very different between this attack and the one in France . . . maybe being amply armed isn't such a bad idea after all."

Like · Comment

Angel Collado, Matt Petersen, Kurt Miller and 16 others like this.     Top Comments



**Drew Peroni**
Has anyone seen the winning cartoon of this event? I searched and can not find it.

It is sad that all the media keeps talking about it, but none have the balls to show it, hence the radical Islamists win on that front by making others self-censor out of fear. ... See More

May 5 at 7:51am

 **Firearms Owners Against Crime** I did see it--not sure where.
May 5 at 9:54am

View more replies

 **Ray Villa Ortega** Isis claimed a humiliating defeat,how can u brag about that



4 · May 5 at 9:49am

View 3 more comments

 **Firearms Owners Against Crime**
May 4 at 9:23am ·

Brady illegally keeping gun owners database?

http://gunfreezone.net/.../is-the-brady-campaign-breaking-fl.../

**Manager Organizing Department Brady Campaign**
Brady Campaign & Center to Prevent Gun Violence
January 2013 – Present (2 years 4 months) | San Antonio, Texas Area

* worked in the organizing department doing outreach to victim/survivors of gun violence
* Led the department in adding names of gun owners to data base
* Worked closely with communications department to connect with national media to do interviews related to gun violence.
* Lobbied national and state congressional legislators to pass reasonable restrictions on ownership.
*Designed and implemented training programs on gun basics and how to engage gun ow

Like · Comment · Share

Kurt Miller, Angel Collado, Andy Denenberg and 2 others like this.

1 share

 **Matt Petersen** Wouldn't surprise me.
May 4 at 7:23pm

---

 **Firearms Owners Against Crime**
May 1 at 4:08am ·

2nd Amendment Day Rally Prize from FOAC:

Below is a picture of the Rally prize for gun owners who attend the 2nd Amendment rally in Harrisburg on May 12: http://www.2arally.com/

It is a Smith & Wesson AR-15 Sport / Model #811036.... See More



Like · Comment · Share

Larry Henry, Rick Whitefield, John Kristofits and 3 others like this.

1 share

 **Ivan Ullom** Way to go George.....
We really appreciate your support !
May 1 at 5:25am

---

 **Firearms Owners Against Crime** via **Coalition to Stop the Coalition to Stop Gun Violence**
April 29 at 3:04pm ·

Governor needs an education on the limitations of government.

Like · Comment · Share

Christian Heidenfelder, James Lare, Mark Lewental and 12 others like this.    Top Comments

 **Bill Cyrus** So he actually is in favor of noise pollution.
April 29 at 5:14pm

 **Tom Bobak** override maybe??
April 29 at 3:45pm



**Firearms Owners Against Crime** via **Concerned Gun Owners of Pennsylvania**

April 28 at 6:46pm ·



## Learn Gun Safety with Eddie Eagle and the Wing Team

In spring 2015, the NRA introduced a brand new Eddie Eagle video. Started in 1988, the Eddie Eagle GunSafe program has reached more than 28 million children ...

YOUTUBE.COM

Like · Comment · Share

Frank T. Albert, Timothy D Reilly, Edward Marolf and 13 others like this.

3 shares



**John DeLallo** Fat chance. Eddie the Eagle video has cartoon guns in it. Guns are bad, kids will kill each other, parents who own guns are irresponsible, yada, yada, yada. Liberal school boards will not include NRA safety messages in curriculum.
April 29 at 5:08am



**Firearms Owners Against Crime**
April 21 ·

http://www.pennlive.com/.../legal_expenses_harrisburg_gun.html



## Legal expenses for Harrisburg to fight gun lawsuits have topped $20K so far

Two gun rights groups have sued Harrisburg over the legality of the city's gun ordinances, under a new state law known as Act 192. Both cases are winding...

PENNLIVE.COM

Like · Comment · Share

Michael Mitchell, Larry Henry, Bill Hart and 50 others like this.    Top Comments

11 shares

 **Mike Wolgemuth** Why is Harrisburg ABOVE the law? These idiots are funding tyranny and they don't even know it, or if they do know it, then they are Traitors to the State and Federal Constitutions..

4 · April 21 at 6:20am

 **Eric Spinks** I'm sure the tab is much higher now, since this article is almost a month old.

3 · April 21 at 5:56am

View 5 more comments

 **Firearms Owners Against Crime**
April 15 ·

http://www.post-gazette.com/…/Court-we…/stories/201504150194



## Court weighs Pittsburgh, Philly's lawsuit against new gun law

Pittsburgh hosted a legal duel this morning over a controversial state law allowing groups like the National Rifle Association to sue over local gun laws, but the...

