IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime, | : | 1:15-cv-322 |
| Kim Stolfer, Joshua First, and | : | |
| Howard Bullock, | : | |
| Plaintiffs | : | (Judge Kane) |
| v. | : | |
| City of Harrisburg, | : | |
| Mayor Eric Papenfuse, and | : | |
| Police Chief Thomas Carter, | : | |
| Defendants | : | Jury Trial Demanded |

## Notice of related Commonwealth Court decision

In *Leach v. Com.*, 2015 WL 3889262 (Pa. Commw. June 25, 2015)

(*en banc*), the Commonwealth Court held that Act 192 of 2014 violates

the original purpose and single subject rules in the state Constitution.

Respectfully submitted,

Lavery Law

s/ Frank J. Lavery
Frank J. Lavery, Esquire
PA Bar No. 42370
Josh Autry, Esquire
PA Bar No. 208459
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (phone)
(717) 233-7003 (fax)
flavery@laverylaw.com
Dated: June 30, 2015          jautry@laverylaw.com

## <u>Certificate of Service</u>

I certify that on this date, I served a true and correct copy of this

filing through this Court's ECF to the following:

Joshua Prince, Esquire
joshua@princelaw.com

<u>s/ Amyra W. Wagner</u>
Legal Assistant to Josh Autry

Dated: June 30, 2015