## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Firearm Owners Against Crime,** | : | |
| **Kim Stolfer, Joshua First,** | : | **No. 1:15-cv -322** |
| **and Howard Bullock,** | : | |
| Plaintiffs | : | |
| | : | **Honorable Yvette Kane** |
| **v.** | : | |
| | : | |
| **City of Harrisburg, Mayor Eric** | : | |
| **Papenfuse, and Police Chief Thomas** | : | **Jury Trial Demanded** |
| **Carter,** | : | |
| Defendants | : | |

### Notice of related Montgomery County Court decision

In Firearm Owners Against Crime ("FOAC"), Kim Stolfer and Joseph Abramson v. Lower Merion Township, docket no. 2015-06187 (Montgomery County Court of Common Pleas), the Honorable Steven Tolliver held that FOAC and the named Plaintiffs all had sufficiently established standing absent Act 192 and that Plaintiffs sufficiently averred a claim to relief. A true and correct copy of the Memorandum and Order are being submitted with this Notice.

Respectfully Submitted,

PRINCE LAW OFFICES, P.C.

DATED: July 9, 2015

Joshua Prince, Esq.
PA ID 306521
*Attorney for Plaintiffs*

PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 (t)
(610) 845-3903 (f)
Joshua@PrinceLaw.com

Certificate of Service

I certify that on this date, I served a true and correct copy of this filing through this Court's ECF to the following:

Joshua Autry, Esq.
jautry@laverylaw.com

Joshua Prince, Esq.
Dated: July 9, 2015