## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Firearm Owners Against Crime,** : | |
| **Kim Stolfer, Joshua First,** : | No. 1:15-cv -322 |
| **and Howard Bullock,** : | |
| Plaintiffs : | |
| : | Honorable Yvette Kane |
| v. : | |
| : | |
| **City of Harrisburg, Mayor Eric** : | |
| **Papenfuse, and Police Chief Thomas** : | Jury Trial Demanded |
| **Carter,** : | |
| Defendants : | |

**Notice of Appeal in *Leach v. Commonwealth***

On July 20, 2015, the Commonwealth filed a Notice of Appeal with the Commonwealth Court in relation to its decision in *Leach v. Com.*, 2015 WL 3889262 (Pa. Cmwlth. Ct. June 25, 2015). Today, the Pennsylvania Supreme Court docketed the appeal as 61 MAP 2015. Pursuant to Pennsylvania Rule of Appellate Procedure 1736(b), the appeal acts as a supersedeas on the Commonwealth Court's decision.

Respectfully Submitted,

PRINCE LAW OFFICES, P.C.

DATED: July 24, 2015

Joshua Prince, Esq.
PA ID 306521
*Attorney for Plaintiffs*

PRINCE LAW OFFICES, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803 (t)
(610) 845-3903 (f)
Joshua@PrinceLaw.com

Certificate of Service

I certify that on this date, I served a true and correct copy of this filing through this Court's ECF to the following:

Joshua Autry, Esq.
jautry@laverylaw.com

                                                                                           Joshua Prince, Esq.
                                                                                           Dated: July 24, 2015