## Supplemental Brief Exhibit List

1. Act of 1721 banning discharge in Philadelphia
2. Act of 1751 banning discharge in all settled towns
3. Act of 1760 regulating guns
4. Penal Code of 1860 excerpt
5. 1915 veto of attempted repealer
6. Act of 1791 creating Harrisburg
7. Act of 1808 authorizing Harrisburg to enact ordinances
8. 1821 discharge ordinance
9. Act of 1859 creating Harris Park
10. Act of 1873 banning guns in Harrisburg
11. Purdon's excerpt
12. 1889 Third Class City Code excerpt
13. 1905 park ordinance
14. 1991 park ordinance