# EXHIBIT 1

# BINNS'S JUSTICE.

## DIGEST

OF THE

# LAWS AND JUDICIAL DECISIONS

## OF PENNSYLVANIA,

TOUCHING THE AUTHORITY AND DUTIES OF

## JUSTICES OF THE PEACE:

INCLUDING ALL THE REQUIRED

### FORMS OF PROCESS, DOCKET ENTRIES, AND FEE BILLS;

WITH FAMILIAR ILLUSTRATIONS OF THE

## PRACTICE IN THE OFFICE,

AND DIRECTIONS AS TO

SERVICE OF PROCESS; CORRECT ENDORSEMENTS FOR THE CONSTABLE, &c.

THE WHOLE LAW IN RELATION TO
LANDLORD AND TENANT; INSOLVENT DEBTORS; ELECTIONS; AND FEES:
THE GENERAL ENACTMENTS OF THE
INSPECTION LAWS; MILITIA LAWS; AND MANY OTHER LAWS:
WITH AN INFINITE VARIETY OF

## LAW FORMS,

ARRANGED, SO AS TO BE EASY OF ACCESS TO THOSE WHO MAY WISH TO CONSULT THEM:
WILL ALSO BE FOUND IN THIS VOLUME.

### BY JOHN BINNS,

ONE OF THE ALDERMEN IN, AND FOR, THE CITY OF PHILADELPHIA.

PHILADELPHIA:
JAMES KAY, JUN. AND BROTHER, 122 CHESTNUT STREET.
PITTSBURGH:—C. H. KAY & CO.
1840.




commissioner's office, by the said justices of the peace, upon their oath or affirmation, first being made before and certified by two justices, or one judge of the Supreme Court, that the said estreats had been carefully and fully made up and examined by them, without any wilful or fraudulent omission, discharge or defect whatsoever, and that they had therein particularly specified and mentioned such fines, issues, amercements, forfeited recognizances, and other forfeitures, which had been paid into their hands for the use of the commonwealth, to the best of their knowledge.

4. SECT. VI. Provides that the said justice and justices of the peace, and all other persons who shall or may receive, or be accountable to the commonwealth, for any fines, issues, amercements, forfeited recognizances, or other forfeitures, shall within three months after they have received any such sum or sums of money, pay the same into the hands of the high sheriff of their respective counties; [altered by act of March 24, 1818, *Purd.* 430,] except in cases of tippling-houses in the city and county of Philadelphia, (See *Inns and Taverns*, No. 17.) to be estreated into the county commissioner's office for the use of the counties.

5. SECT. VII. Provides, that if any of the said justices shall neglect or refuse to do and perform the several duties required of them by this act, or shall wittingly and willingly spare, take off, discharge, or conceal any fine, issue, amercement, forfeited recognizance, or other forfeiture whatsoever, which shall be due to the commonwealth, and ought to be certified, estreated, or paid by him, by virtue of this act, such justice or justices shall be indicted and fined for every such offence at the discretion of the court.

---

## Fire. Firing of Guns or Woods.

1. Penalties on chimneys taking fire.
2. On setting off fire-works, &c.
3. Extended throughout the state.
4. Chimneys on fire in Philadelphia, &c.
5. Firing guns on the last day of the year, &c.
6. Or permitting it to be done.
7. Duty of constables, appeal, &c.
8. Damage for setting woods on fire not exceeding fifty dollars, how recovered.
9. Forms of informations, warrants, orders, executions and docket entry.

*Act of August* 26, 1721.   1 Smith, 130.   Purd. 431.

1. SECT. III. If any person or persons within the towns of Chester, Bristol, Germantown, Darby or Chichester shall set on fire their chimneys to cleanse them, or shall suffer them or any of them to take fire, and blaze out at the top, and be duly convicted thereof by one credible witness before any one justice of the peace of the said counties, such person or persons shall forfeit and pay for every such offence twenty shillings, for the use of the said towns respectively where such offence shall happen.

2. SECT. IV. If any person or persons, of what sex, age, degree or quality soever, shall fire any gun or other fire-arms, or shall make or cause to be made, or sell or utter, or offer to expose to sale, any squibs, rockets or other fire works, or shall cast, throw or fire any squibs, rockets or other fire-works within the city of Philadelphia, without the governor's special license for the same, of which license due notice shall first be given to the mayor of the said city, such person or persons so offending, and being thereof convicted before any one justice of the peace of the said city, either by confession of the party so offending, or by the view of any of the said justices, or by the oath or affirmation of one or more witnesses, shall for every such offence forfeit and pay the sum of five shillings; one half to the use of the poor of the said city, and the other half to the use of him or them who shall prosecute, and cause such offender to be as aforesaid convicted; which forfeitures shall be levied by distress and sale of the offender's goods as aforesaid; and for want of such distress, if the offender refuse to pay the said forfeiture, he shall be committed to prison for every such offence, the space of two days, without bail or mainprize: *Provided*, that such conviction be made within ten days after such offence committed.

Digitized by Google