# EXHIBIT 4

Case 1:15-cv-00322-YK   Document 45-7   Filed 09/01/15   Page 2 of 11

# THE
# PENAL LAWS

OF

# PENNSYLVANIA.

PASSED MARCH 31, 1860.



LIBRARY
THE PA. STATE
COLLEGE

HARRISBURG:
A. BOYD HAMILTON, STATE PRINTER.

1860.

Digitized by Google

or manufacturer to and used by such manufacturer or mechanic on or in the sale of any goods, wares or merchandise, with intent to use or sell the said die, plate, engraving or printed stamp, label or wrapper, for the purpose of aiding or assisting, in any way whatever, in vending any goods, wares or merchandise, in imitation of or intended to resemble and to be sold for the goods, wares or merchandise of such mechanic or manufacturer, such person shall be guilty of a misdemeanor, and upon being thereof convicted, be sentenced to pay a fine not exceeding one hundred dollars, and to undergo an imprisonment not exceeding one year.

*Vending goods fraudulently marked.* SECTION 175. If any person shall vend any goods, wares or merchandise, having thereon any forged or counterfeited stamps or labels of any mechanic or manufacturer, knowing the same to be forged or counterfeited, and resembling or purporting to be imitations of the stamps or labels of such mechanic or manufacturer, without disclosing the fact to the purchaser thereof, such person shall, upon conviction, be deemed guilty of a misdemeanor, and be sentenced to pay a fine not exceeding five hundred dollars.

*Forged telegraphic dispatches.* SECTION 176. If any person, whether an operator in any telegraph office or otherwise, shall knowingly send or cause to be sent, by telegraph, any false or forged message as from such office, or as from any other person, knowing the same to be false, forged or counterfeited, with intent to deceive, injure or defraud any individual or body corporate, such offender, on conviction, shall be guilty of a misdemeanor, and be sentenced to pay a fine not exceeding five hundred dollars, and undergo an imprisonment not exceeding one year.

TITLE X. *General Provisions.*

*Capital punishment.* SECTION 177. No crime whatsoever, hereafter committed, except murder of the first degree, shall be punished with death in the state of Pennsylvania.

*Crimes not provided for, how punished.* SECTION 178. Every felony, misdemeanor or offence whatever, not specially provided for by this act, may and shall be punished as heretofore.

*Restitution to be awarded in certain cases, and party aggrieved to be a witness.* SECTION 179. On all convictions for robbery, burglary or larceny of any goods, chattels or other property, made the subject of larceny by the laws of this commonwealth, or for otherwise unlawfully and fraudulently taking or obtaining the same, or of receiving such goods, chattels or other property, knowing the same to be stolen, the defendant shall, in addition to the punishment heretofore prescribed for such offences, be adjudged to restore to the owner the property taken, or to pay the value of the same, or so much thereof as may not be restored. And on all convictions on any indictment for forgery, for uttering, publishing or passing any forged or counterfeit coin, bank notes, check or writing, or any indictment for fraudulently, by means of false tokens or pretences, or otherwise cheating and defrauding another of his goods, chattels or other property, the defendant, in addition to the punishment hereinbefore prescribed for such offences, shall be adjudged to make similar restitution, or other compensation, as in case of larceny, to the person de-

Digitized by Google

forgery, uttering or publishing any bank note, check or draft, knowing the same to be counterfeited or forged, shall be brought or exhibited within five years next after the offence shall have been committed; and all indictments and prosecutions for other felonies not named or excepted heretofore in this section, and for all misdemeanors, perjury excepted, shall be brought or exhibited within two years next after such felony or misdemeanor shall have been committed: *Provided however,* That if the person against whom such indictment shall be brought or exhibited, shall not have been an inhabitant of this state, or usual resident therein, during the said respective terms for which he shall be subject and liable to prosecution as aforesaid, then such indictment shall or may be brought or exhibited against such person at any period within a similar space of time during which he shall be an inhabitant of, or usually resident within this state: *And provided also,* That indictments for misdemeanors committed by any officer of a bank, or other corporation, may be commenced and prosecuted at any time within six years from the time the alleged offence shall have been committed.

