# EXHIBIT

# 5

NOV 3 1915

Abd arrears
J87
P418
1915

Commonwealth of Pennsylvania

# VETOES BY THE GOVERNOR

## OF BILLS AND RESOLUTIONS PASSED
## BY THE LEGISLATURE,

## SESSION OF 1915.

HARRISBURG, PA.:
WM. STANLEY RAY, STATE PRINTER
1915

Digitized by Google

## No. 86.

## AN ACT

To clarify the statute law of the Commonwealth, by repealing certain acts and parts of acts of Assembly which are obsolete, expired, supplied, superseded, repealed by implication, or declared unconstitutional.

Section 1. Be it enacted, &c., That the following acts and parts of acts of Assembly are absolutely repealed, namely:—

1. An act, entitled "An act against buying land of the natives," approved the twenty-seventh day of November, one thousand seven hundred (Vol. 11, page eighteen, Statutes at Large, Chapter XX).

2. Sections one and three of an act, entitled "An act for taking lands in execution for the payment of debts, where the sheriff cannot come at other effects to satisfy the same," approved the twenty-seventh day of November, one thousand seven hundred (1 Smith's Laws, 7).

3. An act, entitled "An act for the better regulation of servants in this province and territories," approved the twenty-seventh day of November, one thousand seven hundred (1 Smith's Laws, 10).

4. An act, entitled "An act for erecting and establishing a post-office," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page fifty-seven, Statutes at Large, Chapter L).

5. An act, entitled "An act for the regulating of streets and water-courses in the cities and towns of this government," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page sixty-five, Statutes at Large, Chapter LIII).

6. An act, entitled "An act about erecting and regulating the prices of ferries," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page seventy-six, Statutes at Large, Chapter LX).

7. An act, entitled "An act for the sitting of orphans' courts," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page eighty-one, Statutes at Large, Chapter LXIII).

8. Section two of an act, entitled "An act for regulating and maintaining of fences," approved the twenty-seventh day of November, one thousand seven hundred (1 Smith's Laws, 13).

9. An act, entitled "The law about killing of wolves," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page eighty-five, Statutes at Large, Chapter LXIX).

10. An act, entitled "An act for the regulating of money weights, and for stamping the same," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page eighty-six, Statutes at Large, Chapter LXXI).

11. Sections one and two of an act, entitled "An act for regulating weights and measures," approved the twenty-seventh day of November, one thousand seven hundred (1 Smith's Laws, 18).

12. An act, entitled "An act about country produce to be current pay in the territories of the province of Pennsylvania," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page one hundred twenty-six, Statutes at Large, Chapter XC).

Digitized by Google

13.   An act, entitled "The law about court proceedings and summons," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page one hundred twenty-eight, Statutes at Large, Chapter XCII).

14.   An act, entitled "The law about summoning of juries," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page one hundred thirty-two, Statutes at Large, Chapter XCVIII).

15.   An act, entitled "The law about officers' fees," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page one hundred thirty-seven, Statutes at Large, Chapter CIII).

16.   An act, entitled "The law about Indian traders," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page one hundred forty, Statutes at Large, Chapter CIV).

17.   An act, entitled "An act against selling rum and other strong liquors to the Indians," approved the twenty-eighth day of October, one thousand seven hundred one (Vol. II, page one hundred sixty-eight, Statutes at Large, Chapter CXIV).

18.   An act, entitled "An act against murder and manslaughter," approved the twelfth day of January, one thousand seven hundred six (Vol. II, page one hundred seventy-two, Statutes at Large, Chapter CXVI).

19.   An act, entitled "An act against burglary," approved the twelfth day of January, one thousand seven hundred six (Vol. II, page one hundred seventy-three, Statutes at Large, Chapter CXVII).

20.   An act, entitled "An act against rape or ravishment," approved the twelfth day of January, one thousand seven hundred six, (Vol. II, page one hundred seventy-eight, Statutes at Large, Chapter CXX).

21.   An act, entitled "An act against sodomy and buggery," approved the twelfth day of January, one thousand seven hundred six (Vol. II, page one hundred eighty-three, Statutes at Large, Chapter CXXIV.)

22.   An act, entitled "An act against burning of houses," approved the twelfth day of January, one thousand seven hundred six (Vol. I, page one hundred eighty-four, Statutes at Large, Chapter CXXV).

23.   An act, entitled "An act for determining of debts under forty shillings," approved the twelfth day of January, one thousand seven hundred six (Vol. II, page one hundred eighty-nine, Statutes at Large, Chapter CXXX).

24.   An act, entitled "An act directing the order of payment of debts of persons deceased," approved the twelfth day of January one thousand seven hundred six (Vol. II, page one hundred ninety-eight, Statutes at Large, Chapter CXXXIV).

25.   An act, entitled "An act about departers out of this province," approved the twelfth day of January, one thousand seven hundred six (Vol. II, page two hundred twenty-eight, Statutes at Large, Chapter CXL).

26.   An act, entitled "An act for the better improving a good correspondence with the Indians," approved the twelfth day of January, one thousand seven hundred six (Vol. II, page two hundred twenty-nine, Statutes at Large, Chapter CXLI).

10—Vetoes,

Digitized by Google

27. An act, entitled "An act about attachments," approved the twelfth day of January, one thousand seven hundred six (1 Smith's Laws, 45).

28. Section three of an act, entitled "An act for defalcation," approved the twelfth day of January, one thousand seven hundred six (1 Smith's Laws, 49).

29. Sections one, three, and five of an act, entitled "An act for taking lands in execution for payment of debts," approved the twelfth day of January, one thousand seven hundred six (1 Smith's Laws, 57).

30. An act, entitled "An act for raising a supply of two pence halfpenny per pound, and ten shillings per head; also for granting an impost and laying an excise on sundry liquors and negroes imported into this province, for the support of government and defraying the necessary public charges in the administration thereof," approved the twelfth day of January, one thousand seven hundred six (Vol. II, page two hundred eighty, Statutes at Large, Chapter CLXIV).

31. An act, entitled "An act that no public house or inn within this province be kept without license," approved the twenty-eighth day of February, one thousand seven hundred eleven (1 Smith's Laws, 73).

32. An act, entitled "An act for the better improving a good correspondence with the Indians," approved the twenty-eighth day of February, one thousand seven hundred eleven (Vol. II, page three hundred sixty-five, Statutes at Large, Chapter CLXXVII).

33. An act, entitled "An act for establishing orphans' courts," approved the twenty-seventh day of March, one thousand seven hundred thirteen ( Smith's Laws, 81).

34. An act, entitled "An affirmation act for such who for conscience sake cannot take an oath," approved the twenty-eighth day of May, one thousand seven hundred fifteen (Vol. III, page thirty-nine, Statutes at Large, Chapter CCIV).

35. An act, entitled "An act for the better regulating of elections of sheriffs, coroners and assessors," approved the twenty-fourth day of August, one thousand seven hundred seventeen (Vol. III, page one hundred thirty-eight, Statutes at Large, Chapter CCXXII).

36. An act, entitled "An act for the better encouraging the trade of this province," approved the twenty-second day of February, one thousand seven hundred eighteen (Vol. III, page one hundred forty-five, Statutes at Large, Chapter CCXXIV).

37. Section three of an act, entitled "An act for the advancement of justice and more certain administration thereof," approved the thirty-first day of May, one thousand seven hundred eighteen (1 Smith's Laws, 105).

38. Sections two, three, four, five and six of an act, entitled "A supplementary act to a law of this province, entitled 'An act that no public house or inn within this province be kept without license,'" approved the twenty-sixth day of August, one thousand seven hundred twenty-one (1 Smith's Laws, 126).

39. Sections five, eleven, twelve, thirteen, fifteen, sixteen, seventeen, eighteen, twenty, twenty-one, twenty-two, twenty-three and twenty-four of an act, entitled "An act for establishing courts of judicature in this province," approved the twenty-second day of May, one thousand seven hundred twenty-two (1 Smith's Laws, 131).

Digitized by Google

40.   An act, entitled "An act to prohibit the selling of rum and other strong liquors to the Indians, and to prevent abuses that may happen thereby," approved the twenty-second day of May, one thousand seven hundred twenty-two (Vol. III, page three hundred ten, Statutes at Large, Chapter CCLVI).

41.   An act, entitled "An act for regulating the gauging of cask in this province," approved the twenty-second day of May, one thousand seven hundred twenty-two (1 Smith's Laws, 154).

42.   An act, entitled "An act to rectify proceedings upon attachments," approved the second day of March, one thousand seven hundred twenty-three (Vol. III, page three hundred thirty-nine, Statutes at Large, Chapter CCLXIII).

43.   An act, entitled "An additional act to the act, entitled 'An act for laying an excise or duty on all wine, rum and other spirits retailed in this province,'" approved the thirtieth day of March, one thousand seven hundred twenty-three (Vol. III, page three hundred sixty-two, Statutes at Large, Chapter CCLXVIII).

44.   An act, entitled "An act more effectually to prevent unfair practices in the packing of beef and pork for exportation," approved the eighteenth day of August, one thousand seven hundred twenty-seven (1 Smith's Laws, 170).

45.   An act, entitled "An act for erecting of pounds in each township of this province," approved the tenth day of May, one thousand seven hundred twenty-nine (1 Smith's Laws, 173).

46.   Sections sixteen, seventeen and twenty of an act, entitled "An act for the relief of insolvent debtors within the province of Pennsylvania," approved the fourteenth day of February, one thousand seven hundred thirty (1 Smith's Laws, 181).

47.   An act, entitled "An act imposing a duty on persons convicted of heinous crimes and to prevent poor and impotent persons being imported into the province of Pennsylvania," approved the fourteenth day of February, one thousand seven hundred thirty (Vol. IV, page one hundred sixty-four, Statutes at Large, Chapter CCCXIV).

48.   An act, entitled "A supplementary act to the act for raising county rates and levies," approved the fifteenth day of August, one thousand seven hundred thirty-two (Vol. IV, page two hundred thirty-four, Statutes at Large, Chapter CCCXXX).

49.   An act, entitled "A supplement to the law for laying out of highways and public roads," approved the twentieth day of February, one thousand seven hundred thirty-six (Vol. IV, page two hundred ninety-six, Statutes at Large, Chapter CCCXLII).

50.   An act, entitled "An act for naturalizing such foreign protestants as are settled or shall settle within this province, who, not being of the people called Quakers, do conscientiously refuse the taking of any oath," approved the third day of February, one thousand seven hundred forty-three (Vol. IV, page three hundred ninety-one, Statutes at Large, Chapter CCCLIX).

51.   An act, entitled "An act for the speedy trial of capital offenses committed by any Indian or Indians in the remote parts of the province," approved the nineteenth day of October, one thousand seven hundred forty-four (Vol V, page five, Statutes at Large, Chapter CCCLXIII).



52.  An act, entitled "An act for the more effectual suppressing profane cursing and swearing," approved the seventh day of March, one thousand seven hundred forty-six (Vol. V., page forty-two, Statutes at Large, Chapter CCCLXIX).

53.  An act, entitled "An act to encourage the killing of squirrels within this province," approved the fourth day of February, one thousand seven hundred forty-nine (Vol. V, page sixty-eight, Statutes at Large, Chapter CCCLXXVI).

54.  Sections one, two and three of an act, entitled "An act for the more effectual preventing accidents which may happen by fire, and for suppressing idleness, drunkenness and other debaucheries," approved the ninth day of February, one thousand seven hundred fifty-one (Vol V, page one hundred eight, Statutes at Large, Chapter CCCLXXXVIII).

55.  Section one of an act, entitled "An act for preventing bribery and corruption in the election of sheriffs and coroners within this province," approved the eleventh day of March, one thousand seven hundred fifty-two (Vol. V, page one hundred fifty-nine, Statutes at Large, Chapter CCCVCVII).

56.  An act, entitled "An act to prevent the exportation of bad or unmerchantable staves, heading boards and timber," approved the twenty-first day of April, one thousand seven hundred fifty-nine (1 Smith's Laws, 222).

57.  Sections one, two, three, four, five and eight of an act, entitled "An act to prevent the hunting of deer and other wild beasts beyond the limits of the lands purchased of the Indians by the proprietaries of this province, and against killing deer out of season," approved the ninth day of April, one thousand seven hundred sixty (1 Smith's Laws, 227).

58.  Sections two and three of an act, entitled "A supplement to an act, entitled 'An act for taking lands in execution for payment of debts, and for confirming partitions in several instances heretofore made,'" approved the twenty-third day of March, one thousand seven hundred sixty-four (1 Smith's Laws, 262).

59.  An act, entitled "A supplement to an act, entitled 'An act for the relief of insolvent debtors within the province of Pennsylvania,'" approved the second day of February, one thousand seven hundred sixty-five (Vol. VI, page three hundred ninety-two, Statutes at Large, Chapter DXVIII).

60.  An act, entitled "An act to explain and amend a supplement to an act, entitled 'An act for the relief of insolvent debtors within the province of Pennsylvania,'" approved the twentieth day of September, one thousand seven hundred sixty-five (Vol. VI, page four hundred fifty-nine, Statutes at Large, Chapter DXXXI).

61.  Sections two and three of an act, entitled "An act to prevent the mischiefs arising from the increase of vagabonds and other idle and disorderly persons within this province," approved the twenty-first day of February, one thousand seven hundred sixty-seven (1 Smith's Laws, 268).

62.  An act, entitled "An act to amend the act, entitled 'An act for establishing Courts of Judicature within this province,'" approved the twentieth day of May, one thousand seven hundred sixty-seven (1 Smith's Laws, 274).

149

63. An act, entitled "An act to amend the act, entitled 'An act to prevent the exportation of bad and unmerchantable staves, heading boards and timber,'" approved the twentieth day of May, one thousand seven hundred sixty-seven (1 Smith's Laws, 277).

64. Section two of an act, entitled "An act for the better confirmation of the estates of persons holding or claiming under feme-coverts, and for establishing a mode by which husband and wife may hereafter convey their estates," approved the twenty-fourth day of February, one thousand seven hundred seventy (1 Smith's Laws, 307).

65. An act, entitled "A supplement to the act, entitled 'An act for bailing prisoners and about imprisonment,'" approved the twenty-fourth day of February, one thousand seven hundred seventy (1 Smith's Laws, 309).

66. An act, entitled "An act for the relief of (the) languishing prisoners in the gaols of the several counties within this province, with respect to the imprisonment of their persons,": approved the twenty-fourth day of February, one thousand seven hundred seventy (Vol. VII, page three hundred forty-seven, Statutes at Large, Chapter DCXI).

67. Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, seventeen, eighteen, nineteen, twenty, twenty-one, twenty-two, twenty-three, twenty-four, twenty-five, twenty-six, twenty-seven, twenty-eight, twenty-nine, thirty, thirty-one and thirty-two of an act, entitled "An act for the relief of the poor," approved the ninth day of March, one thousand seven hundred seventy-nine (1 Smith's Laws, 332).

68. Section four of an act, entitled "An act for the sale of goods distrained for rent, and to secure such goods to the persons distraining the same for the better security of rents, and for other purposes therein mentioned," approved the twenty-first day of March, one thousand seven hundred seventy-two (1 Smith's Laws, 370).

69. An act, entitled "An act for the more easy recovery of legacies," approved the twenty-first day of March, one thousand seven hundred seventy-two (1 Smith's Laws, 383).

70. Section two of an act, entitled "An act for the relief of such persons as conscientiously scruple the taking of an oath in the common form," approved the twenty-first day of March, one thousand seven hundred seventy-two (1 Smith's Laws, 387).

71. Section four of an act, entitled "An act for prevention of frauds and perjuries," approved the twenty-first day of March, one thousand seven hundred seventy-two (1 Smith's Laws, 389).

72. An act, entitled "An act to prevent frauds in the packing and preserving of shad and herring for exportation," approved the twenty-fourth day of December, one thousand seven hundred seventy-four (1 Smith's Laws, 418).

73. Section five of an act, entitled "A supplement to the act, entitled 'An act for acknowledging and recording of deeds,'" approved the eighteenth day of March, one thousand seven hundred seventy-five (1 Smith's Laws, 422).

Digitized by Google

74. An act, entitled "An ordinance to prevent the counterfeiting the paper money issued by the Honorable, the Continental Congress, or by this or any other of the United American States," approved the first day of August, one thousand seven hundred seventy-six (Vol. IX, page eight, Statutes at Large, Chapter DCCXXVIII).

75. An act, entitled "An ordinance to compel debtors in certain cases to give security to their creditors," approved the thirteenth day of September, one thousand seven hundred seventy-six (Vol. IX, page twenty-one, Statutes at Large, Chapter DCCXXXIV).

76. Section six of an act, entitled "An act for establishing in the city of Philadelphia, and in each county of this State, an office for the probate and registering of wills and granting letters of administration, and an office for the recording of deeds," approved the fourteenth day of March, one thousand seven hundred seventy-seven (1 Smith's Laws, 443).

77. An act, entitled "An act for establishing a new seal for the Supreme Court, and for altering the place of holding the said Court and the courts of Oyer and Terminer and General Gaol Delivery in the counties of Chester and Bucks, for a limited Time," approved the second day of January, one thousand seven hundred seventy-eight (1 Smith's Laws, 447).

78. An act, entitled "A supplement to the act for raising of county rates and levies," approved the first day of October, one thousand seven hundred seventy-nine (Vol. IX, page four hundred two, Statutes at Large, Chapter DCCCLI).

79. An act, entitled "An act for continuing an act, entitled an act for the more easy recovery of legacies," approved the ninth day of October, one thousand seven hundred seventy-nine (1 Smith's Laws, 473).

80. An act, entitled "An act more effectually to prevent counterfeiting the continental loan office certificates, the continental loan office bills of exchange and the paper money of the United States of America, or any of them," approved the twenty-sixth day of November, one thousand seven hundred seventy-nine (Vol X, page twelve, Statutes at Large, Chapter DCCCLXIX).

81. Sections eight and nine of an act, entitled "An act to render the revenue arising from the excise on wine and spirits, and on licenses to be granted to public houses, effective and equal to the public necessities," approved the seventeenth day of March, one thousand seven hundred eighty (1 Smith's Laws, 503).

82. An act, entitled "An act for an impost on goods, wares and merchandise imported into this State," approved the twenty-third day of December, one thousand seven hundred eighty (Vol. X, page two hundred fifty-two, Statutes at Large, Chapter CMXXV).

83. Sections one, four, five and nine of an act, entitled "An act for raising and collecting of money on the specified articles therein mentioned for the support of government, and for other purposes therein mentioned," approved the twentieth day of March, one thousand seven hundred and eighty-three (Vol. XI, page sixty-five, Statutes at Large, Chapter MXVIII).

Digitized by Google

84. An act, entitled "A supplement to an act, entitled 'An act for an impost on goods, wares and merchandise imported into this State,'" approved the twenty-fifth day of September, one thousand seven hundred and eighty-three (Vol. XI, page one hundred and eighty-eight, Statutes at Large, Chapter MLI).

85. Section four of an act, entitled "An act to revive and continue in force the acts of Assembly regulating sales by public auction and for other purposes therein mentioned," approved the ninth day of December, one thousand seven hundred and eighty-three (2 Smith's Laws, page 86).

86. An act, entitled "An act to secure the persons employed in the building and fitting ships and vessels for sea, by making the body tackle, apparel and furniture of such ships and vessels liable to pay the several tradesmen employed in building and fitting them for their work and materials," approved the twenty-seventh day of March, one thousand seven hundred and eighty-four (2 Smith's Laws, page 95).

87. An act, entitled "An act to enable the courts of quarter sessions of the several counties of this Commonwealth to vacate roads and highways in proper cases," approved the eighth day of February, one thousand seven hundred and eighty-five (Vol. XI, page four hundred and fifteen, Statutes at Large, Chapter MCXXVI).

88. Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, seventeen, eighteen, nineteen and twenty of an act, entitled "An act for the better regulation of juries," approved the nineteenth day of March, one thousand seven hundred and eighty-five (Vol. XI, page four hundred and eighty-six, Statutes at Large, Chapter MCXXXVIII).

89. An act, entitled "A further supplement to the act, entitled 'An act for raising county rates and levies,'" approved the twenty-fifth day of March, one thousand seven hundred and eighty-five (Vol. XI, page five hundred and three, Statutes at Large, Chapter MCXL).

90. An act, entitled "An act to ascertain, fix, and establish permanent salaries for the judges of the supreme court," approved the twenty-fifth day of March, one thousand seven hundred and eighty-five (Vol. XI, page five hundred and fourteen, Statutes at Large, Chapter MCXLII).

91. Sections sixteen and seventeen of an act, entitled "An act to provide further regulations, whereby to secure fair and equal proceedings in the Land-Office, and in the surveying of lands" approved the eighth day of April, one thousand seven hundred and eighty-five (2 Smith's Laws, page 317).

92. An act, entitled "An act for the more speedy and effectual administration of justice," approved the twenty-fifth day of September, one thousand seven hundred and eighty-six (2 Smith's Laws, page 391).

93. An act, entitled "A supplement to the act, entitled 'An act for the more speedy and effectual administration of justice,'" approved the twenty-eighth day of February, one thousand seven hundred and eighty-seven (2 Smith's Laws 397, Chapter MCCLII).

94. Sections one, two, three, four, five, six, seven, nine, ten, thirteen, fourteen, fifteen and sixteen of an act, entitled "An act to declare and regulate escheats," approved the twenty-ninth day of September, one thousand seven hundred and eighty-seven (2 Smith's Laws, page 425).

Digitized by Google

95.  An act, entitled "A supplement to the act, entitled 'An act to alter and amend an act, entitled "An act to remedy the defects of the several acts of Assembly heretofore made for regulating the elections of justices of peace throughout this State, and to establish a permanent mode for holding such elections, and to authorize the justices of the peace of the City of Philadelphia to hold the courts of record of the said city, and to make further provisions for the due election and return of justices of peace elect,' " approved the twenty-seventh day of February one thousand seven hundred and eighty-eight (Vol. XIII, page 9, Statutes at Large, Chapter MCCCXXIX).

96.  An act, entitled "An act directing the time, places and manner of holding elections for representatives of this State in the congress of the United States, and for appointing electors on the part of this State for choosing a president and vice-president of the United States," approved the fourth day of October, one thousand seven hundred and eighty-eight (Vol. XIII, page 140, Statutes at Large, Chapter MCCCLXXIII).

97.  An act, entitled "An act to alter the times of holding the courts of general quarter sessions of the peace and gaol delivery in the several counties within this Commonwealth," approved the seventh day of September, one thousand seven hundred and eighty-nine (Vol. XIII, page 305, Statutes at Large, Chapter MCDXXVII).

98.  An act, entitled "A supplement to the several laws of this Commonwealth respecting attachments," approved the twenty-eighth day of September, one thousand seven hundred and eighty-nine (2 Smith's Laws, page 502, Chapter MCCCCXXXIV).

99.  An act, entitled "An act for the inspection of Shingles" approved the twenty-ninth day of September, one thousand seven hundred and eighty-nine (2 Smith's Laws, page 504).

100.  An act, entitled "An act relating to sheriffs and coroners," approved the twenty-ninth day of September, one thousand seven hundred and eighty-nine (Vol. XIII, page 368, Statutes at Large, Chapter MCDLII).

101.  An act, entitled "A supplement to the act, entitled 'An act to provide for the salaries of the officers of the land office enacted the eighth day of December, one thousand seven hundred and eighty-nine," approved the nineteenth day of February, one thousand seven hundred and ninety (Vol. XIII, page 441, Statutes at Large, Chapter MCDLXXX).

102.  An act, entitled "An act relating to the securities to be given by sheriffs and coroners," approved the fifth day of March, one thousand seven hundred and ninety (Vol. XIII, page 455, Statutes at Large, Chapter MCDLXXXVIII).

103.  Section three of an act, entitled "An act for instituting a board of property and for other purposes therein mentioned," approved the eighth day of January, one thousand seven hundred and ninety-one (3 Smith's Laws, page 2).

104.  Section four of an act, entitled "An act to enjoin certain duties on the Secretary of the Commonwealth and for other purposes," approved the twelfth day of March, one thousand seven hundred and ninety-one (3 Smith's Laws, page 8).



105. An act, entitled "An act to provide for the election of representatives of the people of this State in the Congress of the United States," approved the sixteenth day of March, one thousand seven hundred and ninety-one (Vol. XIV, page 20, Statutes at Large, Chapter MDXXXIII).

106. An act, entitled "An act to provide a more effectual method of settling the public accounts of the commissioners and treasurers of the respective counties," approved the thirtieth day of March, one thousand seven hundred and ninety-one (3 Smith's Laws, page 15).

107. Sections one, two, three and four of an act, entitled "An act to confer on certain associations of the citizens of this Commonwealth the powers and immunities of corporations or bodies politic in law," approved the sixth day of April, one thousand seven hundred and ninety-one (3 Smith's Laws, page 20).

108. An act, entitled "An act to provide for the support of the government of this Commonwealth," approved the thirteenth day of April, one thousand seven hundred and ninety-one (3 Smith's Laws, page 26).

109. Sections one, two, three, four, five, six, seven, eight, eleven, twelve, thirteen, sixteen, seventeen, eighteen, nineteen and twenty-one of an act, entitled "An act to establish the judicial courts of this Commonwealth in conformity to the alterations and amendments in the Constitution," approved the thirteenth day of April, one thousand seven hundred and ninety-one (3 Smith's Laws, page 28).

110. An act, entitled "An act to regulate the trials of contested elections," approved the twenty-ninth day of September, one thousand seven hundred and ninety-one (3 Smith's Laws, page 45).

111. An act, entitled "An act to regulate the inspection of flour in certain western counties of the State," approved the thirtieth day of September, one thousand seven hundred and ninety-one (3 Smith's Laws, page 52).

112. Sections one, two, three, four, five, six, seven and eight of an act, entitled "A supplement to the act, entitled 'An act to establish the judicial courts of this Commonwealth in conformity to the alterations and amendments in the Constitution,'" approved the thirtieth day of September, one thousand seven hundred and ninety-one (3 Smith's Laws, page 58).

113. Section four of an act, entitled "An act to enable executors and administrators by leave of court to convey lands and tenements contracted for with their decedents and for other purposes therein mentioned," approved the thirty-first day of March, one thousand seven hundred and ninety-two (3 Smith's Laws, page 66).

