# EXHIBIT 8

# LAWS

OF THE

# Borough of Harrisburg;

TO WHICH IS PREFIXED,

THE

# ACT OF ASSEMBLY

INCORPORATING THE BOROUGH.

PUBLISHED BY ORDER OF THE TOWN COUNCIL,
JUNE 1826.

HARRISBURG:
PRINTED BY JOHN WYETH,
1826.

Digitized by Google

## AN ORDINANCE to prevent nuisances &c. in the borough of Harrisburg.

Sect. 1. Be it ordained by the town council of the borough of Harrisburg, That if any person or persons, after the due promulgation hereof, shall cast or lay, or cause to be cast or laid, any shavings, mud, straw, ashes, brickbats, dung, the heads, entrails, or other offal of fish, or any other annoyance whatever, on any pavement, footwalk, street, lane, or alley, within the said borough, he, she or they so offending, and being thereof convicted before the chief burgess, or in his absence or inability to act, the assistant burgess, shall forfeit and pay the sum of five dollars for every such offence, together with costs of conviction and shall moreover pay the expense of removing the said nuisance or nuisances. *[No nuisance to remain in any street, lane or alley. Penalty.]*

Sect. 2. And be it ordained by the authority aforesaid, That if any person or persons, shall cast, carry, draw out or lay any dead carcase, excrement or filth from vaults, privies or necessary-houses, and shall leave such dead carcase, excrement or filth, any place within the limits of the said borough, without burying the same a sufficient depth to prevent any disagreeable smell arising therefrom, every person or persons so offending, and being thereof convicted in manner aforesaid, shall forfeit and pay for every such offence the sum of eight dollars, with costs of conviction, and shall moreover pay the expense of removing such nuisance or nuisances. *[No dead carcase to remain within the limits of the borough. Penalty.]*

Sect. 3. And be it further ordained by the authority aforesaid, That if any distiller, soap-boiler, tallow-chandler or butcher, within the said borough, shall discharge any nauceous liquor or blood, from any still-house, work-shop or slaughter-house, so that such liquor or blood shall pass into, or along any of the said streets, lanes or alleys, or if any soap-boiler, tallow-chandler, or butcher shall keep, collect or use, or cause to be kept, collected or used, in any of the inhabited parts of the borough, any stale, putrid or stinking fat, grease or other matter, or if any butcher shall keep at, or near his slaughter-house any blood, garbage, entrails, offal or filth whatsoever, so as to annoy any of the inhabitants of the said borough, or any other person, he, she or they so offending, and being thereof convicted in manner aforesaid, shall forfeit and pay for every such offence the sum of five dollars, with costs of conviction and expense of removing the same. *[Relative to distillers, soap boilers and butchers, &c. Penalty]*

Digitized by Google

| | |
|---|---|
| Hog-styes. | Sect. 4. That if any person or persons, shall erect or maintain any hog-stye, adjoining any street, lane or alley, or adjoining the private property of any individual or society, within the inhabited parts of the said borough, he, she or they so offending, and being thereof convicted, shall forfeit and pay one dollar for every week, said nuisance shall be continued, after the due promulgation hereof. |
| Hog-styes. | Sect. 5. That any person or persons, who shall erect or maintain any hog-stye, in the interior of his, her or their lots in the borough aforesaid, he, she or they shall keep the same so clean, that the smell thereof shall not be offensive to his, her or their neighbour or neighbours, or other citizens of the said borough, any person offending against this section, and being thereof duly convicted, shall forfeit and pay the sum of fifty cents for every such offence. |
| Geese. | Sect. 6. And be it further ordained by the authority aforesaid, That any geese that shall be found going at large within the inhabited parts of the said borough, may be taken up by any citizen of said borough, and sold by public sale at the market-house, on the next market day after the same shall have been taken up, one half of the proceeds whereof shall be paid to the person or persons who shall take the same up, and sell or cause the same to be sold as aforesaid, and the other half shall be for the use of the borough. |
| Sheep. | Sect. 7. And be it further ordained by the authority aforesaid, That if any sheep are found going at large, in any of the inhabited parts of the said borough, the same may be taken up, confined and advertised; and if the owner shall appear at any time within ten days after the publication of the advertisement, and shall pay all costs and charges consequent on such taking up and confining and advertising, and shall moreover pay into the hands of the treasurer, for the use of the borough, twenty-five cents for each sheep, the same shall be delivered up; otherwise the same shall be sold by the high-constable of the borough, any time after the expiration of the said ten days, one fourth part of the proceeds thereof shall be paid to the taker up of said sheep, one fourth part shall be paid into the treasury, for the use of the borough, and the other half shall be paid to the treasurer for the use of the owner of said sheep: *Provided*, The same shall be called for within six months after the sale of said sheep, but if the same is not called for within said time, it shall become the property of the borough. |

