# EXHIBIT 9

# ORDINANCES

OF THE

# CITY OF HARRISBURG,

THE

## ACT OF INCORPORATION,

AND ALL

## LAWS RELATING TO THE CITY.

LIBRARY
THE PA STATE
COLLEGE

HARRISBURG:
WEAVER & ROYAL, PRINTERS.
..........
1863.

Digitized by Google

Case 1:15-cv-00322-YK   Document 45-12   Filed 09/01/15   Page 3 of 4

county commissioners; and in case of a review or any subsequent view of such highway, it shall be the duty of the reviewers, and any and all subsequent viewers, to assess, and in like manner report, the amount of damages in their judgment sustained, as is required of the first viewers; and the court shall have the same power over all of the reports of viewers under this act, as they now have under the general road laws of this commonwealth; and no street, lane or alley shall be opened, extended or widened under the provisions of this act, until the amount of damages shall be paid. *County commissioners to be notified of re-views.*

JOHN M. THOMPSON,
*Speaker of the House of Representatives pro tem.*

WM. M. FRANCIS,
*Speaker of the Senate.*

APPROVED—The sixth day of March, Anno Domini one thousand eight hundred and sixty.

WM. F. PACKER.

---

# AN ACT

To authorize the laying out of a Public Park in the borough of Harrisburg, to be called Harris Park.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That William H. Cleckner, Thomas Worley, William O. Zimmerman, T. Allen Hamilton, Beverly R. Waugh, George H. Bell and John L. Lingle, of the borough of Harrisburg, in the county of Dauphin, shall have power and authority, as commissioners, to enclose, with the consent of the town council of said borough, the ground lying around the grave of John Harris, in said borough, and bounded by Front street, by the river Susquehanna at high water mark, and extending from a line one hundred and fifty feet below the railroad bridge of the Cumberland Valley railroad company, to the road leading from Paxton street to the said river, containing about one acre, for the purposes of a public park, to be called Harris Park; and after the said grounds shall be enclosed by a suitable railing, fence or wall, it shall be lawful for said commissioners to plant trees, erect seats therein, and otherwise improve the said grounds for the purposes aforesaid, and to make all reasonable rules and regulations for the improvement, superintendence, protection and management of the same.

Digitized by Google

SECTION 2. That in case of vacancy in the board of commissioners, it shall be competent for the town council of said borough to fill such vacancy, by the appointment of some other resident of said borough.

W. C. A. LAWRENCE,
*Speaker of the House of Representatives.*

JNO. CRESSWELL, JR.,
*Speaker of the Senate.*

APPROVED—The thirtieth day of March, Anno Domini one thousand eight hundred and fifty-nine.

WM. F. PACKER.

---

## A SUPPLEMENT

To the Charter of the borough of Harrisburg.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That so much of the several acts of assembly incorporating the borough of Harrisburg, and every and all other laws with reference thereto, as requires members of the town council and high constable of the said borough, to be freeholders, be and the same is hereby repealed; and the officers aforesaid shall possess all the qualifications, and be subject to all the restrictions of the general law regulating boroughs, approved April first, one thousand eight hundred and thirty-four, with its several supplements.
<sub>[Provisions of certain act repealed.]</sub>

SECTION 2. There shall hereafter be elected in said borough, thirteen members to compose a town council, to wit: From the West precinct of the North ward, three members; from the North precinct of the North ward, three members; from the East precinct of the South ward, three members; from the South precinct of the South ward, three members; from the borough at large, one member, who shall be chief burgess; the latter to be voted for as "Town council at large," in each of said wards and precincts, every year. Of the above members from precincts one-third shall serve one year; one-third, two years; one-third, three years. Hereafter the council shall fix the places of holding the municipal elections in the respective precincts and wards above designated; but the first election under this act shall be held at the present places of holding the general election in said borough.
<sub>[Number of members of council. Place of holding elections fixed by council. Office of assistant burgess abolished.]</sub>

SECTION 3. The office of assistant burgess be and the same is hereby abolished, so far as relates to said borough.

SECTION 4. That at the first meeting of the council after the passage of this act, the members thereof shall proceed immediately to decide by lot the terms for which they shall respectively serve:
<sub>[Terms of members of council to be decided by lot.]</sub>

Digitized by Google