# EXHIBIT 10

# LAWS

OF THE

## GENERAL ASSEMBLY

OF THE

## STATE OF PENNSYLVANIA,



PASSED AT THE

### SESSION OF 1873,

In the Ninety-seventh year of Independence.

WITH AN APPENDIX.

BY AUTHORITY.

HARRISBURG:
BENJAMIN SINGERLY, STATE PRINTER.
1873.

Digitized by Google

No. 808.

# An Act

Authorizing the electors of the borough of Lykens, in the county of Dauphin, to elect one supervisor for said borough, et cetera.

SECTION 1. *Be it enacted, &c.,* That the qualified electors of the borough of Lykens, in the county of Dauphin, on the third Friday of March, one thousand eight hundred and seventy-three, and every succeeding March election thereafter, elect but one supervisor for said borough instead of two supervisors; and that all laws heretofore enacted in relation thereto be and the same are hereby repealed.

APPROVED—The 10th day of April, A. D. 1873.

J. F. HARTRANFT.

No. 809.

# An Act

To repeal an act for the appointment of an auctioneer for the county of Westmoreland, approved twentieth March, one thousand eight hundred and sixty-nine.

SECTION 1. *Be it enacted, &c.,* That the act providing for the appointment of an auctioneer for the county of Westmoreland, approved the twentieth day of March, Anno Domini one thousand eight hundred and sixty-nine, be and the same is hereby repealed.

APPROVED—The 10th day of April, A. D. 1873.

J. F. HARTRANFT.

No. 810.

# An Act

To prevent the carrying of deadly weapons within the city of Harrisburg.

SECTION 1. *Be it enacted, &c.,* That any person who shall carry any pistol, dirk-knife, slung-shot or deadly weapon

within the city limits of Harrisburg, except police officers, shall be deemed guilty of misdemeanor, and being convicted thereof, shall be sentenced to undergo an imprisonment or be fined in any sum of not less than fifty dollars, or both, at the discretion of the court, and in case of non-payment of the fine so imposed, shall be imprisoned for a period of not less than three months, and be required to give security for future good behavior. The fines collected shall be paid into the city treasury for the use of said city.

APPROVED—The 12th day of April, A. D. 1873.

J. F. HARTRANFT.

---

No. 811.

# An Act

To incorporate the Mountain Grove Camp-Meeting Association of the Methodist Episcopal Church.

*Corporators*

SECTION 1. *Be it enacted, &c.*, That Reverends Samuel Barnes and Samuel Creighton, Messrs. J. M. Shoop, N. P. John, M. W. Jackson, B. G. Welch, Stephen Turnbaugh, E. M. Wardin, A. J. Amerman, J. R. Cleaver and Joseph Smith, with such other person or persons, citizens of this state and of any other state, as may associate with them, and their successors, be and they hereby are created a body politic and corporate in law by the name, style and title of the Mountain Grove Camp-Meeting Association of the Methodist Episcopal Church, for the purpose of providing and maintaining for the members and friends of the Methodist Episcopal church a proper, convenient, desirable and permanent camp-meeting ground and christian family resort; and by the name of the Mountain Grove Camp-Meeting Association of the Methodist Episcopal Church, shall have perpetual succession, and be able to sue and be sued in any court of law or equity, and may have and use a common seal, and the same at their pleasure alter and renew; and shall have power to purchase and hold such real and personal estate, and erect such buildings and improvements thereon as they may deem necessary, proper or desirable for the purposes and objects of the corporation, and the same, or any part thereof, to dispose of in parcels or otherwise, by lease, or in fee simple, or otherwise, on such terms, conditions and restrictions, not repugnant to the laws of this state or the United States, as they may see fit; and the said corporation shall have authority to receive gifts or bequests, by will or otherwise, for the purpose of ornamenting, improving and maintaining the camp-ground of said association. The managers of the said corporation shall have power to borrow money to any amount, not ex-

*Title.*

*Purpose.*

*Powers and privileges.*

*Managers may borrow money.*