# EXHIBIT 12

# A Digest

OF THE

# LAWS OF PENNSYLVANIA,

FROM

## ONE THOUSAND EIGHT HUNDRED AND EIGHTY-THREE

TO

## ONE THOUSAND EIGHT HUNDRED AND NINETY-ONE.

SUPPLEMENTARY

TO THE

ELEVENTH EDITION OF BRIGHTLY'S PURDON'S DIGEST,

AND COMPLETING IT TO THE PRESENT TIME.

BY

## FRANK F. BRIGHTLY, Esq.,

AUTHOR OF "BRIGHTLY'S PHILADELPHIA DIGEST."

PHILADELPHIA:
KAY AND BROTHER,
LAW BOOKSELLERS, PUBLISHERS AND IMPORTERS.
1891.

Digitized by Google

16 May 1891.
P. L. 63.

Change of boundaries.

78. Whenever the boundary lines of any city of the third class are, in whole or in part, the centre of a stream or water-course, the councils of the city may, by ordinance, change the lines so as to embrace the whole bed or margin of the stream and water-course and any roadway on the bank of such stream or water-course within the limits of the city, and shall cause a map or plot of the part of the line so changed, together with a copy of the ordinance, to be filed in the court of quarter sessions of the county wherein such city is located, and notice of the filing of the same shall be given by publication in two newspapers published in the county—if there be two—nearest the limits of the said city, at least three weeks previous to the filing of said map or plot, and if no exceptions are filed on the first day of the term to which the publication is made the same shall be conclusive; and if exceptions are filed the court shall, at the next succeeding term, hear the parties and determine whether or not the exceptions shall be sustained. If the court, upon hearing, sustains the exceptions, no further proceedings shall be had in reference to such change of boundaries, for one year, by the councils of such city; but if the exceptions are overruled the boundary or boundaries ascertained by the ordinance and map shall be as therein fixed.

(4.) Corporate powers.

23 May 1889, art. 5, § 1.  P. L. 277.

Present powers and officers continued.

79. The corporate powers and the number, character, powers and duties of the officers of cities of the third class now in existence by virtue of the laws of this commonwealth shall be and remain as now provided by law, except where otherwise provided by this act.

Ibid. § 2.

Powers under this act.

80. Every city of the third class within this commonwealth is hereby declared to be a body corporate and politic, and shall have perpetual succession and shall have power:—
 I. To sue and be sued.
 II. To purchase and hold real and personal property for the use of the city.
 III. To lease and to sell and convey any real or personal property owned by the city, and to make such order respecting the same as may be conducive to the interests of the city.
 IV. To make all contracts and do all other acts in relation to the property and affairs of the city necessary to the exercise of its corporate or administrative powers.
 V. To have and use a corporate seal and alter the same at pleasure; and every such seal shall have upon it the word "Pennsylvania," the name of the city and the year of its original incorporation.

Powers vested in mayor and councils.

The powers hereby granted shall be exercised by the mayor and councils of such cities in the manner herein provided.

Ibid. § 3, cl. 1.

For what purposes ordinances may be enacted.

Taxation.

81. Every city of the third class in its corporate capacity is authorized and empowered to enact ordinances for the following purposes, in addition to the other powers granted by this act: To levy and collect taxes for general revenue purposes, not to exceed ten mills on the dollar in any one year, on all persons, real, personal and mixed property within the limits of said city, taxable according to the laws of the state of Pennsylvania for county purposes; the valuation of such property to be assessed as hereinafter provided.

Ibid. cl. 2.

Valuation of property.

82. To provide for the assessment and collection of taxes, in addition to the above, not exceeding one per centum on the dollar upon the assessed valuation in any one year, on all persons, real and personal property and all other matters and things within said city, taxable for county purposes, for the payment of interest on bonded indebtedness and for the payment of loans to support the government and to make the necessary improvements in said city.

Ibid. cl. 3.

Poll tax.

