# EXHIBIT 14

BILL NO. 42-1991

Moved by: _____

An Ordinance amending Article 977, Section 977.05(c) of the Codified Ordinances of the City of Harrisburg by adding thereto a new Section 977.06(h) "fishing".

**NOW, THEREFORE, BE IT AND IT IS HEREBY ORDAINED BY AUTHORITY OF THE CITY COUNCIL OF THE CITY OF HARRISBURG**, as follows:

<u>SECTION 1.</u>   Article 977, Section 977.05(c) of the Codified Ordinances of the City of Harrisburg is hereby amended to read as follows (additions indicated by <u>underlines</u>, deletions by brackets[ ]):

**977.05 RECREATIONAL ACTIVITIES.**

\* \* \*

(c) <u>Hunting,</u> [and] <u>Firearms and Fishing</u>.  No person in any park shall hunt, trap or pursue wild life at any time, except in connection with bona fide recreational activities and with the approval of the Director by general or special order or rules or regulations, or use, carry or possess firearms of any descriptions, or air rifles, spring guns, bow and arrows, slings or any other forms of weapons potentially inimical to wild life

and dangerous to human safety, or any instrument that can be loaded with the fire blank cartridges, or any kind of trapping device. Shooting or propelling any object from any of the foregoing into park areas from beyond park boundaries is forbidden. <u>Fishing in Italian Lake shall be prohibited.</u>

Seconded by: *[signature: Robert Jones]*

September 24, 1991 — First Reading
October 8, 1991 — Second Reading
October 8, 1991 — Final Passage

| YEAS | | NAYS |
|---|---|---|
| ✓ | BRAXTON | |
| | ~~HOUSE~~ | Absent |
| ✓ | HUBBARD | |
| ✓ | JONES | |
| ✓ | MENAKER | |
| ✓ | SIMONS | |
| ✓ | DeGARCIA | |

Yeas  6
Nays  0

Absent  1

Passed the City Council  October 8, 1991

*Frank de Garcia*
President of City Council

Attest *Jean Lee Rudolph*
City Clerk

☒ Approved
☐ Returned to City Council with objections

*[signature]*
Mayor

10-9-91
Date