POST-GAZETTE.COM

Like · Comment · Share

Paul Sill, Kevin Froh, Rami Nassar and 13 others like this.

1 share

 **Firearms Owners Against Crime**
April 15 ·

People just don't get it. Why would you shop or eat some where that doesn't like your ability to exercise your rights?

H/T http://gunscarstech.com/2015/04/10/rippys-in-nashville/



Like · Comment · Share

Rick Wilshire, Mike Duncan, Dave Bowser and 22 others like this.    Top Comments

 **Brian Donofrio** He is, the "no guns" sign is printed on a piece of paper he is holding up. It is not attached to the door.
1 · April 15 at 8:03pm

 **Douglas Bell** I thought that was a spoof?
April 16 at 1:53pm

View 5 more comments

 **Firearms Owners Against Crime**
April 14 ·

What's your opinion?

Concerning open carry in places where guns are not the cultural norm, is it more important to:

1. NOT carry in open, but concealed, in order not to freak people out and develop in them a fear and loathing of ALL gun-carrying people, or...

See More

Like · Comment

Rod Gift, Unified Sportsmen of Pennsylvania, Dale Walters and 40 others like this.    Top Comments

1 share

 **Alan Blatman**
It depends.

I'm not opposed to either form of carry, and I usually don't think of it in terms of whether or not I want to make a political statement.... See More

6 · April 14 at 6:42am

 **Aaron Chizel Moretz** I'm all about conceal carry, the element of surprise goes a long way. But, I think if more people open carried it would possibly serve as a deterrent to the criminal element.

12 · April 14 at 7:41am

View more comments                                                    2 of 70

---

 **Firearms Owners Against Crime**
April 13 ·

Brian Kiser asked:

"I was reading the April Newsletter and I have a question, is the reason we're opposing HR63 is because we're afraid they'll use it to impose restrictions on or eliminate the 2nd Amendment all together? At one time I thought the only way we'd be able to impose term limits on Congress would be a Constitutional Convention. Thanks."

Kim Stolfer responds:...

Continue Reading

Like · Comment

Arlene Rumbold, Thomas Eberlin, Brian Kiser and 6 others like this.                    Top Comments

1 share

 **Brian Kane** Considering how wide spread the push for the BBA is, if Congress is unaware then I think it is a pretty strong argument for the need.
April 13 at 5:28pm

 **Brian Kiser** Ok, the answer is yes and con/con is in reality, very dangerous, even to wave around. Got it! Thanks for the lesson!
April 13 at 3:06pm

View 2 more comments

---

 **Firearms Owners Against Crime**
April 5 ·

Isn't it ironic?

In America, who currently has the most firearm freedoms?

Ironically, you could argue that it's the criminals, because even though the same restrictions are placed on them as the rest of us, they ignore them! ...
See More

Like · Comment

Samuel Goodhand, TRacey Lewkowicz, Jake Stroup and 30 others like this.

12 shares

 **Greg Pipilo** More importantly: how often are they convicted
3 · April 5 at 7:15am

 **Firearms Owners Against Crime**
April 3 ·

FOAC on the Radion - KDKA - 4/3/2015 (Mangino Show)

FOAC is going to be on the Mangino Show (KDKA) today (THIS AFTERNOON - 4/3/2015) at 3:35 p.m.

http://pittsburgh.cbslocal.com/station/newsradio-1020-kdka/... See More

Like · Comment

Rami Nassar and Matt Yingling like this.

 **Firearms Owners Against Crime**
April 3 ·

If guns are the great equalizer of people,

If we then permit one group of people to tell the rest of the people when, where, and how they can own guns,

Doesn't that automatically mean that people as a whole are no longer equal?

Like · Comment

Elizabeth H. Sorrentino, Mark Lewental, Lance Murdock and 32 others like this.    **Top Comments**

2 shares

 **Arlene Rumbold** This is too logical for the "progressives" that want to control us.
April 3 at 7:27am

 **Scott Brooks** We become equal when we stop allowing ourselves to be used and abused.
1 · April 3 at 7:40am

 **Firearms Owners Against Crime** via **Coalition to Stop the Coalition to Stop Gun Violence**
April 2 ·

Of course, laws only apply to some people-

Like · Comment · Share

Dewayne Stogsdill, James Corbally, Rami Nassar and 5 others like this.