<small>Proviso.</small>

<small>Proviso.</small>

<small>Fines.</small>

SECTION 78. All fines imposed upon any party, by any court of criminal jurisdiction, shall be decreed to be paid to the commonwealth; but the same shall be collected and received, for the use of the respective counties in which such fines shall have been imposed as aforesaid, as is now directed by law.

<small>Repealing section.</small>

SECTION 79. The following named acts of assembly, and parts thereof, and all other parts of the criminal laws of this state, and forms of procedure relative thereto, so far as the same are altered and supplied by the act to consolidate, revise and amend the penal laws of this commonwealth, and by this act, be and the same are hereby repealed.

1700. An Act against forcible entry.
1700. An Act against removing of land marks.
1700. An Act about binding the peace.
1700. An Act against barrators.
1700. An Act against the grievous sin of cursing and swearing within this province or territory.
1700. An Act against defacers of charters.
1705. An Act against incest.
1705. An Act against adultery and fornication.
1705. An Act against bigamy.
1705. An Act against rioters and riots.
1705. An Act against mixing and adulterating strong liquors.
1705. An Act for county seals and against counterfeiting hands and seals.
1705. An Act for bailing prisoners and about imprisonment.
1718. May 31. An Act for the advancement of justice and more certain administration thereof, except the 3d and 4th sections.
1722. May 22. Sections 1st, 2d, 3d, 4th, 6th, 8th, 9th, 10th and 19th of an act for establishing courts of judicature in this province.
1727. March 2. Section 10th of an act more effectually to prevent unfair practices in packing of beef and pork for exportation.

Digitized by Google

Case 1:15-cv-00322-YK   Document 45-7   Filed 09/01/15   Page 5 of 11

PENAL LAWS OF PENNSYLVANIA.                    73

1760. April     9. Section 6th of an act to prevent the hunting of deer and other wild beasts beyond the limits of lands purchased from the Indians.
1762. Feb.     17. An Act for the more effectual suppressing and preventing lotteries.
1767. Feb.     21. A supplement to the act, entitled "An Act for the advancement of justice and the more certain administration thereof."
1772. March 21. A supplement to the act, entitled "An Act against adultery and fornication."
1772. March 21. A supplement to the act, entitled "An Act for the advancement of justice and the more certain administration thereof."
1774. Dec.     24. Section 10th of an act to prevent frauds in the packing of shad and herrings for exportation.
1775. March 18. Section 7th of an act to regulate the assize of bread, and for other purposes therein mentioned.
1777. Feb.     11. An Act declaring what shall be treason, and what other crimes and practices against the state shall be misprision of treason.
1780. March  8. An Act for the amendment of the laws relative to the punishment of treason, robberies, misprision of treason and other offences.
1780. March 10. An Act to increase the punishment of horse stealing.
1781. April    5. Section 15th of an act to prevent the exportation of bread and flour not merchantable, and for repealing, at a certain time, all of the laws heretofore made for that purpose.
1782. Dec.     3. An Act to prevent the erecting any new and independent state within the limits of this commonwealth.
1784. Sept.   15. So much of the 3d section as imposes a penalty for forging and altering of brand, of an act to prevent the exportation of bread and flour not merchantable.
1789. March 27. An Act to prevent the importation of convicts into this commonwealth.
1790. April    5. Sections 1st, 2d, 3d, 4th, 5th, 6th, 7th, 32d and 33d, of an act to reform the penal laws of this state.
1791. April   13. Section 7th of an act to establish the judicial courts of this commonwealth, in conformity to the alterations and amendments in the constitution.
1791. Sept.   23. Except sections 4th, 12th, 13th and 16th, a supplement to the penal laws of the state.
1792. Jan.     20. An Act to prevent the sale of lottery tickets within this commonwealth.
1794. April   18. Sections 1st and 4th of an act to prevent the damages which may happen by the firing of woods.