114. Sections one, two and three of an act, entitled "An act to provide for printing, publishing and distributing the laws of this Commonwealth, and to direct a proper index to be made of the records of the executive department," approved the fourth day of April, one thousand seven hundred and ninety-two (3 Smith's Laws, page 79).

115. An act, entitled "A supplement to the act, entitled 'An act to secure the persons employed in the building and fitting ships and vessels for sea, by making the body tackle, apparel and furniture of such ships and vessels liable to pay the several tradesmen employed in building and fitting them for their work and materials,'" approved the ninth day of February, one thousand seven hundred and ninety-three (3 Smith's Laws, 89).

Digitized by Google

116. An act, entitled "A supplement to an act, entitled 'An act to provide a more effectual method of settling the public accounts of the commissioners and treasurers of the respective counties,'" approved the sixth day of March, one thousand seven hundred and ninety-three (Vol. XIV, page 346, Statutes at Large, Chapter MDCLVII).

117. An act, entitled "A further supplement to the act, entitled 'An act to provide for the support of the government of this Commonwealth,'" approved the eighth day of April, one thousand seven hundred and ninety-three (3 Smith's Laws, page 111).

118. An act, entitled "An act to authorize the admission of certain persons as witnesses in cases respecting the settlement of paupers," approved the third day of April, one thousand seven hundred ninety-four (3 Smith's Laws 126, Chapter MDCCXV).

119. An act, entitled "A supplement to the act, entitled 'An act to enjoin certain duties on the Secretary of the Commonwealth, and for other purposes,'" approved the eighth day of April, one thousand seven hundred ninety-four (Statutes at Large 37, Vol. XV, Chapter MDCCXXXVI).

120. An act, entitled "A supplement to the act, entitled 'An act to enable executors and administrators by leave of court to convey lands and tenements contracted for with their decedents and for other purposes therein mentioned,'" approved the fourteenth day of April, one thousand seven hundred ninety-four (3 Smith's Laws 129, Chapter MDCCXXX).

121. An act, entitled "An act directing the descent of intestates' real estates and distribution of their personal estates, and for other purposes therein mentioned," approved the nineteenth day of April, one thousand seven hundred ninety-four (3 Smith's Laws, 143).

122. An act, entitled "A further supplement to the act, entitled 'An act for the support of the government of this Commonwealth,'" approved the twenty-second day of April, one thousand seven hundred ninety-four (3 Smith's Laws, 183).

123. An act, entitled "An act to provide for the better collection of the revenue arising from tavern licenses," approved the twenty-second day of April, one thousand seven hundred ninety-four (Statutes at Large, 149, Chapter MDCCLXIII, Vol. XV).

124. An act, entitled "An act to regulate the mode of assessing and collecting county rates and levies," approved the seventeenth day of April, one thousand seven hundred ninety-five (Statutes at Large 322, Chapter MDCCCLII, Vol. XV).

125. An act, entitled "An act supplementary to the several acts of Assembly for establishing the judicial courts of this Commonwealth in conformity to the alterations and amendments in the Constitution," approved the eighteenth day of April, one thousand seven hundred ninety-five (3 Smith's Laws, 245).

126. Sections one and two of an act, entitled "An act to provide for the payment of clerks in the offices of the Surveyor-General, Receiver-General and Secretary of the Land Office, and for other purposes therein mentioned." approved the twentieth day of April, one thousand seven hundred ninety-five (3 Smith's Laws, 259).

127.  Section one of an act, entitled "An act to collect revenue from the rolls office for the further support of government," approved the twentieth day of April, one thousand seven hundred ninety-five (Statutes at Large 375, Chapter MDCCCLXV, Vol. XV).

128.  An act, entitled "An act providing for the appointment of an inspector of staves and heading," approved the seventeenth day of March, one thousand seven hundred ninety-six (3 Smith's Laws, 268).

129.  Sections one, three, five, six and seven of an act, entitled "An act supplementary to the act, entitled 'An act directing the descent of intestates' real estates and distribution of their personal estates, and for other purposes therein mentioned,'" approved the fourth day of April, one thousand seven hundred ninety-seven (3 Smith's Laws, 296).

130.  An act, entitled "An act for continuing the present salaries of the judges of the Supreme Court, the Secretary of the Commonwealth and the presidents of the courts of common pleas," approved the fourth day of April, one thousand seven hundred ninety-eight (3 Smith's Laws, 329).

131.  Section five of an act, entitled "A supplement to the act, entitled 'An act to extend the powers of the justices of the peace of this State,'" approved the first day of March, one thousand seven hundred ninety-nine (3 Smith's Laws, 354).

132.  Section one of an act, entitled "An act to enable the justices of the Supreme Court to hold circuit courts within this Commonwealth," approved the twentieth day of March, one thousand seven hundred ninety-nine (3 Smith's Laws, 358).

133.  Sections one and three of an act, entitled "A supplement to an act, entitled 'An act to regulate hawkers and peddlers,'" approved the twenty-eighth day of March, one thousand seven hundred ninety-nine (3 Smith's Laws, 359).

134.  Sections one and three of an act, entitled "An act to supply certain defects in the acts incorporating the city of Philadelphia and sundry towns and boroughs within this Commonwealth, and to explain and amend an act, entitled 'An act to alter and amend the several acts of the General Assembly of this Commonwealth incorporating the city of Philadelphia and for other purposes,'" approved the eleventh day of April, one thousand seven hundred ninety-nine (3 Smith's Laws, 390).

135.  Sections one, two, three, eleven, twelve, thirteen, fourteen, seventeen, twenty-two, twenty-three, twenty-four, twenty-six and twenty-seven of an act, entitled "An act to raise and collect county rates and levies," approved the eleventh day of April, one thousand seven hundred ninety-nine (3 Smith's Laws, 392).

136.  An act, entitled "A supplement to the act vesting certain powers in the judges of the Supreme Court," approved the fifteenth day of March, one thousand eight hundred (3 Smith's Laws 437, Chapter MMCXXXII).

137.  An act, entitled "A further supplement to the act, entitled 'An act to prevent the exportation of bread and flour not merchantable, and for repealing at a certain time all the laws heretofore made for that purpose,'" approved the fifteenth day of March, one thousand eight hundred (3 Smith's Laws 437, Chapter MMCXXXIII).

138.   An act, entitled "An act to tax the office of the prothonotary or clerk of the Supreme Court," approved the fifth day of December, one thousand eight hundred and one (P. L. 3, 1802).

139.   An act, entitled "An act to alter and amend the health laws of this State so far as respects vessels, goods and passengers coming from any port or place in the state of Delaware," approved the twenty-seventh day of January, one thousand eight hundred and two (P. L., 25).

140.   An act, entitled "An act declaring the holding of offices or appointments under this State incompatible with the holding or exercising offices or appointments under the United States," approved the twelfth day of February, one thousand eight hundred and two (P. L., 37).

141.   An act, entitled "An act authorizing executors and administrators in certain cases to convey lands sold by their decedents by order of orphans' court," approved the second day of April, one thousand eight hundred and two (P. L., 133).

142.   An act, entitled "An act to provide for the election of representatives of the people of this State in Congress of the United States," approved the second day of April, one thousand eight hundred and two (P. L., 145).

143.   An act, entitled "An act to enlarge the March and December terms in the Supreme Court," approved the fifth day of April, one thousand eight hundred and two (P. L., 166).

144.   An act, entitled "An act to enable purchasers at sheriff's or coroner's sales to obtain possession," approved the sixth day of April, one thousand eight hundred and two (P. L., 266).

145.   An act, entitled "An act establishing the compensation of the Deputy Secretary of this Commonwealth," approved the twenty-fifth day of February, one thousand eight hundred and three (P. L., 354).

146.   An act, entitled "An act to authorize the several Courts of Quarter Sessions within their respective counties to lay off, alter and divide townships and for other purposes," approved the twenty-fourth day of March, one thousand eight hundred and three (P. L., 439).

147.   An act, entitled "An act relating to County Treasurers," approved the twenty-eighth day of March, one thousand eight hundred and three (P. L., 476).

148.   Sections one, two, three, five, six, seven, nine and ten of an act, entitled "An act directing Sheriffs and Coroners to give sufficient sureties for the faithful execution of their official duties and for other purposes," approved the twenty-eighth day of March, one thousand eight hundred and three (P. L., 497).

149.   An act, entitled "A supplement to the act, entitled 'An act to prevent the exportation of bad or unmerchantable staves, heading boards and timber,'" approved the thirtieth day of March, one thousand eight hundred and three (P. L., 573).

150.   An act, entitled "An act to provide for reducing and limiting the number of Associate Judges of the courts of common pleas," approved the first day of April, one thousand eight hundred and three (P. L., 586).



157

151.  Section one of an act, entitled "A supplement to the act, entitled 'An act to enable the Justices of the Supreme Court to hold circuit courts within this Commonwealth,'" approved the second day of April, one thousand eight hundred and three (P. L., 623).

152.  Sections one, two, three, four, five and six of an act, entitled "An act to empower the overseers and guardians of the poor of the several townships within this Commonwealth to recover certain fines, penalties and forfeitures, and for other purposes," approved the fourth day of April, one thousand eight hundred and three (P. L., 662).

153.  An act, entitled "An act for the inspection of butter intended for exportation," approved the seventh day of January, one thousand eight hundred and four (P. L., 5).

154.  An act, entitled "A supplement to an act, entitled 'An act to empower the overseers and guardians of the poor of the several townships of the Commonwealth to recover certain fines, penalties and forfeitures, and for other purposes, passed the fourth day of April, one thousand eight hundred and three,'" approved the twentieth day of February, one thousand eight hundred and four (P. L., 123).

155.  An act, entitled "A further supplement to the act, entitled 'An act directing the descent of intestates' real estates and distribution of their personal estates, and for other purposes therein mentioned," approved the second day of April, one thousand eight hundred and four (P. L., 459).

156.  An act, entitled "An act to provide for the Inspection of Ground Black-Oak Bark intended for Exportation," approved the third day of April, one thousand eight hundred and four (P. L., 499).

157.  Sections one, three, four, five, seven, nine, ten, eleven, twelve, fourteen and sixteen of an act, entitled "An act directing the Mode of selecting and returning Jurors," approved the twenty-ninth day of March, one thousand eight hundred and five (P. L., 183).

158.  An act, entitled "A further supplement to an act, entitled 'An act directing the Descents of Intestates' Real Estates and Distribution of their Personal Estates, and for other Purposes therein mentioned,'" approved the first day of April, one thousand eight hundred and five (P. L., 205).

159.  Section two of an act, entitled "A supplement to the act, entitled 'An act to raise and collect county rates and levies,'" approved the fourth day of April, one thousand eight hundred and five (P. L., 265).

160.  Section five of an act, entitled "An act making appropriations for the expenses of government and payment of certain debts, and for other purposes," approved the fourth day of April, one thousand eight hundred and five (P. L., 280).

161.  Sections one, two, four, five, six, seven, eight, nine, twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen, twenty, twenty-one, twenty-three, twenty-four and twenty-six of an act, entitled "An act to alter the judiciary system of this Commonwealth," approved the twenty-fourth day of February, one thousand eight hundred and six ( P. L., 334).

Digitized by Google

162   An act, entitled "An act making an additional allowance to the prothonotary of the supreme court of the eastern district, and the prothonotary of the court of common pleas of the city and county of Philadelphia," approved the twenty-first day of March, one thousand eight hundred and six (P. L., 547).

163   An act, entitled "An act regulating the proceedings of county commissioners and treasurers in certain cases," approved the twenty-first day of March, one thousand eight hundred and six (P. L., 548).

164.   Sections one, two, four, seven, ten and eleven of an act, entitled "An act to regulate arbitrations and proceedings in courts of justice," approved the twenty-first day of March, one thousand eight hundred and six (P. L., 558).

165.   Section four of an act, entitled "A supplement to the act, entitled 'An act to alter the judiciary system of this Commonwealth,' and to alter the time of holding the courts of common pleas and quarter sessions and orphans' court in the county of Washington," approved the twelfth day of January, one thousand eight hundred and seven (P. L., 8).

166.   Sections two, three, four and five of an act, entitled "A supplement to the act, entitled 'An act directing the mode of selecting and returning jurors,'" approved the fourth day of April, one thousand eight hundred and seven (P. L., 124).

167.   Section ten of an act, entitled "An act supplementary to the several acts of this Commonwealth concerning partitions and for other purposes therein mentioned," approved the seventh day of April, one thousand eight hundred and seven (P. L., 155).

168.   An act, entitled "An act for the inspection of hogs-lard intended for exportation," approved the seventh day of April, one thousand eight hundred and seven (P. L., 163).

169.   An act, entitled "An act erecting a middle district of the Supreme Court and for other purposes," approved the tenth day of April, one thousand eight hundred and seven (P. L., 248).

170.   An act, entitled "An act directing the distribution of the Journals printed in the English language and for other purposes," approved the eleventh day of April, one thousand eight hundred and seven (P. L., 267).

171.   Section four of an act, entitled "An act making appropriations and for other purposes," approved the thirteenth day of April, one thousand eight hundred and seven (P. L., 282).

172.   Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, seventeen, and eighteen of an act, entitled "An act to alter and amend the several laws of this Commonwealth relative to domestic attachments," approved the fourth day of December, one thousand eight hundred and seven (P. L., 1, 1808).

173.   An act, entitled "An act to fix the number of senators from the state into districts and determine the portion to be allotted to each; also to fix the number of representatives for the city and the several counties of the Commonwealth in pursuance of the revisions of the Constitution," approved the twenty-first day of March, one thousand eight hundred and eight (P. L., 86).

Digitized by Google

174. Section three of an act, entitled "An act to amend certain parts of an act, entitled 'An act supplementary to the several acts of this Commonwealth concerning partitions and for other purposes therein mentioned,' " approved the twenty-sixth day of March, one thousand eight hundred and eight (P. L., 144).

175. Sections one and three of an act, entitled "A further supplement to the act, entitled 'An act to regulate arbitrations and proceedings in courts of justice,' " approved the twenty-eighth day of March, one thousand eight hundred and eight (P. L., 168).

176. An act, entitled "An act supplementary to an act, entitled 'An act to provide for the settlement of public accounts and for other purposes therein mentioned,' " approved the tenth day of January, one thousand eight hundred and nine (P. L., 2).

177. Sections one, two, three, four, five and eight of an act entitled, "A further supplement to an act, entitled 'An act to alter the judiciary system of this Commonwealth,' " approved the eleventh day of March, one thousand eight hundred and nine (P. L., 36).

178. An act, entitled "A supplement to an act, entitled 'An act to provide a more effectual method of settling the public accounts of the commissioners and treasurers of the respective counties,' " approved the sixteenth day of March, one thousand eight hundred and nine (P. L., 42).

179. Section ten of an act, entitled "An act abolishing the offices of receiver-general and master of the rolls, and transferring the duties therein performed to other offices, and for other purposes," approved the twenty-ninth day of March, one thousand eight hundred and nine (P. L., 122).

180. Sections one, two, three, four, five, seven, eight, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen and eighteen of an act, entitled "An act supplementary to an act, entitled 'An act to regulate arbitrations and proceedings in courts of justice,' " approved the twenty-ninth day of March, one thousand eight hundred and nine (P. L., 125).

181. An act, entitled "A further supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,' " approved the third day of April, one thousand eight hundred and nine (P. L., 143).

182. An act, entitled "An act concerning contempts of court," approved the third day of April, one thousand eight hundred and nine (P. L., 146).

183. Section two of an act, entitled "An act to repeal so much of an act passed April fourth, one thousand eight hundred and seven, as directs the township assessors to select and return jurors, and also allowing peremptory challenges in certain cases," approved the fourth day of April, one thousand eight hundred and nine (P. L., 163).

184. An act, entitled "An act supplementary to an act, entitled 'An act to alter and amend the several laws of this Commonwealth relative to domestic attachments,' " approved the fourth day of April, one thousand eight hundred and nine (P. L., 182).

185. An act, entitled "An act concerning Foreign Insurance Companies," approved the tenth day of March, one thousand eight hundred and ten (P. L., 81).

**11**

Digitized by Google

186. An act, entitled "An act to prevent devises and legacies from lapsing in certain cases," approved the nineteenth day of March, one thousand eight hundred and ten (P. L., 96).

187. An act, entitled "An act supplemental to an act to prevent frauds in the packing and preserving of shad and herring for exportation," approved the nineteenth day of March, one thousand eight hundred and ten (P. L., 128).

188. Sections two, three, four, five, six, seven, eight, nine, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen, nineteen, twenty, twenty-one, twenty-two, twenty-three, twenty-four, twenty-five, twenty-six, and twenty-seven of an act, entitled "An act regulating arbitrations," approved the twentieth day of March, one thousand eight hundred and ten (P. L., 145).

189. An act, entitled "An act supplementary to an act, entitled 'An act for regulating and maintaining fences,' " approved the twentieth day of March, one thousand eight hundred and ten (P. L., 161).

190. An act, entitled "A supplement to the act, entitled 'An act to alter the judiciary system of this Commonwealth,' passed February twenty-fourth, one thousand eight hundred six," approved the twentieth day of March, one thousand eight hundred and ten (P. L., 195).

191. Sections one, nine, sixteen and twenty-nine of an act, entitled "An act to amend and consolidate with its supplements the act, entitled "An act for the recovery of debts and demands not exceeding one hundred dollars before a justice of the peace, and for the election of constables and for other purposes,' " approved the twentieth day of March, one thousand eight hundred and ten (P. L., 208).

192. An act, entitled "An act authorizing the judges of the Supreme Court to establish return days," approved the twentieth day of March, one thousand eight hundred and ten (P. L., 231).

193. An act, entitled "A further supplement to an act, entitled 'An act to prevent the exportation of bread and flour not merchantable, and for repealing at a certain time all the laws heretofore made for that purpose,' " approved the thirteenth day of February, one thousand eight hundred eleven (P. L., 46).

194. An act, entitled "An act to remedy defects in the titles to real estate purchased by certain emigrants within this Commonwealth during the time they were aliens," approved the twentieth day of March, one thousand eight hundred eleven (P. L., 86).

195. Section two of an act, entitled "An act imposing certain duties upon the commissioners and treasurer of Luzerne county, and empowering county commissioners to administer oaths or affirmations," approved the twenty-third day of March, one thousand eight hundred eleven (P. L., 111).

196. Sections seventeen, eighteen, twenty, twenty-one, twenty-two, twenty-three, twenty-four, thirty-nine, forty, forty-one, forty-two, forty-four and forty-five of an act, entitled "An act to amend and consolidate the several acts relating to the settlement of the public accounts and the payment of the public monies, and for other purposes," approved the thirtieth day of March, one thousand eight hundred eleven (P. L., 145).

197. Sections two, three, four and five of an act, entitled "A supplement to an act, entitled 'An act for laying out and keeping in repair the public roads and highways within this Commonwealth, and laying out private roads,'" approved the thirtieth day of March, one thousand eight hundred eleven (P. L., 189).

198. An act, entitled "An act relative to dower and for other purposes," approved the first day of April, one thousand eight hundred eleven (P. L., 198).

199. Section one of an act, entitled "An additional supplement to an act, entitled 'An act to alter the judiciary system of this Commonwealth,'" approved the sixth day of March, one thousand eight hundred twelve (P. L., 82).

200. Sections one and two of an act, entitled "A supplement to an act declaring the holding of any office or appointment under this State incompatible with the holding or exercising offices or appointments under the United States," approved the sixth day of March, one thousand eight hundred twelve (P. L., 85).

201. An act, entitled "An act to provide for the election of representatives of the people of this State in the Congress of the United States," approved the twentieth day of March, one thousand eight hundred twelve (P. L., 127).

202. An act, entitled "A supplement to an act, entitled 'An act taxing certain offices,'" approved the twentieth day of March, one thousand eight hundred twelve (P. L., 140).

203. An act, entitled "A supplement to an act regulating arbitrations," approved the twenty-fifth day of February, one thousand eight hundred thirteen (P. L., 87).

204. An act, entitled "An act fixing the salaries of the officers therein mentioned," approved the twenty-fifth day of March, one thousand eight hundred thirteen (P. L., 169).

205. An act, entitled "An act providing for the sale of the estate of lunatics or persons non compos mentis, in certain cases," approved the seventh day of February, one thousand eight hundred fourteen (P. L., 45).

206. An act, entitled "A further supplement to the act, entitled 'An act to provide for the support of the government of this Commonwealth,'" approved the seventh day of February, one thousand eight hundred fourteen (P. L., 48).

207. An act, entitled "A further supplement to the act, entitled 'An act to raise and collect county rates and levies,'" approved the twenty-first day of February, one thousand eight hundred fourteen (P. L., 50).

208. An act, entitled "An act providing for the inspection of spirituous liquors," approved the fourteenth day of March, one thousand eight hundred fourteen (P. L., 100).

209. An act, entitled "A supplement to 'An act to enable the purchasers at sheriffs' or coroners' sales to obtain possession,'" approved the fourteenth day of March, one thousand eight hundred fourteen (P. L., 110).

210. An act, entitled "An act supplementary to the acts for the inspection of butter and hogs lard intended for exportation," approved the twenty-second day of March, one thousand eight hundred fourteen (P. L., 173).

11—Vetoes.

Digitized by Google

211. Sections one, two, three, four, five, six, seven, eight, nine, ten, twelve, thirteen, fourteen, fifteen, sixteen, seventeen and eighteen of an act, entitled "An act for the relief of insolvent debtors," approved the twenty-sixth day of March, one thousand eight hundred fourteen (P. L., 216).

212. An act, entitled "An act making provision for the traveling expenses of the presidents and associate judges of the courts of common pleas," approved the twenty-eighth day of March, one thousand eight hundred fourteen (P. L., 249).

213. Section one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, fourteen, fifteen, seventeen, eighteen, twenty, twenty-one, and twenty-three of an act, entitled "An act establishing a fee bill," approved the twenty-eighth day of March, one thousand eight hundred fourteen (P. L., 352).

214. An act, entitled "A supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,'" approved the sixth day of February, one thousand eight hundred fifteen (P. L., 27).

215. An act, entitled "An act to authorize undertakers of public bridges to procure materials for building such bridges," approved the sixth day of February, one thousand eight hundred fifteen (P. L., 28).

216. An act, entitled "A further supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,'" approved the first day of March, one thousand eight hundred fifteen (P. L., 56).

217. An act, entitled "An act altering the mode of issuing tavern licenses," approved the eighth day of March, one thousand eight hundred fifteen (P. L., 91).

218. An act, entitled "An act to fix the number of Senators and Representatives and form the State into districts in pursuance of the provisions of the Constitution," approved the eighth day of March, one thousand eight hundred fifteen (P. L., 93).

219. An act, entitled "A supplement to the act for the relief of insolvent debtors," approved the thirteenth day of March, one thousand eight hundred fifteen (P. L., 156).

220. An act, entitled "A supplement to the act, entitled 'An act providing for the inspection of spirituous liquors,' passed the fourteenth day of March, one thousand eight hundred and fourteen, and for the prevention of fraud in the purchase or sale of flour and whiskey," approved the thirteenth day of March, one thousand eight hundred fifteen (P. L., 171).

221. An act, entitled "An act for the settlement of the estates of intestates where some of the heirs reside out of the State," approved the thirteenth day of March, one thousand eight hundred fifteen (P. L., 173).

222. An act, entitled "An additional supplement to an act, entitled 'An act directing the mode of selecting and returning jurors,'" approved the thirteenth day of February, one thousand eight hundred sixteen (P. L., 52).

Digitized by Google

223. An act, entitled "An act to provide for the continuance of courts of quarter sessions," approved the twentieth day of February, one thousand eight hundred sixteen (P. L., 82).

224. Section one of an act, entitled "An act for holding special courts of common pleas," approved the fifteenth day of March, one thousand eight hundred sixteen (P. L., 137).

225. An act, entitled "A supplement to the act, entitled 'An act to provide for the inspection of ground black oak bark intended for exportation,'" approved the fifth day of February, one thousand eight hundred seventeen (P. L., 40).

226. Sections four and five of an act, entitled "An act to provide for the more equal distribution of the laws of this Commonwealth," approved the tenth day of March, one thousand eight hundred seventeen (P. L., 96).

227. Section three of an act, entitled "An act relative to suits brought by or against corporations," approved the twenty-second day of March, one thousand eight hundred seventeen (P. L., 128).

228. Section two of an act, entitled "An act to prevent the practice of wagering or betting on elections," approved the twenty-fourth day of March, one thousand eight hundred seventeen (P. L., 204).

229. An act, entitled "An act establishing a standard weight for grain and foreign salt," approved the tenth day of March, one thousand eight hundred eighteen (P. L., 182).

230. Section one of an act, entitled "A supplement to the act, entitled 'An act for holding special courts of common pleas,'" approved the twenty-third day of March, one thousand eight hundred eighteen (P. L., 239).

231. An act, entitled "A further supplement to an act, entitled 'An act to regulate the trials of contested elections,' passed the twenty-ninth day of September, one thousand seven hundred and ninety-one," approved the twenty-third day of March, one thousand eight hundred eighteen (P. L., 258).

232. Section two of an act, entitled "A further supplement to an act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,'" approved the twenty-fourth day of March, one thousand eight hundred eighteen (P. L., 276.)

233. An act, entitled "A supplement to the act, entitled 'An act providing for the sale of the estate of lunatics or persons non compos mentis in certain cases,'" approved the twenty-fourth day of March, one thousand eight hundred eighteen (P. L., 301).

234. Section three of an act, entitled "An act to provide for the more speedy publication and distribution of the laws of this Commonwealth," approved the twenty-first day of January, one thousand eight hundred nineteen (P. L., 14).

235. An act, entitled "An act relative to escheated estates," approved the twenty-first day of January, one thousand eight hundred nineteen (P. L., 25).

236. An act, entitled "An act relative to habitual drunkards," approved the twenty-fifth day of February, one thousand eight hundred nineteen (P. L., 74).

Digitized by Google

237.   An act, entitled "An act to extend to coppersmiths, brass-founders, coopers, and benders of sail cloth certain advantages secured to sundry tradesmen employed in building and fitting ships and vessels for sea," approved the fifth day of March, one thousand eight hundred nineteen (P. L., 90).