Digitized by Google

Sect. 8. And be it further ordained, That if any person or persons shall suffer his, her or their horse, mare or colt, to run at large in the inhabited parts of the said borough, he, she or they so offending, and being thereof convicted, shall forfeit and pay for every such horse, mare or colt, which shall be so found running at large, the sum of seventy-five cents. *[Horses not to run at large.]*

Sect. 9. That if any person or persons shall ride on horseback, or in any carriage or sleigh, through or along any of the streets, lanes or alleys of said borough, faster than at a common travelling gait, or shall drive his, her or their wagon or cart, through or along the same, faster than a common trot or pace, he, she or they so offending and being thereof convicted, shall forfeit and pay the sum of one dollar for every such offence. *[Shall not ride or drive faster than a trot or pace.]*

Sect. 10. And it is further ordained, That if any person or persons shall ride, place or drive any horse, mare or gelding, or shall drive or place any wagon, cart or other wheel carriage, along, on or over any foot-pavements, in any of the streets in said borough, he, she or they so offending, shall on conviction in manner aforesaid, forfeit and pay for every such offence, the sum of three dollars, with costs, and shall pay the damages if any. *[Not to ride or drive on any foot-walks.]*

Sect. 11. And be it further ordained by the authority aforesaid, That if any person or persons shall wilfully stop or obstruct the passage of any water course to or along any of the gutters or common sewer or sewers, made or to be made hereafter, or shall injure or damage any gutter or gutters, sewer or sewers, he, she or they so offending, and being thereof convicted, in manner aforesaid, shall forfeit and pay for every such offence the sum of eight dollars, with costs of conviction, and shall also pay the expense of repairing the damage. *[Shall not obstruct water courses, gutters, &c.]*

Sect. 12. And be it further ordained by the authority aforesaid, That if any person or persons shall neglect or refuse to cleanse the gutter before his, her or their house or property within the borough, in such manner as to give free vent to the water in its passage to the sewer or other place made to receive and carry it off, (provided such gutter be paved) he, she or they having notice of said gutter being obstructed, and shall refuse or neglect to cleanse the same, after twenty-four hours notice thereof, by putting such obstruction in heaps, shall on conviction thereof in manner aforesaid, forfeit and pay the sum of one dollar for every such offence, together with costs of conviction. *[Owners, &c. of property to cleanse gutters, &c.]*

Digitized by Google

Shall not fire guns, &c. unless on military occasions. Sect. 13. And be it further ordained, That if any person or persons (except on military occasions) shall fire off any gun, pistol or fire arm, within the inhabited parts of the said borough, and shall be duly convicted thereof, shall forfeit and pay the sum of sixty-seven cents for every such offence.

Enacted into a law, May 2d, 1821.
F. KELKER, President.
Attest—JOHN DOWNEY, Town Clerk.

✳✳✳✳✳✳✳✳

*A SUPPLEMENT to the several borough ordinances for the prevention of nuisances.*

Water and other offensive matter not to be on lots. Sect. 1. Be it ordained by the Town Council of the borough of Harrisburg, That any individual or society holding lots within the borough of Harrisburg, and suffering water or other offensive matter to stand upon their lots so as to become putrid, unwholesome or offensive to any of the citizens, or in any way to impair the general health of the said borough, the same shall be deemed and considered as a nuisance, and on information being given to the Chief Burgess of the existence of any Duty of chief burgess and regulators. such nuisance, he shall issue his warrant to the regulators directing and requiring them to regulate and point out, by putting pins in the ground, the manner in which the water or offensive matter is to be drained off or removed, and also to give notice to the owner of the lot or lots on which such nuisances exist, requiring them forthwith to have the same drained off or removed, and if within six days after notice as aforesaid to the owner or owners of the said lots, the same are not drained off and removed as aforesaid, such owner or owners for each offence shall forfeit and pay a fine of twenty dollars Fine on owners. for every week of neglect or refusal to comply with the provisions of this ordinance, the said fine to be recovered before the Chief Burgess as other fines are by law recoverable.

Passed into an ordinance the 17th of September, 1820.
JOHN MYTINGER,
President of the Town Council.
Attest—JAMES ALRICKS, Town Clerk.

Digitized by Google