83. To impose a poll-tax for general revenue purposes, not exceeding one dollar annually, on all male inhabitants above the age of twenty-one years.

Ibid. cl. 4.

License taxes.

84. To levy and collect, for general revenue purposes, a license tax not exceeding one hundred dollars each, annually, on all auctioneers, contractors, druggists, hawkers, peddlers, produce or merchandise venders, bankers, brokers, pawnbrokers, merchants of all kinds, persons selling or leasing goods upon instalments, grocers, confectioners, butchers, restaurants, bowling alleys, billiard tables and other gaming tables, drays, hacks, carriages, omnibuses, carts, wagons, street railway cars and other vehicles used in the city for hire or pay, lumber dealers, including commission men and all persons who make a business of buying lumber for sale at wholesale or retail, furniture dealers, saddle or harness dealers, stationers, jewelers, livery or boarding stable keepers, real estate agents,

Digitized by Google

agents of fire, life or other insurance companies, market house companies, express companies or agencies, telegraph, telephone, steam heating, gas, natural gas, water, electric light or power companies or agencies, or individuals furnishing communication, light, heat or power by any of the means enumerated, and to regulate the collection of the same. <span style="float:right">23 May 1889, art. 5, §8, cl. 4. P. L. 277.</span>

85. To borrow money on the credit of the city, and to pledge the credit and revenue thereof for the payment of the same, to an amount not exceeding two per centum upon the assessed value of the taxable property in said city; and, with the consent of the people of the said city, obtained at an election held under the provisions of the constitution and the general laws of this commonwealth, to increase the indebtedness of such city to an amount not exceeding in the aggregate seven per centum upon the assessed valuation of the taxable property therein. <span style="float:right">Ibid. cl. 5.<br>To borrow money and secure payment thereof.<br><br>Increase of indebtedness.</span>

86. To provide for the issuing of bonds, and for the application of bonds already issued by cities hereafter incorporated, for the purpose of funding any and all indebtedness now existing or hereafter created, of the city, now due or to become due: *Provided*, That said bonds shall be payable in not less than five years and not more than thirty years from the date of their issue, and that the same shall bear interest at a rate not exceeding six per centum per annum, with interest coupons attached, payable annually or semi-annually; and the said bonds shall not be sold or exchanged for less than their par value. <span style="float:right">Ibid. cl. 6.<br>Funding of indebtedness.<br>Date of payment of bonds.<br>Rate of interest.<br>Sale of bonds.</span>

87. To make provision for a sinking fund to pay at maturity the bonded indebtedness of the city, and to levy and collect taxes on all the taxable property in the city, in addition to all other taxes, for the purpose of paying the same, under and subject to the limitations and requirements of this act and of the constitution and laws of this commonwealth. <span style="float:right">Ibid. cl. 7.<br>Sinking fund.</span>

88. To lay out, open, widen, straighten, alter, extend or improve any street, avenue, alley, or lane within the city limits, in accordance with the provisions of this act, and keep the same in good order and repair and in safe, passable condition, or to vacate and discontinue the same whenever deemed expedient for the public good, and to make sidewalks and construct and maintain bridges and culverts. <span style="float:right">Ibid. cl. 8.<br>Streets, alleys, sidewalks, bridges, and culverts.</span>

89. To construct and reconstruct sewers, and to extend the same beyond the city limits, whenever deemed necessary, and for the purpose of such construction or extension, to take and occupy private lands and property, making compensation therefor to the owners thereof as required by law. <span style="float:right">Ibid. cl. 9.<br>Sewers.</span>