 **Norm Carlton** B.S. Thats what you get from a government that despises the

constitution!
April 2 at 5:42pm

 **Firearms Owners Against Crime**
April 1 ·

Well, I (KZ) broke my promise to myself yesterday and engaged in an online debate with an anti-gunner. As you can imagine, it was a thoughtful and fruitful discussion (sarcasm). I think the primary turning point in the conversation occurred when he said this:

~~~~~~~~~~~~~~~~~~~~~~~~~~~
Similarly, I would place the blame for Sandy et al. on those activists that oppose mental health or background checks for gun ownership or otherwise oppose the ability to limit giving guns to... See More

Like · Comment

John Stilwell, Dan Rassier, James Zerbe III and 5 others like this.    Top Comments

 **Scott Brooks**
The one big thing I noticed is that anti-gun people seem to have an issue with this.

When you take away everything else about guns and gun ownership, who is left with guns? Bad guys and cops you say.... well maybe you should also stop attacking the cops.... See More

3 · April 1 at 7:21am

 **Jake Stroup** It's amazing how these people place the blame on everything BUT the sole reason these shootings happen: the killers! James Holmes and Jared Loughner are still sitting in prison and will probably never see the death penalty. Bring back public hangings/firing squads and make examples of these beasts. Instead of whining about the instruments they used...

3 · April 1 at 6:53am

View 7 more comments

 **Firearms Owners Against Crime**
March 29 ·

Question for our readers who are young-ish, say in your 40's and younger.

A lot of us older pro-2nd Amendment types are getting kind of gray. We've got a ton of fight in us yet, and I guarantee we will fight until the last tooth falls out and everything else falls off! But, everything comes to an end sometime.

Can we count on you to keep the tradition strong? Will you continue to fight for the rights of the common man and woman after we're long in our wheelchairs--20, 30 year... See More

Like · Comment

Donald Starkweather, Roger Kronz, Mike Crounse and 96 others    Top Comments
like this.

3 shares

**Jesse Spence III** Absofrigginlutely!!!
10 · March 29 at 1:28pm

**Matt Stewart** No worries plus we are brining our kids up to pass it to them
7 · March 29 at 1:37pm

View 34 more comments

---

**Firearms Owners Against Crime**
March 29 ·

Opening ceremonies at the gun bash.



654 Views

Like · Comment · Share

Robert Hoffman, Roger Kronz, Firearms Owners Against Crime     Top Comments
and 44 others like this.

1 share

**Jeff Anderson** what about the rest of yesterday's ticket numbers
March 29 at 10:47am

> **Firearms Owners Against Crime** Will post them soon.
> March 29 at 11:48am
>
> View more replies

**Janet Noble** Sorry I missed being there early enough!
March 29 at 1:59pm

View 3 more comments

---

**Firearms Owners Against Crime**
March 28 ·

Winning tickets so far.



Like · Comment · Share

Alex Sashko, Michael Mitchell, Kristafer Snyder and 9 others like    Top Comments
this.

1 share

   **Jeff Anderson** well got time to post the rest of them please
                       2 · March 28 at 4:19pm

   **Jeff Anderson** wow hope some will post the rest of the numbers
                       1 · March 28 at 6:42pm

View 1 more comment

   **Firearms Owners Against Crime** added 8 new photos.
                       March 28 ·

More of the selection at the gun bash.





Like · Comment

Mike Kozak, Jeffery Gilbert, Marc Audi and 47 others like this.    Top Comments

 **Pete Marcoline** This was an excellent gun bash. Unfortunately I did not win anything for my collection. The quality of the firearms was tremendous. What an excellent organization!
    1 · March 28 at 4:32pm

 **John Wasko** Wow looked like a lot of nice weapons
March 28 at 5:32pm

---

 **Firearms Owners Against Crime**
March 28 ·

Here are the winning main entry tickets so far. A complete list will be sent later.



Like · Comment · Share

Roger Kronz, Robert James and Jeff Anderson like this.    Top Comments

 **Robert James** sorry I couldn't be there due to a prior committment. Tell my nephew Chris Smith he did a good job again, as usual.

March 28 at 12:38pm

 **Jeff Anderson** keep them comeing could not be there
March 28 at 12:27pm

View 1 more comment

 **Firearms Owners Against Crime**
March 28 ·

Judge Cheryl Allen's son won the veteran prize raffle.



Like · Comment · Share

Roger Kronz, Al Kusmira Jr., Mike Kozak and 69 others like this. Top Comments

3 shares