Digitized by Google

1794. April    22. An Act for the better preventing of crimes, and for abolishing the punishment of death in certain cases.
1797. March 17. Section 13th of an act to revive the incorporation of the subscribers to the Bank of North America.
1797. March 20. A supplement to the penal laws of this state.
1799. April    4. An Act for perpetuating the penal laws of this state.
1804. March  5. Section 7th of an act to incorporate the Philadelphia Bank.
1804. April    3. Section 1st of an act for the punishment of perjury and the subornation of perjury.
1804. Dec.    8. An Act to regulate the payment of costs on indictments.
1805. March  2. An Act for the more effectual prevention of excessive and deceitful gaming, and to prevent unlawful sales of chances of lottery tickets, &c.
1805. March 28. An Act explanatory of an act, entitled "An Act to regulate the payment of costs on indictments."
1806. March 17. An Act regulating the power of the justices of the peace in cases of assault and battery.
1806. March 21. A supplement to sundry penal laws of this commonwealth.
1806. March 31. An Act to restrain the horrid practice of duelling.
1807. April    4. Sections 1st, 2d, 3d and 6th, of a further supplement to the penal laws of this state.
1808. Feb.    15. An Act to declare masquerades and masked balls common nuisances, and to punish those who promote and encourage them.
1808. March 28. An Act supplementary to the penal laws of this commonwealth.
1809. March 29. An Act making perpetual an act, entitled "An Act to regulate the payment of costs on indictments," and the 2d section of an act, entitled "An Act explanatory of the act, entitled 'An Act to regulate the payment of costs on indictments.'"
1811. April    2. Section 27th of an act to incorporate the Union canal company of Pennsylvania.
1813. March 29. A further supplement to an act, entitled "An Act directing the mode of selecting and returning jurors."
1814. March 14. So much of section 17th as relates to counterfeiting numbers, marks or brands, of an act providing for the inspection of spirituous liquors.
1814. March 26. Section 11th of an act for the relief of insolvent debtors.
1814. March 28. Section 13th of an act establishing a fee bill.

Digitized by Google

1816. March 18. A further supplement to an act, entitled "An Act for the prevention of vice and immorality, or unlawful gaming, and restraining disorderly sports and dissipation."

1817. March 10. An Act to repeal an act, entitled "An Act to amend the penal laws."

1819. March 27. An Act to prevent the removal of flag-staffs, beacons or buoys in any of the navigable streams within this commonwealth.

1819. March 29. Section 4th of an act enjoining duties on the attorney general, and for other purposes.

1820. Jan. 29. Section 5th of a supplement to an act, entitled "An Act for the relief of insolvent debtors."

1820. Feb. 9. A further supplement to an act to regulate the payment of costs on indictments.

1822. April 2. Section 6th of an act to prevent the disturbance of meetings held for the purpose of religious worship.

1824. March 25. Sections 11th, 12th and 13th of an act to re-charter certain banks.

1824. March 27. An Act for the protection of vineyards.

1824. March 29. An Act to prevent the destruction of timber, and supplementary to an act to prevent the damages which may happen by the firing of woods, passed the 18th day of April, 1794, except the third section thereof.

1825. April 11. A further supplement to the penal laws of this commonwealth.

1826. April 5. An Act to enable grand jurors to administer oaths or affirmations to witnesses.

1826. April 10. Sections 5th and 6th of an act to protect the public in the full benefit and enjoyment of the works constructed for the purposes of inland navigation.

1827. Feb. 12. A supplement to an act, entitled "An Act to protect the public in the full benefit and enjoyment of the works constructed for the purposes of inland navigation."

1827. April 16. An Act concerning the backing or endorsing warrants by the justices of the peace.

1827. April 17. An Act to prevent certain abuses of the law relative to fugitives from labor.

1829. April 23. Sections 1st, 2d, 4th and 5th of a further supplement to an act, entitled "An Act to reform the penal laws of this commonwealth."

1831. March 25. Section 1st of an act more effectually to prevent and punish extortion, and for other purposes.

1831. March 28. Sections 3d and 4th of an act to enlarge the buildings of the state penitentiary, and for other purposes.