238.   Sections one and two of an act, entitled "An act to encourage more effectually the destruction of wolves and panthers," approved the sixteenth day of March, one thousand eight hundred nineteen (P. L., 114).

239.   An act, entitled "An act relative to paupers," approved the twenty-ninth day of March, one thousand eight hundred nineteen (P. L., 200).

240.   Sections two, three and six of an act, entitled "An act enjoining duties upon the Attorney General and for other purposes," approved the twenty-ninth day of March, one thousand eight hundred nineteen (P. L., 266).

241.   Sections one, four and six of an act, entitled "A supplement to the act, entitled 'An act for the relief of insolvent Debtors,' " approved the twenty-ninth day of January, one thousand eight hundred twenty (P. L., 9).

242.   An act, entitled "An act for the relief of redemptioners," approved the ninth day of February, one thousand eight hundred twenty (P. L., 17, Chapter XVIII).

243.   Sections one and two of an act, entitled "A supplement to the act, entitled 'An act to establish a board of wardens for the port of Philadelphia, and for the regulation of pilots and pilotages, and for other purposes therein mentioned,' " approved the twenty-fourth day of February, one thousand eight hundred twenty (P. L., 40).

244.   An act, entitled "An act allowing mileage to jurors, and for other purposes," approved the sixteenth day of March, one thousand eight hundred twenty (P. L., 87, Chapter LXII).

245.   An act, entitled "A further supplement to an act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,' " approved the seventeenth day of March, one thousand eight hundred twenty (P. L., 87, Chapter LXII).

246.   An act, entitled "An act to prevent kidnapping," approved the twenty-seventh day of March, one thousand eight hundred twenty (P. L., 104).

247.   An act, entitled "A supplement to the act, entitled 'A supplement to the act, entitled 'An act for the relief of insolvent debtors' passed the twenty-ninth January, one thousand eight hundred twenty," approved the twenty-eighth day of March, one thousand eight hundred twenty (P. L., 155).

248.   An act, entitled "A further supplement to an act, entitled 'An act regulating arbitrations,' " approved the twenty-eighth day of March, one thousand eight hundred twenty (P. L., 172).

249.   Resolution approved the sixteenth day of March, one thousand eight hundred twenty (P. L., 202, Chapter IV).

250.   An act, entitled "An act reducing the salaries of the Governor and Secretary of the Commonwealth," approved the eighteenth day of December, one thousand eight hundred twenty (P. L., 1, 1821).

251. An act, entitled "An act to provide for the enumeration of the taxable inhabitants and slaves within this Commonwealth," approved the sixth day of January, one thousand eight hundred twenty-one (P. L., 4).

252. Sections two, three, four, five and six of an act, entitled "An act reducing the salaries of sundry public officers and the daily pay of members of the Legislature," approved the eighteenth day of January, one thousand eight hundred twenty-one (P. L., 7).

253. Sections three, five, six, nine, ten and eleven of an act, entitled "An act to alter and amend the fee bill," approved the twenty-second day of February, one thousand eight hundred twenty-one (P. L., 50).

254. An act, entitled "A supplement to the act, entitled 'An act to provide for the enumeration of the taxable inhabitants and slaves within this Commonwealth,'" approved the twenty-sixth day of March, one thousand eight hundred twenty-one (P. L., 98).

255. Sections three and four of an act, entitled "An act to regulate inspections," approved the twenty-seventh day of March, one thousand eight hundred twenty-one (P. L., 133).

256. An act, entitled "An act relative to guardians of minor children," approved the thirtieth day of March, one thousand eight hundred twenty-one (P. L., 153).

257. Section one of an act, entitled "An act concerning bills of exchange," approved the thirtieth day of March, one thousand eight hundred twenty-one (P. L., 156).

258. An act, entitled "An act laying a duty on the retailers of foreign merchandize," approved the second day of April, one thousand eight hundred twenty-one (P. L., 244).

259. An act, entitled "An act to prevent the increase of pauperism in this Commonwealth," approved the second day of April, one thousand eight hundred twenty-one (P. L., 254).

260. A resolution, entitled "Resolution relative to inspectors of beef, pork et cetera, in the city and county of Philadelphia," approved the first day of February, one thousand eight hundred twenty-one (P. L., 313, Chapter III).

261. An act, entitled "A supplement to the act relative to habitual drunkards," approved the nineteenth day of January, one thousand eight hundred twenty-two (P. L., 4).

262. An act, entitled "A supplement to the act, entitled 'An act concerning contempts of court,'" approved the eighteenth day of February, one thousand eight hundred twenty-two (P. L., 30).

263. An act, entitled "A supplement to the act, entitled 'An act to raise and collect county rates and levies,'" approved the eleventh day of March, one thousand eight hundred twenty-two (P. L., 58).

264. An act, entitled "An act to fix the number of Senators and Representatives and form the State into districts in pursuance of the provisions of the constitution," approved the twenty-fifth day of March, one thousand eight hundred twenty-two (P. L., 74).

265. Sections one and two of an act, entitled "A further supplement to an act, entitled 'An act to raise and collect county rates and levies,'" approved the thirtieth day of March, one thousand eight hundred twenty-two (P. L., 106).

Digitized by Google

266. An act, entitled "A supplement to the act for regulating the measurement of corn and salt imported into the port of Philadelphia," approved the second day of April, one thousand eight hundred twenty-two (P. L., 126, Chapter XCVIII).

267. An act, entitled "A supplement to the act, entitled 'An act to regulate the inspectors of flour in certain western counties of the state,' " approved the second day of April, one thousand eight hundred twenty-two (P. L., 225, Chapter CLXII).

268. An act, entitled "A further supplement to the act, entitled 'An act relative to habitual drunkards,' " approved the second day of April, one thousand ·eight hundred twenty-two (P. L., 226).

269. An act, entitled "A supplement to the act, entitled 'An act to regulate the inspection of flour in certain western counties of the state,' passed the thirtieth day of September, one thousand seven hundred and ninety-one," approved the first day of February, one thousand eight hundred twenty-three (P. L., 32).

270. An act, entitled "An act fixing the compensation of the inspector of staves and heading," approved the twenty-fourth day of February, one thousand eight hundred twenty-three (P. L., 51).

271. An act, entitled "A supplement to the act, entitled 'An act to compel assignees to settle their accounts and for other purposes,' " approved the twenty-ninth day of March, one thousand eight hundred twenty-three (P. L., 146).

272. An act, entitled "A further supplement to an act, entitled 'An act to declare and regulate escheats," approved the twenty-ninth day of March, one thousand eight hundred twenty-three (P. L. 161, Chapter C).

273. An act, entitled "A further supplement to an act, entitled 'An act for taking lands in execution for the payment of debts,' and for confirming partitions in several instances heretofore made," approved the thirty-first day of March, one thousand eight hundred twenty-three (P. L., 230).

274. An act, entitled "An act relative to turnpike road and bridge companies," approved the first day of April, one thousand eight hundred twenty-three (P. L., 282).

275. An act, entitled "A further supplement to the act, entitled 'An act directing the descent of intestates' real estate and distribution of their personal estates, and for other purposes therein mentioned,' " approved the first day of April, one thousand eight hundred twenty-three (P. L., 286).

276. Section three of an act, entitled "An act relative to the entry of writs of testatum fieri facias, service of writs of scire facias and relative to payment of costs on appeals from before justices of the peace and for other purposes," approved the first day of April, one thousand eight hundred twenty-three (P. L., 288).

277. An act, entitled "A supplement to the act, entitled 'An act to amend and consolidate the several acts relating to the settlement of the public accounts, and the payment of the public moneys and for other purposes,' " approved the twelfth day of January, one thousand eight hundred twenty-four (P. L. 5, Chapter VII).

278. An act, entitled "An act to enable executors, administrators, guardians and other trustees to invest their trust moneys," approved the eighteenth day of February, one thousand eight hundred twenty-four (P. L., 25).

Digitized by Google

279.   An act, entitled "A further supplement to the act, entitled 'An act regulating arbitrations,'" approved the twenty-third day of February, one thousand eight hundred twenty-four (P. L., 27).

280.   Sections one to six of an act, entitled "An act for the preservation of wooden bridges within this Commonwealth," approved the nineteenth day of March, one thousand eight hundred twenty-four (P. L., 50).

281.   An act, entitled "A supplement to the act, entitled 'An act to regulate the trial of contested elections,'" approved the nineteenth day of March, one thousand eight hundred twenty-four (P. L., 53).

282.   An act, entitled "An act to regulate the public printing," approved the twenty-second day of March, one thousand eight hundred twenty-four (P. L., 57.)

283.   An act, entitled "A further supplement to an act, entitled 'An act to declare and regulate escheats,'" approved the twenty-seventh day of March, one thousand eight hundred twenty-four (P. L., 109).

284.   Section three of an act, entitled "A further supplement to the act, entitled 'An act to amend and consolidate with its supplements the act, entitled "An act for the recovery of debts and demands not exceeding one hundred dollars before a justice of the peace, and for the election of constables and for other purposes,'" approved the twenty-ninth day of March, one thousand eight hundred twenty-four (P. L., 171).

285.   An act, entitled "A supplement to the act, entitled 'An act to regulate the public printing,'" approved the twenty-ninth day of December, one thousand eight hundred twenty-four (P. L. 2, 1825).

286.   An act, entitled "A supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,'" approved the eleventh day of April, one thousand eight hundred twenty-five (P. L., 161).

287.   An act, entitled "A further supplement to the act, entitled 'An act for the relief of insolvent debters' passed the twenty-sixth day of March, one thousand eight hundred and fourteen," approved the eleventh day of April, one thousand eight hundred twenty-five (P. L., 168).

288.   Section one of an act, entitled "A further supplement to an act, entitled 'An act for holding special courts of common pleas,'" approved the eleventh day of April, one thousand eight hundred twenty-five (P. L., 218).

289.   An act, entitled "An act more effectually to secure the collection of the revenue from tavern licenses and for other purposes," approved the twelfth day of April, one thousand eight hundred and twenty-five (P. L., 247).

290.   An act, entitled "An act to repeal the act of eighteen hundred and twenty-four relative to the education of the poor," approved the twentieth day of February, one thousand eight hundred and twenty-six (P. L., 52).

291.   An act, entitled "An act establishing an internal improvement fund," approved the first day of April, one thousand eight hundred and twenty-six (P. L., 166).

Digitized by Google

292. An act, entitled "A supplement to the intestate law of this Commonwealth," approved the eighth day of April, one thousand eight hundred and twenty-six (P. L., 255).

293. An act, entitled "A further supplement to the act, entitled 'An act to alter the judiciary system of this Commonwealth,'" approved the eighth day of April, one thousand eight hundred and twenty-six (P. L., 263).

294. Sections two and twelve of an act, entitled "An act to protect the public in the full benefit and enjoyment of the works constructed for the purposes of inland navigation," approved the tenth day of April, one thousand eight hundred and twenty-six (P. L., 301).

295. An act, entitled "A supplement to the act, entitled 'An act relative to turnpike road and bridge companies in which the State holds stocks,' passed twenty-seventh day of March, one thousand eight hundred and twenty-four, and for other purposes," approved the tenth day of April, one thousand eight hundred and twenty-six (P. L., 324).

296. An act, entitled "A further supplement to the act, entitled 'An act for the regulation of the militia of this Commonwealth,'" approved the tenth day of April, one thousand eight hundred and twenty-six (P. L., 329).

297. An act, entitled "An act relative to constables' fees," approved the second day of January, one thousand eight hundred and twenty-seven (P. L. 5, No. 6).

298. Sections one, three and four of an act, entitled "An act to authorize the printing and distribution of an additional number of the Pamphlet Laws," approved the first day of February, one thousand eight hundred and twenty-seven (P. L., 29).

299. An act, entitled "An act for the appointment of an inspector of pot and pearl ashes for the port of Philadelphia, and for regulating the inspection of the same," approved the twenty-seventh day of February, one thousand eight hundred and twenty-seven (P. L., 45).

300. An act, entitled "A supplement to the several acts for the inspection of staves and heading," approved the eleventh day of April, one thousand eight hundred and twenty-seven (P. L. 236, No. 103).

301. An act, entitled "An act concerning agencies of insurance companies not authorized by the laws of this State established within this Commonwealth," approved the thirteenth day of April, one thousand eight hundred and twenty-seven (P. L., 239).

302. An act, entitled "An act to declare the uses of certain bonds," approved the thirteenth day of April, one thousand eight hundred and twenty-seven (P. L. 253, No. 118).

303. An act, entitled "A further supplement to the act, entitled 'An act for the regulation of the militia of this Commonwealth,'" approved the fourteenth day of April, one thousand eight hundred and twenty-seven (P. L. 385, No. 164).

304. An act, entitled "A supplement to an act, entitled 'An act for the relief of the poor,' passed the ninth day of March, one thousand seven hundred and seventy-one," approved the sixteenth day of April, one thousand eight hundred and twenty-seven (P. L., 437).

Digitized by Google

305. An act, entitled "An act concerning writs of scire facias," approved the sixteenth day of April, one thousand eight hundred and twenty-seven (P. L., 444).

306. Sections one, two and three of an act, entitled "An act relative to the distribution of money arising from sheriffs' and coroners' sales, and relative to the duties of the Auditor General and county commissioners," approved the sixteenth day of April, one thousand eight hundred and twenty-seven (P. L. 471, No. 192).

307. Sections three, four and five of an act, entitled "An act relating to escheated estates," approved the sixteenth day of April, one thousand eight hundred and twenty-seven (P. L., 483).

308. An act, entitled "An act to provide for the better inspection of butter and lard," approved the twenty-seventh day of February, one thousand eight hundred and twenty-eight (P. L., 117).

309. An act, entitled "An act for the relief of the poor," approved the tenth day of April, one thousand eight hundred and twenty-eight (P. L., 285).

310. An act, entitled "A supplement to the act, entitled 'An act to compel assignees to settle their accounts and for other purposes,'" approved the fourteenth day of April, one thousand eight hundred and twenty-eight (P. L., 435).

311. An act, entitled "A supplement to the act, entitled 'A further supplement to the act, entitled 'An act to alter the judiciary system of this Commonwealth,' passed the eighth day of April, eighteen hundred and twenty-six," approved the fourteenth day of April, one thousand eight hundred and twenty-eight (P. L., 484).

312. Sections one and two of an act, entitled "An act requiring county treasurers to give bonds with security to the Commonwealth for the faithful discharge of certain duties, and to repeal certain laws relating to treasurers' bonds," approved the fifteenth day of April, one thousand eight hundred and twenty-eight (P. L., 491).

313. An act, entitled "An act supplementary to an act passed the second day of April, Anno Domini eighteen hundred and twenty-two, entitled 'An act for the regulation of the militia of this Commonwealth and the several supplements thereto,'" approved the fifteenth day of April, one thousand eight hundred and twenty-eight (P. L., 492).

314. An act, entitled "An act relative to the appointment and payment of the criers of the courts in this Commonwealth," approved the twenty-third day of March, one thousand eight hundred and twenty-nine (P. L. 103, No. 82).

315. An act, entitled "A further supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads," approved the thirtieth day of March, one thousand eight hundred and twenty-nine (P. L., 114).

316. Section one of an act, entitled "An act concerning executors," approved the third day of April, one thousand eight hundred and twenty-nine (P. L., 122).

317. An act, entitled "An act relative to the patenting of lands," approved the eighth day of April, one thousand eight hundred and twenty-nine (P. L., 146).

318. An act, entitled "An act to fix the number of Senators and Representatives, and form the state into districts in pursuance of the provisions of the constitution," approved the twentieth day of April, one thousand eight hundred and twenty-nine (P. L., 212).

319. An act, entitled "An act relative to insurance companies and agencies of insurance companies not chartered by this State," approved the twenty-third day of April, one thousand eight hundred and twenty-nine (P. L., 264).

320. An act, entitled "A further supplement to the act, entitled 'An act for the regulation of the militia of this Commonwealth,'" approved the twenty-third day of April, one thousand eight hundred and twenty-nine (P. L., 280).

321. An act, entitled "A supplement to an act, entitled 'An act for the preservation of wooden bridges within this Commonwealth,' passed the nineteenth of March, eighteen hundred and twenty-four, and for other purposes," approved the twenty-third day of April, one thousand eight hundred and twenty-nine (P. L., 292).

322. An act, entitled "A further supplement to an act, entitled 'An act to amend and consolidate with its supplements the act, entitled 'An act for the recovery of debts and demands, not exceeding one hundred dollars, before a justice of the peace, and for the election of constables and for other purposes,'" approved the fourth day of February, one thousand eight hundred and thirty (P. L., 36).

323. An act, entitled "A supplement to the act, entitled 'An act relating to collateral inheritances,'" approved the second day of April, one thousand eight hundred and thirty (P. L., 160).

324. Section two of an act, entitled "An act relative to landlord and tenant," approved the third day of April, one thousand eight hundred and thirty (P. L. 187, No. 116).

325. Section one of an act, entitled "An act relating to the service of process by sheriffs, and to the appointment of tipstaves in the city and county of Philadelphia," approved the sixth day of April, one thousand eight hundred and thirty (P. L., 246).

326. Sections two, five, eight and ten of an act, entitled "An act for the levy and collection of taxes upon proceedings in courts and in the offices of register and recorder, and for other purposes," approved the sixth day of April, one thousand eight hundred and thirty (P. L., 272).

327. An act, entitled "A further supplement to an act, entitled 'An act to declare and regulate escheats,'" approved the sixth day of April, one thousand eight hundred and thirty (P. L., 322).

328. An act, entitled "A further supplement to the act directing the descent of intestates' real estate and distribution of their personal estates, and for other purposes therein mentioned, passed the nineteenth day of April, seventeen hundred and ninety-four," approved the seventh day of April, one thousand eight hundred and thirty (P. L., 347).

329. An act, entitled "An act to regulate inns and taverns," approved the seventh day of April, one thousand eight hundred and thirty (P. L., 352).



330. An act, entitled "A further supplement to an act, entitled 'An act to regulate the inspection of flour in certain western counties of the State,'" approved the thirtieth day of January, one thousand eight hundred and thirty-one (P. L. 47, No. 37).

331. An act, entitled "An act concerning the acknowledgment of sheriffs' and coroners' deeds in certain cases," approved the seventeenth day of February, one thousand eight hundred and thirty-one (P. L., 65).

332. Sections one and two of an act, entitled "A further supplement to the act, entitled 'A supplement to the act, entitled 'An act to compel assignees to settle their accounts and for other purposes,'" approved the twenty-first day of March, one thousand eight hundred and thirty-one (P. L., 192).

333. Sections two and three of an act, entitled "An act more effectually to prevent and punish extortion and for other purposes," approved the twenty-fifth day of March, one thousand eight hundred and thirty-one (P. L., 211).

334. Section two of an act, entitled "A further supplement to an act, entitled 'An act to amend and consolidate the several acts relating to the settlement of the public accounts and the payment of the public monies, and for other purposes,' and a supplement to an act, entitled 'An act establishing an internal improvement fund,'" approved the fourth day of April, one thousand eight hundred and thirty-one (P. L., 477).

335. An act, entitled "An act to provide for the inspection of tobacco for the port of Philadelphia," approved the tenth day of February, one thousand eight hundred and thirty-two (P. L., 58).

336. An act, entitled "A supplement to an act, entitled 'An act to regulate inns and taverns, passed April seventh, eighteen hundred and thirty," approved the fifteenth day of February, one thousand eight hundred and thirty-two (P. L. 73, No. 51).

337. An act, entitled "A supplement to an act, entitled 'An act to increase the county rates and levies for the use of the Commonwealth,' passed the twenty-fifth day of March, Anno Domini one thousand eight hundred and thirty-one," approved the fifteenth day of February, one thousand eight hundred and thirty-two (P. L., 79).

338. Section thirty-nine of an act, entitled "An act relating to registers and registers' courts," approved the fifteenth day of March, one thousand eight hundred thirty-two (P. L., 135).

339. Section two of an act, entitled "An act concerning the administration of justice," approved the thirtieth day of April, one thousand eight hundred and thirty-two (P. L., 388).

340. An act, entitled "An act, entitled 'A further supplement to an act for taking lands in execution,'" approved the third day of May, one thousand eight hundred and thirty-two (P. L. 404, No. 165).

341. An act, entitled "An act providing the mode of settling the accounts of county treasurers, and for other purposes," approved the third day of May, one thousand eight hundred and thirty-two (P. L., 417).

342. An act, entitled "A supplement to the act to authorize the printing and distribution of an additional number of the pamphlet laws," approved the eleventh day of June, one thousand eight hundred and thirty-two (P. L. 615, No. 245).

Digitized by Google

343. An act, entitled "A further supplement to the act, entitled 'A further supplement to the act, entitled 'An act to alter the judiciary system of this Commonwealth,' passed the eighth day of April, eighteen hundred and twenty-six," approved the seventh day of January, one thousand eight hundred and thirty-three (P. L. 1, No. 2).

344. An act, entitled "An act changing the organization and extending the jurisdiction of the court of common pleas of the first judicial district," approved the eighth day of February, one thousand eight hundred and thirty-three (P. L., 23).

345. An act, entitled "A supplement to an act passed the twenty-second of March, Anno Domini one thousand eight hundred and seventeen, entitled 'An act relative to suits brought by or against corporations,' " approved the sixteenth day of March, one thousand eight hundred and thirty-three (P. L. 78, No. 44).

346. An act, entitled "A supplement to an act, entitled 'An act to confer on certain associations of the citizens of this Commonwealth the powers and immunities of corporations or bodies politic in law,' passed the sixth day of April, one thousand seven hundred and ninety-one," approved the eighth day of April, one thousand eight hundred and thirty-three (P. L., 238).

347. Section two of an act, entitled "An act relating to last wills and testaments," approved the eighth day of April, one thousand eight hundred and thirty-three (P. L., 249).

348. Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen and sixteen of an act, entitled "An act to provide for the erection of an additional court within the county of Allegheny and for other purposes," approved the eighth day of April, one thousand eight hundred and thirty-three (P. L., 305).

349. Section fourteen of an act, entitled "An act relating to the descent and distribution of the estates of intestates," approved the eighth day of April, one thousand eight hundred and thirty-three (P. L., 315).

350. Section four of an act, entitled "An act to abolish imprisonment for debt and for other purposes," approved the ninth day of April, one thousand eight hundred and thirty-three (P. L., 480).

351. Sections four and twenty-four of an act, entitled "An act relating to executors and administrators," approved the twenty-fourth day of February, one thousand eight hundred thirty-four (P.L.,73).

352. Sections one, two, three, four, five, eleven, thirteen, fourteen, fifteen, sixteen, twenty-four, twenty-five and twenty-six of an act, entitled "An act relating to inns, taverns and retailers of vinous and spirituous liquors," approved the eleventh day of March, one thousand eight hundred thirty-four (P. L., 117).

353. An act, entitled "A supplement to an act, entitled 'An act to provide for the inspection of tobacco for the port of Philadelphia,' " approved the first day of April, one thousand eight hundred and thirty-four (P. L., 179).

354. An act, entitled "An act authorizing and directing county treasurers to pay gratuities and pensions to soldiers and widows of revolutionary soldiers residing within this Commonwealth," approved the fourteenth day of April, one thousand eight hundred and thirty-four (P. L., 290).

355.  Sections three, five, six, sixteen, seventeen, twenty-four, twenty-five, twenty-six, twenty-seven, twenty-eight, fifty-two, fifty-three, fifty-four, fifty-seven, eighty-one, eighty-two, eighty-five, eighty-six, ninety-two, one hundred, one hundred two, one hundred three, one hundred thirteen, one hundred thirty-three and one hundred fifty of an act, entitled "An act relative to the organization of the courts of justice," approved the fourteenth day of April, one thousand eight hundred thirty-four (P. L., 333).

356.  Section six of an act, entitled "An act for the amendment of the law relating to factors," approved the fourteenth day of April, one thousand eight hundred thirty-four (P. L., 375).

357.  An act, entitled "An act relative to suits brought by and against canal and railroad companies," approved the fourteenth day of April, one thousand eight hundred thirty-four (P. L., 395).

358.  Section six of an act, entitled "An act to fix the standards and denominations of measures and weights in the Commonwealth of Pennsylvania," approved the fifteenth day of April, one thousand eight hundred thirty-four (P. L., 525).

359.  Sections ten, fifteen, seventeen, eighteen, twenty-six, twenty-seven, twenty-eight, twenty-nine, forty, forty-six, sixty, sixty-one, sixty-three and ninety-three of an act, entitled "An act relating to counties and townships, and county and township officers," approved the fifteenth day of April, one thousand eight hundred thirty-four (P. L., 537).

360.  An act, entitled "An act relative to banks," approved the first day of April, one thousand eight hundred thirty-five (P. L., 99).

361.  An act, entitled "An act relating to inspections," approved the fifteenth day of April, one thousand eight hundred thirty-five (P. L., 384).

362.  An act, entitled "An act to increase the salaries of the president judge of the fifth judicial district and of the judge of the district court of the county of Allegheny," approved the thirty-first day of March, one thousand eight hundred thirty-six (P. L. 329, No. 101).

363.  An act, entitled "A supplement to an act, entitled 'An act relating to inspections,' approved the fifteenth day of April, one thousand eight hundred and thirty-five," approved the thirty-first day of March, one thousand eight hundred thirty-six (P. L., 332).

364.  Sections one and three of an act, entitled "An act requiring the banks of this Commonwealth to make quarterly statements to the Auditor General and for other purposes," approved the first day of April, one thousand eight hundred thirty-six (P. L., 421).

365.  Section twenty-seven of an act, entitled "An act relating to the support and employment of the poor," approved the thirteenth day of June, one thousand eight hundred thirty-six (P. L., 539).

366.  Sections two and thirty-seven of an act, entitled "An act relating to the commencement of actions," approved the thirteenth day of June, one thousand eight hundred thirty-six (P. L., 568).

367.  Section twelve of an act, entitled "An act relating to lunatics and habitual drunkards," approved the thirteenth day of June, one thousand eight hundred thirty-six (P. L., 589).

Digitized by Google


368. Sections thirty, seventy-three, seventy-five and ninety-six of an act, entitled "An act relating to executions," approved the sixteenth day of June, one thousand eight hundred thirty-six (P. L., 755).