90. To cause to be graded, paved or macadamized any public street, lane or alley, or part thereof, which is now or may hereafter be laid out and opened in any of the said cities, and have the same set with curbstone, and to provide for the payment of the cost and expense of the same or any part thereof by the city, or by the owners of real estate bounding and abutting thereon, by an equal assessment on said property in proportion to the number of feet the same fronts on the street, lane or alley, or part thereof to be improved, or in case of grading only, to assess the cost thereof, when not paid by the city, upon the properties benefited according to benefits; but councils shall not order any street, lane or alley, or part thereof, to be paved or macadamized at the cost of the owners whose lands front upon the street, lane or alley, or part thereof to be so improved, except upon the petition of a majority in number of such owners, or upon the petition of the persons owning a majority of the feet front on the street, lane or alley, or part thereof to be improved, unless the ordinance for such improvement shall have been passed by a vote of two-thirds of all the members of each branch of councils, in which case councils may direct the improvement to be made at the cost of the owners without petition: *Provided, however*, That before councils shall order any street or alley, or part thereof, to be paved without a petition therefor, a concurrent resolution shall be passed, by a vote of two-thirds of all the members elected to each branch of councils, and approved by the mayor, declaring the purpose of the city to order a certain street or alley, or part thereof, to be paved at the expense of the abutting property. After the passage of said resolution, the owners of property at whose expense said paving is to be done, shall have sixty days in which to agree in writing upon the kind of pavement to be laid. When a majority of said property owners shall agree upon the kind of pavement, the agreement shall be submitted to the mayor for approval. If he approves, notice thereof shall be sent to councils; councils may then order said pavement to be laid at the expense of the abutting property, by ordinance, which shall be passed by a vote of <span style="float:right">Ibid. cl. 10.<br>Grading, paving, and curbing.<br>Payment thereof.<br><br>Majority in interest must petition for improvements.<br><br>Unless councils order same by two-thirds vote.<br><br>Sixty days' time for property owners to agree on kind of pavement.</span>

30

23 May 1889, art. 5, § 3, cl. 10. P. L. 277.

Failure of owners to agree.

two-thirds of all the members elected to each branch thereof. In case the property owners do not agree upon the kind of pavement within sixty days aforesaid, or the mayor shall not approve of the kind of pavement selected by the property owners, then councils may determine the kind of pavement and provide for the same in the ordinance directing the pavement to be laid, which ordinance shall be passed by a two-thirds vote of all the members elected to each branch thereof.

Ibid. cl. 11.

To require owners to pave.

Payment.

91. To require owners of property abutting on any public street, lane or alley, to construct, pave, repave and recurb the sidewalks, and keep the same in good repair along such property, with such materials and under such regulations as may be prescribed by ordinance, and upon failure of such owners to comply therewith, upon notice, to authorize the same to be done by the city, and the expense thereof to be levied and collected from such owners, with costs; which amount shall be a lien upon such premises from the time of the commencement of the work, which date shall be fixed by certificate of the city engineer, filed with the clerk, and may be collected by action at law, or such lien may be filed and proceeded in as herein provided in the case of municipal liens.

Ibid. cl. 12.

Appropriations.

92. To provide for the payment of the debts and expenses of the city and to appropriate money therefor.

9 June 1891. P. L. 255.

To create city offices and prescribe powers.

93. To create any office which they may deem necessary for the good government and interests of the city, and to regulate and prescribe the powers, duties and compensation of such officers, in accordance with this act; but no ordinance shall be passed increasing or diminishing the salary or compensation of any officer after his or their election or appointment: *Provided, however*, That in case of the creation of any board of officers, the members thereof shall be elected or chosen by the select and common councils, but no two persons from the same ward shall serve on any board at the same time.(*a*)

23 May 1889, § 3, cl. 14. P. L. 277.

To require bonds.

94. To require from all officers and agents of the city, elected or appointed, lawful bonds and security for the faithful performance of their duties; and no officer or agent, required by law or ordinance to give bond as aforesaid, shall be sworn into office or enter upon the duties thereof until such bond shall have been duly approved by the proper authority.

Ibid. cl. 15.

Removal of officers.

95. To provide for the removal of officers of the city whose offices are established by ordinance and whose removal is not otherwise herein provided for.