 **Bruce Blednick** Good for him. To bad Tim Murphy spoiled the picture
1 · March 28 at 4:45pm

 **C.w. Elliott** Excellent!
March 28 at 12:14pm

View 1 more comment

 **Firearms Owners Against Crime**
March 28 ·

Raffling off the guns.



Like · Comment · Share

Rick Kauffman, Robert James, Roger Kronz and 11 others like this.     Top Comments

 **John DeLallo** Who are those handsome devils at the main stage? Thanks to Leon Baker, without who's most valuable assistance, we would never have kept track of the winners.
March 30 at 11:51pm

 **Jeff Anderson** can someone please post winning numbers from tickets
March 28 at 11:58am

---

 **Firearms Owners Against Crime** added a new photo.
March 28 ·



Like · Comment · Share

Roger Kronz, Al Kusmira Jr., Paul Martin and 35 others like this.

3 shares

 **Scot Peterson** all about the money huh. doesn't even mention money in the bill of rights.
March 28 at 11:26pm

---

 **Firearms Owners Against Crime**
March 28 ·

Prime beef at the gun bash.



Like · Comment · Share

Roger Kronz, Janet Noble, Donald Starkweather and 67 others like this.          Top Comments

1 share

 **Ken Totemlademp yu** Hopefully I can make the one later in the year.
2 · March 28 at 11:04am

 **Sheldon McCormick** Chow time.
1 · March 28 at 4:20pm

View 4 more comments

---

 **Firearms Owners Against Crime**
March 28 ·

Attendance is good at the gun bash.



Like · Comment · Share

John DeLallo, Roger Kronz, Dan Rassier and 48 others like this.   **Top Comments**

4 shares

 **Dan Rassier** Let's get enough support to have this is SE PA
2 · March 29 at 7:12am

 **Maureen Gyory**
The Lehigh Valley, PA (Allentown, Bethlehem, Easton) Is a very Pro-gun area. I
have lived here 27 years. I am an NRA pistol Instructor. Some of the better,
more supportive gun shops include Sarco in the Easton area and Higher
Ground Tactical in Emmaus.... See More

 **Lehigh Valley Tea Party** -

2 Day Course: In her novel, "Atlas Shrugged" (published
in 1957 ), Ayn Rand predicted America's current collapse.

LVTP.ORG

March 29 at 11:34am

View 3 more comments

 **Firearms Owners Against Crime**
March 28 ·

Some of the guns being raffled off at the gun bash.



Like · Comment · Share

Roger Kronz, Jeffry Westbrook, Jeff Wright and 91 others like        Top Comments
this.

2 shares

 **James Edward** Where is the bash
March 28 at 10:53am

 **Firearms Owners Against Crime** Washington Fairgrounds,
Washington PA
March 28 at 10:54am

 **Paul Watt** James there's one at Futules Harmer house now. Cullen's there
March 28 at 11:21am

View 2 more comments

 **Firearms Owners Against Crime**
March 28 ·

Food line at the bash.



Like · Comment · Share

Roger Kronz, John DeLallo, Paul Martin and 21 others like this.     Top Comments

1 share

 **Tom Bobak** Where is/was this event held??
March 28 at 10:45am

 **Firearms Owners Against Crime** Washington PA fair grounds, twice a year
2 · March 28 at 10:48am

 **Tom Bobak** Thank you..
March 28 at 10:48am

View 1 more comment

 **Firearms Owners Against Crime**
March 28 ·

Firearm Owners Against Crime gun bash coming up in just a few hours!
Watch this space for some pics and videos of the event.

Like · Comment

Jeffrey A. Ray, Donny Steagall, Angel Collado and 12 others like this.

 **Firearms Owners Against Crime**
March 27 ·

FOAC Spring Gun Bash tomorrow! Watch this page for real-time pictures
and a few videos.

Like · Comment

Firearms Owners Against Crime, Angel Collado, Justin Turner and 9 others like this.

 **Chris Phillips** Wait..ill be near Washington tomorrow

 March 27 at 8:17am

>  **Firearms Owners Against Crime** Well, if you're near there, you can attend if you want. $20 at the door.
> March 27 at 8:30am · Edited
>
> View more replies

 **Firearms Owners Against Crime**
March 22 ·

Bumper sticker:



# He didn't earn it. He shouldn't wear it.

Like · Comment · Share

Mike Kozak, Rick Gigliotti, Bob King Jr and 115 others like this.    Top Comments

12 shares

 **John DeLallo** Again with the uniform. Who really gives a shit? Look at the man! He was O'Malley's lapdog the entire time O'Malley turned Maryland into a police state. The uniform complaint is just a distraction so you won't go and look at what a real piece of shit this clown is. Once you see how he fostered anti gun legislation, while in uniform, you'll see what I mean.
     4 · March 22 at 10:24am · Edited

 **Paul Sill** Don't send him back to Maryland, we've had enough of him.
March 23 at 7:59am

View 3 more comments

 **Firearms Owners Against Crime**
March 18 ·