1832. April 30. Section 1st of an act concerning the administration of justice.

1832. May 5. Section 11th of an act regulating lateral railroads.

Digitized by Google

1833. March 1. Section 2d of an act for the entire abolition of lotteries.
1834. April 10. An Act to abolish public executions.
1834. April 14. Section 6th of an act for the amendment of the law relating to factors.
1834. April 14. Sections 152d, 153d, 154th, 155th, 156th, 161st and 162d of an act relative to the organization of courts of justice.
1835. April 15. Sections 198th and 200th of an act relating to inspectors.
1835. April 15. An act supplementary to an act to prevent the disturbance of meetings held for the purpose of religious worship, passed 2d April, 1822.
1836. April 1. An act for the prevention of injuries to individuals by the gross negligence or wilful misconduct of stage drivers and others.
1836. June 13. Section 74th of an act relating to roads, highways and bridges.
1836. June 13. Sections 58th, 59th, 60th, 61st and 62d of an act relating to lunatics and habitual drunkards.
1836. June 16. Sections 42d, 43d, 44th and 45th of an act relating to insolvent debtors.
1836. June 16. Section 9th of an act relating to the jurisdiction and powers of courts.
1838. April 16. Sections 8th and 9th of a supplement to an act to incorporate the Middleport and Pine Creek railroad company.
1839. July 2. Sections 122d and 123d of an act relating to the elections of this commonwealth.
1840. April 1. So much of the 1st section (as provides penalties against purchasers and receivers of stolen lumber) of a supplement to an act passed twenty-ninth March, eighteen hundred and twenty-four, entitled "An Act to prevent the destruction of timber," and supplementary to the act, entitled "An Act to prevent the damages which may happen by firing woods," passed eighteenth April, seventeen hundred and ninety-four.
1840. April 16. Section 4th of a further supplement to the act, entitled "An Act to incorporate the Miners' Bank of Pottsville, in the county of Schuylkill," passed 7th February, 1828.
1841. May 27. Section 10th of an act relating to the election of county treasurers, and for other purposes, so far as the same relates to county treasurers.
1842. March 12. Section 7th of an act to provide for the resumption of specie payments by the banks of this Commonwealth, and for other purposes.
1842. March 14. Section 10th of an act to enable the commissioners of Greene county to sell real estate, and for other purposes.

Digitized by Google

| | | |
|---|---|---|
| 1842. June | 23. | Section 2d of an act to establish an institution by the name of the institution for colored youths. |
| 1842. July | 12. | Sections 20th and 21st of an act for abolishing imprisonment for debt, and punishing fraudulent debtors. |
| 1843. April | 19. | Section 1st of an act to punish seduction, and to afford a more adequate civil remedy for the injury. |
| 1844. April | 26. | Fifth resolution providing against receivers of stolen goods, entitled "Resolution to authorize the county commissioners of Philadelphia county to borrow money, and for other purposes." |
| 1845. April | 16. | Section 17th of an act to increase the revenues and diminish the expenses of the commonwealth. |
| 1846. April | 17. | Sections 1st and 2d of a further supplement to the penal laws of this commonwealth. |
| 1846. April | 20. | Section 2d of an act to provide for the ordinary expenses of government, the repairs of canals and railroads, and other claims upon the commonwealth. |
| 1847. Feb. | 16. | An Act for the suppression of gambling. |
| 1847. Feb. | 18. | An Act concerning sentences of convicts. |
| 1847. March | 3. | An Act to define and punish the offence of bribery. |
| 1847. March | 3. | Sections 1st, 2d, 3d, 4th and 6th of an act to prevent kidnapping, preserve the public peace, &c. |
| 1847. March | 3. | An Act to prevent and punish frauds in the use of false stamps and labels. |
| 1847. March | 16. | Sections 1st and 3d of an act declaring obstructions to private roads to be a public nuisance, and for other purposes. |
| 1847. March | 16. | Section 4th of an act relating to the second brigade, eighth division, Pennsylvania militia; and relative to the Doylestown Greys; and relative to the Luzerne and Northampton coal company; and disturbing religious congregations. |
| 1848. April | 10. | Section 1st of a further supplement to the penal laws of this state. |
| 1848. April | 10. | Section 3d of an act extending the chancery powers of, and the jurisdiction and proceedings in certain courts. |
| 1849. Feb. | 19. | Section 16th of an act regulating railroad companies. |
| 1849. Feb. | 27. | Section 1st of an act declaratory of the act, entitled "An Act declaring obstructions to private roads a public nuisance," etc. |
| 1849. April | 5. | Section 2d of an act to prevent the opening of streets or public roads through burial grounds, and for the protection of cemeteries and grave yards. |

Digitized by Google

Case 1:15-cv-00322-YK   Document 45-7   Filed 09/01/15   Page 10 of 11
Case 1:15-cv-00322-YK   Document 45-7   Filed 09/01/15   Page 10 of 11

1849. April 9. Section 7th of an act relative to the venders of mineral water.

1849. April 16. Sections 7th, 10th and 11th of an act relating to lunatics and habitual drunkards; to punish aldermen and justices of the peace for misdemeanors; relating to arbitration in the district court for the city and county of Philadelphia; relative to deeds of assignment; relative to judgment liens; relating to the limitation of actions; relating to liens and terre tenants; and for the more effectual punishment of arson.