369. Section two of an act, entitled "An act relating to the jurisdictions and powers of courts," approved the sixteenth day of June, one thousand eight hundred thirty-six (P. L., 784).

370. An act, entitled "An act to fix the number of Senators and Representatives and form the State into districts in pursuance of the provisions of the constitution," approved the sixteenth day of June, one thousand eight hundred thirty-six (P. L., 794).

371. Section thirty-seven of an act, entitled "An act to incorporate the Preston Retreat and relative to the sale of lands of Saint John's church in Norristown, Montgomery county, and for other purposes," approved the sixteenth day of June, one thousand eight hundred thirty-six (P. L., 810).

372. An act, entitled "A supplement to an act, entitled 'An act to prescribe the times, places and manner of choosing Senators to represent this State in the Senate of the United States,'" approved the thirteenth day of December, one thousand eight hundred thirty-six (P. L. 1, 1837).

373. An act, entitled "An act to authorize the printing and distribution of the Pamphlet Laws in the German language," approved the twenty-first day of January, one thousand eight hundred thirty-seven (P. L., 8).

374. Section one of an act, entitled "A supplement to the act, entitled 'An act to authorize the printing and distribution of the Pamphlet Laws in the German language, passed January twenty-third, Anno Domini, one thousand eight hundred and thirty-seven, and for other purposes,'" approved the fourth day of April, one thousand eight hundred thirty-seven (P. L., 354).

375. Section three of an act, entitled "An act relating to the commencement of actions on appeals from county auditors and for other purposes," approved the fourteenth day of April, one thousand eight hundred thirty-eight (P. L., 457).

376. Section thirty-eight of an act, entitled "An act regulating election districts," approved the sixteenth day of April, one thousand eight hundred thirty-eight (P. L., 593).

377. Section five of an act, entitled "An act providing for the election of aldermen and justices of the peace," approved the twenty-first day of June, one thousand eight hundred thirty-nine (P. L., 376).

378. Section four of an act, entitled "An act to compensate Samuel Dale for services rendered as an associate judge of Lancaster county and for other purposes," approved the twenty-second day of June, one thousand eight hundred thirty-nine (P. L., 390).

379. Sections five, twenty-three, twenty-four, twenty-six, twenty-seven, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty, sixty-one, sixty-three, sixty-nine, seventy-one, seventy-two, seventy-three, seventy-five, seventy-six, seventy-seven, seventy-eight, one hundred nineteen, one hundred twenty, one hundred twenty-nine, one hundred thirty, one hundred thirty-one, one

Digitized by Google

hundred thirty-two, one hundred thirty-three, one hundred thirty-four, one hundred thirty-five, one hundred thirty-six, one hundred thirty-seven, one hundred thirty-eight, one hundred thirty-nine, one hundred forty, one hundred forty-one, one hundred forty-two, one hundred forty-three, one hundred forty-four, one hundred forty-five, one hundred forty-six, one hundred forty-seven, one hundred forty-eight, one hundred forty-nine, one hundred fifty, one hundred fifty-one, one hundred fifty-two, one hundred fifty-three, one hundred fifty-four, one hundred fifty-five, one hundred fifty-six, one hundred fifty-seven, one hundred fifty-eight, one hundred fifty-nine, one hundred sixty, one hundred sixty-one, one hundred sixty-two, one hundred sixty-three, one hundred sixty-four, one hundred sixty-five, one hundred sixty-six, one hundred sixty-seven, one hundred sixty-eight, one hundred sixty-nine, one hundred seventy, one hundred seventy-one, one hundred seventy-two and one hundred seventy-three of an act, entitled "An act relating to the elections of this Commonwealth," approved the second day of July, one thousand eight hundred thirty-nine (P. L., 519).

380.   Section seven of an act, entitled "An act to provide for the election of prothonotaries, clerks, recorders and registers," approved the second day of July, one thousand eight hundred thirty-nine (P. L., 559).

381.   Sections thirty-three, thirty-four, thirty-five and thirty-six of an act, entitled "An act relative to the election of borough and township officers and for other purposes," approved the seventh day of March, one thousand eight hundred forty (P. L., 72).

382.   An act, entitled "A further supplement to an act to authorize the printing and distribution of the pamphlet laws in the German language," approved the thirty-first day of March, one thousand eight hundred forty (P. L., 209).

383.   Section four of an act, entitled "A further supplement to an act, entitled 'An act relating to orphans' courts,' passed the twenty-ninth day of March, one thousand eight hundred and thirty-two, and the supplement thereto, passed the fourteenth of April, one thousand and eight hundred and thirty-five, and for other purposes," approved the thirteenth day of April, one thousand eight hundred forty (P. L., 319).

384.   Section twenty-three of an act, entitled "An act relating to executions and for other purposes," approved the sixteenth day of April, one thousand eight hundred forty (P. L., 410).

385.   Section twenty-two of an act, entitled "An act to erect the town of South Easton, in the county of Northampton, into a borough, and for other purposes," approved the twenty-seventh day of May, one thousand eight hundred forty (P. L., 548).

386.   A resolution, entitled "Resolution relative to James Lyon and for other purposes," approved the twenty-ninth day of May, one thousand eight hundred forty (P. L., 749).

387.   Sections one, two and three of an act, entitled "An act to create a new division to be called the seventeenth division of the Pennsylvania militia," approved the twelfth day of June, one thousand eight hundred forty (P. L., 663).

Digitized by Google

388. Sections four, five, six and twelve of an act, entitled "A supplement to an act, entitled 'An act relating to the elections of this Commonwealth' passed the second day of July, Anno Domini one thousand eight hundred and thirty-nine, and for other purposes," approved the thirteenth day of June, one thousand eight hundred forty (P. L., 683).

389. Sections three, four and five of an act, entitled "A further supplement to an act, entitled 'An act providing for· the election of aldermen and justices of the peace,' passed twenty-first June, one thousand eight hundred and thirty-nine, and for other purposes," approved the thirteenth day of June, one thousand eight hundred forty (P. L., 689).

390. Sections six, eight, ten, eleven and fourteen of an act, entitled "An act to establish an asylum for the insane of this Commonwealth," approved the fourth day of March, ·one thousand eight hundred forty-one (P. L., 57).

391. An act, entitled "An act supplementary to the various acts relating to tavern licenses," approved the twenty-ninth day of March, one thousand eight hundred forty-one (P. L., 121).

392. Sections thirteen and fourteen of an act, entitled "An act to authorize the Governor to incorporate a company to erect a bridge over the Lackawaxen, at or near Paupack Eddy, in the county of Wayne," approved the sixth day of April, one thousand eight hundred forty-one (P. L., 149).

393. Section one of an act, entitled "An act to enable religious societies to purchase and hold real estate, and for other purposes," approved the twenty-second day of April, one thousand eight hundred forty-one (P. L., 269).                               •

394. Section five of a resolution, entitled "Resolutions relating to the Warren Bridge Company and for other purposes," approved the fifth day of May, one thousand eight hundred forty-one (P. L., 445).

395. Section five of an act, entitled "An act relating to the election of county treasurers and for other purposes," approved the twenty-seventh day of May, one thousand eight hundred forty-one (P. L., 400).

396. A resolution, entitled "Resolutions relative to the Public Printing and Binding," approved the first day of February, one thousand eight hundred forty-one (P. L., 435).

397. Section sixty-six of an act, entitled "An act regulating election districts and for other purposes," approved the fourth day of March, one thousand eight hundred forty-two (P. L., 43).

398. Sections one, two, three, four, five and six of an act, entitled "An act to provide for the resumption of specie payments by the banks of this Commonwealth, and for other purposes," approved the twelfth day of March, one thousand eight hundred forty-two (P. L., 68).

399. Section twelve of an act, entitled "Supplement to the act, entitled 'An act to incorporate the township of Moyamensing in Philadelphia County' passed March twenty-fourth, one thousand eight hundred and twelve, and for other purposes," approved the seventeenth day of March, one thousand eight hundred forty-two (P. L., 95).

400. Section twenty-four of an act, entitled "An act to incorporate the Mutual Beneficial Insurance Association of Bucks county against losses sustained by fire, and for other purposes," approved the twenty-fourth day of March, one thousand eight hundred forty-two (P. L., 162).

401. Section twenty of an act, entitled "A supplement to an act, entitled 'An act authorizing the Governor to incorporate the Tioga Navigation Company' passed the twenty-sixth day of February, one thousand eight hundred and twenty-six, and for other purposes," approved the twelfth day of April, one thousand eight hundred forty-two (P. L., 262).

402. Section one of a resolution, entitled "Resolutions to prevent collectors and other public agents from speculating with the public funds in notes of the fourth May, one thousand eight hundred and forty-one," approved the twelfth day of April, one thousand eight hundred forty-two (P. L., 488).

403. Resolutions one, three and four of a resolution, entitled "Resolutions to prevent a further subscription by the banks to the loan authorized by the act of fourth May, eighteen hundred and forty-one, and to provide for the redemption in gold and silver coin of the relief notes," approved the twenty-fourth day of June, one thousand eight hundred forty-two (P. L., 493).

404. Section thirty-two of an act, entitled "An act to abolish imprisonment for debt and to punish fraudulent debtors," approved the twelfth day of July, one thousand eight hundred forty-two (P. L., 339).

405. Section forty-one of an act, entitled "An act concerning the trust estate of Hugh Roberts, deceased, and for other purposes," approved the sixteenth day of July, one thousand eight hundred forty-two (P. L., 374).

406. Sections four, five, six, seven and eight of an act, entitled "An act to incorporate the Liberty Fire Company of Holmesburg, in the county of Philadelphia," approved the twenty-sixth day of July, one thousand eight hundred forty-two (P. L., 430).

407. Section six of an act, entitled "An act to provide for the ordinary expenses of the government, payment of the interest upon the State debt, receiving of proposals for the sale of the public works, and for other purposes," approved the twenty-seventh day of July, one thousand eight hundred forty-two (P. L., 441).

408. Sections thirteen and fourteen of an act, entitled "An act annexing the county of Schuylkill to the Eastern District of the Supreme Court, and for other purposes," approved the second day of August, one thousand eight hundred forty-two (P. L., 458).

409. An act, entitled "An act to regulate the public printing and binding and for other purposes," approved the twenty-third day of January, one thousand eight hundred forty-three (P. L., 2).

410. An act, entitled "An act to create permanently the office of State Printer," approved the twenty-fourth day of March, one thousand eight hundred forty-three (P. L., 110).

411. An act, entitled "An act to divide the State into congressional districts for the election of representatives in the Congress of the United States," approved the twenty-fifth day of March, one thousand eight hundred forty-three (P. L., 115).

12—Vetoes.

Digitized by Google

412.  Section six of an act, entitled "An act to confer upon the orphans' court of Lancaster county certain powers in relation to the real estate of John Lindemuth, deceased, and for other purposes," approved the fourth day of April, one thousand eight hundred forty-three (P. L., 131).

413.  An act, entitled "An act supplementary to an act, entitled 'An act relating to roads, highways and bridges,'" approved the thirteenth day of April, one thousand eight hundred forty-three (P. L., 221).

414.  An act, entitled "An act to fix the number of Senators and Representatives, and form the State into districts in pursuance of the provisions of the constitution," approved the fourteenth day of April, one thousand eight hundred forty-three (P. L., 247).

415.  Section four of an act, entitled "An act to reduce the expenses of Government," which became a law the seventeenth day of April, one thousand eight hundred forty-three (P. L., 324.)

416.  An act, entitled "An act giving out for a term of years all the public printing and binding of the Commonwealth to the lowest bidder, with ample security for performance," approved the twenty-third day of March, one thousand eight hundred forty-four (P. L., 148, No. 98).

417.  An act, entitled "An act to reduce the expenses of the militia system of this Commonwealth and provide a more rigid mode for the collection of militia fines," approved the twenty-fifth day of April, one thousand eight hundred forty-four (P. L., 398).

418.  Sections eight, nine, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen and nineteen of an act, entitled "An act to extend the charter of the commercial bank of Pennsylvania," approved the twenty-sixth day of April, one thousand eight hundred forty-four (P. L., 419).

419.  Section two of an act, entitled "An act relative to the surveyor general's office," which became a law the twenty-ninth day of April, one thousand eight hundred forty-four (P. L., 529).

420.  Section one of an act, entitled "An act further to regulate proceedings in courts of justice, and for other purposes," approved the sixth day of May, one thousand eight hundred forty-four (P. L., 564).

421.  Clause two of a resolution, entitled "Resolution relative to the translators of the journals of both houses," approved the twenty-ninth day of April, one thousand eight hundred forty-four (P. L., 610, No. 33).

422.  Section one of an act, entitled "A supplement to 'An act to provide for the election of aldermen and justices of the peace,' approved the twenty-first day of June, one thousand eight hundred and thirty-nine, and a further supplement passed April eleventh, one thousand eight hundred and forty, and for other purposes," approved the twenty-seventh day of February, one thousand eight hundred forty-five (P. L., 72, No. 52).

423.  An act, entitled "An act to authorize payment for the translation of legislative documents," approved the twenty-second day of February, one thousand eight hundred forty-five (P. L., 74, No. 54).

Digitized by Google

424. An act, entitled "An act to create a third battalion out of the second regiment, second brigade, eighth division of the Pennsylvania militia in the county of Luzerne," approved the first day of April, one thousand eight hundred forty-five (P. L., 276).

425. Sections five and six of an act, entitled "An act authorizing the Secretary of the Commonwealth to distribute copies of the standard of weights and measures, and for the appointment of sealers," approved the fifteenth day of April, one thousand eight hundred forty-five (P. L., 443).

426. Sections one and two of an act, entitled "A supplement to the Act of Assembly passed the twenty-ninth March, one thousand eight hundred thirty-two, relating to the proceedings in the orphans' court of this Commonwealth, and for other purposes," approved the fifteenth day of April, one thousand eight hundred forty-five (P. L., 458).

427. An act, entitled "An act to regulate the standard weight of Indian corn," approved the sixteenth day of April, one thousand eight hundred forty-five (P. L., 475, No. 314).

428. Section one of an act, entitled "An act concerning certain sheriffs' and coroners' sales, and for other purposes," approved the sixteenth day of April, one thousand eight hundred forty-five (P. L., 538).

429. Section two of an act, entitled "An act supplementary to an act, entitled 'An act to preserve and perfect the validity of judgments entered upon the continuance or appearance dockets of the courts,' and for other purposes," approved the sixteenth day of April, one thousand eight hundred forty-five (P. L., 542).

430. An act, entitled "An act to alter an act, entitled 'An act to reduce the expenses of the militia system of this Commonwealth and provide a more rigid mode for the collection of militia fines,' passed the twenty-fifth day of April, one thousand eight hundred and forty-four, so far as it respects the second brigade, ninth division of the Pennsylvania militia," approved the third day of April, one thousand eight hundred forty-six (P. L., 228).

431. An act, entitled "An act supplementary to an act, entitled 'An act relating to collateral inheritances,' passed seventh April, Anno Domini one thousand eight hundred and twenty-six," approved the sixteenth day of April, one thousand eight hundred forty-six (P. L., 358, No. 300).

432. Section four of an act, entitled "An act to authorize the voters of Mifflin county to decide the question of tavern license therein and to prohibit the sale of intoxicating drinks within specified limits in certain counties," approved the twenty-first day of April, one thousand eight hundred forty-six (P. L., 431).

433. Section nine of an act, entitled "An act in regard to certain entries in ledgers in the city of Pittsburgh and relating to the publication of sheriffs' sales, and for other purposes," approved the twenty-second day of April, one thousand eight hundred forty-six (P. L., 476).

434. Section four of an act, entitled "An act relative to the appointment of trustees by orphans' court and for other purposes," approved the twenty-second day of April, one thousand eight hundred forty-six (P. L., 483).

Digitized by Google

435. An act, entitled "An act to regulate the standard measure of charcoal," approved the twenty-second day of January, one thousand eight hundred forty-seven (P. L., 51).

436. An act, entitled "A supplement to 'An act to create the office of State printer,' passed the twenty-fourth day of March, one thousand eight hundred and forty-three,'" approved the twenty-fifth day of January, one thousand eight hundred forty-seven (P. L., 55).

437. Section one of an act, entitled "A further supplement to an act to create permanently the office of State printer, passed the twenty-fourth day of April, eighteen hundred and forty-three," approved the fourteenth day of February, one thousand eight hundred forty-eight (P. L., 49).

438. An act, entitled "A further supplement to an act to create permanently the office of State printer, passed March twenty-fourth, one thousand eight hundred and forty-three," approved the sixteenth day of March, one thousand eight hundred forty-eight (P. L., 188, No. 151).

439. An act, entitled "An act designating the period for the commencement of the official term of the State Treasurer," approved the twenty-eighth day of March, one thousand eight hundred forty-eight (P. L., 285, No. 231).

440. Section three of an act, entitled "An act for the relief of John H. Morrison, collector of tolls on the Susquehanna division of the Pennsylvania canal, fixing the age at which children shall be admitted into the schools of the first school district, relative to the taxation of bank dividends and to undrawn donation tracts," approved the eleventh day of April, one thousand eight hundred forty-eight (P. L., 511).

441. Section two of an act, entitled "A further supplement to an act, entitled 'An act relating to the elections in this Commonwealth,'" approved the eleventh day of April, one thousand eight hundred forty-eight (P. L., 512).

442. Section two of an act, entitled "An act authorizing the executors of Doctor Samuel Du Fresne, of the city of Lancaster, deceased, to sell certain real estate, and relating to discharge of insolvent applicants and so forth," approved the eleventh day of April, one thousand eight hundred forty-eight (P. L., 525).

443. Sections one and two of an act, entitled "A supplement to the act, entitled 'An act regulating turnpike and plank road companies,' approved January twenty-sixth, Anno Domini one thousand eight hundred forty-nine," approved the seventh day of April, one thousand eight hundred forty-nine (P. L., 461).

444. Section three of an act, entitled "An act relative to supervisors in Franklin county, to elections of constables to school district in Jefferson county, to voting in Mifflin county, to the extension of certain road laws in Susquehanna county, to the West Chester turnpike road in Delaware county, to prevent the destruction of fish in Somerset county, to township line in Mercer county, to East Brunswick school district in Schuylkill county, to Casely Ferry in Warren county, and to hawkers and peddlers in Lancaster county," approved the ninth day of April, one thousand eight hundred forty-nine (P. L., 508).

Digitized by Google

445. Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen seventeen, thirty, thirty-one, thirty-two and thirty-three of an act, entitled "An act to create a sinking fund and to provide for the gradual and certain extinguishment of the debt of the Commonwealth," approved the tenth day of April, one thousand eight hundred forty-nine (P. L., 570).

446. Sections six and seven of an act, entitled "An act authorizing the commissioners of the incorporated districts of the Northern Liberties and Kensington to open a street, to be called Delaware avenue; relative to the duties of assessors, venders of mineral waters, the Fire Association of Philadelphia, vacancies in the school boards in the county of Philadelphia, to lost mortgages, auditors of Philadelphia county, rebuilding of the court house in Philadelphia, to enable the commissioners of Philadelphia county to borrow money to settle certain accounts between Spring Garden and the Commonwealth, and respecting the appointment of auditors," which became a law the twenty-fourth day of January, one thousand eight hundred forty-nine (P. L., 678).

447. An act, entitled "An act to revise the militia system, and provide for the training of such only as shall be uniformed," approved the seventeenth day of April, one thousand eight hundred forty-nine (P. L., 665).

448. Sections two, three, four and five of an act, entitled "An act for the relief of the heirs of James Caldwell, deceased, and relative to the hours of labor in manufacturing establishments," approved the twenty-first day of April, one thousand eight hundred forty-nine (P. L., 671).

449. An act, entitled "A supplement to an act to create permanently the office of State Printer, passed March twenty-fourth, one thousand and eight hundred and forty-three," approved the twenty-first day of January, one thousand eight hundred fifty (P. L., 6).

450. An act, entitled "An act allowing compensation to the Auditor General and State Treasurer for their services as commissioners of the internal improvement fund and sinking fund," which became a law the fifth day of February, one thousand eight hundred fifty (P. L., 38).

451. An act, entitled "An act relating to collateral inheritance taxes," approved the eleventh day of March, one thousand eight hundred fifty (P. L., 170).

452. Section twenty-two of an act, entitled "A supplement to an act, entitled 'An act to prevent waste in certain cases within this Commonwealth,' passed the twenty-ninth day of March, one thousand eight hundred and twenty-two, to land and building associations, giving the court of Susquehanna county jurisdiction in a certain case, relative to the service of process in certain cases, to party walls in West Philadelphia, to the proof of a certain will, to the sale and purchase of certain burial grounds in Philadelphia, to the laying of gas pipes in the district of Moyamensing, to the release of certain sureties in Erie county, to the State Lunatic hospital, relative to the service of process against sheriffs, to the rights of married women, to ground rents, and relating to foreign insurance companies," approved the twenty-second day of April, one thousand eight hundred fifty (P. L., 549).

Digitized by Google

453. Section forty-three of an act, entitled "An act relating to the bail of executrixes, to partition in the orphans' court and common pleas, to colored convicts in Philadelphia, to the limitation of actions against corporations, to actions enforcing the payment of ground rent, to trustees of married women, to appeals from awards of arbitrators by corporations, to hawkers and peddlers in the counties of Butler and Union, to the payment of costs in actions by informers in certain cases, to taxing lands situate in different townships, and in relation to fees of county treasurers of Lycoming, Clinton and Schuylkill, to provide for recording the accounts of executors, administrators, guardians and auditors' reports, and to amend and alter existing laws relative to the administration of justice in this Commonwealth," became a law the twenty-fifth day of April, one thousand eight hundred fifty (P. L., 569).

454. Section eight of an act, entitled "An act regulating the hunting of deer in the county of Warren, and relative to hawkers and peddlers in the counties of Carbon, Butler and Union, authorizing the Philadelphia, Germantown and Norristown Railroad Company to become stockholders in the Chester Valley Railroad Company, relative to the sale of spirituous and vinous liquors in Washington county, and to the licensing of inn-keepers in this Commonwealth, to the estate of John Claar, deceased, legitimating John Diffenbach, of Lancaster county, and authorizing the sale of the real estate of Darius Grimes, of Fayette county, deceased," approved the thirtieth day of April, one thousand eight hundred fifty (P. L., 634).

455. Section nine of an act, entitled "An act supplementary to an act, entitled 'An act to incorporate the borough of Girard, in the county of Erie,' and to authorize the borough of Erie to borrow money and to encourage agriculture and the mechanic arts in Erie county, and relative to the election of assistant wardens of the port of Philadelphia, to county treasurers and delinquent inn-keepers," approved the fifteenth day of April, one thousand eight hundred fifty (P. L., 471).

456. Section five of an act, entitled "A supplement to an act, entitled 'An act to create a sinking fund, and to provide for the gradual and certain extinguishment of the debt of the Commonwealth,' and to authorize a loan," approved the fifteenth day of May, one thousand eight hundred fifty (P. L., 772).

457. An act, entitled "An act to fix the number of Senators and Representatives, and form the State into districts in pursuance of the provisions of the Constitution," approved the fifteenth day of May, one thousand eight hundred fifty (P. L., 777).

458. Sections five, six, eight, nine, ten and eleven of an act, entitled "An act to authorize Amanda M. Richmond, of McKean county, the trustees of the Church of God, in Fredericksburg, Lebanon county, and Thomas Heyl, junior guardian, to sell certain real estate, empowering William H. Holstein, guardian, to draw and appropriate certain moneys, in relation to insurance companies and the agencies of insurance companies not chartered by this State, and to liens in Lycoming and Clinton counties," became a law the twenty-fourth day of January, one thousand eight hundred forty-nine (P. L., 921, 1850).

183

459.  Section three of an act, entitled "A supplement to the act providing for the publication and distribution of the pamphlet laws of the Commonwealth," approved the eleventh day of February, one thousand eight hundred fifty-one (P. L., 124).

460.  Section four of an act, entitled "An act to incorporate the Somerset and Johnstown Plank Road Company, relating to the half pilotage law, in relation to elections in Tioga county," approved the twenty-fourth day of March, one thousand eight hundred fifty-one (P. L., 229).

461.  Section twelve of an act, entitled "An act extending the time for the completion of the Hollidaysburg and Bedford turnpike road, relative to the collection of certain taxes in Huntingdon county, authorizing Greensburg and Mount Pleasant to subscribe stock in a plank road company, to the sale of malt liquors in the city and county of Philadelphia, to certain school districts in Erie and Warren counties, and confirming a certain power of attorney to George Morris Knevelt," approved the fourteenth day of April, one thousand eight hundred fifty-one (P. L., 566).

462.  Section eight of an act, entitled "A further supplement to the act, entitled 'An act authorizing the Governor to incorporate the Bear Mountain Railroad Company,' and for other purposes, passed July thirteenth, one thousand eight hundred and forty-two, and relative to roads, streets and alleys in the borough of Pottsville, in Schuylkill county, to hawkers and peddlers in Armstrong and Carbon counties, to the Bethany and Dingman's Choice turnpike road, to the district of West Philadelphia, to the bottling of cider and malt liquors, licensing billiard rooms, and bowling saloons, to the district of Moyamensing, and to authorize Charles B. Mench to sell certain real estate," approved the fourteenth day of April, one thousand eight hundred fifty-one (P. L., 569).

463.  Section twelve of an act, entitled "An act to incorporate the New Brighton and Harmony Plank Road Company, relative to the Hillsboro and Pittsburgh State road, and to the borough of Strattonville, to granting licenses to theatres, circuses and menageries, to a State road in Monroe and Pike counties, and to the Girard Avenue Schuylkill Bridge Company," approved the fourteenth day of April, one thousand eight hundred fifty-one (P. L., 594).

464.  Sections one, eighteen and nineteen of an act, entitled "An act relating to the commencement of actions to judgments and decrees for the payment of money to the widows and children of decedents, to partitions in the common pleas, relative to penalties on telegraph operators, to pleadings in certain actions of debt, to actions of ejectments, to the protection of fences, to partnerships, to limitations of writs of entry in manors, lands and tenements, to the exemption laws, to reports of the Supreme Court, to appeals relating to wards, boroughs, and townships officers, to the acknowledgments of deeds and sequestration of life estates," approved the fourteenth day of April, one thousand eight hundred fifty-one (P. L., 612).