Ibid. cl. 16.

Care of sidewalks, etc.

Shade trees.

Basements and excavations.

96. To require the removal of all obstructions from the sidewalks, curbstones, gutters, streets and street crossings, at the expense of the owners or occupiers of the ground fronting thereon, or at the expense of the person or persons placing the same there; and to regulate the planting and protection of shade trees in the streets, the building of cellar and basement ways and other excavations through or under the sidewalks in said city.

Ibid. cl. 17.

Porches, bay-windows, etc.

97. To make and establish such and so many uniform rules and regulations as to them may seem expedient for the better regulation of porches, porticos, benches, doorsteps, railings, bulk, bay or jut windows, areas, cellar doors and cellar windows, signs and sign posts, boards, poles or frames, awnings, awning posts or other devices or things projecting over, under, into or otherwise occupying the sidewalks, or other portion of any of the streets, lanes or alleys, and in relation to boxes, bales, barrels, hogsheads, crates or articles of merchandise, lumber, coal, wood, ashes, building materials or any other article or thing whatsoever, placed in, or upon, any of the said sidewalks or other portion of said streets, lanes or alleys, and also to prevent and remove all encroachments thereon.

Ibid. cl. 18.

Railroad bridges and crossings.

Safety gates.

Rate of speed.

98. To provide for and require the construction and maintenanee of bridges or other crossings, over or under railroad tracks, and to enter into contracts with railroad companies for the construction and maintenance of the same; to require the erection of safety gates and the placing of flagmen at the intersection of railroads with public streets; to forbid the obstruction of the said crossings by locomotives or railroad cars, and also to make reasonable regulations concerning the rate of speed at which locomotives, cars or trains shall pass upon or across the streets within the built-up portions of the city.

Ibid. cl. 19.

Night-watch and police.

99. To establish and maintain night-watch and police and define the duties of the same.

(*a*) This is an amendment of cl. 13, § 3, of the act 23 May 1889, P. L. 277.

Digitized by Google

100. To regulate the police of the city and to impose fines, forfeitures and penalties for the violation of any ordinance, and provide for the recovery and collection of the same; and in default of payment to provide for confinement in the city or county prison, or to hard labor upon the streets or elsewhere, for the benefit of the city. *23 May 1889, § 3, cl. 20. ·P. L. 277. Fines and penalties. Imprisonment or labor on streets.*

101. To provide for the erection or purchase of lock-ups, or watch-houses in some convenient part of the city, for the detention and confinement of vagrants and persons arrested by the police officers, until the persons so arrested can be taken before the proper magistrate for hearing, and committed to prison or discharged; but no person shall be detained therein for a longer time than twenty-four hours, except upon the order of a magistrate legally authorized, who may commit such person for further hearing. *Ibid. cl. 21. Lock-ups. Detention therein.*

102. To erect or purchase, establish and maintain hospitals, prisons, workhouses and houses of correction for juvenile or other offenders, and to prescribe regulations for the government thereof, and also to erect all public buildings necessary for the use of the city or of any department thereof. *Ibid. cl. 22. Hospitals, prisons, workhouses, etc.*

103. To establish and enforce suitable police regulations for the protection of persons and property at public squares, parks, depots, depot-grounds and other places of public resort, and for the arrest and commitment of professional thieves. *Ibid. cl. 23. Public squares, parks, depots, etc.*

104. To offer rewards for the arrest and conviction of persons guilty of capital or high crimes within the city; but no policeman shall be entitled to receive any share thereof. *Ibid. cl. 24. Rewards.*

105. To license and collect a license tax from all skating rinks, operas, theatres, concerts, shows, circuses, menageries and all kinds of public exhibitions for pay (except those for local, religious, educational or charitable purposes), to regulate the same and to restrain all exhibitions of indecent or immoral character. *Ibid. cl. 25. License tax from shows, theatres, etc. Restrain immoral exhibitions.*