http://www.dailymail.co.uk/…/This-incredibly-difficult-Mome…

Like · Comment · Share

Grover Nulf, Todd Olsen, Bobby Ott and 37 others like this.

4 shares

 **John DeLallo** One might argue she is correct.
     1 · March 18 at 8:23am





**Firearms Owners Against Crime** shared a link.
March 11 ·



New Ohio gun laws take effect March 23 - Daily
Advocate

DARKE COUNTY - Beginning March 23, gun owners will see a number of changes
to regulations on firearms and concealed carry licensing in the Bucke...

DAILYADVOCATE.COM | BY BY ERIK MARTIN EMARTIN@CIVITASMEDIA.COM

Like · Comment · Share

Mike Chef, Vince Buckel, Donald Starkweather and 122 others    Top Comments
like this.

909 shares

 **James Curry** Another state that lets us effectively defend ourselves
5 · March 11 at 4:20pm

 **Amanda Curry** Yay! Another state that you will actually let us vacation in!
2 · March 11 at 4:18pm

View 6 more comments

 **Firearms Owners Against Crime**
March 11 ·

http://www.bloomberg.com/.../how-chuck-grassley-rand-paul-and...

Like · Comment · Share

Rudy Ebert, Armand Caballin, John Mazza and 70 others like this.    Top Comments

12 shares

 **Jack Bliesath** I get happy feet every time Bloomberg's money goes up in
smoke!!
3 · March 11 at 6:59pm

 **Brian Porter** Thank you senator!
   2 · March 11 at 5:36pm

View 4 more comments

---

 **Firearms Owners Against Crime**
March 11 · Edited ·

Serious question(s): how relevant do you think the Bill of Rights, and the 2nd Amendment in particular, is relevant today?

Do you think the Bill of Rights has a direct influence on most Americans' lives today?

Like · Comment

Angel Collado, Rami Nassar, Brian Porter and 9 others like this.     **Top Comments**

 **Michael Richard Slayton** Yes in one way or another, it's just that to many take it for granted!
   3 · March 11 at 10:47am

 **Brian Donofrio** I think the 2nd Amendment is more important today, and in more jeopardy, than it ever been. Without it, the rest of the Bill of Rights is in serious danger. The 2nd Amendment can be considered a litmus test for how much danger the rest of the Bill of Rights is in.
   1 · March 11 at 1:17pm

View 2 more comments

---

 **Firearms Owners Against Crime**
March 4 ·

What's your response to this statement? "I'm not so much a gun nut so much as I'm a civil liberties nut."

Like · Comment

Brandon Martella, Josh First, Smith Ryan and 26 others like this.     **Top Comments**

 **Kirk Boorman** Defending your rights doesn't make you any kind of nut.
   11 · March 4 at 6:42am

   3 Replies

 **Donald Slebodnick** I am not any kind of nut. I am a Veteran of the United States military. I defended the constitution, and still do today. And even a second grader with any teaching has been taught that with out the 2nd amendment there would be no Bill Of Rights. I will use my guns whenever necessary, to protect myself, my family, and my friends. And to defend this country.
   7 · March 4 at 6:57am

   2 Replies

View 16 more comments

 **Firearms Owners Against Crime**
March 3 ·

Default judgment against Harrisburg for failing to respond to Plaintiff's claims, in regard to suit against Harrisburg for illegal preemption laws.
https://princelaw.files.wordpress.com/…/screen-shot-2015-03…



**PRINCELAW.FILES.WORDPRESS.COM**

Like · Comment · Share

Rudy Ebert, Roger Kronz, Thomas A Long and 102 others like this.     Top Comments

16 shares

 **Dick Haid** Gun owners 1, public officials breaking the law 0.
2 · March 4 at 6:18am

 **Brian Kane** Do I understand it right? They still have 10 days to file a motion to avoid payment?
March 4 at 4:59am

View 3 more comments

 **Firearms Owners Against Crime**
March 2 ·

In your opinion, which is the more important right, freedom of speech, or right to keep and bear arms?

Like · Comment

Mike Kozak, Dave Stevens, William Wiberg and 28 others like this.          Top Comments

2 shares

**Scott Brooks** The second guarantees the first.
37 · March 2 at 6:41am

**Jeffrey A. Ray** Right to keep and bear arms. Without that the others fall like dominoes.
19 · March 2 at 6:40am

View more comments                                        2 of 78

See More Stories

Sign Up        Log In        Messenger        Mobile              Find Friends        Badges        People        Pages        Places              Games
Locations      About         Create Ad        Create Page         Developers          Careers        Privacy       Cookies      Ad Choices            Terms
Help

Facebook © 2015
English (US)