1849. April 21. Section 2d of an act to restrain corporations from issuing obligations redeemable otherwise than in gold and silver and in current bank notes.

1850. April 16. Section 20th of an act regulating banks.

1850. April 25. Sections 34th, 36th and 40th of an act relating to executrixes; to partition in the orphans' court and common pleas, &c.

1850. May 3. Sections 4th and 5th of an act providing for the election of district attorneys.

1851. April 14. Section 11th of an act, entitled "An Act extending the time for the completion of the Hollidaysburg and Bedford turnpike company," &c.

1851. April 14. Section 8th of an act relating to the commencement of actions; to judgments and decrees for the payment of money to the widows and children of decedents; to partitions in the common pleas; relative to penalties of telegraph operators, &c.

1851. April 15. Section 1st of an act to prevent the landing of foreign convicts, &c.

1852. March 10. A further supplement to the penal laws of this state, to render their limitation uniform.

1852. May 4. Section 3d of an act relative to courts of this commonwealth.

1854. May 8. Section 5th of an act to protect certain domestic and private rights, and to prevent abuses in the sale and use of intoxicating drinks.

1855. March 13. A supplement to an act to define and punish the offence of bribery.

1855. April 26. Sections 1st and 2d of an act relating to estates held for corporate, religious and charitable uses.

1855. May 7. An Act to protect burial grounds.

1855. May 7. Section 3d of an act to protect keepers of hotels, inns and boarding houses.

1855. May 8. Section 3d of an act relating to electrical telegraphs, and messages sent thereby.

1855. May 8. An Act to punish and prevent frauds in the use of false stamps, labels and trade-marks.

Digitized by Google

1856. April 4. An Act relating to agricultural, horticultural and floral exhibitions.
1856. April 26. An Act to prevent the imprisonment of witnesses in certain cases.
1856. May 13. An Act relative to libels.
1856. Nov. 6. An Act allowing bills of exception and writs of error in criminal cases, except sections 6th and 7th thereof.
1857. April 24. An Act to repeal the act of the tenth March, eighteen hundred and fifty-two, limiting the commencement of prosecutions.
1858. March 15. A supplement to an act relating to embezzlement.
1858. April 15. An Act to make better provision for the punishment of frauds committed by bankers, trustees and other persons entrusted with property.
1858. April 20. Section 11th of a supplement to an act to regulate the sale of intoxicating liquors, &c., so far as the same relates to the sale of adulterated liquors.
1859. April 6. Section 1st of an act further to prevent the disturbance of public meetings.
1859. April 12. An Act relating to costs in certain cases.

SECTION 80. The acts of assembly, and parts thereof, hereinbefore repealed, shall be and the same are hereby continued in force and effect, until this act, and the act to consolidate, revise and amend the penal laws of this commonwealth, shall go into force and effect, according to the provisions thereof; and the said acts and parts thereof, and all other parts of the existing criminal law, shall continue in full force and effect, anything in this act, or the act to consolidate, revise and amend the penal laws of this commonwealth, to the contrary notwithstanding, as to all crimes and offences committed before this act, and the act to consolidate, revise and amend the penal laws of this commonwealth, shall have become a law, or shall have gone into effect: *Provided*, That all suits, indictments and prosecutions, for such crimes and offences, shall be brought within the time limited and prescribed by this act. *Saving section.*

JOHN M. THOMPSON,
*Speaker of the House of Representatives pro tem.*

WM. M. FRANCIS,
*Speaker of the Senate.*

APPROVED—The thirty-first day of March, Anno Domini one thousand eight hundred and sixty.

WM. F. PACKER.

Digitized by Google