465.  Section thirteen of an act, entitled "An act to provide for the ordinary expenses of government, the repair of the public canals and railroads, and other general and special appropriations," approved the fifteenth day of April, one thousand eight hundred fifty-one (P. L., 676).

Digitized by Google

466.   Sections five, six, seven, eight and twelve of an act, entitled "An act to provide for the election of judges of the several courts of this Commonwealth and to regulate certain judicial districts," approved the fifteenth day of April, one thousand eight hundred fifty-one (P. L., 648).

467.   An act, entitled "A further supplement to an act, entitled 'An act relating to inspection,' approved the fifteenth day of April, one thousand eight hundred and thirty-five," approved the tenth day of April, one thousand eight hundred fifty-two (P. L., 311).

468.   Section eleven of an act, entitled "An act to vest in Margaret Van Horn, of Juniata county, the right of this Commonwealth to the estate of Mary Ann Hellings, of Bucks county, and relative to ten-pin alleys in Mifflin county, confirming a road view in Union county, changing the name of Mary Ann Vanzandt, of Mifflin county, for the relief of William Latherow, relative to holding elections in Fermanaugh and Turbit townships, in Juniata county, to authorize the administrator of Jacob Soles, Junior, to make a deed, to extend the general manufacturing law to the manufacture of vitrified iron, legitimating Amanda Beighley Fletcher, of Butler county, relative to corporations under the general manufacturing act, renting real estate, and to streets in Blairsville, and relative to the Erie Gas Company," approved the fifteenth day of April, one thousand eight hundred fifty-two (P. L., 360).

469.   An act, entitled "An act to divide the State into congressional districts for the election of representatives in the Congress of the United States," approved the first day of May, one thousand eight hundred fifty-two (P. L., 492).

470.   Section one of an act, entitled "An act relative to courts in this Commonwealth," approved the fourth day of May, one thousand eight hundred fifty-two (P. L., 574).

471.   Sections three and four of an act, entitled "An act relating to judgments relative to writs of estrepment, and the fees of sheriffs and constables, and partitions," approved the fourth day of May, one thousand eight hundred fifty-two (P. L., 584).

472.   An act, entitled "A further supplement to an act, entitled 'An act to create permanently the office of State printer,'" approved the fifteenth day of March, one thousand eight hundred fifty-three (P. L., 198).

473.   Section one of an act, entitled "A supplement to the sixth section of an act, entitled 'An act authorizing the Commissioners of the incorporated districts of the Northern Liberties and Kensington to open a street to be called Delaware avenue, relative to the duties of assessors, venders of mineral water,' passed the twenty-fourth day of January, one thousand eight hundred forty-nine, and the supplement to an act, entitled 'An act relative to the venders of mineral waters, and an act relative to the Washington Coal company, to sheriffs' sales of real estate, to the substitution of executors and trustees when plaintiffs, to partition on common pleas, and for other purposes' passed the ninth day of April, eighteen hundred forty-nine, relative to the Pennsylvania Building and Loan Association, and to the Venango Railroad company," approved the twentieth day of April, one thousand eight hundred fifty-three (P. L., 643).

Digitized by Google

474. An act, entitled "A supplement to an act, entitled 'An act to revise the militia system and provide for the training of such only as shall be uniformed,' passed April seventeen, one thousand eight hundred and forty-nine," approved the thirteenth day of April, one thousand eight hundred fifty-three (P. L., 654).

475. Sections one, two, three, five and six of an act, entitled "An act relative to the State Library and Librarian," approved the twenty-fifth day of January, one thousand eight hundred fifty-four (P. L., 7).

476. An act, entitled "An act relative to the appointment of notaries public," approved the twentieth day of February, one thousand eight hundred fifty-four (P. L., 90).

477. An act, entitled "An act relative to the payment of constables for attending the general and township elections," approved the thirty-first day of March, one thousand eight hundred fifty-four (P. L., 250).

478. Section three of an act, entitled "An act relating to dogs in Allegheny, Chester, Northampton, Schuylkill and Lancaster counties," approved the sixth day of April, one thousand eight hundred fifty-four (P. L., 286).

479. An act, entitled "An act relative to the salaries of associate judges in this Commonwealth," approved the twentieth day of April, one thousand eight hundred fifty-four (P. L., 404).

480. Section one of an act, entitled "An act in relation to establishing and changing the places for holding general elections throughout the Commonwealth," approved the twentieth day of April, one thousand eight hundred fifty-four (P. L., 419).

481. An act, entitled "An act to prescribe the manner of collecting certain taxes," approved the fifth day of May, one thousand eight hundred fifty-four (P. L., 569).

482. An act, entitled "An act extending the right of trial by jury to certain cases," approved the twenty-seventh day of April, one thousand eight hundred fifty-five (P. L., 365).

483. An act, entitled "A further supplement to the several acts relating to the tax upon collateral inheritances," approved the fourth day of May, one thousand eight hundred fifty-five (P. L., 425).

484. An act, entitled "A further supplement to an act to create permanently the office of State Printer," approved the fifth day of May, one thousand eight hundred fifty-five (P. L., 443).

485. Section seventy-four of an act, entitled "An act to provide for the ordinary expenses of government, the repairs of the public canals and railroads, and other general and special appropriations," approved the seventh day of May, one thousand eight hundred fifty-five (P. L., 495).

486. An act, entitled "An act to authorize the Governor to issue letters patent in certain cases," approved the seventh day of May, one thousand eight hundred fifty-five (P. L., 462).

487. An act, entitled "A supplement to the act to provide for the appointment of a reporter of the Supreme Court of the Commonwealth of Pennsylvania," approved the eighth day of May, one thousand eight hundred fifty-five (P. L., 528).

488. Section one of an act, entitled "An act relating to judgments and executions in foreign attachments," approved the eighth day of May, one thousand eight hundred fifty-five (P. L., 532).

Digitized by Google

489. Sections one, two, three, four, five, six, seven, eight, nine, eleven, twelve, thirteen, fifteen and twenty-two of an act, entitled "An act to regulate the sale of intoxicating liquors," approved the thirty-first day of March, one thousand eight hundred fifty-six (P. L., 200).

490. An act, entitled "An act to provide for the incorporation of insurance companies," approved the second day of April, one thousand eight hundred fifty-six (P. L., 211, No. 236).

491. An act, entitled "An act in relation to Public Printing," approved the ninth day of April, one thousand eight hundred fifty-six (P. L., 262).

492. Sections three and four of an act, entitled "An act relating to the rights of property of husband and wife," approved the eleventh day of April, one thousand eight hundred fifty-six (P. L., 315).

493. Section two of an act, entitled "An act to repeal certain Acts of Assembly upon non-payment of the enrollment tax," approved the twenty-second day of April, one thousand eight hundred fifty-six (P. L., 512, No. 546).

494. An act, entitled "An act providing for the election of a State Treasurer," approved the twenty-fifth day of February, one thousand eight hundred fifty-seven (P. L., 64).

495. An act, entitled "An act relating to fees of aldermen, justices of the peace and constables," approved the eighteenth day of April, one thousand eight hundred fifty-seven (P. L., 229).

496. An act, entitled "A supplement to an act to provide for the incorporation of insurance companies, approved the second day of April, Anno Domini one thousand eight hundred and fifty-six," approved the first day of May, one thousand eight hundred fifty-seven (P. L., 380).

497. Section seventy-nine of an act, entitled "An act to provide for the ordinary expenses of government, the repairs of public canals and railroads, and other general and special appropriations," approved the eighteenth day of May, one thousand eight hundred fifty-seven (P. L., 559).

498. An act, entitled "An act to regulate the salaries of the associate judges of this Commonwealth," approved the twentieth day of May, one thousand eight hundred fifty-seven (P. L., 612, No. 652).

499. An act, entitled "An act to fix the number of Senators and Representatives, and to form the State into districts in pursuance of the provisions of the Constitution," approved the twentieth day of May, one thousand eight hundred fifty-seven (P. L., 619).

500. Section one of an act, entitled "An act in relation to bills of exchange," approved the twenty-first day of May, one thousand eight hundred fifty-seven (P. L., 629, No. 665).

501. Sections one, three, four, five and six of an act, entitled "An act for the better preservation of game and insectivorous birds," approved the twenty-first day of April, one thousand eight hundred fifty-eight (P. L., 371).

502. An act, entitled "A supplement to the act of sixteenth June, one thousand eight hundred and thirty-six, entitled 'An act relating to executions,'" approved the twenty-second day of April, one thousand eight hundred fifty-eight (P. L., 458).

503. Section one of an act, entitled "An act to establish a sinking fund for the payment of the public debt," approved the twenty-second day of April, one thousand eight hundred fifty-eight (P. L., 468).

504. An act, entitled "An act relating to certain charitable corporations," approved the twenty-fourth day of February, one thousand eight hundred fifty-nine (P. L., 78).

505. An act, entitled "An act requiring railroad companies to make uniform reports to the Auditor General," approved the fourth day of April, one thousand eight hundred fifty-nine (P. L., 358).

506. An act, entitled "An act to provide for taking testimony in cases of contested elections of members of the General Assembly," approved the eleventh day of April, one thousand eight hundred fifty-nine (P. L., 495).

507. An act, entitled "An act to equalize taxation upon corporations," approved the twelfth day of April, one thousand eight hundred fifty-nine (P. L., 529).

508. Section one of an act, entitled "An act relating to the settlements of registers of wills, recorders of deeds, prothonotaries and clerks of courts with the State Treasurer," approved the thirteenth day of April, one thousand eight hundred fifty-nine (P. L., 561, No. 546).

509. An act, entitled "An act to regulate the standard weight of oats," approved the thirteenth day of April, one thousand eight hundred fifty-nine (P. L., 610).

510. An act, entitled "A supplement to an act for the better preservation of game, approved April twenty-first, Anno Domini one thousand eight hundred and fifty-eight," approved the fourteenth day of April, one thousand eight hundred fifty-nine (P. L., 640).

511. An act, entitled "An act relating to the granting of licenses to hotel, inn or tavern keepers," approved the fourteenth day of April, one thousand eight hundred fifty-nine (P. L., 653, No. 652).

512. An act, entitled "An act regulating the standard weight of clover seed," approved the twenty-second day of March, one thousand eight hundred sixty (P. L., 230, No. 224).

513. An act, entitled "An act regulating the inspection of pickled fish and to prevent fraud in the vending of the same," approved the twenty-seventh day of March, one thousand eight hundred sixty (P. L., 287).

514. An act, entitled "An act to establish a system of free banking in Pennsylvania, and to secure the public against loss from insolvent banks," approved thirty-first day of March, one thousand eight hundred sixty (P. L., 459).

515. An act, entitled "An act relating to the publication of notice of proposed acts of incorporation of this Commonwealth," approved the second day of April, one thousand eight hundred sixty (P. L., 610, No. 527).

516. An act, entitled "An act to divide the State into congressional districts for the election of representatives in the Congress of the United States," approved the first day of May, one thousand eight hundred sixty-one (P. L., 471).

Digitized by Google

517.   Entire act except section thirty-six, entitled "Supplement to an act to establish a system of free banking in Pennsylvania, and to secure the public against loss from insolvent banks, approved March thirty-one, eighteen hundred sixty," approved the first day of May, one thousand eight hundred sixty-one (P. L., 503, No. 473).

518.   An act, entitled "An act to authorize the brigade inspector of the Second Brigade, Seventh Division Pennsylvania Militia, to appoint a deputy," approved the sixteenth day of May, one thousand eight hundred sixty-one (P. L., 759).

519.   An act, entitled "A supplement to the act for the better organization of the militia of the Commonwealth, approved the twelfth day of April, one thousand eight hundred and sixty-one," approved the sixteenth day of May, one thousand eight hundred sixty-one (P. L., 769, No. 695).

520.   An act, entitled "A supplement to an act in relation to public printing, approved the ninth day of April, one thousand eight hundred and fifty-six," approved the twenty-fifth day of February, one thousand eight hundred sixty-two (P. L., 49).

521.   An act, entitled "A supplement to an act relating to the commencement of actions," approved the fourth day of March, one thousand eight hundred sixty-two (P. L., 79, No. 83).

522.   Section one of an act, entitled "An act to reorganize the Congressional districts of Pennsylvania in accordance with the act of Congress, approved March fourth, one thousand eight hundred and sixty-two," approved the tenth day of April, one thousand eight hundred sixty-two (P. L., 405).

523.   An act, entitled "An act fixing the commencement of the term of office of sheriffs in the several counties of this Commonwealth," approved the eleventh day of April, one thousand eight hundred sixty-two (P. L., 431).

524.   An act, entitled "An act granting to the Supreme Court jurisdiction of a court of chancery in all cases of mortgages, et cetera," approved the eleventh day of April, one thousand eight hundred sixty-two (P. L., 477, No. 468).

525.   An act, entitled "An act to provide for the adjudication and payment of certain military claims," approved the sixteenth day of April, one thousand eight hundred sixty-two (P. L., 535).

526.   An act, entitled "An act to provide for the distribution of State documents among the different States of the Union," approved the first day of April, one thousand eight hundred sixty-three (P. L., 191, No. 199).

527.   An act, entitled "An act to authorize the Governor to furnish tourniquets for the use of the soldiers of this State," approved the eleventh day of April, one thousand eight hundred sixty-three (P. L., 349, No. 353).

528.   An act, entitled "An act requiring canal companies to make yearly reports to the Auditor General," approved the fifteenth day of April, one thousand eight hundred sixty-three (P. L., 464).

529.   An act, entitled "An act relating to the payment of stamp duties," approved the fifteenth day of April, one thousand eight hundred sixty-three (P. L., 477).

530.   An act, entitled "An act relating to the inspection of domestic distilled spirits," approved the fifteenth day of April, one thousand eight hundred sixty-three (P. L., 480).

Digitized by Google

531. An act, entitled "An act relating to proceedings in cases of partition in equity," approved the twenty-second day of April, one thousand eight hundred sixty-three (P. L., 519).

532. An act, entitled "An act providing for the military board of claims," approved the twenty-second day of April, one thousand eight hundred sixty-three (P. L., 520).

533. Section three of an act, entitled "An act to authorize certain military officers to take affidavits, testimony and acknowledgments of the execution of deeds, and other instruments of writing of persons in the military service of this State or the United States," approved the twenty-second day of April, one thousand eight hundred sixty-three (P. L., 572).

534. A resolution, entitled "Joint resolution relative to the pay of the Board of Revenue Commissioners," approved the first day of April, one thousand eight hundred sixty-three (P. L., 609, No. 10).

535. An act, entitled "An act providing for the election of a State Treasurer," approved the sixteenth day of March, one thousand eight hundred sixty-four (P. L., 10).

536. An act, entitled "An act to fix the number of Senators and Representatives, and to form the State into districts in pursuance of the provisions of the Constitution," approved the fifth day of May, one thousand eight hundred sixty-four (P. L., 258).

537. An act, entitled "An act to declare Washington's birthday a public holiday," approved the seventh day of May, one thousand eight hundred sixty-four (P. L., 889).

538. Section one of an act, entitled "A supplement to an act to declare and regulate escheats," approved the twenty-seventh day of June, one thousand eight hundred sixty-four (P. L., 951, No. 837).

539. Sections one, two, three, four, five, six, seven, eight, ten, eleven, twelve and thirteen of an act, entitled "An act enabling the banks of this Commonwealth to become associations for the purpose of banking under the laws of the United States," approved the twenty-second day of August, one thousand eight hundred sixty-four (P. L., 977).

540. An act, entitled "A supplement to an act to fix the number of Senators and Representatives, and to form the State into districts in pursuance of the provisions of the Constitution, approved May fifth, one thousand eight hundred and sixty-four," approved the twenty-fourth day of August, one thousand eight hundred sixty-four (P. L., 1014, No. 884).

541. An act, entitled "A further supplement to the act for the organization, discipline and regulation of the militia of the Commonwealth of Pennsylvania, approved March fourth, one thousand eight hundred and sixty-four," approved the twenty-first day of March, one thousand eight hundred sixty-five (P. L., 8, No. 9).

542. An act, entitled "An act to fix the standard weight of potatoes," approved the twenty-third day of March, one thousand eight hundred sixty-five (P. L., 40, No. 24).

543. An act, entitled "An act to increase the salary of the Assistant State Librarian," approved the first day of February, one thousand eight hundred sixty-six (P. L., 13, No. 13).

Digitized by Google

544. An act, entitled "An act regulating the mode of voting at all elections in the several counties of this Commonwealth," approved the thirtieth day of March, one thousand eight hundred sixty-six (P. L., 92).

545. An act, entitled "Supplement to an act, entitled 'An act regulating railroad companies,' approved February nineteenth, Anno Domini one thousand eight hundred and forty-nine," approved the seventeenth day of April, one thousand eight hundred sixty-six (P. L., 106, No. 94).

546. An act, entitled "An act fixing the salary of the Governor of the Commonwealth," approved the twelfth day of April, one thousand eight hundred sixty-six (P. L., 816, No. 805).

547. An act, entitled "A further supplement to the election laws of this Commonwealth," approved the fourth day of June, one thousand eight hundred sixty-six (P. L., 1107).

548. An act, entitled "An act to regulate the salary of the Secretary of the Commonwealth," approved the twenty-ninth day of January, one thousand eight hundred sixty-seven (P. L., 20).

549. An act, entitled "An act requiring the Superintendent of Public Printing to advertise for proposals for supplying the State with printing and bill paper," approved the tenth day of April, one thousand eight hundred sixty-seven (P. L., 64).

550. An act, entitled "An act to authorize the appointment of phonographic reporters for the several courts of common pleas of this Commonwealth," approved the fifteenth day of April, one thousand eight hundred sixty-seven (P. L., 83).

551. Sections two and ten of an act, entitled "An act to ascertain and appoint the fees to be received by the several officers of this Commonwealth," approved the second day of April, one thousand eight hundred sixty-eight (P. L., 3).

552. An act, entitled "A supplement to an act for the better preservation of game and insectivorous birds, approved the twenty-first day of April, one thousand eight hundred and fifty-eight," approved the thirty-first day of March, one thousand eight hundred sixty-eight (P. L., 51).

553. Section two of an act, entitled "An act relating to railroad companies and common carriers; defining their liabilities and authorizing them to provide means of indemnity against loss of life and personal injury," approved the fourth day of April, one thousand eight hundred sixty-eight (P. L., 58).

554. An act, entitled "An act fixing the number and pay of the officers of the Senate and House of Representatives of Pennsylvania," approved the eighth day of April, one thousand eight hundred sixty-eight (P. L., No. 36).

555. An act, entitled "A supplement to an act, entitled 'An act to permit disabled soldiers to peddle by procuring a license therefor without charge,' approved April eighth, one thousand eight hundred and sixty-seven, extending the same to sailors and marines," approved the tenth day of April, one thousand eight hundred sixty-eight (P. L., 79, No. 42).

Digitized by Google

556.   An act, entitled "A supplement to an act requiring the Superintendent of Public Printing to advertise for proposals for supplying the State with printing and bill paper, approved April tenth, Anno Domini one thousand eight hundred and sixty-seven," approved the tenth day of April, one thousand eight hundred sixty-eight (P. L., 79, No. 43).

557.   An act, entitled "An act relating to the organization of co-operative associations for the purpose of carrying on any mechanical, mining, manufacturing or trading business in the Commonwealth of Pennsylvania," approved the fourteenth day of April, one thousand eight hundred sixty-eight (P. L., 100, No. 62.)

558.   An act, entitled "An act supplementary to an act to enlarge the jurisdiction of the courts of common pleas of this Commonwealth, approved March twenty-sixth, one thousand eight hundred and sixty-seven, so far as the same relates to the chartering of insurance companies," approved the seventeenth day of March, one thousand eight hundred sixty-nine (P. L., 7).

559.   An act, entitled "An act directing public notice to be given when county land lien dockets are forwarded to the respective counties, and staying proceedings by the Attorney General for one year from the date of forwarding the same," approved the eighth day of April, one thousand eight hundred sixty-nine (P. L., 21).

560.   An act, entitled "An act to declare Good Friday a public holiday," approved the twelfth day of April, one thousand eight hundred sixty-nine (P. L., 26).

561.   An act, entitled "An act to provide for the extinction of irredeemable rents," approved the fifteenth day of April, one thousand eight hundred sixty-nine (P. L., 47).

562.   Entire act except sections six, ten, twelve, fourteen, eighteen, nineteen, twenty, thirty-eight and forty-one, entitled "An act further supplemental to the act relative to the elections of this Commonwealth," approved the seventeenth day of April, one thousand eight hundred sixty-nine (P. L., 49).

563.   Sections one and two of an act, entitled "A further supplement to an act, entitled 'An act to declare and regulate escheats,' passed the twenty-ninth day of September, Anno Domini one thousand seven hundred and eighty-seven," approved the seventeenth day of April, one thousand eight hundred sixty-nine (P. L., 71, No. 48).

564.   An act, entitled "An act providing for the taking of game," approved the twenty-first day of April, one thousand eight hundred sixty-nine (P. L., 84).

565.   "An act, entitled "A supplement to an act relating to orphans' courts, approved March twenty-ninth, Anno Domini one thousand eight hundred and thirty-two," approved the first day of April, one thousand eight hundred thirty seventy (P. L., 45, No. 25).

566.   Sections one, two and three of an act, entitled "An act supplementary to the several acts relative to the State Treasurer and to the Commissioners of the sinking fund," approved the thirteenth day of April, one thousand eight hundred seventy (P. L., 67.)

567.   Section three of an act, entitled "An act relating to management of the State Treasury and the sinking fund," approved the fourteenth day of April, one thousand eight hundred seventy (P. L., 73, No. 47).

13

Digitized by Google

568. An act, entitled "An act relative to limitations," approved the sixteenth day of December, one thousand eight hundred sixty-nine (P. L. (1870), 1372).

569. An act, entitled "A further supplement to the act of ninth of April, Anno Domini eighteen hundred and fifty-six, regulating the public printing and binding," approved the twenty-seventh day of March, one thousand eight hundred seventy-one (P. L., 232).

570. An act, entitled "An act relative to the chartering of mutual fire insurance companies," approved the seventeenth day of April, one thousand eight hundred seventy-one (P. L., 240).

571. An act, entitled "A further supplement to an act for the organization, discipline and regulation of the militia of the Common-wealth of Pennsylvania, approved May fourth, one thousand eight hundred and sixty-four," approved the twenty-sixth day of April, one thousand eight hundred seventy-one (P. L., 241, No. 226).

572. An act, entitled "An act to fix the number of Senators and Representatives and to form the State into districts in pursuance of the provisions of the Constitution," which became a law the sixth day of May, one thousand eight hundred seventy-one (P. L., 252).

573. An act, entitled "A supplement to an act, entitled 'An act to fix the number of Senators and Representatives and to form the State into districts in pursuance of the Constitution,' which became a law on the sixth day of May, Anno Domini one thousand eight hundred and seventy," approved the eleventh day of May, one thousand eight hundred seventy-one (P. L., 259).

574. An act, entitled "A supplement to an act, entitled 'An act to revise, amend and consolidate the laws taxing corporations, brokers and bankers,' approved May first, one thousand eight hundred and sixty-eight," approved the thirteenth day of May, one thousand eight hundred seventy-one (P. L., 267, No. 247).

575. An act, entitled "An act to authorize married women owning capital stock of any railroad company to sell and transfer the same," approved the second day of June, one thousand eight hundred seventy-one (P. L., 283, No. 263).

576. An act, entitled "An act relating to clandestine marriages," approved the second day of June, one thousand eight hundred seventy-one (P. L., 289).

577. An act, entitled "A further supplement to the act, entitled 'An act establishing a health office and to secure the city and port of Philadelphia from the introduction of pestilential and contagious diseases, and for other purposes,' approved twenty-ninth January, one thousand eight hundred and eighteen," approved the fourteenth day of March, one thousand eight hundred seventy-one (P. L., 332).

578. An act, entitled "An act to change the name of the board of school controllers of the first school district of Pennsylvania," approved the fifteenth day of March, one thousand eight hundred seventy (P. L., 437).

579. An act, entitled "A supplement to the act for the preservation of the records of the inspectors of coal mines in the mining districts of Schuylkill and Luzerne, embracing the anthracite coal regions of Pennsylvania, approved the fifth day of April, one thousand eight hundred and seventy," approved the second day of June, one thousand eight hundred seventy-one (P. L., 1314).

580. An act, entitled "An act to repeal the fifteenth section of an act, entitled 'An act further supplemental to the act relative to the elections of this Commonwealth,' approved April seventeenth, one thousand eight hundred and sixty-nine," approved the twenty-eighth day of June, one thousand eight hundred seventy-one (P. L., 1365, No. 1268).

581. An act, entitled "An act, entitled 'A further supplement to an act relating to the elections of this Commonwealth,' approved July second, Anno Domini one thousand eight hundred and thirty-nine," approved the twenty-first day of February, one thousand eight hundred seventy-two (P. L., 17).

582. An act, entitled "An act enabling married women to purchase sewing machines," approved the twenty-ninth day of February, one thousand eight hundred seventy-two (P. L., 21, No. 7).

583. An act, entitled "An act relating to the investment of trust funds," approved the twenty-ninth day of March, one thousand eight hundred seventy-two (P. L., 31, No. 19).

584. An act, entitled "A further supplement to an act incorporating the Lehigh Coal and Navigation Company," approved the third day of April, one thousand eight hundred seventy-two (P. L., 833, No. 799).

585. An act, entitled "An act authorizing mining and manufacturing companies or other organized companies or individuals to give, and banks or other organized companies or individuals, to take, and hold mortgages on real estate, to secure payment of notes, bills and renewals thereof," approved the seventeenth day of February, one thousand eight hundred seventy-three (P. L., 35, No. 8).

586. An act, entitled "An act to authorize mining and manufacturing companies to issue bonds and mortgages, and to use the same as collaterals for bank accounts," approved the twentieth day of February, one thousand eight hundred seventy-three (P. L., 36, No. 11).

587. An act, entitled "An act to increase the pay of jurors in this Commonwealth," approved the twenty-eighth day of February, one thousand eight hundred seventy-three (P. L., 37, No. 12).

588. An act, entitled "A supplement to an act to permit the voters of this Commonwealth to vote every three years on the question of granting licenses to sell intoxicating liquors, approved twenty-seventh March, one thousand eight hundred and seventy-two," approved the sixth day of March, one thousand eight hundred seventy-three (P. L., 39).