106. To regulate the time and place of bathing in the rivers and other public water in and adjoining said city. *Ibid. cl. 26. Bathing in rivers, etc.*

107. To establish stands for coaches, cabs, omnibuses, carriages, wagons and other vehicles for hire, and to enforce the observance and use thereof, and to fix the rates and prices for the transportation of persons and property from one part of the city to another. *Ibid. cl. 27. Cab stands. Rates of charge.*

108. To restrain, prohibit and suppress tippling shops, houses of prostitution, gambling houses, gaming cock, or dog fighting and other disorderly or unlawful establishments or practices, desecration of the Sabbath day, commonly called Sunday, and all kinds of public indecencies. *Ibid. cl. 28. Tippling shops, etc.*

109. To prevent and restrain riots, routs, noises, disturbances or disorderly assemblies in any street, house or place in the city, to regulate, prevent and punish the discharge of fire-arms, rockets, powder, fire-works or any other dangerous combustible material in the streets, lots, grounds, alleys, or in the vicinity of any buildings; to prevent and punish the carrying of concealed deadly weapons; to arrest, fine or set at work on the streets or elsewhere, all vagrants found in said city; to prevent and punish horse-racing, fast driving or riding in the streets, highways, alleys, bridges or places in the city, and all games, practices or amusements therein likely to result in danger or damage to any person or property, and to prevent and punish the riding or driving of horses, mules, oxen, cattle or other teams, or the passage of any vehicle drawn thereby, over, upon or across sidewalks, and to regulate the passing of the same through the public streets. *Ibid. cl. 29. Prevention of riots, etc. Fire-arms. Concealed weapons. Vagrants. Fast driving. Dangerous amusements. Driving upon sidewalks.*

110. To purchase and own grounds for, and to erect and establish market houses and market places; for which latter purpose parts of any street or sidewalk may be temporarily used, and to provide and enforce suitable general market regulations; to contract with any person or persons or association of persons, companies or corporations, for the erection and regulation of market houses and market places, on such terms and conditions and in such manner as the councils may prescribe, and raise all necessary revenue therefor, as herein provided; and also to levy and collect a license tax from every person or persons who may be authorized by councils to occupy any portion of the streets or sidewalks for temporary public market purposes. *Ibid. cl. 30. Market houses and market places. Market licenses.*

111. To regulate the weighing and measuring of every commodity sold in the city in all cases not otherwise provided by law; provide for and regulate the inspection and weighing of hay, grain and coal and the measuring of wood and fuel to be used in the city, and to designate the place or places of the same, and *Ibid. cl. 31. Weights and measures.*