589. An act, entitled "An act defining what days shall constitute legal holidays," approved the second day of April, one thousand eight hundred seventy-three (P. L., 58).

590. An act, entitled "A further supplement to an act relating to orphans' courts, approved March twenty-fourth, one thousand eight hundred and thirty-two," approved the fourth day of April, one thousand eight hundred seventy-three (P. L., 59, No. 36).

591. An act, entitled "An act to provide for the better security of life and property from the dangers of coal and petroleum oils," approved the fourth day of April, one thousand eight hundred seventy-three ( P. L., 60, No. 38).

13—Vetoes.

Digitized by Google

592. Sections three and six of an act, entitled "An act regulating the election of State Treasurer," approved the twenty-eighth day of April, one thousand eight hundred seventy-three (P. L., 77, No. 56).

593. An act, entitled "An act to amend and consolidate the several acts relating to game and game fish," approved the first day of May, one thousand eight hundred seventy-three (P. L., 89).

594. An act, entitled "A supplement to an act relative to arbitrations in certain counties," approved the twenty-fifth day of March, one thousand eight hundred seventy-three (P. L., 396, No. 415).

595. An act, entitled "An act to carry out the provisions of section twelve, article three of the constitution, relative to contracts for supplies for the Legislature and the various departments of the State government," approved the sixteenth day of March, one thousand eight hundred seventy-four (P. L., 45, No. 5).

596. An act, entitled "An act to provide for the payment of the expenses of advertising the new constitution," approved the twenty-seventh day of March, one thousand eight hundred seventy-four (P. L., 48, No. 8).

597. An act, entitled "An act to authorize married women owning loans of this Commonwealth, or of the city of Philadelphia, or capital stock of any corporation of this Commonwealth, to sell and transfer the same," approved the first day of April, one thousand eight hundred seventy-four (P. L., 49, No. 9).

598. An act, entitled "An act designating the judicial districts of the Commonwealth and providing for the appointment and election of judges therein; for issuing to additional judges learned in the law, commissions as president judges, and manner of fixing the terms of courts therein," approved the ninth day of April, one thousand eight hundred seventy-four (P. L., 54).

599. Section two of an act, entitled "A supplement to an act for the better protection of the wages of mechanics, miners, laborers and others, approved the ninth day of April, Anno Domini one thousand eight hundred and seventy-two," approved the eighth day of May, one thousand eight hundred seventy-four (P. L., 120, No. 53).

600. Section eleven of an act, entitled "An act supplementary to the several acts relating to the State Treasurer and to the Commissioners of the sinking fund," approved the ninth day of May, one thousand eight hundred seventy-four (P. L. 126).

601. Sections two, four and five of an act, entitled "An act fixing the compensation of members of the General Assembly and the number, duties and compensation of the officers and employees thereof," approved the eleventh day of May, one thousand eight hundred seventy-four (P. L., 129).

602. Section six of an act, entitled "An act regulating the election of Secretary of Internal Affairs; defining his duties and fixing his salary," approved the eleventh day of May, one thousand eight hundred seventy-four (P. L., 135, No. 69).

603. Sections one, two, four, five, six, seven, eight, nine and ten of an act, entitled "An act relating to parties engaged in the storage and transportation by pipe lines of crude and refined petroleum oil, and the issuing of fraudulent receipts, certificates or vouchers, and providing for monthly reports," approved the fifteenth day of May, one thousand eight hundred seventy-four (P. L., 172).

604. An act, entitled "An act to construe the twenty-first section of an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,' approved May first, Anno Domini one thousand eight hundred and seventy-three," approved the fifteenth day of May, one thousand eight hundred seventy-four (P. L., 180, No. 112).

605. An act, entitled "An act to provide for the better security of life and property from the dangers of coal and petroleum oils," approved the fifteenth day of May, one thousand eight hundred seventy-four (P. L., 189).

606. An act, entitled "An act to fix the number of senators and representatives in the General Assembly of the State, and to appor- tion the State into senatorial and representative districts as provided in the Constitution," approved the nineteenth day of May, one thou- sand eight hundred seventy-four (P. L., 197).

607. An act, entitled "An act making Decoration Day a legal holiday," approved the twenty-fifth day of May, one thousand eight hundred seventy-four (P. L., 222, No. 145).

608. Sections fourteen, fifteen, sixteen, seventeen, eighteen, nine- teen, twenty, twenty-one, twenty-two, twenty-three, twenty-four, twenty-five, twenty-six, twenty-seven, twenty-eight, twenty-nine, thirty, thirty-one, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-nine, forty and forty-six (paragraph one, and clauses one, two, three, seven and nine), sections forty-seven, forty-eight, forty-nine and fifty (paragraph one, and clauses one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen and fourteen), and sections fifty-one, fifty-four, fifty-five and fifty-six of an act, entitled "An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund, to redeem the same, defining and punishing certain offenses in all of said cities, and providing for the incorporation and government of cities of the third class," ap- proved the twenty-third day of May, one thousand eight hundred seventy-four (P. L., 230).

609. An act, entitled "A further supplement to the act of ninth of April, Anno Domini one thousand eight hundred and fifty-six, regulating the public printing and binding, and the supplement thereto, approved March twenty-seventh, Anno Domini one thou- sand eight hundred and seventy-one, amending the same so as to in- crease the number of bills to be printed for the use of the two houses, and providing for the printing of the reports of the commissioners of insurance and statistics, and of the inspectors of mines," ap- proved the fifth day of June, one thousand eight hundred seventy- four (P. L., 274).

610. An act, entitled "An act to enable mining, manufacturing and trading companies to wind up their affairs after the expiration of their charters," approved the eighth day of June, one thousand eight hundred seventy-four (P. L., 278, No. 164).

611. An act, entitled "An act to provide for a right of way across or under the rivers or other streams of this Commonwealth, for the better and more convenient mining of anthracite coal," approved the thirteenth day of June, one thousand eight hundred seventy-four (P. L., 286).

Digitized by Google

612. An act, entitled "An act relating to return of writs and other process in courts which are abolished or changed by the provisions of the constitution," approved the twenty-second day of January, one thousand eight hundred seventy-five (P. L., 3, No. 1).

613. Section two of an act, entitled "An act fixing and regulating the terms of all members of councils and all other city, ward, borough and township officers excepting school directors elected by the people, and fixing the time for organization of the legislative departments of the municipal governments of the Commonwealth, and the inauguration of the mayors of all the cities of the same," approved the tenth day of March, one thousand eight hundred seventy-five (P. L., 6. No. 7).

614. An act, entitled "A supplement to an act, entitled 'An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund to redeem the same, defining and punishing certain offences in all of said cities, and providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and seventy-four," approved the eighteenth day of March, one thousand eight hundred seventy-five (P. L., 15).

615. An act, entitled "An act to amend an act, entitled 'An act to authorize married women owning loans of this Commonwealth or of the city of Philadelphia, or capital stock of any corporation of this Commonwealth, to sell and transfer the same,' approved the first day of April, Anno Domini one thousand eight hundred and seventy-four, extending the provisions of said act so as to include the loans as well as the capital stock of corporations of this Commonwealth," approved the eighteenth day of March, one thousand eight hundred seventy-five (P. L., 24, No. 22).

616. An act, entitled "A supplement to an act approved the first day May, one thousand eight hundred and seventy-three, entitled 'An act to amend and consolidate the several acts relating to game and game fish,'" approved the eighteenth day of March, one thousand eight hundred seventy-five (P. L., 26).

617. Sections two, three, four, five, six, nine, ten, eleven and twelve of an act, entitled "An act to repeal an act to permit the voters of this Commonwealth to vote every three years on the question of granting licenses to sell intoxicating liquors, and to restrain and regulate the sale of the same," approved the twelfth day of April, one thousand eight hundred seventy-five (P. L., 40).

618. Section one of an act, entitled "A supplement to an act to authorize the Governor to appoint additional notaries public," approved the sixteenth day of March, one thousand eight hundred seventy-six (P. L., 7, No. 6).

619. An act, entitled "An act to revise and amend an act, entitled 'An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund to redeem the same, defining and punishing certain offences in all of said cities, and providing for the incorporation and government of cities of the third class,'

Digitized by Google

approved may twenty-third, Anno Domini one thousand eight hundred and seventy-four, providing for the division of the cities of the State into five classes, and for other purposes," approved the eleventh day of April, one thousand eight hundred seventy-six (P. L., 20).

620.  An act, entitled "An act to carry out the provisions of section twelve, article three of the constitution in relation to the public printing and binding, and the supply of paper therefor," approved the first day of May, one thousand eight hundred seventy-six (P. L., 68).

621.  Section four of an act, entitled "An act providing for the appraisement, collection and payment of damages to private property, by the grading of streets or alleys in cities other than those of the first, second and fifth classes, and authorizing the occupation of private property for the purposes of slopes or embankments in the improvement of streets or alleys therein," approved the first day of May, one thousand eight hundred seventy-six (P. L., 86).

622..  Section one of an act, entitled "A supplement to an act, entitled 'An act to carry out the provisions of section twelve, article three of the constitution, relative to contracts for supplies for the Legislature and various departments of the State government,'" approved the fourth day of May, one thousand eight hundred seventy-six (P. L., 99, No. 68).

623.  An act, entitled "An act to amend the act of April twenty-eighth, one thousand eight hundred and seventy-three, entitled 'An act to re-organize the congressional districts of Pennsylvania,' be so amended as to attach the new township of Collier in the county of Allegheny to the twenty-second congressional district," approved the fourth day of May, one thousand eight hundred seventy-six (P. L., 101, No. 72).

624.  An act, entitled "A further supplement to the act approved May fourth, Anno Domini one thousand eight hundred and sixty-four, entitled 'An act for the organization, discipline and regulation of the militia of the Commonwealth of Pennsylvania,'" approved the fourth day of May, one thousand eight hundred seventy-six (P. L., 102, No. 73).

625.  An act, entitled "An act to amend and consolidate the several acts relating to game and game fish," approved the fifth day of May, one thousand eight hundred seventy-six (P. L., 104).

626.  An act, entitled "An act enlarging the powers of courts of equity throughout the State in cases of partition," approved the eighth day of May, one thousand eight hundred seventy-six (P. L., 134).

627.  An act, entitled "An act authorizing councils of cities of the Commonwealth of the third class to fill vacancies in the offices of city controller and city treasurer," approved the eighteenth day of May, one thousand eight hundred seventy-six (P. L., 180, No. 150).

628.  An act, entitled "An act to authorize chattel mortgages in this Commonwealth upon lumber, iron and coal oil in bulk, and upon iron tanks, tank cars, iron ore mined and prepared for use, manufactured slate, and canal boats," approved the eighteenth day of May, one thousand eight hundred seventy-six (P. L., 181).

Digitized by Google

629.   Section twelve of an act, entitled "An act in relation to cities of the second class; providing for the levy, collection and disbursement of taxes and water rents," approved the twenty-second day of March, one thousand eight hundred and seventy-seven (P. L., 16).

630.   An act, entitled "An act to empower the sheriffs and prothonotaries of the several counties of the Commonwealth to sue for their fees," approved the twenty-third day of March, one thousand eight hundred and seventy-seven (P. L., 25).

631.   An act, entitled "An act to amend sections twelve and nineteen of an act, entitled 'An act to carry out the provisions of section twelve, article three of the Constitution in relation to the public printing and binding and the supply of paper therefor,' approved the first day of May, Anno Domini one thousand eight hundred and seventy-six," approved the twenty-third day of March, one thousand eight hundred seventy-seven (P. L., 27).

632.   An act, entitled "A supplement to an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,' approved the fifth day of May, Anno Domini eighteen hundred and seventy-six," approved the twenty-fourth day of March, one thousand eight hundred seventy-seven (P. L., 45., No. 44).

633.   An act, entitled "An act creating and defining the duties and powers of a recorder for cities whose population does not exceed thirty thousand, and is not less than eight thousand five hundred, which accept the provisions of this act," approved the twenty-fourth day of March, one thousand eight hundred seventy-seven (P. L., 47, No. 47).

634.   An act, entitled "An act to authorize the governor to appoint a sealer of weights and measures in the several counties of this Commonwealth," approved the fourth day of April, one thousand eight hundred seventy-seven (P. L., 52, No. 50).

635.   An act, entitled "An act providing the means for securing the health and safety of persons employed in the bituminous coal mines of Pennsylvania," approved the eighteenth day of April, one thousand eight hundred seventy-seven (P. L., 56).

636.   An act, entitled "An act to authorize and provide for the payment of additional appropriations to school districts in certain cases," approved the twelfth day of April, one thousand eight hundred seventy-eight (P. L., 13, No. 15).

637.   An act, entitled "An act to prohibit peddling, selling or hawking of produce and merchandise in cities of the second and third classes of this Commonwealth without a license," approved the twelfth day of April, one thousand eight hundred seventy-eight (P. L., 15.)

638.   An act, entitled "An act to repeal a portion of the sixth section of an act for the preservation of the records of the inspection of mines in the mining districts of Schuylkill and Luzerne, embracing the coal regions of Pennsylvania," approved the twelfth day of April, one thousand eight hundred seventy-eight (P. L., 16, No. 18).

639.   An act, entitled "An act to provide for the holding of courts in certain cities of this Commonwealth," approved the eighteenth day of April, one thousand eight hundred seventy-eight (P. L., 29).

Digitized by Google

640. Sections one, two, three, five, six and seven of an act, entitled "An act authorizing and empowering the court of common pleas of the several counties of this Commonwealth to change, alter and direct the mode of preparing and keeping indices in the several offices of record in said counties, and for preparing, making and substituting new indices for old indices or parts thereof," approved the third day of May, one thousand eight hundred seventy-eight (P. L., 43).

641. An act, entitled "An act fixing and regulating the terms of certain officers in cities of the fourth class," approved the twenty-second day of May, one thousand eight hundred seventy-eight (P. L., 87, No. 110).

642 An act, entitled "An act to prevent deception in the sale of butter and cheese," approved the twenty-second day of May, one thousand eight hundred seventy-eight (P. L., 87, No. 112).

643. An act, entitled "An act confirmatory of the conveyances of real estate," approved the twenty-second day of May, one thousand eight hundred seventy-eight (P. L., 98, No. 132).

644. An act, entitled "An act empowering the State Superintendent to issue permanent certificates to teachers in cities of the fifth class," approved the twenty-third day of May, one thousand eight hundred seventy-eight (P. L., 110).

645. An act, entitled "An act to more clearly define the duties of sealers of weights and measures," approved the twenty-fourth day of May, one thousand eight hundred seventy-eight (P. L., 130).

646. An act, to prevent the adulteration of milk and prevent the traffic in impure and unwholesome milk," approved the twenty-fifth day of May, one thousand eight hundred seventy-eight (P. L., 144).

647. An act, entitled "An act authorizing the assignment and satisfaction of record, and validating former satisfactions of record by married women of mortgages or judgments belonging to them," approved the twenty-fifth day of May, one thousand eight hundred seventy-eight (P. L., 152, No. 195).

648. An act, entitled "An act to ascertain and appoint the fees to be received by the sheriffs, coroners, prothonotaries, clerks of the several courts, registers of wills, and recorders of deeds of this Commonwealth, except in counties containing more than one hundred and fifty thousand or less than ten thousand inhabitants," approved the twelfth day of June, one thousand eight hundred seventy-eight (P. L., 187).

649. An act, entitled "An act for the taxation of dogs and the protection of sheep," approved the twelfth day of June, one thousand eight hundred seventy-eight (P. L., 198, No. 231).

650. An act, entitled "An act providing for the election of members of the select council of cities of the fifth class where said cities have not been divided into wards," approved the twelfth day of February, one thousand eight hundred seventy-nine (P. L., 3).

651. An act, entitled "A supplement to an act, entitled 'An act to provide for the division of counties of this Commonwealth and the erection of new counties therefrom,'" approved the thirteenth day of March, one thousand eight hundred seventy-nine (P. L., 6).

Digitized by Google

652. An act, entitled "An act to provide for the incorporation, and for the government and regulation of street railway companies now incorporated, or which may hereafter be incorporated, in cities of the second and third class in this Commonwealth," approved the nineteenth day of March, one thousand eight hundred seventy-nine (P. L., 9).

653. An act, entitled "A supplement to an act, entitled 'An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund to redeem the same, defining and punishing certain offenses in all of said cities, and providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and seventy-four, and providing for the registry of real estate in cities of the third class," approved the eleventh day of April, one thousand eight hundred seventy-nine (P. L., 22, No. 19).

654. An act, entitled "A supplement to an act, entitled 'An act to provide for the division of counties of this Commonwealth and the erection of new counties therefrom,' approved the seventeenth day of April, Anno Domini one thousand eight hundred and seventy-eight," approved the twenty-second day of April, one thousand eight hundred seventy-nine (P. L., 26).

655. An act, entitled "A supplement to an act, entitled 'An act creating and defining the duties and powers of a recorder for the cities whose population does not exceed thirty thousand, and is not less than eight thousand five hundred, which accept the provisions of this act,' approved March twenty-fourth, one thousand eight hundred and seventy-seven, amending said act," approved the first day of May, one thousand eight hundred seventy-nine (P. L., 44, No. 41).

656. An act, entitled "An act amending an act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund to redeem the same, defining and punishing certain offenses in all of said cities, and providing for the incorporation and government of cities of the third class, approved the twenty-third day of May, one thousand eight hundred and seventy-four, reducing the number of common councilmen in cities of the third class containing twenty wards or more to one for each ward," approved the thirteenth day of May, one thousand eight hundred seventy-nine (P. L., 56).

657. An act, entitled "An act authorizing select and common councils of cities of the second class to name the hour of holding their sessions," approved the thirteenth day of May, one thousand eight hundred seventy-nine (P. L., 59, No. 60).

658. An act, entitled "An act to regulate the fees of justices of the peace and constables of the several counties of this Commonwealth," approved the nineteenth day of May, one thousand eight hundred seventy-nine (P. L., 64, No. 69).

659. An act, entitled "An act supplementary to an act, entitled 'An act to revise and amend an act, entitled "An act dividing the cities of this State into three classes, regulating the passage of ordi-

nances, providing for contracts for supplies and work for said cit-
ies, authorizing the increase of indebtedness and the creation of a
sinking fund to redeem the same, defining and punishing certain of-
fenses in all of said cities, and providing for the incorporation and
government of cities of the third class," approved May twenty-third,
Anno Domini one thousand eight hundred and seventy-four; provi-
ding for the division of the cities of the State into five classes and for
other purposes,' approved April eleventh, Anno Domini one thousand
eight hundred and seventy-six; providing for levying poor tax, and
the city treasurer ex-officio to be poor treasurer, and the city comp-
troller ex-officio to be poor comptroller in cities fifth class," ap-
proved the nineteenth day of May, one thousand eight hundred sev-
enty-nine (P. L., 65, No. 70).

660.   An act, entitled "An act regulating the assessment and col-
lection of taxes in cities of the fifth class," approved the twenty-
second day of May, one thousand eight hundred seventy-nine (P.
L., 67).

661.   An act, entitled "An act relative to assessments for sewers
in boroughs," approved the twenty-first day of May, one thousand
eight hundred seventy-nine (P. L., 73, No. 83).

662.   An act, entitled "An act for the assessment and collection in
cities of the third class of the cost of grading, paving, curbing or
otherwise improving streets heretofore improved, and running in
whole or part through rural districts," approved the fourth day of
June, one thousand eight hundred seventy-nine (P. L., 97).

663.   An act, entitled "A supplement to an act of the General As-
sembly approved the seventeenth day of March, Anno Domini one
thousand eight hundred and sixty-nine, entitled 'An act relative to
fraudulent debtors,' " approved the eleventh day of June, one thou-
sand eight hundred seventy-nine (P. L., 129).

664.   An act, entitled "An act to authorize the board of school
directors in cities of the fourth class to regulate the terms of its
members in certain cases," approved the eleventh day of June, one
thousand eight hundred seventy-nine (P. L., 137, No. 141).

665.   An act, entitled "A supplement to an act, entitled 'An act
to provide for the division of counties of this Commonwealth,' ap-
proved the seventeenth day of April, eighteen hundred and seventy-
eight," approved the eleventh day of June, one thousand eight hun-
dred seventy-nine (P. L., 139, No. 146).

666.   An act, entitled "An act to provide for the holding of courts
in certain cities of this Commonwealth," approved the twelfth day
of June, one thousand eight hundred seventy-nine (P. L., 174).

667.   An act, entitled "An act providing for the printing of cop-
ies of the general laws," approved the twenty-eighth day of June,
one thousand eight hundred seventy-nine (P. L., 178, No. 194).

668.   An act, entitled "An act to regulate the manufacture and
sale of commercial fertilizers," approved the twenty-eighth day of
June, one thousand eight hundred seventy-nine (P. L., 180).

669.   Sections three, four, five, six, seven, eight, nine, ten and
eleven of an act, entitled "An act to consolidate the offices of re-
ceiver of taxes and collector of outstanding, or delinquent taxes,
to invest the said receiver with all the powers and privileges, and

Digitized by Google

to impose upon him all the duties and liabilities of said collector, and for the more efficient collection of taxes in cities of the first class," approved the fourteenth day of February, one thousand eight hundred eighty-one (P. L., 3, No. 2).

670.   An act, entitled "A supplement to an act, entitled 'An act creating and defining the duties and powers of a recorder for cities whose population does not exceed thirty thousand and is not less than eight thousand five hundred, which accept the provisions of this act,' approved the twenty-fourth day of March, Anno Domini one thousand eight hundred and seventy-seven, and the supplement thereto amending said act, approved May first, Anno Domini one thousand eight hundred and seventy-nine, amending the same," approved the fourteenth day of February, one thousand eight hundred eighty-one (P. L., 6, No. 3).

671.   An act, entitled "An act to provide proper means of conveyance of persons injured in or about the mines to their homes," approved the tenth day of May, one thousand eight hundred eighty-one (P. L., 17, No. 21).

672.   An act, entitled "An act to make taxes assessed upon real estate a first lien and to provide for the collection of such taxes, and a remedy for false returns," approved the second day of June, one thousand eight hundred eighty-one (P. L., 45).

673.   An act, entitled "An act to amend an act, entitled 'An act to provide the means for securing the health and safety of persons employed in the bituminous coal mines of Pennsylvania,' approved the eighteenth day of April, Anno Domini eighteen hundred and seventy-seven," approved the third day of June, one thousand eight hundred eighty-one (P. L., 47, No. 54).

674.   An act, entitled "An act to fix the salaries of the judges of the Supreme Court," approved the eighth day of June, one thousand eight hundred eighty-one (P. L., 56, No. 64).

675.   An act, entitled "An act to prohibit the defacing of walls, fences and trees by painting, posting or otherwise, and providing a penalty therefor," approved the eighth day of June, one thousand eight hundred eighty-one (P. L., 85, No. 92).

676.   An act, entitled "An act to secure to operatives and laborers engaged in and about coal mines, manufactories of iron and steel and all other manufactories, the payment of their wages at regular intervals and in lawful money of the United States," approved the twenty-ninth day of June, one thousand eight hundred eighty-one (P. L., 147).

677.   An act, entitled "An act to provide for the assessment of damages and benefits caused by the altering or changing of the channels of water courses in cities of the fifth class," approved the tenth day of June, one thousand eight hundred eighty-one (P. L., 104, No. 112).

678.   An act, entitled "An act regulating the hunting and killing of web-footed wild fowl," approved the seventeenth day of May, one thousand eight hundred eighty-three (P. L., 34, No. 24).

679.   An act, entitled "An act in relation to the public health and sanitary condition of cities of the second class," approved the twenty-fifth day of May, one thousand eight hundred eighty-three (P. L., 44).

680. An act, entitled "An act to amend part of an act, entitled 'An act to provide proper means of conveyance of persons injured in or about the mines to their homes,'" approved the twenty-fifth day of May, one thousand eight hundred eighty-three (P. L., 45).

681. An act, entitled "A supplement to an act, entitled 'An act to provide for the health and safety of persons employed in coal mines,' approved the third of March, Anno Domini one thousand eight hundred and seventy, providing for the furnishing of props and timbers to the miners in the mines," approved the first day of June, one thousand eight hundred eighty-three (P. L., 55, No. 48).

682. An act, entitled "An act to permit the killing at any season of the year of the small bird known as the English sparrow," approved the fourth day of June, one thousand eight hundred eighty-three (P. L., 68, No. 59).

683. An act, entitled "An act relating to city controllers in cities of the third class and regulating their term of office," approved the fourth day of June, one thousand eight hundred eighty-three (P. L., 68, No. 60).

684. Sections one and two of an act, entitled "An act fixing the compensation of the judges of the courts of common pleas," approved the fourth day of June, one thousand eight hundred eighty-three (P. L., 74, No. 67).

685. An act, entitled "An act to authorize the commissioners of the several counties of this Commonwealth to discharge from prison all persons confined in jail without proceedings under the insolvent laws," approved the thirteenth day of June, one thousand eight hundred eighty-three (P. L., 99).

686. An act, entitled "An act directing the investment of moneys remaining to the credit of the several sinking funds of cities of the second class, in loans of said cities, or of the United States, or of the State of Pennsylvania, and repealing all acts inconsistent therewith," approved the thirteenth day of June, one thousand eight hundred eighty-three (P. L., 100, No. 95).

687. An act, entitled "An act to amend an act, entitled 'An act providing the means for securing the health and safety of persons employed in the bituminous coal mines of Pennsylvania,' approved the eighteenth day of April, Anno Domini one thousand eight hundred and seventy-seven," approved the thirteenth day of June, one thousand eight hundred eighty-three (P. L., 101).

688. An act, entitled "An act fixing salaries of county officers in counties containing over one hundred thousand and less than one hundred and fifty thousand inhabitants, and requiring the payment of the fees of such officers into the respective county treasuries," approved the twenty-second day of June, one thousand eight hundred eighty-three (P. L., 139, No. 127).

689. An act, entitled "An act to amend part of an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,' et cetera, with the supplements thereto," approved the twenty-seventh day of June, one thousand eight hundred eighty-three (P. L., 163, No. 150).