Digitized by Google

| | |
|---|---|
| 23 May 1889, § 3, cl. 31. P. L. 277.<br>Hay, coal, and wood. | to regulate and prescribe the place or places for exposing for sale hay, coal and wood, and to demand and receive reasonable fees for inspection, weighing and measuring as aforesaid, and for the regulation and stamping of weights and measures. |
| Ibid. cl. 32.<br>Levees and ferries.<br>Wharves. | 112. To provide for the construction and maintenance of levees and ferries within the city limits; to erect wharves on navigable waters adjacent to the city, regulate the use thereof, collect wharfage and establish wharf and dock lines. |
| Ibid. cl. 33.<br>Water-courses.<br>Wells, cisterns, etc. | 113. To establish and change the channels of water-courses, and to wall and cover them over; to establish, make and regulate public wells, cisterns, aqueducts and reservoirs of water, and to provide for filling the same. |
| Ibid. cl. 34.<br>Purchase of lands for public parks.<br>Election prior to purchase. | 114. To purchase, by and with the consent of a majority of the qualified electors, obtained at an election held therefor at a time and place to be fixed by councils, lands and premises for public parks, and to levy and collect such special taxes as may be necessary to pay for the same; and to make appropriations for the improvement and regulations for the government of parks owned or controlled by the city. |
| Ibid. cl. 35.<br>Pens, pounds, etc.<br>Impounding cattle, etc.<br>Taxation or destruction of dogs. | 115. To provide for the erection of all needful pens, pounds and buildings within or without the city limits, appoint keepers thereof and to regulate or prohibit the running at large of cattle, hogs, horses, mules, sheep, goats, dogs or other animals, and to cause such as may be running at large to be impounded and sold to discharge the costs and penalties provided for the violation of such prohibitions, and the expenses of impounding and keeping the same and of such sale; to regulate and provide for taxing the owners and harborers of dogs, and to destroy dogs found at large contrary to any ordinance. |
| Ibid. cl. 36.<br>Public health. | 116. To make regulations to secure the general health of the inhabitants and to remove and prevent nuisances. |
| Ibid. cl. 37.<br>Contagious diseases.<br>Quarantine laws. | 117. To make all necessary orders and regulations to prevent the introduction of contagious or pestilential diseases into the city; to enact quarantine laws for that purpose and to enforce the same within five miles of the city limits. |
| Ibid. cl. 38.<br>Fire department. | 118. To purchase fire engines, hooks, ladders, trucks, fire alarms and other apparatus for the extinction of fires; to organize a fire department with or without pay, to make the necessary appropriations for the maintenance of the same, and to prescribe rules and regulations for the government of the officers and companies belonging thereto, and, if a paid department, to provide by ordinance for the election or appointment of the officers and companies belonging thereto. |
| Ibid. cl. 39.<br>Dangerous chimneys, etc.<br>Explosive substances. | 119. To regulate the construction and inspection of fire-places, chimneys, stoves, stove-pipes, ovens, boilers, kettles, forges or any apparatus used in any building, manufactory or business, and to order the suppression or cleaning thereof when deemed necessary for the prevention of fires, to regulate or prohibit the manufacture, sale, storage or transportation of inflammable or explosive substances within the city, and to prescribe limits within which no dangerous, obnoxious or offensive business shall be carried on. |
| Ibid. cl. 40.<br>Building inspection. | 120. To provide a system for the inspection of buildings to insure their safety and incombustibility, and for the appointment of one or more building inspectors; to prescribe limits within which buildings shall not be constructed or reconstructed, or into or within which the same shall not be removed, except of incombustible materials, with fire-proof roof; and any building erected, reconstructed or removed into or within such limits, contrary to the provisions of any ordinance forbidding the same shall be a public nuisance and abatable as such. |
| Ibid. cl. 41.<br>Lighting of streets.<br>Numbering of houses. | 121. To provide for and regulate the lighting of the streets with gas or electric lights, or light by other means, and to require the numbering of houses. |
| Ibid. cl. 42.<br>Exclusive right to supply gas or other light.<br>Contracts for supply of light. | 122. To have the exclusive right at all times to supply the city with gas or other light, and such persons, partnerships and corporations therein as may desire the same, at such prices as may be agreed upon; and also to have at all times the unrestricted right to make, erect and maintain the necessary buildings, machinery and apparatus for manufacturing and distributing the same, or, in territory not supplied with light, to make contracts with, and authorize any person, company or association so to do, and to give such person, company or association the privilege of supplying gas or other light as aforesaid for any length of time not exceeding ten years. |
| Ibid. cl. 43.<br>Exclusive right to supply water.<br>Water-works. | 123. To have the exclusive right at all times to supply the city with water, and such persons, partnerships and corporations therein as may desire the same, at such prices as may be agreed upon, and for that purpose to have at all times the unrestricted right to make, erect and maintain all proper works, machinery, |

Digitized by Google

buildings, cisterns, reservoirs, pipes and conduits for the raising, reception, conveyance and distribution of water, or, in territory not supplied with water, to make contracts with, and authorize any person, company or association so to do, and to give such person, company or association the privilege of furnishing water as aforesaid for any length of time not exceeding ten years. <span style="float:right">23 May 1889, § 8. cl. 43. P. L. 277.<br>Contracts.<br>Ibid. cl. 44.</span>