Digitized by Google

690.   An act, entitled "An act to amend the first section of an act, entitled 'An act regulating the hunting and killing of web-footed wild fowls,' approved May seventeenth, Anno Domini one thousand eight hundred and eighty-three," approved the sixteenth day of April, one thousand eight hundred eighty-five (P. L., 8, No. 9).

691.   An act, entitled "An act to further regulate the admission of attorneys and counsellors at law to practice in the several courts of this Commonwealth," approved the seventh day of May, one thousand eight hundred eighty-five (P. L., 16, No. 18).

692.   An act, entitled "An act confirmatory of the conveyances of real estate," approved the twenty-eighth day of May, one thousand eight hundred eighty-five (P. L., 24).

693.   An act, entitled "An act to repeal the first section of an act, entitled 'An act for regulating and maintaining of fences,' passed Anno Domini one thousand seven hundred," approved the twenty-third day of June, one thousand eight hundred eighty-five (P. L., 142).

694.   An act, entitled "An act to amend the first section of the act of June fourth, Anno Domini one thousand eight hundred and eighty-three, entitled "An act to regulate the publication of apportionment and distribution of the pamphlet laws, executive and legislative documents, reports of the heads of departments, and the annual and biennial messages of the Governor,' providing for additional copies of the Auditor General's report on the finances of the Commonwealth for distribution by him," approved the twenty-third day of June, one thousand eight hundred eighty-five (P. L., 144, No. 113).

695.   An act, entitled "An act relating to the practice in courts of common pleas of this Commonwealth where the defendant is a chartered corporation," approved the twenty-fourth day of June, one thousand eight hundred eighty-five (P. L., 149, No. 116).

696.   An act, entitled "An act to perfect the records of deeds, mortgages and other instruments in certain cases," approved the twenty-fourth day of June, one thousand eight hundred eighty-five (P. L., 160, No. 127).

697.   An act, entitled "A supplement to an act approved May twenty-first, Anno Domini eighteen hundred and fifty-seven, relating to an appeal from the decision of township auditors," approved the twenty-fourth day of June, one thousand eight hundred eighty-five (P. L., 162).

698.   An act, entitled "An act authorizing the acquisition of turnpikes, roads or highways heretofore or hereafter constructed near or through any borough or township in this Commonwealth, upon which tolls are charged the traveling public," approved the twenty-fifth day of June, one thousand eight hundred eighty-five (P. L., 170, No. 138).

699.   An act, entitled "A supplement to an act, entitled 'An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund, to redeem the same, defining and punishing certain offences in all of said cities, and providing for the incorporation and

Digitized by Google

government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and seventy-four, and the supplements thereto extending the term of the mayor, who shall hereafter be elected in said cities," approved the twenty-sixth day of June, one thousand eight hundred eighty-five (P. L., 189).

700. An act, entitled "An act relating to bituminous coal mines and providing for the lives, health, safety and welfare of persons employed therein," approved the thirtieth day of June, one thousand eight hundred eighty-five (P. L., 205).

701. An act, entitled "An act to provide for the health and safety of persons employed in and about the anthracite coal mines of Pennsylvania, and for the protection and preservation of property connected therewith," approved the thirtieth day of June, one thousand eight hundred eighty-five (P. L., 218).

702. An act, entitled "An act to prevent the adulteration of, and the traffic in, impure and unwholesome milk in cities of the second and third classes," approved the seventh day of July, one thousand eight hundred eighty-five (P. L., 260).

703. An act, entitled "An act to designate the several judicial districts of the Commonwealth as required by the Constitution," approved the seventh day of August, one thousand eight hundred eighty-three (P. L. (1885), 323).

704. An act, entitled "A supplement to an act, entitled 'An act to fix the salaries of the several State officers of the Commonwealth, the number of clerks to be employed in the several departments and their compensation, and providing for the incidental expenses of said department,' approved May fourteenth, one thousand eight hundred and seventy-four, increasing the salary of the Deputy Attorney General and providing for the number of clerks and employes in the Attorney General's office; also fixing the salary of the keeper of the Harrisburg Arsenal and the salary of the six men employed at the State Arsenal," approved the fourth day of March, one thousand eight hundred eighty-seven (P. L., 4).

705. An act, entitled "An act authorizing an increase in the number of clerks employed in the office of the State Treasurer and fixing the salary thereof," approved the twenty-second day of March, one thousand eight hundred eighty-seven (P. L., 7, No. 6).

706. An act, entitled "An act to authorize the president judges of the several judicial districts of this Commonwealth to procure the assistance of president or additional law judges of another district in the transaction of business in the several courts of such district," approved the twenty-fourth day of March, one thousand eight hundred eighty-seven (P. L., 14).

707. An act, entitled "An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania," approved the thirteenth day of April, one thousand eight hundred eighty-seven (P. L., 23).

708. An act, entitled "An act to regulate the publication, binding and distribution of the public documents of this Commonwealth," approved the sixteenth day of April, one thousand eight hundred eighty-seven (P. L., 54, No. 25).



709. An act, entitled "An act to fix the number of Representatives in the General Assembly of the State, and to apportion the State into representative districts as provided in the constitution," approved the twelfth day of May, one thousand eight hundred eighty-seven (P. L., 98, No. 49).

710. An act, entitled "An act to repeal an act, entitled 'An act for the destruction of wolves, wildcats, foxes, minks, hawks, weasels and owls in this Commonwealth,' approved June twenty-third, Anno Domini one thousand eight hundred and eighty-five, so far as relates to foxes, minks, hawks, weasels and owls," approved the thirteenth day of May, one thousand eight hundred eighty-seven (P. L., 116).

711. An act, entitled "An act authorizing cities of the third, fourth and fifth classes to levy and collect taxes, and validating taxes levied and assessments made therein," approved the seventeenth day of May, one thousand eight hundred eighty-seven (P. L., 117).

712. An act, entitled "An act to amend the first section of an act, entitled 'An act to further regulate the admission of attorneys and counsellors-at-law to practice in the several courts of this Commonwealth,' approved the seventh day of May, Anno Domini one thousand eight hundred and eighty-five," approved the nineteenth day of May, one thousand eight hundred eighty-seven (P. L., 131).

713. An act, entitled "An act to provide for the appointment of a night watchman for the State library," approved the nineteenth day of May, one thousand eight hundred eighty-seven (P. L., 139, No. 83).

714. An act, entitled "An act to amend the ninth section of an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,'" approved the twenty-third day of May, one thousand eight hundred eighty-seven (P. L., 169).

715. An act, entitled "An act dividing cities of this State into seven classes, providing for the creation and division of wards therein, and the annexation of adjacent territory thereto, prescribing general regulations relative to the passage of ordinances and giving out of contracts, the management of the finances, the terms and duties of officers and the punishment of certain offenses in all of said cities, and providing for the incorporation and government of cities of the fourth, fifth, sixth and seventh classes," approved the twenty-fourth day of May, one thousand eight hundred eighty-seven (P. L., 204).

716. An act, entitled "An act relating to school districts in cities of the fourth, fifth, sixth and seventh classes in this Commonwealth," approved the twenty-eighth day of May, one thousand eight hundred eighty-seven (P. L., 274, No. 161).

717. An act, entitled "An act to amend an act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' approved the sixteenth day of April, Anno Domini one thousand eight hundred and eighty-seven," approved the twenty-third day of April, one thousand eight hundred eighty-nine (P. L., 43).

718. An act, entitled "An act to regulate the salary of the Secretary of the State Board of Agriculture," approved the twenty-third day of April, one thousand eight hundred eighty-nine (P. L., 46, No. 45).

719.  An act, entitled "An act making the first Monday in September in each year a legal holiday be known to as "Labor holiday," approved the twenty-fifth day of April, one thousand eight hundred eighty-nine (P. L., 49, No. 51).

720.  An act, entitled "An act to amend the ninth section of an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,'" approved the twenty-fifth day of April, one thousand eight hundred eighty-nine (P. L., 53, No. 57).

721.  An act, entitled "An act to amend the provisions of the first section of an act, approved May thirteenth, one thousand eight hundred and eighty-seven, entitled 'An act for the destruction of wolves and wildcats,'" approved the twenty-fifth day of April, one thousand eight hundred eighty-nine (P. L., 54).

722.  An act, entitled "A supplement to section one of an act, entitled 'An act to make taxes assessed upon real estate a first lien, and to provide for the collection of such taxes and a remedy for false returns,' approved the second day of June, Anno Domini one thousand eight hundred and eighty-one," approved the fourth day of May, one thousand eight hundred eighty-nine (P. L., 83, No. 80).

723.  An act, entitled "A supplement to an act, entitled 'An act to fix the salaries of the several State officers of the Commonwealth, the number of clerks to be employed in the several departments and their compensation, and providing for the incidental expenses of said departments,' approved May fourteenth, one thousand eight hundred and seventy-four, increasing the salary of messenger in charge of flagroom," approved the seventh day of May, one thousand eight hundred eighty-nine (P. L., 110, No. 117).

724.  An act, entitled "An act to amend the second section of an act, entitled 'A supplement to an act, entitled "An act to fix the salaries of the several State officers of the Commonwealth, the number of clerks to be employed in the several departments and their compensation, and providing for the incidental expenses of said department," approved May fourteenth, one thousand eight hundred and seventy-four, increasing the salary of the Deputy Attorney General and providing for the number of clerks and employes in the Attorney General's office, also fixing the salary of the keeper of the Harrisburg Arsenal and the salary of the six men employed at the State Arsenal,' approved the fourth day of March, Anno Domini one thousand eight hundred and eighty-seven, so as to provide for an additional clerk in the place of a messenger in the Attorney General's office and fixing the salary of such clerk," approved the seventh day of May, one thousand eight hundred eighty-nine (P. L., 118).

725.  An act, entitled "An act dividing the cities of this State into three classes with respect to their population, and designating the mode of ascertaining and changing the classification thereof in accordance therewith," approved the eighth day of May, one thousand eight hundred eighty-nine (P. L., 133, No. 149).

726.  An act, entitled "An act to amend 'An act to fix the number of Representatives in the General Assembly of the State, and to apportion the State into representative districts as provided in the Constitution," approved the eighth day of May, one thousand eight hundred eighty-nine (P. L., 138, No. 155).

14

Digitized by Google

727. An act, entitled "An act to provide for the examination of miners in the anthracite region of this Commonwealth and to prevent the employment of incompetent persons as miners in anthracite coal mines," approved the ninth day of May, one thousand eight hundred eighty-nine (P. L., 142).

728. An act, entitled "An act to amend the eighth, sixteenth, forty-second and fiftieth sections of an act, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania,' approved the thirteenth day of April, Anno Domini one thousand eight hundred and eighty-seven, providing for the per diem pay and expense for cavalry," approved the ninth day of May, one thousand eight hundred eighty-nine (P. L., 146, No. 164).

729. An act, entitled "An act relating to estates held for religious and charitable uses," approved the ninth day of May, one thousand eight hundred eighty-nine (P. L., 173, No. 193).

730. An act, entitled "An act prohibiting the killing or taking of song and wild birds except in certain cases, and providing a penalty therefor," approved the fourteenth day of May, one thousand eight hundred eighty-nine (P. L., 218).

731. An act, entitled "An act for the taxation of dogs and the protection of sheep," approved the fifteenth day of May, one thousand eight hundred eighty-nine (P. L., 222).

732. An act, entitled "An act to regulate the employment and provide for the safety of women and children in mercantile industries and manufacturing establishments, and to provide for the appointment of inspectors to enforce the same, and other acts providing for the safety or regulating the employment of said persons," approved the twentieth day of May, one thousand eight hundred eighty-nine (P. L., 243).

733. Article one, sections one, two and three; article two, sections one and two; article three, sections one, two, three, four and five; article four, sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen and eighteen; article five, sections one, two and three; article six, sections one, two, three, four, five, six, seven, eight, nine, ten and eleven; article seven, sections one, two, three, four, five, six, seven and eight; article eight, sections one, two and three; article nine, section one; article ten, sections one, two, three, four and five; article thirteen, sections one, two, three, four and five; article fourteen, sections one, two, three, four, five, six, seven and eight; article sixteen, sections one, two, three and four; article seventeen, sections one, two, three, four and five; article eighteen, sections one, two, three and four, of an act, entitled "An act providing for the incorporation and government of cities of the third class," approved the twenty-third day of May, one thousand eight hundred eighty-nine (P. L., 277).

734. An act, entitled "A supplement to an act approved May fourteenth, one thousand eight hundred and eighty-nine, entitled 'An act prohibiting the killing and taking of song and wild birds, except in certain cases, and providing a penalty therefor,' amending the first, sixth and eighth sections thereof," approved the fifteenth day of April, one thousand eight hundred ninety-one (P. L., 20).

Digitized by Google

735. An act, entitled "An act to provide for a uniform contract or policy of fire insurance to be made and issued by all insurance companies taking fire risks on property within this State," approved the sixteenth day of April, one thousand eight hundred ninety-one (P. L., 22).

736. An act, entitled "An act designating the days and half days to be observed as legal holidays, and for the payment, acceptance and protesting of bills, notes, drafts, checks and other negotiable paper on such days," approved the seventh day of May, one thousand eight hundred ninety-one (P. L., 46).

737. An act, entitled "An act authorizing the ascertainment, levy, assessment and collection of the costs, damages and expenses of municipal improvements, including the grading, paving, macadamizing or otherwise improving of any street, lane or alley, or parts thereof, completed or now in process of completion, and also the costs, damages and expenses of the construction of any sewer completed or now in process of completion, and authorizing the completion of any such improvement," approved the sixteenth day of May, one thousand eight hundred ninety-one (P. L., 71).

738. An act, entitled "An act authorizing the Insurance Commissioner to employ a skilled stenographer and typewriter in the Insurance Department," approved the sixteenth day of May, one thousand eight hundred ninety-one (P. L., 90, No. 63).

739. An act, entitled "An act enabling the Superintendent of Public Instruction to pay to school districts, in certain cases, their proper share or portion of the State appropriation to common schools," approved the twenty-third day of May, one thousand eight hundred ninety-one (P. L., 114, No. 99).

740. An act, entitled "An act to prevent the spread of the disease in peach trees known as the yellows," approved the twenty-sixth day of May, one thousand eight hundred ninety-one (P. L., 124).

741. An act, entitled "An act regulating the standard weight of a bushel of potatoes," approved the first day of June, one thousand eight hundred ninety-one (P. L., 160, No. 153).

742. An act, entitled "An act to amend the forty-ninth and fifty-sixth sections of an act, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania,' approved the thirteenth day of April, Anno Domini one thousand eight hundred and eighty-seven, increasing the amount to be paid for armory rent, and extending the privileges of the roll of retired officers," approved the second day of June, one thousand eight hundred ninety-one (P. L., 173, No. 174).

743. An act, entitled "An act empowering councils in cities of the first class to revise and establish the line for wharves and piers, and low-water mark or bulkhead lines on the Delaware river, in front of cities of the first class," approved the eighth day of June, one thousand eight hundred ninety-one (P. L., 209).

744. An act, entitled "An act to prevent the pollution of the waters of streams supplying cities of this Commonwealth," approved the eighth day of June, one thousand eight hundred ninety-one (P. L., 216, No. 188).

745. An act, entitled "An act to authorize corporations to increase their capital stock for corporate purposes," approved the

Digitized by Google

eighth day of June, one thousand eight hundred ninety-one (P. L., 23, No. 191).

746.  An act, entitled "An act making it the duty of the county commissioners to furnish office and storage rooms for the use of the county superintendents of schools," approved the eighth day of June, one thousand eight hundred ninety-one (P. L., 228).

747.  An act, entitled "An act amending clause thirteen of section three of article five of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and eighty-nine," approved the ninth day of June, one thousand eight hundred ninety-one (P. L., 255).

748.  An act, entitled "An act amending the fifth and eighth sections of the act, entitled 'An act to restrain and regulate the sale of vinous and spirituous liquors, malt or brewed liquors, or any admixture thereof,' approved the twenty-fourth day of May, Anno Domini one thousand eight hundred and eighty-seven, authorizing bondsmen from any part of the county to execute a bond and fixing the amount thereof," approved the nineteenth day of June, one thousand eight hundred ninety-one (P. L., 368, No. 293).

749.  An act, entitled "An act to amend an act, entitled 'An act to provide for the regulation and inspection of buildings within the city of Philadelphia, and for the better preservation of life and property,' approved the seventh day of May, Anno Domini one thousand eight hundred and fifty-five, as to the amount of the bond which the inspector shall be required to furnish for the faithful performance of his duties, and providing for the cancellation thereof," approved the eighteenth day of April, one thousand eight hundred ninety-three (P. L., 22).

750.  An act, entitled "An act to authorize the State Superintendent of Public Instruction to grant permanent State teachers' certificates to graduates of recognized literary and scientific colleges," approved the tenth day of May, one thousand eight hundred ninety-three (P. L., 39, No. 36).

751.  An act, entitled "An act to empower the court of quarter sessions of any county of this Commonwealth to fix the place of holding the general election," approved the eighteenth day of May, one thousand eight hundred ninety-three (P. L., 106, No. 58).

752.  Sections one, two and four of an act, entitled "An act relative to a Forestry Commission and providing for the expenses thereof," approved the twenty-third day of May, one thousand eight hundred ninety-three (P. L., 115).

753.  An act, entitled "An act to regulate and establish the fees to be charged by justices of the peace, aldermen, magistrates and constables in this Commonwealth," approved the twenty-third day of May, one thousand eight hundred ninety-three (P. L., 117).

754.  An act, entitled "An act to abolish commissioners of public buildings, and to place all public buildings heretofore under the control of such commissioners under the control of the department of public works in cities of the first class," approved the twenty-fourth day of May, one thousand eight hundred ninety-three (P. L., 124).

755.  An act, entitled "An act to prohibit the employment of any minor under the age of fourteen years in or about elevators," ap-

Digitized by Google

proved the twenty-fourth day of May, one thousand eight hundred ninety-three (P. L., 131, No. 83).

756.  An act, except sections twelve and sixteen, of an act, entitled, "An act 'To regulate the employment and provide for the safety of women and children in manufacturing establishments, mercantile industries, laundry or renovating establishments, and to provide for the appointment of inspectors to enforce the same, and other acts providing for the safety or regulating the employment of said persons,' " approved the third day of June, one thousand eight hundred ninety-three (P. L., 276).

757.  An act, entitled "A supplement to 'An act empowering councils in cities of the first class to revise and establish the line for wharves and piers, and low-water mark, or bulkhead lines, on the Delaware river in front of cities of the first class,' approved June eighth, one thousand eight hundred and ninety-one, and to further authorize the acquisition by said cities of wharves, piers, bulkheads, and riparian rights, and to prescribe and carry out the plans for the construction of said wharves, piers and bulkheads," approved the third day of June, one thousand eight hundred ninety-three (P. L., No. 247).

758.  An act, entitled "An act creating the office of county controller, in counties of this Commonwealth containing one hundred and fifty thousand inhabitants and over; prescribing his duties," approved the eighth day of June, one thousand eight hundred ninety-three (P. L., 393).

759.  An act, entitled "An act making it unlawful for any persons to engage in the practice, or assume the title of doctor of dental surgery, or advertise himself as a doctor of dental surgery without first procuring a diploma from a reputable institution recognized by the National Board of Dental Examiners, and defining who shall be understood as practicing dentistry, and authorizing State Board of Dental Examiners to charge and collect certain fees," approved the tenth day of June, one thousand eight hundred ninety-three (P. L., 441).

760.  An act, entitled "An act to amend an act approved the thirteenth day of April, one thousand eight hundred and eighty-seven, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania, and the several supplements thereto;' providing for the more efficient organization and government of the National Guard of Pennsylvania," approved the tenth day of June, one thousand eight hundred ninety-three (P. L., 443).

761.  An act, entitled "A supplement to an act, entitled 'An act in relation to the government of cities of the second class,' approved June fourteenth, Anno Domini one thousand eight hundred and eighty-seven, amending sections twenty-four and twenty-five thereof; regulating the manner of voting on an increase of the bonded indebtedness, and further regulating the manner of awarding contracts for official advertising," approved the thirteenth day of February, one thousand eight hundred ninety-five (P. L., 13).

762.  Sections twelve, thirteen, fourteen, and fifteen of an act, entitled "An act relative to the public grounds and buildings; defining the powers of the commissioners; authorizing the Board of Commissioners to carry into effect the provisions of section twelve, arti-

Digitized by Google

cle three, of the Constitution, relative to contracts for stationery, supplies, fuel, furniture, furnishings, distribution of documents, repairs, alterations or improvements, and other matters needed by the Legislature, the several departments, boards and commissions of the State government and executive mansion; authorizing the appointment of a superintendent and defining his powers, authority and duties; and providing for the appointment of subordinate officers required by this act, and fixing the compensation of the same," approved the twenty-sixth day of March, one thousand eight hundred ninety-five (P. L. 22, No. 12).

763.   Sections three, four and five of an act, entitled "An act to regulate the employment and provide for the safety of persons employed in tenement houses and shops where clothing, cigarettes, cigars, and certain articles are made or partially made, and to provide for the appointment of inspectors to enforce the same, and to provide for the safety and regulating the employment of said persons," approved the eleventh day of April, one thousand eight hundred ninety-five (P. L., 34).

764.   An act, entitled "An act to amend clause sixteen of section one of an act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' further regulating the printing and distribution of Smull's Legislative Hand Book and expediting the publication thereof," approved the twenty-fifth day of April, one thousand eight hundred ninety-five (P. L., 42).

765.   An act, entitled "An act to provide that one burial permit shall be a sufficient authority for interment in a cemetery that is partly within the limits of two or more municipalities," approved the second day of May, one thousand eight hundred ninety-five (P. L., 44, No. 29).

766.   An act, entitled "An act regulating the standard weight of a bushel of onions," approved the eighth day of May, one thousand eight hundred ninety-five (P. L., 55, No. 36).

767.   An act, entitled "An act to amend section five of an act, entitled 'An act to regulate the manufacture and sale of commercial fertilizers,' approved June twenty-eighth, one thousand eight hundred and seventy-nine, so as to provide for the payment of expenses of taking samples of commercial fertilizers, and expenses incident to carrying into effect the provisions of the law relative to the manufacture and sale of the same," approved the twenty-first day of May, one thousand eight hundred ninety-five (P. L., 85).

768.   An act, entitled "An act in relation to the official newspaper advertising of cities of the second class," approved the twenty-first day of May, one thousand eight hundred ninety-five (P. L., 90).

769.   An act, entitled "An act to designate the several judicial districts of the Commonwealth as required by the Constitution, and to provide for the election, appointment and commissioning of judges learned in the law for the said districts in cases where such judges are not provided for by existing law," approved the twelfth day of June, one thousand eight hundred ninety-five (P. L. 190).

770.   An act, entitled "An act regulating the pay of election officers at all elections hereafter to be held within this Commonwealth," approved the twenty-fourth day of June, one thousand eight hundred ninety-five (P. L., 297, No. 137).

Digitized by Google

771. An act, entitled "An act fixing the term of office of notaries public and regulating the appointment thereof," approved the twenty-fourth day of June, one thousand eight hundred ninety-five (P. L., 241, No. 147).

772. An act, entitled "An act regulating the standard weight of a bushel of clover seed," approved the twenty-fourth day of June, one thousand eight hundred ninety-five (P. L., 243, No. 149).

773. An act, entitled "An act relating to and regulating the business of plumbing and house drainage in cities of the second class," approved the twenty-fifth day of June, one thousand eight hundred ninety-five (P. L., 272).

774. An act, entitled "An act for the protection of persons unable to care for their own property," approved the twenty-fifth day of June, one thousand eight hundred ninety-five (P. L., 300).

775. An act, entitled "An act to amend section two of an act, entitled 'An act to regulate the manufacture and sale of commercial fertilizers,' approved June twenty-eighth, one thousand eight hundred and seventy-nine, so as to change the time for filing the papers required by the act to enable the Secretary of the State Board of Agriculture to issue the certificates required by the act, instead of the Secretary of the Commonwealth, and to extend the time of certificates expiring July thirty-first, one thousand eight hundred and ninety-five," approved the twenty-sixth day of June, one thousand eight hundred ninety-five (P. L., 335).

776. An act, entitled "An act to authorize the publication of school laws and decisions," approved the twenty-eighth day of June, one thousand eight hundred ninety-five (P. L., 410).

777. An act, entitled "An act to amend the fifty-second and the sixty-third sections of an act, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania,' approved the thirteenth day of April, Anno Domini one thousand eight hundred and eighty-seven; changing and fixing the per diem pay of the musicians and the annual appropriation to military bands, and also changing the rank of band leader," approved the fifth day of July, one thousand eight hundred ninety-five (P. L., 625).

778. An act, entitled "An act regulating the standard weight of a bushel of oats," approved the thirtieth day of March, one thousand eight hundred ninety-seven (P. L., 10, No. 8).

779. An act, entitled "An act for the protection of public school houses, and other buildings used and occupied for public school purposes, out-buildings thereof, and public school property," approved the nineteenth day of May, one thousand eight hundred ninety-seven (P. L., 76, No. 54).

780. An act, entitled "An act to protect the health of the domestic animals of the Commonwealth of Pennsylvania,' approved the twenty-sixth day of May, one thousand eight hundred ninety-seven (P. L., 99).

781. An act, entitled "An act to amend an act making it a misdemeanor to levy blackmail or extort money or other valuable thing by threats, charges or accusations, and fixing the penalty therefor," approved the twenty-seventh day of May, one thousand eight hundred ninety-seven (P. L., 111, No. 93).

782.  An act, entitled "An act to protect employes of corporations in their right to form, join or belong to labor organizations, by prescribing penalties for any interference therewith," approved the fourth day of June, one thousand eight hundred ninety-seven (P. L., 116, No. 98).

783.  An act, entitled "An act for the better protection of game and game-mammals, game-birds, song and insectivorous birds; limiting the number of game-birds and game-mammals to be killed by any one person in one day, or in one season; prohibiting the sale of the same and the shipment thereof out of the State, and providing penalties for the violation thereof," approved the fourth day June, one thousand eight hundred ninety-seven (P. L., 123).

784.  An act, entitled "An act authorizing, empowering and directing the county commisisoners of the several counties of this Commonwealth to pay to the constables of their respective counties for the services rendered by such constables in making returns to court of elections, attending special borough, township or ward elections, and traveling expenses incidental thereto, since the first day of January, Anno Domini one thousand eight hundred and ninety-six, in all cases where the same remain unpaid," approved the fifteenth day of June, one thousand eight hundred ninety-seven (P. L., 165).