124. To enter upon the land or lands, lot or lots, of any person or persons within the city, at all reasonable hours, by their duly appointed city engineer, in order to set out the foundations and regulate the walls to be built between party and party, as to the breadth and thickness thereof, which foundation shall be laid equally upon the lands of the persons between whom such party wall is to be made, and the first builder shall be reimbursed one moiety of the charge of such party wall, or for so much thereof as the next builder shall have occasion to make use of, before such next builder shall or may use or break into said wall. *Party walls.*

125. To enter upon the land or lands, lot or lots, of any person or persons within the city, at all reasonable hours, by their duly appointed city engineer, in order to regulate partition fences; and when adjoining parties shall improve or inclose their lots, such fences shall be made in the manner generally used, and kept in good repair at the equal expense of the parties, unless the owners or occupants between whom such fence is erected shall agree otherwise. *Ibid. cl. 45. Partition fences.*

126. To make all such ordinances, by-laws, rules and regulations, not inconsistent with the constitution and laws of this commonwealth, as may be expedient or necessary, in addition to the special powers in this section granted, for the proper management, care and control of the city and its finances, and the maintenance of the peace, good government and welfare of the city, and its trade, commerce and manufactures, and the same to alter, modify and repeal at pleasure; and to enforce all ordinances by inflicting penalties upon inhabitants or other persons for the violation thereof, not exceeding one hundred dollars for any one offence, recoverable with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid. *Ibid. cl. 46. To pass other necessary ordinances. Penalties.*

127. The councils of each of said cities of the third class shall, in joint convention, on the second Monday of April, or as soon thereafter as practicable, elect, by the vote of a majority of the members chosen to both branches, a competent city engineer, for the term of three years, who shall appoint such assistants as councils shall authorize by ordinance. *Ibid. cl. 47. Election of city engineer. Assistants.*

128. The mayors now in office shall not have power to make appointments given under the provisions of this act before the first Monday in April next. *Ibid. Mayor's appointing power.*

129. In cities of the third class, operating with but a single branch of council, the members thereof in office at the date of the approval hereof are empowered to exercise all the functions of councils in the manner theretofore authorized, until their successors are duly elected and installed in accordance with the provisions of this act. *Ibid. art. 19, § 4. Cities having but one branch of councils.*

### (5.) Councils: Ordinances: Officers: Contracts: Appropriations.

130. The legislative power of every city of the third class shall be vested in the councils thereof, which shall consist of two branches, the select and common council. No officer of the United States or of the state of Pennsylvania (except notaries public or officers of the militia), nor any municipal or county officer or employé of the city, or of any department thereof, shall serve as a member of councils during his continuance in such office or employment. *23 May 1889, art. 4, § 1. P. L. 277. Councils. Eligibility.*

131. No ordinance shall be passed by councils except by bill, and no bill shall be so altered or amended on its passage through either branch as to change its original purpose. *Ibid. § 2. Passage of ordinances. Amendments.*

132. No bill shall be considered unless referred to a joint or separate commitee, returned therefrom, and printed for the use of the members; and no bill shall be passed containing more than one subject, which shall be clearly expressed in its title. *Ibid. Bills to be referred and printed. To contain but one subject.*

133. Every bill shall be read at length in each branch; all amendments made thereto shall be printed for the use of the members before the final vote is taken on the bill, and no bill shall be passed finally in either branch upon the same day on which it was introduced or reported. On its final passage the vote shall be taken by yeas and nays, and the names of the persons voting for and against the same be entered on the journal; and no bill shall be passed finally unless a majority of the members elected to each branch be recorded thereon as voting in its favor. *Ibid. § 3. Bills to be read. Amendments to be printed. Not passed on day introduced. Yeas and nays on final passage.*

Digitized by Google