785.  An act, entitled "An act to establish a Dental Council and a State Board of Dental Examiners; to define the powers and duties of said Dental Council and said State Board of Dental Examiners; to provide for the examination and licensing of practitioners of dentistry, and to further regulate the practice of dentistry," approved the ninth day of July, one thousand eight hundred ninety-seven (P. L., 206).

786.  Sections one to eight inclusive of an act, entitled "An act establishing a Bureau of Mines in the Department of Internal Affairs of Pennsylvania; defining its purposes and authority; providing for the appointment of a chief of said bureau and assistants, and fixing their salaries and expenses," approved the fifteenth day of July, one thousand eight hundred ninety-seven (P. L., 279).

787.  An act, entitled "An act requiring the weighing of bituminous coal before screening and providing a penalty for the violation thereof," approved the fifteenth day of July, one thousand eight hundred ninety-seven (P. L., 286).

788.  An act, entitled "An act to regulate the hours of labor of mechanics, workingmen and laborers in the employ of the State or municipal corporations therein, or otherwise engaged on public works," approved the twenty-sixth day of July, one thousand eight hundred ninety-seven (P. L., 418).

789.  Sections two, three, four, five, six, nine and twelve of an act, entitled "An act relating to the bureaus of police and fire in cities of the second class; constituting a civil service board in relation thereto; providing for and regulating examinations, the manner of appointments, and the manner and power of removal of employes in said bureaus," approved the fourth day of April, one thousand eight hundred ninety-nine (P. L., 28).

790.  An act, entitled "An act providing for the construction and maintenance of side paths along the highways in the townships of the Commonwealth for the use of bicycles and pedestrians; providing

Digitized by Google

for the appointment of side path commissioners, prescribing their duties, and the duties of the assessors in the assessment of bicycles; providing for levying, collecting and disbursement of a tax on bicycles," approved the eleventh day of April, one thousand eight hundred ninety-nine (P. L., 36).

791.   An act, entitled "An act to amend the fifth section of an act, entitled 'An act to provide a more just and equitable method of distributing the school appropriation to the common schools, and specifying the duties of officers in connection therewith,' approved the fifteenth day of July, one thousand eight hundred and ninety-seven," approved the nineteenth day of April, one thousand eight hundred ninety-nine (P. L., 64, No. 57).

792.   An act, entitled "An act creating the office of additional law clerk in the Attorney General's Department and fixing the salary thereof," approved the twenty-eighth day of April, one thousand eight hundred ninety-nine (P. L., 112).

793.   An act, entitled "An act amending section six of an act, entitled 'An act for the protection of persons unable to care for their own property;' so as to authorize the guardian provided for in said act to support the wife and children of said feeble-minded person," approved the twenty-eighth day of April, one thousand eight hundred ninety-nine (P. L., 112, No. 90).

794.   An act, entitled "An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania," approved the twenty-eighth day of April, one thousand eight hundred ninety-nine (P. L., 133).

795.   An act, entitled "An act to regulate the publication, binding and distribution of the public documents of this Commonwealth," approved the second day of May, one thousand eight hundred ninety-nine (P. L., 178).

796.   An act, entitled "An act authorizing counties of the Commonwealth of Pennsylvania to purchase, maintain, use, and condemn bridges erected and in use over rivers and streams separating or dividing any part or district of such counties, and providing the manner in which compensation shall be made," approved the fifth day of May, one thousand eight hundred ninety-nine (P. L., 231).

797.   An act, entitled "An act to regulate the manufacture and sale of oleomargarine and butterine and other similar products; to prevent fraud and deception by the manufacture and the sale thereof as an imitation of butter; the licensing of manufacturers of, and dealers in the same, and providing punishment for violations of the act and the means for its enforcement," approved the fifth day of May, one thousand eight hundred ninety-nine (P. L., 241).

798.   An act, entitled "An act to amend the title to an act approved the fourth day of June, Anno Domini one thousand eight hundred and ninety-seven," approved the sixth day of May, one thousand eight hundred ninety-nine (P. L., 253, No. 149).

799.   An act, entitled "An act to provide for the enrollment, organization, discipline and regulation of the militia of the Commonwealth of Pennsylvania," approved the ninth day of May, one thousand eight hundred ninety-nine (P. L., 266).

Digitized by Google

800. An act, entitled "An act relating to the study and practice of physical culture in the public schools," approved the eighth day of March, one thousand nine hundred one (P. L., 49, No. 15).

801. An act, entitled "An act authorizing and empowering the owners and lessees of real estate within this Commonwealth to kill hare or rabbits upon their own premises at all seasons of the year," approved the eleventh day of April, one thousand nine hundred one (P. L., 73, No. 42).

802. An act, entitled "An act to repeal so much of section one of an act, entitled 'An act to promote the more certain and equal assessment of taxes in Philadelphia,' approved March fourteenth, one thousand eight hundred and sixty-five, as relates to the appointment of members of the board of revision of taxes in said county; to repeal an act, entitled 'A supplement to an act, entitled "An act to promote the more certain and equal assessment of taxes in Philadelphia," approved the fourteenth day of March, Anno Domini one thousand eight hundred and sixty-five,' approved March twenty-seventh, one thousand eight hundred and sixty-five; to repeal section one of an act, entitled 'A further supplement to an act, entitled "An act to promote the more certain and equal assessment of taxes in Philadelphia," approved March fourteenth, one thousand eight hundred and sixty-five,' approved February second, one thousand eight hundred and sixty-seven; and to repeal all other legislation pertaining to the board of revision of taxes inconsistent with the election of members thereof by the people," approved the twenty-fourth day of April, one thousand nine hundred one (P. L., 94).

803. An act, entitled "An act to provide for the election of the members of the board of revision of taxes in any county co-extensive in boundary with a city of the first class, and to provide for the filling of vacancies therein," approved the twenty-fourth day of April, one thousand nine hundred one (P. L., 95).

804.. Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen, nineteen, twenty, twenty-one, twenty-two, twenty-three, twenty-six, twenty-nine, thirty-six, thirty-seven, thirty-eight, and thirty-nine of an act, entitled "An act to revise and amend an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and eighty-nine, enlarging, modifying and defining the powers of cities of the third class," approved the sixteenth day of May, one thousand nine hundred one (P. L., 224).

. 805. Sections thirteen, twenty-eight, thirty-five, thirty-eight, and forty-six of an act, entitled "An act defining the rights and liabilities of parties to, and regulating the effect of contracts for work and labor to be done, and labor and materials to be furnished to any building, bridge, wharf, dock, pier, bulkhead, vault, subway, tramway, tollroad, conduit, tunnel, mine, coal-breaker, flume, pump, screen, tank, derrick, pipe-line, aqueduct, reservoir, viaduct, telegraph, telephone, railway or railroad line, canal, millrace, works for supplying water, heat, light, power, cold air, or any other substance furnished to the public; well for the production of gas, oil or other volatile or mineral substance, or other structure or improvement

Digitized by Google

of whatsoever kind or character the same may be; providing reme-
dies for the recovery of debts due by reason of such contracts, and re-
pealing, consolidating and extending existing laws in relation
thereto," approved the fourth day of June, one thousand nine hun-
dred one (P. L., 431).

806. An act, entitled "An act amending section one of an act, en-
titled 'An act for the protection of persons unable to care for their
own property,' approved June twenty-fifth, one thousand eight hun-
dred and ninety-five, and section six of said act as amended by an
act, entitled 'An act amending section six of an act, entitled "An act
for the protection of persons unable to care for their own property,"
so as to authorize the guardian provided for in said act to support
the wife and children of said feeble-minded person,' approved April
twenty-eighth, one thousand eight hundred and ninety-nine; so as to
confer concurrent jurisdiction upon the orphans' court, enable addi-
tional persons to petition, enlarge the powers of the guardian, and
authorize the sale of the real estate of the ward," approved the nine-
teenth day of June, one thousand nine hundred one (P. L., 574, No.
282).

807. An act, entitled "An act authorizing, empowering and di-
recting the county commissioners of the several counties of this
Commonwealth to pay to the constables of their respective coun-
ties for the services rendered by such constables in making returns
to the court, and for attending general, special, borough, township,
or ward elections, and traveling expenses incident thereto, since the
first day of January, Anno Domini one thousand eight hundred and
ninety-seven, in all cases where the same remain unpaid," approved
the second day of July, one thousand nine hundred one (P. L., 609).

808. An act, entitled "An act to amend an act entitled 'An act
to provide for the organization, discipline and regulation of the
National Guard of Pennsylvania,' approved the twenty-eighth day
of April, Anno Domini one thousand eight hundred and ninety-nine,
by providing for the organization of a regiment of cavalry, the
establishment of regimental bands, and of a hospital corps," ap-
proved the twenty-seventh day of March, one thousand nine hun-
dred three (P. L., 86).

809. An act, entitled "An act amending clause twenty-two of
section three of article five, and sections one and two of article
thirteen of an act, entitled 'An act providing for the incorporation
and government of cities of the third class,' approved the twenty-
third day of May, Anno Domini one thousand eight hundred and
eighty-nine, and amending clauses ten and forty of said section three,
article five, and section eleven of article six, and section four of article
sixteen of said act, as the same were enacted by amendment by
an act revising and amending said act, approved the sixteenth day
of May, Anno Domini one thousand nine hundred and one," approved
the thirtieth day of March, one thousand nine hundred three (P. L.,
115).

810. An act, entitled "An act amending 'A supplement to an act,
entitled "An act to fix the salaries of the several State officers of
the Commonwealth, the number of clerks to be employed in the
several departments and their compensation, and providing for the
incidental expenses of said department," approved May fourteenth,

Digitized by Google

one thousand eight hundred and seventy-four, increasing the salary of the Deputy Attorney General and providing for the number of clerks and employes in the Attorney General's office, also fixing the salary of the keeper of the Harrisburg Arsenal, and the salary of the six men employed at the State Arsenal,' approved the fourth day of March, Anno Domini one thousand eight hundred and eighty-seven," approved the eighth day of April, one thousand nine hundred three (P. L., 157).

811.   Sections one, two, three, four, five, and six of an act, entitled "An act to fix the salaries of the judges of the Supreme Court, the judges of the Superior Court, the judges of the courts of common pleas, and the judges of the orphans' courts," approved the fourteenth day of April, one thousand nine hundred three (P. L., 175).

812.   An act, entitled "An act amending an act, entitled "An act regulating the pay of election officers at all elections hereafter held within this Commonwealth,' approved the twenty-fourth day of June, Anno Domini one thousand eight hundred and ninety-five, and fixing the pay of election officers," approved the sixteenth day of April, one thousand nine hundred three (P. L., 220).

813.   An act, entitled "An act to amend an act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' approved the second day of June, Anno Domini one thousand eight hundred and ninety-nine," approved the twenty-second day of April, one thousand nine hundred three (P. L., 246, No. 181).

814.   An act, entitled "An act to amend an act, entitled 'An act defining the rights and liabilities of parties to, and regulating the effect of contracts for work and labor to be done, and labor or materials to be furnished to any building, bridge, wharf, dock, pier, bulkhead, vault, subway, tramway, tollroad, conduit, tunnel, mine, coal-breaker, flume, pump, screen, tank, derrick, pipe-line, aqueduct, reservoir, viaduct, telegraph, telephone, railway or railroad line, canal, millrace, works for supplying water, heat, light, power, cold air, or any other substance furnished to the public, well for the production of gas, oil or volatile or mineral substance, or other structure or improvement of whatsoever kind or character the same may be, providing remedies for the recovery of debts due by reason of such contracts, and repealing, consolidating and extending existing laws in relation thereto,' approved June the fourth, Anno Domini one thousand nine hundred and one," approved the twenty-second day of April, one thousand nine hundred and three (P. L., 255).

815.   An act, entitled "A supplement to an act approved twenty-third day of May, one thousand eight hundred and eighty-nine, entitled 'An act for the incorporation and government of cities of the third class,' providing for the adjustment of the indebtedness of such cities and boroughs or townships annexed thereto," approved the twenty-fifth day of April, one thousand nine hundred three (P. L., 312).

816.   An act, entitled 'An act regulating the salaries of the chaplains of the Senate and House of Representatives," approved the twenty-seventh day of April, one thousand nine hundred three (P. L., 320, No. 245).

Digitized by Google

817.   Section two of an act, entitled "An act to amend article nine, section one of an act, entitled 'An act to provide for the health and the safety of persons employed in and about the anthracite coal mines of Pennsylvania, and for the protection and preservation of property connected therewith,' approved June second, one thousand eight hundred and ninety-one; also to amend section seventeen of an act, entitled 'An act relating to bituminous coal mines, and providing for the lives, health, safety, and welfare of persons employed therein,' approved June thirtieth, one thousand eight hundred and eighty-five," approved the thirtieth day of May, one thousand nine hundred three (P. L., 359).

818.   An act, entitled "An act providing for the payment of the expense of maintaining prisoners committed to county prisons for non-payment of fines or penalties imposed for the violation of city or borough ordinances, or ordinances of townships of the first class, by the city, borough or township of the first class to which such fines are payable," approved the twenty-eighth day of March, one thousand nine hundred five (P. L., 61, No. 42).

819.   An act, entitled "An act providing for necessary medical attention to needy persons who may be in danger of suffering from hydrophobia," approved the thirty-first day of March, one thousand nine hundred five (P. L., 92, No. 68).

820.   An act, entitled "An act to amend the fourth section of an act, entitled 'An act to protect the health of the domestic animals of the Commonwealth of Pennsylvania,' approved the twenty-sixth day of May, Anno Domini one thousand eight hundred and ninety-seven, by prescribing penalties and methods of procedure for the enforcement of the provisions of said act," approved the fifth day of April, one thousand nine hundred five (P. L., 106).

821.   An act, entitled "An act to amend section one, article one of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and eighty-nine, providing for the submission of the question of incorporation of such city of the third class by councils, upon the petition of a certain number of the qualified electors of the towns or boroughs embraced within the limits of the proposed city," approved the tenth day of April, one thousand nine hundred five (P. L., 127).

822.   An act, entitled "An act providing that where two cities are contiguous, and in the same county, the smaller may be annexed to the larger, prescribing the method of proceeding and the effect of annexation, providing for the division of such enlarged cities into wards for the apportionment of common council, and for the indebtedness of such cities," approved the twentieth day of April, one thousand nine hundred five (P. L., 221, No. 161).

823.   An act, entitled "An act to provide for the protection and preservation of game, game-quadrupeds and game-birds, and song, insectivorous and other wild birds, and prescribing penalties for violation of its several provisions," approved the twenty-second day of April, one thousand nine hundred five (P. L., 248).

824. An act, entitled "An act to amend an act, entitled 'An act relating to appeals in cases of summary convictions,' approved the seventeenth day of April, Anno Domini one thousand eight hundred and seventy-six, providing for the entering of security on appeal on summary conviction," approved the twenty-second day of April, one thousand nine hundred five (P. L., 284).

825. An act, entitled "An act to fix the salary of the messenger in charge of the flag-room," approved the twenty-second day of April, one thousand nine hundred five (P. L., 289).

826. An act, entitled "An act providing for the election of a city clerk in the several cities of the third class in this Commonwealth, prescribing his duties, term and compensation, and empowering him to administer oaths and certify ordinances, resolutions and other proceedings of councils," approved the seventh day of March, one thousand nine hundred seven (P. L., 11).

827. An act, entitled "An act to amend the act approved July fifteenth, one thousand eight hundred and ninety-seven, entitled 'An act to provide a more just and equitable method of distributing the school appropriation to common schools, and specifying the duties of officers in connection therewith,' by providing for the enumeration of school children, and the enrollment of taxables in cities of the first and second classes by officers appointed by the Boards of Education, and for the distribution of school funds to said cities on the basis of such list of taxables," approved the fourth day of April, one thousand nine hundred seven (P. L., 41).

828. An act, entitled "An act being a supplement to an act, entitled 'An act to regulate the time of holding city teachers' institutes,' approved the twentieth day of April, Anno Domini one thousand nine hundred and five, extending its application to boroughs," approved the fourth day of April, one thousand nine hundred seven (P. L., 43, No. 40).

829. An act, entitled "An act to amend section eleven of the act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' increasing the number of reports of the commissioners of Soldiers' Orphans' Schools," approved the fourth day of April, one thousand nine hundred seven (P. L., 49, No. 47).

830. An act, entitled "An act regulating the hunting and killing and possession of wild water-fowl in the Commonwealth of Pennsylvania, and prescribing penalties for the violation of its provisions," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 63, No. 57).

831. An act, entitled "An act to amend section one of article one of an act, entitled 'An act to amend section one, article one, of an act, entitled "An act providing for the incorporation and government of cities of the third class," approved May twenty-third, Anno Domini one thousand eight hundred and eighty-nine, providing for the submission of the question of incorporation of such city of the third class by councils upon the petition of a certain number of the qualified electors of the towns or boroughs embraced within the limits of the proposed city,' approved the tenth day of April, Anno Domini one thousand nine hundred and five, providing for the sub-

Digitized by Google

mission of such question of the incorporation of such city of the third class by the court of quarter sessions of the peace of the county wherein such proposed city is to be located, upon the petition of a certain number of the qualified electors of the towns and boroughs embraced within the limits of the proposed city to the qualified electors and the manner of voting thereon," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 66, No. 59).

832.  An act, entitled "An act to provide for the better protection of deer in the Commonwealth of Pennsylvania, and prescribing penalties for violation of its several provisions," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 70).

833.  An act, entitled "An act to provide for the taking or killing of rabbits or hares in this Commonwealth, and prescribing penalties for violation of its several provisions," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 72).

834.  An act, entitled "An act to amend sections six and twenty-three of the act, entitled 'An act to provide for the protection and preservation of game, game-quadrupeds and game-birds, and song and insectivorous and other wild birds, and prescribing penalties for violation of its several provisions,' approved the twenty-second day of April, Anno Domini one thousand nine hundred and five, changing the open season for ruffed grouse, commonly called pheasant, prohibiting the killing of game birds in the nighttime, limiting the kind of guns to be used in killing game, regulating prosecutions for the violation of the provisions of this act, and the disposition of the fines and penalties imposed therefor," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 74).

835.  Sections one, two, three, four, five, seven, nine, ten, eleven, and twelve of an act, entitled "An act to encourage the breeding of horses, to regulate the public service of stallions, to require the registration of stallions, and to provide for the enforcement thereof" approved the twenty-fifth day of April, one thousand nine hundred seven (P. L., 114).

836.  An act, entitled "An act to amend section one of 'An act providing for necessary medical attention to needy persons who may be in danger of suffering from hydrophobia,' approved the thirty-first day of March, Anno Domini one thousand nine hundred and five, so as to include all persons who may apply for aid and providing that the cost of such medical attention shall be paid by the several poor districts within this Commonwealth," approved the seventh day of May, one thousand nine hundred seven (P. L., 170, No. 132).

837.  Sections two, three and four of an act, entitled "An act to provide for the better protection and preservation of song and insectivorous birds, and other wild birds, and providing penalties for violation of its several provisions," approved the eighth day of May, one thousand nine hundred seven (P. L., 186).

838.  An act, entitled "An act authorizing and empowering the courts of common pleas of the respective counties of this Commonwealth to declare a vacancy in the office of aldermen and justices of the peace when said officers shall not reside and maintain an office in their respective wards, districts, boroughs, or townships,

and providing for the appointment of their successors," approved the twenty-fifth day of May, one thousand nine hundred seven (P. L., 257, No. 196).

839.   An act, entitled "An act to further amend section one, article one, of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved the twenty-third day of May, Anno Domini one thousand eight hundred and eighty-nine, and which was amended by an act approved the tenth day of April, Anno Domini one thousand nine hundred and five, prescribing the manner and computing and making return of same," approved the twenty-eighth day of May, one thousand nine hundred seven (P. L., 268.)

840.   An act, entitled "A supplement to an act, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania,' approved twenty-eighth day of April, eighteen hundred and ninety-nine, providing for increasing the efficiency of the National Guard by the retirement of officers upon age or service, and defining the duties and rights of such retired officers," approved the thirty-first day of May, one thousand nine hundred seven (P. L., 357, No. 258).

841.   An act, entitled "An act to amend section thirteen of the act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth, increasing the number of fire and marine reports of the Insurance Commissioner,'" approved the sixth day of June, one thousand nine hundred seven (P. L., 420).

842.   An act, entitled "An act providing that the jurisdiction of the courts shall not be ousted by a provision in a contract that an award or an appraisement of an engineer, architect or other person shall be final or conclusive, or that a certificate of an engineer, architect or other person shall be a condition precedent to maintaining an action upon such contract, and that any controversy arising on a contract containing such a provision shall be determined in due course of law, with the same effect as if such provisions were not in such contract; contracts with municipal or other corporations, invested with the privilege of taking private property for public use, excepted," approved the first day of June, one thousand nine hundred seven (P. L., 381, No. 274).

843.   Sections two, three, four, five, six and seven of an act, entitled "An act providing for the method, contents, style, reporting, and printing of the Legislative Journal, authorizing the appointment of official reporters and typewriters, providing for the making of an appendix and index, the printing of wrappers for said Journal, abolishing the printing of the Legislative Record, and Senate and House of Representatives Journals in separate form, and repealing all acts or parts of acts relating to the printing of the Legislative Record and wrappers for the same," approved the twenty-third day of April, one thousand nine hundred nine (P. L., 163).

844.   An act, entitled "An act amending section eight of article seven of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and eight-nine, by pro-

viding for the disposition of all fees received by any magistrate or alderman while presiding in the mayor's police court, and authorizing councils to provide compensation for such services, approved the twenty-seventh day of April, one thousand nine hundred nine (P. L., 192).

845.  An act, entitled "An act to amend an act, entitled 'An act for the establishment of free public libraries in the several school districts of the Commonwealth, except in cities of the first and second class,' approved the twenty-eighth day of June, Anno Domini one thousand eight hundred and ninety-five, so as to increase the maximum rate one-fourth of a mill and establish a minimum rate," approved the twenty-ninth day of April, one thousand nine hundred nine (P. L., 294).

846.  An act, entitled "An act to amend section two of the act, entitled 'An act abolishing the office of township tax collector in townships of the first class, and providing that in such townships all taxes shall be collected by the township treasurer, including State and county taxes,' approved May twenty-eighth, one thousand nine hundred and seven, providing that nothing in the said act shall take away from or interfere with the powers and duties conferred or imposed upon the treasurer of any county in relation to the collection of State and county taxes, by existing laws," approved the first day of May, one thousand nine hundred nine" (P. L., 301).

847.  An act, entitled "An act providing a method whereby moneys due sub-contractors for labor and materials furnished for, and in the construction of municipal work or public improvements, may be secured and recovered," approved the sixth day of May, one thousand nine hundred nine (P. L., 441).

848.  An act, entitled "An act to amend section nineteen of an act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' approved the seventeenth day of April, Anno Domini one thousand nine hundred and five, to increase the number of copies of the annual report of the Commissioner of Health from three thousand four hundred copies, to three thousand nine hundred copies, the extra five hundred copies to be for the Department of Health, and to allow the publication and distribution by the Department of Health of a bulletin," approved the sixth day of May, one thousand nine hundred nine (P. L., 444).

849.  An act, entitled "An act to amend section first of an act of Assembly approved the fourth day of April, Anno Domini one thousand nine hundred and seven, entitled 'An act creating, in counties having a population of from three hundred thousand to one million, a board to fix and determine the number and compensation of employes in all county offices, boards, bureaus, departments and divisions thereof, prescribing the powers and duties of said board, and regulating appeals from the decision thereof,' so as to make it apply to counties containing a population of not less than eight hundred thousand nor more than one million four hundred thousand," approved the fourth day of March, one thousand nine hundred eleven (P. L., 10).

Digitized by Google

224

850.  Sections one, two, three, four, five, six, seven, eight, nine, and ten of an act, entitled "An act amending section three of article one, section five of article three, sections sixteen, seventeen and eighteen of article four, section two of article six, section one of article seven, sections one and three of article eight, and sections one and seven of article nine, of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved the twenty-third day of May, Anno Domini one thousand eight hundred and eighty-nine," approved the twenty-first day of June, one thousand nine hundred eleven (P. L., 1102).

851.  An act entitled "An act providing for another judge in each of the courts of common pleas of Philadelphia county," approved the twenty-ninth day of March, one thousand nine hundred thirteen (P. L., 20).

852.  An act, entitled "An act to consolidate the five courts of common pleas of Philadelphia county," approved the eleventh day of June, one thousand nine hundred thirteen (P. L., 469).

Section 2.  The repeal by this act of any act of Assembly or part thereof shall not revive any act or part thereof heretofore repealed or superseded.  The provisions of this act shall not affect any act done, liability incurred, or right accrued or vested, or affect any suit or prosecution pending or to be instituted, to enforce any right or penalty, or punish any offense under the authority of such repealed laws.  The provisions of this act shall be severable, and if any of the provisions shall be held to be unconstitutional the decision shall not affect the validity of any of the remaining provisions of this act.

<div align="center">

Commonwealth of Pennsylvania,
Executive Chamber,
Harrisburg, June 2, 1915.

</div>

I file herewith, in the office of the Secretary of the Commonwealth, with my objection, House bill No. 406, entitled "An act to clarify the statute law of the Commonwealth, by repealing certain acts and parts of acts of Assembly which are obsolete, expired, supplied, superseded, repealed by implication, or declared unconstitutional."

This bill is an omnibus repealer.  It aims to repeal 852 obsolete, expired, supplied or superseded laws.  To remove from our statute books this mass of useless legal stuff is wholly commendable.  It is to be regretted that it cannot be done in the manner indicated.  But the title does not recite the acts repealed, nor does it confine itself to a single subject.  The Constitution requires both these to be done.

Moreover, it proposes to repeal quite a few laws that are declared by department heads to be essential to proper administration.  In other words, some of these acts are not obsolete.  They are vital.  At the next session, with more care and study, and fuller conference as to the uselessness of laws that may be repealed, it is hoped that the really desirable end contemplated may be accomplished.

For these reasons the bill is not approved.

<div align="right">

MARTIN G. BRUMBAUGH.

</div>

Digitized by Google