Received 09/01/2015 Commonwealth Court of Pennsylvania

Filed 09/01/2015 Commonwealth Court of Pennsylvania
449 CD 2015

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

449 CD 2015

U.S. Law Shield of Pennsylvania et al.,
Plaintiffs-Appellees
v.
City of Harrisburg et al.,
Defendants-Appellants

---

### Reply Brief of Appellant

---

### Appeal from the Order of
### The Dauphin County Court of Common Pleas,
### Docket No. 2015-255

---

Lavery Law

Frank J. Lavery, Jr., Esquire
Pennsylvania Bar No. 42370
Josh Autry, Esquire
Pennsylvania Bar No. 208459
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (phone)
(717) 233-7003 (fax)
flavery@laverylaw.com
jautry@laverylaw.com
Attorneys for Defendants-
Appellants

Dated: September 1, 2015

## TABLE OF CONTENTS

TABLE OF AUTHORITIES.......................................................................ii

I.       Harrisburg's gun ban in parks pre-dates the UFA:........................1

II.      Decisions from other contexts confirm Harrisburg's position: .....6

III.     Decisions from other jurisdictions re-inforce Harrisburg's
         position: .......................................................................................17

Word Count ...................................................................................25

Certificate of Service .....................................................................26

i

# TABLE OF AUTHORITIES

## Cases

*Calguns Found. v. Cnty. of San Mateo*, 218 Cal. App. 4th 661 (Cal. 2013) ........................................................................ 18

*City Council of City of Bethlehem v. Marcincin*, 515 A.2d 1320 (Pa. 1986) ............................................................................. 8

*City of Tucson v. Rineer*, 971 P.2d 207 (Ariz. App. 1998) ...................... 19

*Com. v. Kreps*, 25 Dauphin Co. 335 (1922) .............................................. 4

*DGS v. Ogontz Area Neighbors Ass'n*, 483 A.2d 448 (Pa. 1984) ............ 12

*Duff v. Northampton Twp.*, 532 A.2d 500 (1987) ............................ 13, 15

*Dykstra v. City of Hammond*, 985 N.E.2d 1105 (Ind. App.) ................... 22

*Great W. Shows v. Cnty. of L.A.*, 44 P.3d 120 (Cal. 2002) ......... 18, 19, 22

*Hoffman Min. v. Zoning Hearing Bd. of Adams Twp.*, 32 A.3d 587 (Pa. 2011) ................................................................. passim

*Hunters, Anglers & Trappers v. Winooski Valley Park*, 913 A.2d 391 (Vt. 2006) ........................................................................ 18

*Huntley & Huntley v. Borough Council of Borough of Oakmont*, 964 A.2d 855 (Pa. 2009) ........................................... 7, 8, 13, 18

*Indian Rocks Prop. Owners Ass'n v. Glatfelter*, 28 A.3d 1261 (Pa. 2011) ........................................................................ 7

*Kaluszka v. Town of E. Hartford*, 760 A.2d 1282 (Conn. Super. 1999) .. 19

*Mars Emergency Med. Servs. v. Twp. of Adams*, 740 A.2d 193 (Pa. 1999) ........................................................................ 7

*Mazzo v. Bd. of Pensions & Retirement*, 611 A.2d 193 (Pa. 1992) ......... 11

*McMann v. City of Tucson*, 47 P.3d 672 (Ariz. App. ............................... 19

*Nordyke v. King*, 44 P.3d 133 (Cal. 2002) .............................................. 18

*Ortiz v. Com.*, 681 A.2d 152 (Pa. 1996) ...................................................... 6

*Peter Garrett Gunsmith v. City of Dayton*, 98 S.W.3d 517
   (Ky. App. 2002) ................................................................................... 20

*Shirk v. City of Lancaster*, 169 A. 557 (Pa. 1933) .................................. 15

*State v. Phillips*, 63 A.3d 51 (Md. App. 2013) .................................. 22, 23

*Wolfe v. Twp. of Salisbury*, 880 A.2d 62 (Pa. Commw. 2005) .... 14, 15, 18


## Statutes

18 P.S. §462 ............................................................................................ 1

18 Pa.C.S. §913 .................................................................................... 16

53 P.S. §16581 ......................................................................................... 1

## I.    Harrisburg's gun ban in parks pre-dates the UFA:

*Amici* argue—as Plaintiffs did before the trial court—that Harrisburg enacted these ordinances after the passage of the Uniform Firearms Act. They are wrong. In fact, since Harrisburg filed its opening brief in this appeal on July 13th, Harrisburg has discovered that some of the ordinances at issue are even older that once thought and less extensive than their statutory counterparts, including a 1751 statutory discharge ban within all settled towns and 1873 statutory gun ban specific to Harrisburg.

Apparently, it has been illegal to discharge weapons in Harrisburg since this area was initially settled in the 1700s. In 1721, Pennsylvania banned discharge in Philadelphia. 53 P.S. §16581.[1] In 1751, Pennsylvania banned the discharge of weapons within any "built and settled" "town or borough." 18 P.S. §462.[2] In 1760, Pennsylvania prohibited any person from carrying a gun on the land of another without permission.[3] These provincial statutes remained in effect until

---

[1]Act of Aug. 21, 1721 (a copy of the statute is attached as ex. 1 for this Court's convenience) (also available online at books.google.com/books?id=i2sJAQAAMAAJ).
[2]Act of Feb. 9, 1751 (a copy of the statute attached as ex. 2 for this Court's convenience) (also available at books.google.com/books?id=iDlOAQAAIAAJ).
[3]Act of April 9, 1760, §6 (a copy of the statute is attached as ex. 3 for this Court's convenience) (also available online at books.google.com/books?id=iDlOAQAAIAAJ).

1

repealed by the Crimes Code of 1972, as the General Assembly did not repeal them when it enacted the Penal Codes of 1860 or 1939.[4]

In 1791, the General Assembly incorporated the town of Harrisburg into a borough so that it "may contribute to the advantage of the inhabitants of the said town, as also to those who trade and resort there, and be of public utility, that nuisances, encroachments of all sorts, contentions, annoyances and inconveniences, in the said town and in its vicinity, should be prevented, and for the promoting of rule order, and the good government of said town."[5] In 1808, the General Assembly made clear that Harrisburg can "enact such other by-laws

---

[4] *See* 1 Pa.C.S. §1503(b) (provincial laws enforceable until repealed); Act of Dec. 6, 1972, §5(a) (repealing 1721, 1751, and 1760 Acts); 18 P.S. § 5101 (1939 Penal Code) ("Every offense now punishable either by the statute or common law of this Commonwealth and not specifically provided for by this act, shall continue to be an offense punishable as heretofore."); 18 P.S. § 5201 (1939 Penal Code) (repealing other criminal statutes); *Homer v. Com.*, 106 Pa. 221, 226 (1884) (holding that the Acts of 1721 and 1751 still valid at time); Act of March 31, 1860, P.L. 382, p. 46 §178 ("Every felony, misdemeanor or offense whatever, not especially provided for by this act, may and shall be punished as heretofore."); *id.* p. 72 §78 (repealing unrelated part of 1760 Act, but not repealing any part of 1721 or 1751 Acts) (a copy of the relevant portion of the statute is attached as ex. 4 for this Court's convenience) (also available online at books.google.com/books?id=T80xAQAAMAAJ). In 1915, the General Assembly included the 1751 and other sections within the 1760 statute in an omnibus repealer statute, but Governor Brumbaugh vetoed the bill. Governor Vetoes 1915 p. 148, 224 (a copy of the veto is attached as ex. 5 for this Court's convenience) (also available online at books.google.com/books?id=ZTUbAQAAIAAJ).

[5] Act of April 13, 1791 (a copy of the statute is attached as ex. 6 for this Court's convenience) (also available online at www.palrb.us/statutesatlarge/17001799/1791/0/act/1570.pdf).

and make such rules regulations and ordinances, as shall be determined… necessary, to promote the peace, good order, benefit and advantage of the said borough…"[6]

The General Assembly named Harrisburg the state capital in 1812. Although the language has underwent various changes, since at least 1821, Harrisburg has banned discharge.[7] In 1859, the General Assembly created "Harris Park" on the riverfront, and authorized Harrisburg to "improve the said grounds for the purposes aforesaid and to make all reasonable rules and regulations for the improvement superintendence protection and management of the same."[8]

In 1860, the General Assembly incorporated Harrisburg as a city, and, in 1873, the General Assembly banned the carrying of any deadly weapon within Harrisburg, punishable by up to three months in jail.[9] That same year, the General Assembly adopted the Pennsylvania

---

[6]Act of Feb. 1, 1808, §6 (a copy of the statute is attached as ex. 7 for this Court's convenience) (also available online at books.google.com/books?id=AizuAAAAMAAJ).
[7]Ordinance of May 2, 1821, §15 (a copy of the ordinance is attached as ex. 8 for this Court's convenience) (also available online at books.google.com/books?id=AizuAAAAMAAJ).
[8]Act of Mar. 13, 1859 (a copy of the statute is attached as ex. 9 for this Court's convenience) (also available online at books.google.com/books?id=7cIOAQAAMAAJ).
[9]Act of April 12, 1873 (a copy of the statute is attached as ex. 10 for this Court's convenience) (also available online at books.google.com/books?id=CzVOAQAAIAAJ).

Constitution of 1874 (so-named by its effective date), including the provision of the right to bear arms as it exists to this day.

It appears that the 1873 statutory gun ban in Harrisburg is still law as it was not repealed by the 1939 Penal Code or the 1972 Crimes Code.[10] In fact, the statute was enforced and upheld in 1922, *Com. v. Kreps*, 25 Dauphin Co. 335 (1922), and Purdon's recognized the statute as valid, noting the 1873 act under "Prior local provisions" and, under Notes of Decision, section 3, Repeal, that the 1873 act "was not repealed by" the 1875 statewide concealed carry ban and citing *Kreps* as authority for the 1873 act's continuing validity. A copy of the relevant Purdon's pages are attached as ex. 11 for this Court's convenience.

In 1889, the General Assembly authorized all third class cities "to regulate, prevent and punish the discharge of fire-arms" and "to prevent and punish the carrying of concealed deadly weapons."[11] As to parks, the General Assembly authorized third class cities "To establish and

---

[10]*See* Act of Dec. 6, 1972, §5(a) (repealing other criminal statutes); 1 Pa.C.S. §1503(b) (laws enforceable until repealed); 18 P.S. § 5101 (1939 Penal Code) ("Every offense now punishable either by the statute or common law of this Commonwealth and not specifically provided for by this act, shall continue to be an offense punishable as heretofore."); 18 P.S. §5201 (1939 Penal Code) (repealing other criminal statutes); *Homer*, 106 Pa. at 226 (statutes valid whether enforced or not).
[11]Act of May 23, 1889 p. 2593 §109 (a copy of the relevant portion of the Third Class City Code is attached as ex. 12 for this Court's convenience) (also available online at books.google.com/books?id=33k0AQAAMAAJ).

enforce suitable police regulations for the protection of persons and property at public squares, parks. Depots, depot grounds, and other places of public resort…"[12] The General Assembly also provided the general authority "To make regulations to secure the general health of the inhabitants and to remove and prevent nuisances."[13] These provisions were re-enacted in 1931 and 2014. *See* 53 Pa.C.S. §37423. The 1931 Third Class City Code further provided the Mayor discretion during declared emergencies to prohibit any activities dangerous to the public peace. 53 Pa.C.S. §36203(e)(3)(iv),(vi).

In the meantime, Harrisburg banned guns in parks by at least 1905,[14] banned unsupervised children from carrying guns in 1951, gave the mayor discretion to ban the public carrying of guns during declared emergencies in 1969, and required reporting of lost and stolen guns in 2009. As mentioned, however, it appears that the General Assembly never repealed the 1873 statutory gun ban in Harrisburg. If so, then

---

[12] *Id.* §103.

[13] *Id.* at p. 2594 §116.

[14] Ordinance of 1905 §4(4). A copy of the ordinance is attached as ex. 13 for this Court's convenience (also available online at books.google.com/books?id=IWECAAAAYAAJ). Notably, the 1991 ordinance did nothing but ban fishing in Italian Lake. A copy of the ordinance is attached as ex. 14 for this Court's convenience.

Plaintiffs cannot possibly suffer harm by Harrisburg's lesser-included ordinances.[15]

## II.  Decisions from other contexts confirm Harrisburg's position:

*Amici* point to cases outside the firearm context to support their claim of field preemption. However, cases in other contexts confirm that the field is not preempted. Since *Ortiz v. Com.*, 681 A.2d 152 (Pa. 1996), the Pennsylvania Supreme Court has thrice noted that it has found

---

[15]    *Amici* assert that enactment of the ordinances in question was criminal under 18 Pa.C.S. §5301 (official oppression) and §6119 (grading firearm offenses). *Amici* rely upon Joshua Prince's defamatory allegation that donors for Harrisburg's legal defense are criminals in an OOR appeal seeking donor identities. *See Prince v. Harrisburg*, Dauphin County no. 2015-4163. By Prince's faulty logic, every mother who pays her son's criminal defense attorney joins in his criminal enterprise; indeed, counsel for *amici*—all criminal defense attorneys—would be equally culpable with the criminal defendants they represent.

Further, §5301 only applies where an official "know[s] that his conduct is illegal" and "obviously" requires proof of "bad faith" *Com. v. Eisemann*, 453 A.2d 1045, 1048 (Pa. Super. 1982). Harrisburg has only adopted the reporting ordinance since any of these statutes became law, and, even in 2009, no court had ever addressed the scope of authority under the Third Class City Code *vis-à-vis* the UFA. In fact, the General Assembly's 1873 gun ban in Harrisburg and 1751 discharge ban in all towns made it impossible for Harrisburg to violate anyone's statutory rights when it banned discharge by at least 1821, guns in parks and playgrounds by at least 1905, unsupervised children from publicly carrying guns in 1951, and publicly carrying of guns during certain emergencies in 1969.

As to §6119, this is merely a grading provision—that predates §6120—for firearm crimes; it does not other provisions into crimes. Nothing in §6120 creates a crime for officials. In the 40 years since its passage, not one court has held or even implied that adopting a preempted ordinance is criminal. Pennsylvania has more than 2,600 municipalities, yet no judicial decision reflects a single prosecution of an official. This is no surprise as the statute does not mention officials, only government bodies. Highlighting the absurdity of *amici*'s view on §6119, local officials would commit crimes if they misstep under one of the UFA's many procedural sections as well, not just §6120, as would judges if they improperly review firearm matters under the UFA. *See* 18 Pa.C.S. §6101 *et seq.*

field preemption "in only three areas: alcoholic beverages, anthracite strip mining, and banking." *Hoffman Min. v. Zoning Hearing Bd. of Adams Twp.*, 32 A.3d 587, 593 (Pa. 2011). *See Nutter v. Dougherty*, 938 A.2d 401, 414 (Pa. 2007); *Mars Emergency Med. Servs. v. Twp. of Adams*, 740 A.2d 193, 195 (Pa. 1999). The Supreme Court doubtfully forgot about *Ortiz*.

The Pennsylvania Supreme Court has been careful not to read preemption provisions too broadly. *Indian Rocks Prop. Owners Ass'n v. Glatfelter*, 28 A.3d 1261, 1265 (Pa. 2011) ("Resolution of this issue requires us to interpret the breadth of the Construction Code's preemption clause…"); *Huntley & Huntley v. Borough Council of Borough of Oakmont*, 964 A.2d 855, 863 (Pa. 2009) (unanimous) ("[O]ur interpretive task is to examine the particular wording of this provision, together with any other relevant aspect of the statute, in order to determine whether the Legislature intended to leave room for localities to designate certain zoning districts (such as residential ones) where oil and gas wells may be prohibited as a general matter.").

The Court has also emphasized the broad scope of municipal authority:

> This Court has recognized the power of self-government conveyed to third class municipalities by the Charter Law. We will not disturb a reasonable expression of a municipal council's discretionary powe unless there is an abuse of power detrimental to the citizenry.

*City Council of City of Bethlehem v. Marcincin*, 515 A.2d 1320, 1325-26 (Pa. 1986) (citations omitted).

*Amici* specifically rely upon *Huntley*, but that case shows the lack of preemption, especially as to the gun ban for parks and playgrounds. In *Huntley*, the Pennsylvania Supreme Court found that preemption of local oil and gas regulation did not prevent a municipality from regulating the <u>location</u> of wells. 964 A.2d at 864. In other words, the Supreme Court barred regulation of <u>how</u>, not <u>where</u>, of oil and gas wells.

Since *Huntley*, the Pennsylvania Supreme Court reached the same conclusion in *Hoffman Mining* for surface mining:

> The Surface Mining Act's preemption clause expressly preempts the regulation of surface mining; however, the clause does not preempt local regulation of land use via zoning ordinances, which may affect where surface mining is located or sited. We will not infer that an express preemption clause encompasses the traditionally local concerns of land use and zoning when the General Assembly has not clearly incorporated

8

those concerns into the clause. The residential
setback provision challenged here does not
constitute regulation of surface mining, as that
term is defined in the Surface Mining Act.
Rather, the setback provision falls clearly within
the purview of traditional zoning regulations and
merely regulates where surface mining can be
sited relative to residential structures. Therefore,
we hold that the residential setback provision in
the Adams Township Zoning Ordinance is not
expressly preempted by the preemption clause of
the Surface Mining Act.

*Hoffman Min.*, 32 A.3d at 600-01.

The Court noted that location concerns are local in nature:

Local authorities are charged with the
responsibility of enacting zoning ordinances for
the health, safety or general welfare of the
community, giving "consideration to the character
of the municipality, the needs of the citizens and
the suitabilities and special nature of particular
parts of the municipality." 53 P.S. § 10603(a).
Setbacks are a traditional mechanism by which
local authorities seek to fulfill these
responsibilities. In the absence of explicit
language barring local zoning authorities from
establishing reasonable setbacks to address local
conditions and needs, we cannot conclude that
the balance struck by the General Assembly in
the Surface Mining Act was intended to remove
this traditional and historical prerogative of local
zoning authorities, as it applies to the location
and siting of surface mining. The statutory policy
of providing needed coal while balancing that
need with the protection of the environment and
agriculture does not require elimination of all

local input as to the siting of surface mining within the municipality based on reasonable assessment of local conditions. Thus, we do not interpret the Surface Mining Act, via its policy, purpose, objective or other provisions, to have removed all force from general zoning considerations as they apply to local siting of surface mining. Rather, the policies of the Surface Mining Act can rest alongside zoning ordinances that, upon taking into consideration the special nature of the municipality, require surface mining operations to observe a reasonable residential setback.

*Id.* at 605 (citation omitted). As in *Hoffman*, Harrisburg's gun ban in

parks and playgrounds relates to local matters on city-owned land.

Further, the *Hoffman* Court noted that an ordinance stricter than

a statute is not irreconcilable with that statute:

[T]he relevant statutory text states <u>only</u> that no surface mining operation shall be permitted within 300 feet of an occupied dwelling; the statutory text does not expressly provide that surface mining is permissible beyond 300 feet of an occupied dwelling in all cases, regardless of any reasonable local zoning ordinance responsive to local conditions… Accordingly, any conflict here between the two enactments is not irreconcilable because it is not impossible to comply with both of them, and an actor is not placed in a position of having to decide which enactment to follow.

*Id.* at 600-01, 603 (emphasis by Court).

10

Under *Hoffman*, none of the gun ordinances conflict with the UFA counterparts even if the ordinances go further. Plaintiffs can abide by both the statutory restrictions and the ordinances. *See also id.* at 610 (C.J. Castille concurring, joined by J. Todd and J. Orie Melvin) ("Appellant can comply with both the statewide (300 feet) and the local (1,000 feet) setbacks, at the same time, by mining outside a 1,000–foot perimeter around any occupied dwellings.") (citing *Mazzo v. Bd. of Pensions & Retirement*, 611 A.2d 193 (Pa. 1992) (irreconcilable conflict where local ordinance prohibited reinstatement of city employee on terms mandated by controlling state enactment)).

Ultimately, the Court recognized that the General Assembly can easily make its intent clear if it wants to ban regulation of the <u>where</u> as well as the <u>how</u>. *Id.* at 605-06 ("Had the General Assembly intended to assume total responsibility and authority over local land use management and planning as they apply to surface mining, the wording of the Surface Mining Act would surely have reflected such an intent."). Here, the General Assembly certainly did not clearly express an intent to prohibit park and playground regulations, discharge, or regulations of unlawful use. *See DGS v. Ogontz Area Neighbors Ass'n*, 483 A.2d

448, 452-53 (Pa. 1984) ("Since the subject matter of § 14762, by its terms, is setback, height and similar restrictions, not <u>use</u> restrictions, we decline to extend its application to use restrictions…") (emphasis by Court).

*Amici* also focus on the prefatory "to the extent permitted" clause in the third class city code provision that authorizes Harrisburg to prevent discharge and concealed carry. *See* 53 Pa.C.S. §37423. *Amici* argue that the General Assembly, by including the "to the extent permitted" clause, showed a desire to ban regulation of discharge and concealed carry. *Amici*'s argument is hard to follow because their reading would render the enabling provision—expressly allowing regulation of discharge and concealed carry—a dead letter. The General Assembly had a clear and easy way to eliminate Harrisburg's authority: it could have simply removed the language allowing regulation of discharge and concealed carry. The fact that it did not speaks volumes; to the contrary, the language "to the extent permitted" implies the opposite of what *amici* claim: that some firearm regulation <u>is permitted</u>.

Moreover, the *Hoffman* Court rejected *amici*'s position, holding

that a to-the-extent-not-preempted clause does not negate municipal

power:

> We are aware that the MPC explicitly provides
> that zoning ordinances may regulate specific,
> enumerated uses of land, water, and structures
> "except to the extent that those regulations of
> mineral extraction by local ordinances and
> enactments have heretofore been superseded and
> preempted by the [Surface Mining Act, the
> Noncoal Act, or several other listed statutes.]" 53
> P.S. § 10603(b). This provision does not provide
> any additional guidance as to precisely what
> specific regulations are preempted. Rather, it
> merely reiterates that <u>to the extent</u> the Surface
> Mining Act, or other statute, preempts a local
> regulation of mineral extraction, that local
> regulation is invalid, the MPC grant of authority
> notwithstanding.

*Hoffman Min.*, 32 A.3d at n.19 (emphasis by Court). In other words, a

to-the-extent-not-preempted clause does not shed any light on whether

the ordinance is, in fact, preempted. In addition, in this case, the

General Assembly re-enacted the authority to ban discharge and

concealed carry in 2014, evidencing an intent to permit such ordinances.

More on point than *Huntley* and *Hoffman*, this Court has reached

a similar conclusion in a much closer context: hunting on public lands.

In *Duff v. Northampton Twp.*, 532 A.2d 500 (1987) *aff'd*, 550 A.2d 1319

(1988), this Court held that a municipality-wide hunting restriction was preempted. However, in *Wolfe v. Twp. of Salisbury*, 880 A.2d 62 (Pa. Commw. 2005), this Court distinguished *Duff* to hold that a municipality can restrict or permit hunting on its own property—a right held by any property owner:

> Because we determine that the Township was not acting as a <u>municipality</u>, but rather as a <u>property owner</u> when it enacted the Ordinance, we disagree with Residents that the preemption test set forth in *Duff* applies here.
>
> Residents, while relying heavily on this Court's reasoning in *Duff*, ignore an important distinction between that case and the one before us. In *Duff*, a township enacted an ordinance regulating hunting throughout the township inconsistently with the Game Law, based on its police powers- that is, as a governmental entity. Here, however, the Township enacted the Ordinance, in compliance with the Game Law, based on its rights as a property owner of the two parks.

*Id.* at 68 (emphasis by this Court).

This Court emphasized that elected officials properly determine permissible activity on public property. *See id.* at 69 ("Residents assert that hunting should not be allowed in public parks; however, this is an issue for their elected officials to decide."). This Court concluded:

> Preemption is applicable where a township has acted to regulate hunting as a township; that is,

14

> throughout the municipality. This Ordinance, however, is applicable only to the properties owned by the Township itself. The Township has exercised its authority, as any other property owner may, to "regulate" hunting on its property, consistent with the Game Law. There is no authority to suggest that municipalities that own property are treated differently than individuals under the Game Law with respect to property ownership rights.

*Id.*

The *Duff-Wolfe* distinction applies equally here to Harrisburg's century old gun ban for its parks and playgrounds. The Pennsylvania Supreme Court has long emphasized the wide scope of a municipality's authority to act as property owner:

> [T]he Legislature's control of the property of a municipality acquired in its <u>proprietary</u> or <u>private character</u> is another question. These powers, in their nature unlimited, are not conferred primarily or chiefly from considerations connected with the government of the state at large, nor of the municipality, but for the private advantage, comfort, and convenience of the compact community which is incorporated as a distinct legal personality or corporate individual.

*Shirk v. City of Lancaster*, 169 A. 557, 559-60 (Pa. 1933) (emphasis by Court) (citing Dillon, Municipal Corporations (5th Ed.) volume 1, § 109, p. 182; McQuillin on Municipal Corporations (2d Ed.) volume 1, §§ 238, 239).

15

Harrisburg, like any property owner, can decide what takes place on its land. Does a playground have to allow guns simply because it's publicly owned? Plaintiffs' logic would apply to any locally owned zoo, library, nursing home, hospital, airport, public pool, daycare, ball park, museum, police department, etc. Cannot a city council choose to restrict guns at its sessions as the General Assembly has? In the view of Plaintiffs and *amici*, county courts, district attorney offices, and parole departments had to allow guns until 1995 when the General Assembly banned guns in courthouses. 18 Pa.C.S. §913.[16]

Nonetheless, there is still no statewide ban for city buildings or any other property such as parks and playgrounds. Accordingly, county commissioners who meet in administrative buildings other than courthouses must permit guns at their meetings under the view of Plaintiffs and *amici*. Likewise, a person carrying a gun could attend a heated city council debate while they would be prohibited from doing so at a heated General Assembly debate. The General Assembly never intended such an absurd result.

---

[16] And, according to *amici*, judges, sheriffs, and commissioners that banned guns committed <u>crimes</u>. *See* discussion in footnote 16, above. In fact, *amici* believe that judges, sheriffs, and commissioners who ban guns <u>now</u>—and schools for that matter—commit crimes because (according to Plaintiffs and *amici*) the UFA even preempts regulation of otherwise unlawful conduct.

Harrisburg's proprietary authority like a property owner is like its authority as an employer. Harrisburg can certainly tell employees not to carry or discharge guns on the job. So too can Harrisburg ban guns use and possession on its land just like any other property owner.

Analogies to other areas of preemption confirm Harrisburg's authority over its property. Alcohol, mining, and banking are all preempted fields; but must a municipality permit all three on its own land? Surely, Harrisburg can prohibit drinking at council meetings and mining in Italian Lake. Likewise, Harrisburg can tell its police officers not to drink, mine, and bank while on the clock.

Harrisburg should not be the only property owner within its city limits that must permit guns on its land over objection. And its objection to park and playgrounds is well founded. Harrisburg wisely avoids the pandemonium that would result if it allowed the open carrying of pistols and shotguns at playgrounds and the Fourth of July celebration. No doubt the General Assembly shares these concerns as it bans guns on capitol grounds.

III.   **Decisions from other jurisdictions re-inforce Harrisburg's position:**

A review of decisions by other jurisdictions reveals that the logic of

*Huntley, Hoffman,* and *Wolfe* applies with full force to gun regulations on public property. Multiple states have recognized that similar and even broader preemption language did not preempt regulation of guns on public property. *See Calguns Found. v. Cnty. of San Mateo*, 218 Cal. App. 4th 661, 676-77, *review denied* (Cal. 2013) (park gun ban not barred by preemption and concealed carry laws, in part because, it is a "very narrow" "land use regulation" that "pertains only to specific areas within the county, and areas patently subject to the governance of the County Board of Supervisors, *i.e.*, its parks and recreation areas.") (citing *Nordyke v. King*, 44 P.3d 133, 138 (Cal. 2002), and *Great W. Shows v. Cnty. of L.A.*, 44 P.3d 120, 127-28 (Cal. 2002) (holding that county can ban guns on its property)); *Hunters, Anglers & Trappers v. Winooski Valley Park*, 913 A.2d 391, 398, 400 (Vt. 2006) ("It is consistent for the Legislature to prohibit direct regulation of hunting…, but also entitle municipalities to manage their own lands in the interests of recreation and conservation…. [T]he District was within its rights to place conditions on the use of its lands, which the Legislature has explicitly authorized the District to manage in the interest of conservation, among other interests."); *McMann v. City of Tucson*, 47

18

P.3d 672, 677 (Ariz. App.), *review denied* (Ariz. 2002) ("[T]he legislature's primary concern, according to the only legislative history of which we are aware, was to ensure that conduct legal in one municipality is not illegal in another and that citizens have access to firearms for protection, not to prevent cities from determining how to use their commercial property."); *see also id.* at 678 (distinguishing *Schneck* and other case because the "cases involved ordinances regulating firearms throughout the respective local jurisdictions."); *Kaluszka v. Town of E. Hartford*, 760 A.2d 1282, 1286 n. 1 (Conn. Super. 1999) *aff'd*, 760 A.2d 1269 (Conn. App. 2000) ("Of course, the town, as owner, could restrict hunting on municipally owned property."); *City of Tucson v. Rineer*, 971 P.2d 207, 211 (Ariz. App. 1998), *review denied* (Ariz. 1999) (park gun ban "govern[s] conduct only within the city's parks and prohibits firearms solely within those boundaries, a legitimate and narrow local concern.").

The seminal case is *Great Western Shows*. The Court emphasized the county's right to regulate its own property:

> [T]he Ordinance does not propose a complete ban
> on gun shows within the County, but only
> disallows gun show sales on County property. …
> Government Code section 23004, subdivision (d),

gives a county the authority to "[m]anage, sell, lease, or otherwise dispose of its property as the interests of its inhabitants require." (*See also* Gov.Code, §§ 25900 25908 [giving counties authority over the use of their fairgrounds].) To "manage" property must necessarily include the fundamental decision as to how the property will be used. ... But it cannot be doubted that the County has the continuing authority... to make decisions about how its property will be used.... None of the gun show statutes reviewed above impliedly seek to override the discretion a county retains in the use of its property. ...

In short, there is no merit to the argument that the Ordinance was an illegitimate exercise of the County's power to make fundamental management decisions about how its property would be used.

Thus, a county has broad latitude under Government Code section 23004, subdivision (d), to use its property, consistent with its contractual obligations, "as the interests of its inhabitants require." Aside from First Amendment public forum considerations or special statutory requirements not before us, the County is not compelled to grant access to its property to all comers. Nor do the gun show statutes mandate that counties use their property for such shows. If the County does allow such shows, it may impose more stringent restrictions on the sale of firearms than state law prescribes.

44 P.3d at 129-31.

Likewise, in *Peter Garrett Gunsmith v. City of Dayton*, 98 S.W.3d 517, 520-21 (Ky. App. 2002), *review denied* (Ky. 2003), the Court found

that a municipality could still regulate location even if not gun activity:

> If the legislature had intended to prohibit all
> regulation affecting firearms and firearms
> dealers, including zoning regulations that affect
> location, it could have easily done so. It could
> have included location within the list of
> prohibited fields of regulation. Yet, Garrett
> suggests a reading of the statute that would
> extend its reach beyond its stated language and
> necessarily require the court to read into it
> language that was not chosen by the legislature.
> Such a reading would contravene the clear intent
> of the statute and, in effect, eviscerate a city's
> power to determine where gun shops best fit
> within its zoning scheme. Without the power to
> control the location of gun shops and firearm
> dealers, a city could find itself at the mercy of the
> firearms businesses that could begin operating
> wherever they choose, for example, in the heart of
> a community surrounded by single-family homes.

*Id.* at 520-21.

As in those cases, Harrisburg's gun ban in parks in playgrounds affects location. More importantly, the General Assembly did not express a clear desire to end Harrisburg's control over its property. Notably, the General Assembly itself bans guns on capitol grounds. As such, it is not likely that the General Assembly wanted the absurd result of forcing municipalities to allow guns at their sessions while banning guns at its own.

21

Like *Hoffman*, other jurisdictions have likewise recognized that local regulations can be consistent with statutory counterparts even if more extensive. The *Great Western Shows* Court explained:

> [T]he Ordinance does not criminalize precisely the same acts which are prohibited by statute and is therefore not duplicative. Put another way, possessing a gun on county property is not identical to the crime of selling an illegal assault weapon or handgun, nor is it a lesser included offense, and therefore someone may be lawfully convicted of both offenses.
>
> Nor is there a direct conflict between the statute and the Ordinance. The Ordinance does not mandate what state law expressly forbids, nor does it forbid what state law expressly mandates. Although the gun show statutes regulate, among other things, the sale of guns at gun shows, and therefore contemplate such sales, the statutes do not mandate such sales, such that a limitation of sales on county property would be in direct conflict with the statutes.

44 P.3d at 127-28 (citations omitted). *See also State v. Phillips*, 63 A.3d 51, 75 (Md. App. 2013).

Finally, the Court in *Dykstra v. City of Hammond*, 985 N.E.2d 1105 (Ind. App.) *review denied*, (Ind. 2013), recognized that preemption statutes do not necessarily create a duty to repeal. *See id.* at 1108 ("[T]he Firearm Owners have not designated any evidence that indicates that the legislature intended that this statute have any

retrospective effect. We therefore find that the statute was meant to prevent the adoption of future ordinances that may conflict with state law and to prevent the future enforcement of statutes that were in place at the time Indiana Code section 35–47–11.1–2 was adopted.").

Plaintiffs and *amici* do not show that municipalities must repeal ordinances that pre-date the UFA, like Harrisburg's 1821 discharge ban, 1905 park ban, 1951 gun ban for unsupervised minors, and 1969 emergency ordinance. The only ordinance enacted since the UFA is the reporting ordinance that cannot restrict Plaintiffs in any way. *See Phillips*, 63 A.3d at 75 ("Appellee does not contend, nor could he, that the Act is expressly preempted or preempted by conflict. …[T]he Act does not regulate the possession or sale of a firearm. Rather, it requires gun offenders convicted in Baltimore City to register with the Police Commissioner. The Act does not conflict with any State law.").

For these reasons, this Court should reverse the trial court and remand with direction to dissolve the injunction.

Respectfully submitted,

Lavery Law

s/ Josh Autry
Frank J. Lavery, Jr., Esquire
Pennsylvania Bar No. 42370
Josh Autry, Esquire
Pennsylvania Bar No. 208459
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (phone)
(717) 233-7003 (fax)
flavery@laverylaw.com
jautry@laverylaw.com
Attorneys for Appellants-
Defendants

Dated: September 1, 2015

## Word Count

I certify that this brief complies with the word count limit as it does not exceed 7,000 words. This certificate is based on the word count of the word processing system used to prepare the brief.

<u>s/ Josh Autry</u>

# EXHIBIT

# 1

# BINNS'S JUSTICE.

## DIGEST

#### OF THE

## LAWS AND JUDICIAL DECISIONS

### OF PENNSYLVANIA,

TOUCHING THE AUTHORITY AND DUTIES OF

## JUSTICES OF THE PEACE:

##### INCLUDING ALL THE REQUIRED

### FORMS OF PROCESS, DOCKET ENTRIES, AND FEE BILLS;

##### WITH FAMILIAR ILLUSTRATIONS OF THE

### PRACTICE IN THE OFFICE,

##### AND DIRECTIONS AS TO

SERVICE OF PROCESS; CORRECT ENDORSEMENTS FOR THE CONSTABLE, &c.

---

THE WHOLE LAW IN RELATION TO

LANDLORD AND TENANT; INSOLVENT DEBTORS; ELECTIONS; AND FEES:

THE GENERAL ENACTMENTS OF THE

INSPECTION LAWS; MILITIA LAWS; AND MANY OTHER LAWS:

WITH AN INFINITE VARIETY OF

### LAW FORMS,

ARRANGED, SO AS TO BE EASY OF ACCESS TO THOSE WHO MAY WISH TO CONSULT THEM:

WILL ALSO BE FOUND IN THIS VOLUME.

---

### BY JOHN BINNS,

ONE OF THE ALDERMEN IN, AND FOR, THE CITY OF PHILADELPHIA.

#### PHILADELPHIA:

JAMES KAY, JUN. AND BROTHER, 122 CHESTNUT STREET.

PITTSBURGH:—C. H. KAY & CO.

1840.

Digitized by Google



commissioner's office, by the said justices of the peace, upon their oath or affirmation, first being made before and certified by two justices, or one judge of the Supreme Court, that the said estreats had been carefully and fully made up and examined by them, without any wilful or fraudulent omission, discharge or defect whatsoever, and that they had therein particularly specified and mentioned such fines, issues, amercements, forfeited recognizances, and other forfeitures, which had been paid into their hands for the use of the commonwealth, to the best of their knowledge.

4. SECT. VI. Provides that the said justice and justices of the peace, and all other persons who shall or may receive, or be accountable to the commonwealth, for any fines, issues, amercements, forfeited recognizances, or other forfeitures, shall within three months after they have received any such sum or sums of money, pay the same into the hands of the high sheriff of their respective counties ; [altered by act of March 24, 1818, *Purd.* 430,] except in cases of tippling-houses in the city and county of Philadelphia, (See *Inns and Taverns*, No. 17.) to be estreated into the county commissioner's office for the use of the counties.

5. SECT. VII. Provides, that if any of the said justices shall neglect or refuse to do and perform the several duties required of them by this act, or shall wittingly and willingly spare, take off, discharge, or conceal any fine, issue, amercement, forfeited recognizance, or other forfeiture whatsoever, which shall be due to the commonwealth, and ought to be certified, estreated, or paid by him, by virtue of this act, such justice or justices shall be indicted and fined for every such offence at the discretion of the court.

---

## Fire.  Firing of Guns or Woods.

| | |
|---|---|
| 1. Penalties on chimneys taking fire. | 6. Or permitting it to be done. |
| 2. On setting off fire-works, &c. | 7. Duty of constables, appeal, &c. |
| 3. Extended throughout the state. | 8. Damage for setting woods on fire not exceeding fifty dollars, how recovered. |
| 4. Chimneys on fire in Philadelphia, &c. | 9. Forms of informations, warrants, orders, executions and docket entry. |
| 5. Firing guns on the last day of the year, &c. | |

*Act of August* 26, 1721.    1 Smith, 130.   Purd. 431.

1. SECT. III. If any person or persons within the towns of Chester, Bristol, Germantown, Darby or Chichester shall set on fire their chimneys to cleanse them, or shall suffer them or any of them to take fire, and blaze out at the top, and be duly convicted thereof by one credible witness before any one justice of the peace of the said counties, such person or persons shall forfeit and pay for every such offence twenty shillings, for the use of the said towns respectively where such offence shall happen.

2. SECT. IV. If any person or persons, of what sex, age, degree or quality soever, shall fire any gun or other fire-arms, or shall make or cause to be made, or sell or utter, or offer to expose to sale, any squibs, rockets or other fire works, or shall cast, throw or fire any squibs, rockets or other fire-works within the city of Philadelphia, without the governor's special license for the same, of which license due notice shall first be given to the mayor of the said city, such person or persons so offending, and being thereof convicted before any one justice of the peace of the said city, either by confession of the party so offending, or by the view of any of the said justices, or by the oath or affirmation of one or more witnesses, shall for every such offence forfeit and pay the sum of five shillings ; one half to the use of the poor of the said city, and the other half to the use of him or them who shall prosecute, and cause such offender to be as aforesaid convicted ; which forfeitures shall be levied by distress and sale of the offender's goods as aforesaid ; and for want of such distress, if the offender refuse to pay the said forfeiture, he shall be committed to prison for every such offence, the space of two days, without bail or mainprize : *Provided,* that such conviction be made within ten days after such offence committed.

Digitized by Google

# EXHIBIT

# 2

# THE

# GENERAL

# LAWS OF PENNSYLVANIA,

*= Laws, statutes, etc.*

## FROM THE YEAR 1700, TO APRIL 1849,

## CHRONOLOGICALLY ARRANGED:

### WITH

## NOTES AND REFERENCES,

### TO ALL THE DECISIONS OF THE

## Supreme Court of Pennsylvania,

### GIVING CONSTRUCTION TO SAID LAWS:

## WITH A COPIOUS AND MINUTE INDEX.

------

## SECOND EDITION.

------

## COMPILED BY JAMES DUNLOP,

### OF PITTSBURGH.

------

## PHILADELPHIA:

## T. & J. W. JOHNSON, LAW BOOKSELLERS,

### No. 197 CHESNUT STREET.

### 1849.


Digitized by Google

| | |
|---|---|
| 1750.<br>———<br>27 *Jan.* | purposes, for barring estates so entailed, as fines and common recoveries, by the laws of England aforesaid, there levied or suffered, of lands, tenements, and estates, entailed within that realm, are received, declared, or enacted to be. |
| Writ of<br>error. | II. *Provided always*, That it shall and may be lawful for any person or persons, either by appeal or writ of error, as the case may require, to seek and obtain redress against any error or errors which have happened, or may happen, in any such proceedings.<br>      Passed 27th January, 1750.—1 Sm. L. p. 203. |

---◆---

1751.
———
9 *Feb.*

# CHAPTER XLIV.

AN ACT[1] FOR THE MORE EFFECTUAL PREVENTING ACCIDENTS WHICH MAY HAPPEN BY FIRE, AND FOR SUPPRESSING IDLENESS, DRUNKENNESS, AND OTHER DEBAUCHERIES.

<div style="margin-left:2em">

To the end the provisions already made by our laws, for preventing accidents which may happen by fire in the city of Philadelphia, and several other boroughs and towns, within this province, may be made more generally useful, and to prevent, as much as in us lies, the growing sins of idleness, drunkenness, and other debaucheries, too frequent among us, *Be it enacted*,

</div>

Laws
against fir-
ing chim-
nies, guns,
fire-works,
&c. extend-
ed.

that if any person or persons whatsoever, within any county town, or within any other town or borough, in this province, already built and settled, or hereafter to be built and settled, not hitherto restricted nor provided for by our laws, shall set on fire their chimnies to cleanse them, or shall suffer them or any of them to take fire, and blaze out at the top, or shall fire[2] any gun or other fire-arm, or shall make, or cause to be made, or sell or utter, or offer to expose to sale, any squibs, rockets or other fire-works, or shall cast, throw or fire any squibs, rockets or other fire-works, within any of the said towns or boroughs, without the governor's special license for the same, every such person, or persons, so offending, shall be subject to the like penalties and forfeitures, and to be recovered in like manner, as in and by an act, passed in the eighth year of the reign of king George the first, entitled, An act for preventing accidents that may happen by fire, are directed to be levied and recovered.

      IV. If any person or persons whatsoever, shall give or sell any rum, wine, or other strong liquors, at the time of any vendue, to any person or persons attending the same, he, she, or they, so selling or giving any liquors, shall forfeit and pay for the first offence, the sum of four pounds, and for the second and every other offence, the sum of five pounds.

      V. Every of the fines and forfeitures accruing or becoming due, for offences against this act, shall be paid, one half to the overseers of the poor, for the use of the poor of the township within which such offence may be committed, and the other half to the use of him or them, who shall inform or sue for the same, before any justice of the peace of this province, who is hereby empowered and authorized to hear and determine the same, and to convict the offender or offenders, either on his own view, or by the legal testimony of one or more witnesses; saving to every such offender or offenders the right of appeal in like manner as is provided in and by an act, entitled, "An act for the more easy and speedy recovery of small debts"—which fines and forfeitures shall be recovered by distress and sale of the offender's goods, or for want of such distress, if the offender refuses to pay, he, she, or they shall be committed to prison for every such fine, where the same is twenty shillings, the space of

---

(1) Quære, if this act is in force, since the $100 act gives no jurisdiction of penalties, and the act for the more easy and speedy collection of small notes (1 Mar. 1815,) is repealed by the 20 Mar. 1810, ($100 act,) § 30.
      (2) See further the 24 Dec. 1774.

Digitized by Google

eight days, without bail or mainprize, and so in proportion for any of the **1751.**
greater fines. _____

VI. *Provided,* that every such conviction be made within one month after **9 *Feb.***
such offence or offences committed.

Passed 9th February, 1751.—1 Sm. L. p. 208.

* * *

## Laws passed at a Session which commenced October 14th, 1751, and ended August 18th, 1752.

### JAMES HAMILTON, LIEUTENANT-GOVERNOR.

---

### CHAPTER XLV.                                         1752.

AN ACT FOR REGULATING ATTACHMENTS NOT EXCEEDING FIVE POUNDS.[1] 22 *Aug.*

I. [Relating to the absconding, &c., of the debtor, and of the oath, is Attachment
omitted, as supplied according to Jewell v. Howe, 3 Watts, 144, by the 4 before Jus-
December, 1807.]                                                      tices.

II. As soon as the justice of the peace, before whom the writ of attachment Trustees.
is returnable, accepts the constable's[2] return thereof, the said justice shall
immediately appoint two[3] substantial freeholders to take into their custody,[4]
all[5] the goods and chattels attached, for which they shall be accountable,
until they shall dispose of the same as hereinafter is directed, and shall also
forthwith publish his said proceedings by advertisements, in the most public
places near the late dwelling-place of the person, so as aforesaid absenting,
and likewise in one or more of the public newspapers within this province,
appointing the time and place for all the creditors of the person, against
whose effects and estate the attachment is granted, to appear, then and there
to discover and make proof of their demands; and if, after a full and careful
examination, it shall appear that there is a just debt due to any one person If a debt
from the said defendant, exceeding the sum of five pounds,[6] that then, and above five
in every such case, the said justice of the peace shall no further proceed, but pounds
shall deliver and certify to the prothonotary of the county court of common ings to be
pleas for the same county the said attachment, and all proceedings thereon transmitted
had before him: whereupon it shall and may be lawful for the justices of the to the com-
said court to grant and issue one writ of attachment only to the person or mon pleas.
persons, who obtained the said attachment from the said justice of the peace,
if he demands the same, or if not, then to any other creditor of the defend-
ant, to the sheriff of the same county directed, requiring him to attach all the
goods, chattels, rights and credits, lands, tenements and hereditaments, of
the said defendant, within his bailiwick; by virtue of which writ, the said
sheriff shall, together with the residue of the said defendant's real and per-
sonal estate in the same county, attach and take into his custody all the goods
and chattels of the said defendant, or the product of such parts of them as
may be sold according to the direction of this act, then in the hands and

---

(1) The old act, 12 W. III., Brad. Ed. 28; and the act of 1705, 1 Sm. 45; and the 2 Mar. 1823; 9
Geo. I., ch. 23; 1 Sm. 158, are expressly or impliedly repealed.
    As the act of 1836 provides only for attachments by writ, and as the 4 Dec. 1807, § 15, extend-
ing the jurisdiction of justices is ambiguous, this act has been retained when not supplied by the latter.
    (2) The attachments may be executed by the deputy constable.  3 Penn. Rep. 230–4.
    (3) The 4 December, 1807, § 3, says three honest and discreet men.
    (4) Their title does not relate to the issuing of the attachment, and will not keep out a constable's
levy, made after the issuing of the attachment, and the appointment of the freeholders.  3 Penn. Rep.
230–4.
    (5) They are entitled to the balance of the proceeds of sale on one execution, on which the
debtor's property was sold.  3 Penn. Rep. 389.
    (6) Where £5 occurs, it is changed to $100, by 4 December, 1807, § 15.

Digitized by Google

# EXHIBIT

# 3

# THE

# GENERAL

# LAWS OF PENNSYLVANIA,

*= Laws, statutes, etc.*

**FROM THE YEAR 1700, TO APRIL 1849,**

## CHRONOLOGICALLY ARRANGED:

WITH

### NOTES AND REFERENCES,

TO ALL THE DECISIONS OF THE

## 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞,

GIVING CONSTRUCTION TO SAID LAWS:

### WITH A COPIOUS AND MINUTE INDEX.

---

### SECOND EDITION.

---

### COMPILED BY JAMES DUNLOP,

OF PITTSBURGH.

---

**PHILADELPHIA:**

**T. & J. W. JOHNSON, LAW BOOKSELLERS,**

No. 197 CHESNUT STREET.

1849.


Digitized by Google

*Laws passed at a Session which commenced October 15th, 1759, and ended April 21st, 1760.*

### JAMES HAMILTON, LIEUTENANT–GOVERNOR.

## CHAPTER XLVI.

1760.

AN ACT TO PREVENT THE HUNTING OF DEER, AND OTHER WILD BEASTS, 9 *April.* BEYOND THE LIMITS OF THE LANDS PURCHASED OF THE INDIANS BY THE PROPRIETARIES OF THIS PROVINCE, AND AGAINST KILLING DEER OUT OF SEASON.

I. [Relating to hunting on Indian lands, is obsolete.]

II. The constable of each respective township, in every county of this pro- Constables vince, having any knowledge of any offences against this act, shall, and he is to present hereby required, under the penalty of five pounds, to present, on oath, or offences against this affirmation, every such offence to some one justice of the peace of their respect- act. ive counties, or before the justices of the general quarter sessions of the peace for the same county, together with the name or names of all such offenders, that they may be tried, agreeable to the directions of this act.

III. If any person or persons shall, after the publication of this act, hunt, Forfeitures chase, or follow, with a design to kill, or shall kill or destroy, any buck, doe for hunting, or fawn, within the lands already, or hereafter to be purchased of the Indians, except, &c. at any time or season, excepting only between the first day of the month of August and the first day of the month of January, and shall be lawfully convicted thereof, by the oaths or affirmations of one or more credible witnesses, or the confession of the party, before one or more justices of the peace for the respective county where such offence shall be committed, he or they shall forfeit and pay the sum of three pounds for every such offence, to the uses aforesaid; provided such conviction be made within six months after such offence committed.

IV. And for the more certain convicting of offenders against this act, Manner of every person, in whose custody shall be found, or who shall expose to sale, convicting. any green deer skins, fresh venison, or deer's flesh, at any other time of the year than what is before excepted, such green deer skins, fresh venison, or deer's flesh shall be deemed and taken as evidence of the guilt of the person, in whose custody the same shall be found.

V. Nothing contained in this act shall be deemed or construed to extend to any free native Indians carrying guns, hunting, killing, and having in their custody any skins or deer's flesh for their own use, any thing in this act to the contrary notwithstanding.

VI. And whereas divers abuses, damages and inconveniences, have arisen by persons carrying guns, and presuming[1] to hunt on other people's lands: For remedy whereof, for the future, If any person or persons shall presume, Penalty on at any time after the publication of this act, to carry any gun, or hunt on hunting. any[2] inclosed or improved lands of any of the inhabitants of this province, other than his own, unless he shall have license or permission from the owner of such lands, or shall presume to fire a gun on or near any of the king's highways, and shall be thereof convicted, either upon view of any justice of the peace within this province, or by the oath or affirmation of any one or more witnesses, before any justice of the peace, he shall, for every such offence, forfeit the sum of forty shillings.

(1) The right of hunting and fowling at seasonable times on all lands not inclosed, and to fish in all boatable waters, and others not private property, was secured to the inhabitants of the state by the 43d section of the Constitution of 1776.  1 Dal. ed.; App. 60.

(2) See the act of the 7th of March, 1821, 7 Sm. L. 386, against hunting on the inclosed grounds in the counties of Philadelphia and Delaware.

Digitized by Google

1760.

9 *April.*

No person to shoot pigeons, &c. in the streets.

VII. No person whatsoever shall presume to shoot at, or kill with a fire-arm, any pigeon, dove, partridge, or other fowl, in the open streets of the city of Philadelphia, or in the gardens, orchards and inclosures, adjoining upon, and belonging to any of the dwelling-houses within the limits of the said city, or suburbs thereof, or any of the boroughs or towns within this province, upon the forfeiture of forty shillings for every such offence, to be convicted in manner aforesaid.

Killing any game on the sabbath-day.

VIII. If any person or persons shall hunt or kill any kind of game on the sabbath-day, and shall be convicted thereof in manner last aforesaid, every such offender shall forfeit and pay the sum of forty shillings for every such offence.

Appropriating forfeitures, &c.

IX. All which penalties and forfeitures, not herein before appropriated, shall be paid, one moiety thereof to the informer, and the other to the overseers of the poor of the township where such offence is committed, for the use of the poor of the said township; but if convicted upon view of a justice of the peace, the whole forfeiture shall be paid to the overseers of the poor of the said township, for the use of the poor of said township; and if the offender refuse to pay, the same shall be levied by distress and sale of the offender's goods, by warrant, under the hand and seal of the justice before whom such offender shall be convicted, returning the overplus, if any, to the owner, the charge of distraining being first deducted; and for want of such distress, he shall be committed to prison, where the forfeiture is three pounds, for the space of thirty days; and where the forfeiture is forty shillings, for the space of twenty days without bail or mainprize; and if such offender be a negro, or mulatto slave, he shall, instead of such imprisonment, be publicly whipped, at the direction of the magistrate, not exceeding thirty-one lashes, unless the master or mistress of such slave shall pay the fine or fines hereby inflicted.

X. [Repealing former act about Attachments under 40s. 12 Wm. III.] Passed 9th April, 1760.—1 Sm. L. p. 227.

———————

*Laws passed at a Session which commenced October* 14*th,* 1761, *and ended May* 14*th,* 1762.

JAMES HAMILTON, LIEUTENANT-GOVERNOR.

1762.

17 *Feb.*

All lotteries nuisances.

Penalty on persons erecting.

## CHAPTER XLVII.

### AN ACT FOR THE MORE EFFECTUAL PREVENTING AND SUPPRESSING OF LOTTERIES.

[The preamble is omitted.]

I. All lotteries[1] whatsoever, whether public or private, are common and public nuisances, and against the common good and welfare of this province.

II.[2] From and after the publication of this act, no person or persons whatsoever, shall publicly or privately set up, erect, make, exercise, keep open, show or expose to be played at, drawn at, or thrown at,[3] or shall cause or procure the same to be done, either by dice, lots, cards, balls, tickets, or any other numbers or figures, or in any other manner or way whatsoever; and that every person or persons that shall set up, erect, make, exercise, keep open, show, or expose to be played at, drawn, or thrown at, any such lottery, play or device, or that shall cause or procure the same to be done, after the publication of this act, and shall be thereof legally convicted in any court of

---

(1) What is a lottery.  4 S. & R. 151.
(2) This section seems to be repealed by the 1 March, 1833, but is retained in the Digests.
(3) There is an omission in the roll, 1 Sm. L. 246, of the words any lottery, play, or device.

Digitized by Google

# EXHIBIT

# 4

# THE

# PENAL LAWS

.

OF

# PENNSYLVANIA.

## PASSED MARCH 31, 1860.



LIBRARY
THE PA. STATE
COLLEGE

**HARRISBURG:**
**A. BOYD HAMILTON, STATE PRINTER.**

**1860.**

Digitized by Google

or manufacturer to and used by such manufacturer or mechanic on or in the sale of any goods, wares or merchandise, with intent to use or sell the said die, plate, engraving or printed stamp, label or wrapper, for the purpose of aiding or assisting, in any way whatever, in vending any goods, wares or merchandise, in imitation of or intended to resemble and to be sold for the goods, wares or merchandise of such mechanic or manufacturer, such person shall be guilty of a misdemeanor, and upon being thereof convicted, be sentenced to pay a fine not exceeding one hundred dollars, and to undergo an imprisonment not exceeding one year.

**Vending goods fraudulently marked.** SECTION 175. If any person shall vend any goods, wares or merchandise, having thereon any forged or counterfeited stamps or labels of any mechanic or manufacturer, knowing the same to be forged or counterfeited, and resembling or purporting to be imitations of the stamps or labels of such mechanic or manufacturer, without disclosing the fact to the purchaser thereof, such person shall, upon conviction, be deemed guilty of a misdemeanor, and be sentenced to pay a fine not exceeding five hundred dollars.

**Forged telegraphic dispatches.** SECTION 176. If any person, whether an operator in any telegraph office or otherwise, shall knowingly send or cause to be sent, by telegraph, any false or forged message as from such office, or as from any other person, knowing the same to be false, forged or counterfeited, with intent to deceive, injure or defraud any individual or body corporate, such offender, on conviction, shall be guilty of a misdemeanor, and be sentenced to pay a fine not exceeding five hundred dollars, and undergo an imprisonment not exceeding one year.

## TITLE X. *General Provisions.*

**Capital punishment.** SECTION 177. No crime whatsoever, hereafter committed, except murder of the first degree, shall be punished with death in the state of Pennsylvania.

**Crimes not provided for, how punished.** SECTION 178. Every felony, misdemeanor or offence whatever, not specially provided for by this act, may and shall be punished as heretofore.

**Restitution to be awarded in certain cases, and party aggrieved to be a witness.** SECTION 179. On all convictions for robbery, burglary or larceny of any goods, chattels or other property, made the subject of larceny by the laws of this commonwealth, or for otherwise unlawfully and fraudulently taking or obtaining the same, or of receiving such goods, chattels or other property, knowing the same to be stolen, the defendant shall, in addition to the punishment heretofore prescribed for such offences, be adjudged to restore to the owner the property taken, or to pay the value of the same, or so much thereof as may not be restored. And on all convictions on any indictment for forgery, for uttering, publishing or passing any forged or counterfeit coin, bank notes, check or writing, or any indictment for fraudulently, by means of false tokens or pretences, or otherwise cheating and defrauding another of his goods, chattels or other property, the defendant, in addition to the punishment hereinbefore prescribed for such offences, shall be adjudged to make similar restitution, or other compensation, as in case of larceny, to the person de-

Digitized by Google

72                          PENAL LAWS OF PENNSYLVANIA.

forgery, uttering or publishing any bank note, check or draft, knowing the same to be counterfeited or forged, shall be brought or exhibited within five years next after the offence shall have been committed; and all indictments and prosecutions for other felonies not named or excepted heretofore in this section, and for all misdemeanors, perjury excepted, shall be brought or exhibited within two years next after such felony or misdemeanor

*Proviso.* shall have been committed : *Provided however,* That if the person against whom such indictment shall be brought or exhibited, shall not have been an inhabitant of this state, or usual resident therein, during the said respective terms for which he shall be subject and liable to prosecution as aforesaid, then such indictment shall or may be brought or exhibited against such person at any period within a similar space of time during which he shall be an inhabitant of, or usually resident within this state :

*Proviso.* *And provided also,* That indictments for misdemeanors committed by any officer of a bank, or other corporation, may be commenced and prosecuted at any time within six years from the time the alleged offence shall have been committed.

*Fines.* SECTION 78. All fines imposed upon any party, by any court of criminal jurisdiction, shall be decreed to be paid to the commonwealth; but the same shall be collected and received, for the use of the respective counties in which such fines shall have been imposed as aforesaid, as is now directed by law.

*Repealing section.* SECTION 79. The following named acts of assembly, and parts thereof, and all other parts of the criminal laws of this state, and forms of procedure relative thereto, so far as the same are altered and supplied by the act to consolidate, revise and amend the penal laws of this commonwealth, and by this act, be and the same are hereby repealed.

1700. An Act against forcible entry.
1700. An Act against removing of land marks.
1700. An Act about binding the peace.
1700. An Act against barrators.
1700. An Act against the grievous sin of cursing and swearing within this province or territory.
1700. An Act against defacers of charters.
1705. An Act against incest.
1705. An Act against adultery and fornication.
1705. An Act against bigamy.
1705. An Act against rioters and riots.
1705. An Act against mixing and adulterating strong liquors.
1705. An Act for county seals and against counterfeiting hands and seals.
1705. An Act for bailing prisoners and about imprisonment.
1718. May   31. An Act for the advancement of justice and more certain administration thereof, except the 3d and 4th sections.
1722. May   22. Sections 1st, 2d, 3d, 4th, 6th, 8th, 9th, 10th and 19th of an act for establishing courts of judicature in this province.
1727. March  2. Section 10th of an act more effectually to prevent unfair practices in packing of beef and pork for exportation.

Digitized by Google

1760. April     9. Section 6th of an act to prevent the hunting of deer and other wild beasts beyond the limits of lands purchased from the Indians.

1762. Feb.     17. An Act for the more effectual suppressing and preventing lotteries.

1767. Feb.     21. A supplement to the act, entitled "An Act for the advancement of justice and the more certain administration thereof."

1772. March 21. A supplement to the act, entitled "An Act against adultery and fornication."

1772. March 21. A supplement to the act, entitled "An Act for the advancement of justice and the more certain administration thereof."

1774. Dec.     24. Section 10th of an act to prevent frauds in the packing of shad and herrings for exportation.

1775. March 18. Section 7th of an act to regulate the assize of bread, and for other purposes therein mentioned.

1777. Feb.     11. An Act declaring what shall be treason, and what other crimes and practices against the state shall be misprision of treason.

1780. March  8. An Act for the amendment of the laws relative to the punishment of treason, robberies, misprision of treason and other offences.

1780. March 10. An Act to increase the punishment of horse stealing.

1781. April     5. Section 15th of an act to prevent the exportation of bread and flour not merchantable, and for repealing, at a certain time, all of the laws heretofore made for that purpose.

1782. Dec.      3. An Act to prevent the erecting any new and independent state within the limits of this commonwealth.

1784. Sept.    15. So much of the 3d section as imposes a penalty for forging and altering of brand, of an act to prevent the exportation of bread and flour not merchantable.

1789. March 27. An Act to prevent the importation of convicts into this commonwealth.

1790. April     5. Sections 1st, 2d, 3d, 4th, 5th, 6th, 7th, 32d and 33d, of an act to reform the penal laws of this state.

1791. April    13. Section 7th of an act to establish the judicial courts of this commonwealth, in conformity to the alterations and amendments in the constitution.

1791. Sept.    23. Except sections 4th, 12th, 13th and 16th, a supplement to the penal laws of the state.

1792. Jan.     20. An Act to prevent the sale of lottery tickets within this commonwealth.

1794. April    18. Sections 1st and 4th of an act to prevent the damages which may happen by the firing of woods.

1794. April   22. An Act for the better preventing of crimes, and for abolishing the punishment of death in certain cases.

1797. March 17. Section 13th of an act to revive the incorporation of the subscribers to the Bank of North America.

1797. March 20. A supplement to the penal laws of this state.

1799. April   4. An Act for perpetuating the penal laws of this state.

1804. March  5. Section 7th of an act to incorporate the Philadelphia Bank.

1804. April   3. Section 1st of an act for the punishment of perjury and the subornation of perjury.

1804. Dec.   8. An Act to regulate the payment of costs on indictments.

1805. March  2. An Act for the more effectual prevention of excessive and deceitful gaming, and to prevent unlawful sales of chances of lottery tickets, &c.

1805. March 28. An Act explanatory of an act, entitled "An Act to regulate the payment of costs on indictments."

1806. March 17. An Act regulating the power of the justices of the peace in cases of assault and battery.

1806. March 21. A supplement to sundry penal laws of this commonwealth.

1806. March 31. An Act to restrain the horrid practice of duelling.

1807. April   4. Sections 1st, 2d, 3d and 6th, of a further supplement to the penal laws of this state.

1808. Feb.   15. An Act to declare masquerades and masked balls common nuisances, and to punish those who promote and encourage them.

1808. March 28. An Act supplementary to the penal laws of this commonwealth.

1809. March 29. An Act making perpetual an act, entitled "An Act to regulate the payment of costs on indictments," and the 2d section of an act, entitled "An Act explanatory of the act, entitled 'An Act to regulate the payment of costs on indictments.'"

1811. April   2. Section 27th of an act to incorporate the Union canal company of Pennsylvania.

1813. March 29. A further supplement to an act, entitled "An Act directing the mode of selecting and returning jurors."

1814. March 14. So much of section 17th as relates to counterfeiting numbers, marks or brands, of an act providing for the inspection of spirituous liquors.

1814. March 26. Section 11th of an act for the relief of insolvent debtors.

1814. March 28. Section 13th of an act establishing a fee bill.

Digitized by Google

1816. March 18. A further supplement to an act, entitled "An Act for the prevention of vice and immorality, or unlawful gaming, and restraining disorderly sports and dissipation."

1817. March 10. An Act to repeal an act, entitled "An Act to amend the penal laws."

1819. March 27. An Act to prevent the removal of flag-staffs, beacons or buoys in any of the navigable streams within this commonwealth.

1819. March 29. Section 4th of an act enjoining duties on the attorney general, and for other purposes.

1820. Jan.   29. Section 5th of a supplement to an act, entitled "An Act for the relief of insolvent debtors."

1820. Feb.   9. A further supplement to an act to regulate the payment of costs on indictments.

1822. April   2. Section 6th of an act to prevent the disturbance of meetings held for the purpose of religious worship.

1824. March 25. Sections 11th, 12th and 13th of an act to recharter certain banks.

1824. March 27. An Act for the protection of vineyards.

1824. March 29. An Act to prevent the destruction of timber, and supplementary to an act to prevent the damages which may happen by the firing of woods, passed the 18th day of April, 1794, except the third section thereof.

1825. April  11. A further supplement to the penal laws of this commonwealth.

1826. April   5. An Act to enable grand jurors to administer oaths or affirmations to witnesses.

1826. April  10. Sections 5th and 6th of an act to protect the public in the full benefit and enjoyment of the works constructed for the purposes of inland navigation.

1827. Feb.   12. A supplement to an act, entitled "An Act to protect the public in the full benefit and enjoyment of the works constructed for the purposes of inland navigation."

1827. April  16. An Act concerning the backing or endorsing warrants by the justices of the peace.

1827. April  17. An Act to prevent certain abuses of the law relative to fugitives from labor.

1829. April  23. Sections 1st, 2d, 4th and 5th of a further supplement to an act, entitled "An Act to reform the penal laws of this commonwealth."

1831. March 25. Section 1st of an act more effectually to prevent and punish extortion, and for other purposes.

1831. March 28. Sections 3d and 4th of an act to enlarge the buildings of the state penitentiary, and for other purposes.

1832. April  30. Section 1st of an act concerning the administration of justice.

1832. May    5. Section 11th of an act regulating lateral railroads.

Digitized by Google

1833. March   1. Section 2d of an act for the entire abolition
                 of lotteries.
1834. April  10. An Act to abolish public executions.
1834. April  14. Section 6th of an act for the amendment of
                 the law relating to factors.
1834. April  14. Sections 152d, 153d, 154th, 155th, 156th,
                 161st and 162d of an act relative to the
                 organization of courts of justice.
1835. April  15. Sections 198th and 200th of an act relating to
                 inspectors.
1835. April  15. An act supplementary to an act to prevent the
                 disturbance of meetings held for the pur-
                 pose of religious worship, passed 2d April,
                 1822.
1836. April   1. An act for the prevention of injuries to indi-
                 viduals by the gross negligence or wilful
                 misconduct of stage drivers and others.
1836. June   13. Section 74th of an act relating to roads, high-
                 ways and bridges.
1836. June   13. Sections 58th, 59th, 60th, 61st and 62d of an
                 act relating to lunatics and habitual drunk-
                 ards.
1836. June   16. Sections 42d, 43d, 44th and 45th of an act
                 relating to insolvent debtors.
1836. June   16. Section 9th of an act relating to the jurisdic-
                 tion and powers of courts.
1838. April  16. Sections 8th and 9th of a supplement to an
                 act to incorporate the Middleport and Pine
                 Creek railroad company.
1839. July    2. Sections 122d and 123d of an act relating to
                 the elections of this commonwealth.
1840. April   1. So much of the 1st section (as provides penal-
                 ties against purchasers and receivers of
                 stolen lumber) of a supplement to an act
                 passed twenty-ninth March, eighteen hun-
                 dred and twenty-four, entitled "An Act to
                 prevent the destruction of timber," and
                 supplementary to the act, entitled "An Act
                 to prevent the damages which may happen
                 by firing woods," passed eighteenth April,
                 seventeen hundred and ninety-four.
1840. April  16. Section 4th of a further supplement to the act,
                 entitled "An Act to incorporate the Miners'
                 Bank of Pottsville, in the county of Schuyl-
                 kill," passed 7th February, 1828.
1841. May    27. Section 10th of an act relating to the election
                 of county treasurers, and for other pur-
                 poses, so far as the same relates to county
                 treasurers.
1842. March  12. Section 7th of an act to provide for the resump-
                 tion of specie payments by the banks of this
                 Commonwealth, and for other purposes.
1842. March  14. Section 10th of an act to enable the commis-
                 sioners of Greene county to sell real estate,
                 and for other purposes.

Digitized by Google

PENAL LAWS OF PENNSYLVANIA.                    77

1842. June   23. Section 2d of an act to establish an institution by the name of the institution for colored youths.

1842. July   12. Sections 20th and 21st of an act for abolishing imprisonment for debt, and punishing fraudulent debtors.

1843. April  19. Section 1st of an act to punish seduction, and to afford a more adequate civil remedy for the injury.

1844. April  26. Fifth resolution providing against receivers of stolen goods, entitled "Resolution to authorize the county commissioners of Philadelphia county to borrow money, and for other purposes."

1845. April  16. Section 17th of an act to increase the revenues and diminish the expenses of the commonwealth.

1846. April  17. Sections 1st and 2d of a further supplement to the penal laws of this commonwealth.

1846. April  20. Section 2d of an act to provide for the ordinary expenses of government, the repairs of canals and railroads, and other claims upon the commonwealth.

1847. Feb.   16. An Act for the suppression of gambling.

1847. Feb.   18. An Act concerning sentences of convicts.

1847. March   3. An Act to define and punish the offence of bribery.

1847. March   3. Sections 1st, 2d, 3d, 4th and 6th of an act to prevent kidnapping, preserve the public peace, &c.

1847. March   3. An Act to prevent and punish frauds in the use of false stamps and labels.

1847. March  16. Sections 1st and 3d of an act declaring obstructions to private roads to be a public nuisance, and for other purposes.

1847. March  16. Section 4th of an act relating to the second brigade, eighth division, Pennsylvania militia; and relative to the Doylestown Greys; and relative to the Luzerne and Northampton coal company; and disturbing religious congregations.

1848. April  10. Section 1st of a further supplement to the penal laws of this state.

1848. April  10. Section 3d of an act extending the chancery powers of, and the jurisdiction and proceedings in certain courts.

1849. Feb.   19. Section 16th of an act regulating railroad companies.

1849. Feb.   27. Section 1st of an act declaratory of the act, entitled "An Act declaring obstructions to private roads a public nuisance," etc.

1849. April   5. Section 2d of an act to prevent the opening of streets or public roads through burial grounds, and for the protection of cemeteries and grave yards.

Digitized by Google

1849. April   9. Section 7th of an act relative to the venders of mineral water.

1849. April  16. Sections 7th, 10th and 11th of an act relating to lunatics and habitual drunkards; to punish aldermen and justices of the peace for misdemeanors; relating to arbitration in the district court for the city and county of Philadelphia; relative to deeds of assignment; relative to judgment liens; relating to the limitation of actions; relating to liens and terre tenants; and for the more effectual punishment of arson.

1849. April  21. Section 2d of an act to restrain corporations from issuing obligations redeemable otherwise than in gold and silver and in current bank notes.

1850. April  16. Section 20th of an act regulating banks.

1850. April  25. Sections 34th, 36th and 40th of an act relating to executrixes; to partition in the orphans' court and common pleas, &c.

1850. May   3. Sections 4th and 5th of an act providing for the election of district attorneys.

1851. April  14. Section 11th of an act, entitled "An Act extending the time for the completion of the Hollidaysburg and Bedford turnpike company," &c.

1851. April  14. Section 8th of an act relating to the commencement of actions; to judgments and decrees for the payment of money to the widows and children of decedents; to partitions in the common pleas; relative to penalties of telegraph operators, &c.

1851. April  15. Section 1st of an act to prevent the landing of foreign convicts, &c.

1852. March 10. A further supplement to the penal laws of this state, to render their limitation uniform.

1852. May   4. Section 3d of an act relative to courts of this commonwealth.

1854. May   8. Section 5th of an act to protect certain domestic and private rights, and to prevent abuses in the sale and use of intoxicating drinks.

1855. March 13. A supplement to an act to define and punish the offence of bribery.

1855. April  26. Sections 1st and 2d of an act relating to estates held for corporate, religious and charitable uses.

1855. May   7. An Act to protect burial grounds.

1855. May   7. Section 3d of an act to protect keepers of hotels, inns and boarding houses.

1855. May   8. Section 3d of an act relating to electrical telegraphs, and messages sent thereby.

1855. May   8. An Act to punish and prevent frauds in the use of false stamps, labels and trade-marks.

Digitized by Google

1856. April    4. An Act relating to agricultural, horticultural and floral exhibitions.
1856. April   26. An Act to prevent the imprisonment of witnesses in certain cases.
1856. May     13. An Act relative to libels.
1856. Nov.     6. An Act allowing bills of exception and writs of error in criminal cases, except sections 6th and 7th thereof.
1857. April   24. An Act to repeal the act of the tenth March, eighteen hundred and fifty-two, limiting the commencement of prosecutions.
1858. March   15. A supplement to an act relating to embezzlement.
1858. April   15. An Act to make better provision for the punishment of frauds committed by bankers, trustees and other persons entrusted with property.
1858. April   20. Section 11th of a supplement to an act to regulate the sale of intoxicating liquors, &c., so far as the same relates to the sale of adulterated liquors.
1859. April    6. Section 1st of an act further to prevent the disturbance of public meetings.
1859. April   12. An Act relating to costs in certain cases.

SECTION 80. The acts of assembly, and parts thereof, herein- Saving section. before repealed, shall be and the same are hereby continued in force and effect, until this act, and the act to consolidate, revise and amend the penal laws of this commonwealth, shall go into force and effect, according to the provisions thereof; and the said acts and parts thereof, and all other parts of the existing criminal law, shall continue in full force and effect, anything in this act, or the act to consolidate, revise and amend the penal laws of this commonwealth, to the contrary notwithstanding, as to all crimes and offences committed before this act, and the act to consolidate, revise and amend the penal laws of this commonwealth, shall have become a law, or shall have gone into effect: *Provided,* That all suits, indictments and prosecutions, for such crimes and offences, shall be brought within the time limited and prescribed by this act.

JOHN M. THOMPSON,
*Speaker of the House of Representatives pro tem.*

WM. M. FRANCIS,
*Speaker of the Senate.*

APPROVED—The thirty-first day of March, Anno Domini one thousand eight hundred and sixty.

WM. F. PACKER.

Digitized by Google

# EXHIBIT
# 5

NOV 3 1915

4bd arrears

J87
P418   Commonwealth of Pennsylvania
1915

# VETOES BY THE GOVERNOR

## OF BILLS AND RESOLUTIONS PASSED
## BY THE LEGISLATURE,

## SESSION OF 1915.

HARRISBURG, PA.:
WM STANLEY RAY, STATE PRINTER
1915

Digitized by Google

144

## No. 86.

## AN ACT

To clarify the statute law of the Commonwealth, by repealing certain acts and parts of acts of Assembly which are obsolete, expired, supplied, superseded, repealed by implication, or declared unconstitutional.

Section 1.  Be it enacted, &c., That the following acts and parts of acts of Assembly are absolutely repealed, namely:—

1.  An act, entitled "An act against buying land of the natives," approved the twenty-seventh day of November, one thousand seven hundred (Vol. 11, page eighteen, Statutes at Large, Chapter XX).

2.  Sections one and three of an act, entitled "An act for taking lands in execution for the payment of debts, where the sheriff cannot come at other effects to satisfy the same," approved the twenty-seventh day of November, one thousand seven hundred (1 Smith's Laws, 7).

3.  An act, entitled "An act for the better regulation of servants in this province and territories," approved the twenty-seventh day of November, one thousand seven hundred (1 Smith's Laws, 10).

4.  An act, entitled "An act for erecting and establishing a post-office," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page fifty-seven, Statutes at Large, Chapter L).

5.  An act, entitled "An act for the regulating of streets and water-courses in the cities and towns of this government," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page sixty-five, Statutes at Large, Chapter LIII).

6.  An act, entitled "An act about erecting and regulating the prices of ferries," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page seventy-six, Statutes at Large, Chapter LX).

7.  An act, entitled "An act for the sitting of orphans' courts," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page eighty-one, Statutes at Large, Chapter LXIII).

8.  Section two of an act, entitled "An act for regulating and maintaining of fences," approved the twenty-seventh day of November, one thousand seven hundred (1 Smith's Laws, 13).

9.  An act, entitled "The law about killing of wolves," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page eighty-five, Statutes at Large, Chapter LXIX).

10.  An act, entitled "An act for the regulating of money weights, and for stamping the same," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page eighty-six, Statutes at Large, Chapter LXXI).

11.  Sections one and two of an act, entitled "An act for regulating weights and measures," approved the twenty-seventh day of November, one thousand seven hundred (1 Smith's Laws, 18).

12.  An act, entitled "An act about country produce to be current pay in the territories of the province of Pennsylvania," approved the twenty-seventh day of November, one thousand seven hundred (Vol. II, page one hundred twenty-six, Statutes at Large, Chapter XC).

Digitized by Google

Digitized by Google

146

27.   An act, entitled "An act about attachments," approved the twelfth day of January, one thousand seven hundred six (1 Smith's Laws, 45).

28.   Section three of an act, entitled "An act for defalcation," approved the twelfth day of January, one thousand seven hundred six (1 Smith's Laws, 49).

29.   Sections one, three, and five of an act, entitled "An act for taking lands in execution for payment of debts," approved the twelfth day of January, one thousand seven hundred six (1 Smith's Laws, 57).

30.   An act, entitled "An act for raising a supply of two pence halfpenny per pound, and ten shillings per head; also for granting an impost and laying an excise on sundry liquors and negroes imported into this province, for the support of government and defraying the necessary public charges in the administration thereof," approved the twelfth day of January, one thousand seven hundred six (Vol. II, page two hundred eighty, Statutes at Large, Chapter CLXIV).

31.   An act, entitled "An act that no public house or inn within this province be kept without license," approved the twenty-eighth day of February, one thousand seven hundred eleven (1 Smith's Laws, 73).

32.   An act, entitled "An act for the better improving a good correspondence with the Indians," approved the twenty-eighth day of February, one thousand seven hundred eleven (Vol. II, page three hundred sixty-five, Statutes at Large, Chapter CLXXVII).

33.   An act, entitled "An act for establishing orphans' courts," approved the twenty-seventh day of March, one thousand seven hundred thirteen ( Smith's Laws, 81).

34.   An act, entitled "An affirmation act for such who for conscience sake cannot take an oath," approved the twenty-eighth day of May, one thousand seven hundred fifteen (Vol. III, page thirty-nine, Statutes at Large, Chapter CCIV).

35.   An act, entitled "An act for the better regulating of elections of sheriffs, coroners and assessors," approved the twenty-fourth day of August, one thousand seven hundred seventeen (Vol. III, page one hundred thirty-eight, Statutes at Large, Chapter CCXXII).

36.   An act, entitled "An act for the better encouraging the trade of this province," approved the twenty-second day of February, one .thousand seven hundred eighteen (Vol. III, page one hundred forty-five, Statutes at Large, Chapter CCXXIV).

37.   Section three of an act, entitled "An act for the advancement of justice and more certain administration thereof," approved the thirty-first day of May, one thousand seven hundred eighteen (1 Smith's Laws, 105).

38.   Sections two, three, four, five and six of an act, entitled "A supplementary act to a law of this province, entitled 'An act that no public house or inn within this province be kept without license,'" approved the twenty-sixth day of August, one thousand seven hundred twenty-one (1 Smith's Laws, 126).

39.   Sections five, eleven, twelve, thirteen, fifteen, sixteen, seventeen, eighteen, twenty, twenty-one, twenty-two, twenty-three and twenty-four of an act, entitled "An act for establishing courts of judicature in this province," approved the twenty-second day of May, one thousand seven hundred twenty-two (1 Smith's Laws, 131).

Digitized by Google

40.   An act, entitled "An act to prohibit the selling of rum and other strong liquors to the Indians, and to prevent abuses that may happen thereby," approved the twenty-second day of May, one thousand seven hundred twenty-two (Vol. III, page three hundred ten, Statutes at Large, Chapter CCLVI).

41.   An act, entitled "An act for regulating the gauging of cask in this province," approved the twenty-second day of May, one thousand seven hundred twenty-two (1 Smith's Laws, 154).

42.   An act, entitled "An act to rectify proceedings upon attachments," approved the second day of March, one thousand seven hundred twenty-three (Vol. III, page three hundred thirty-nine, Statutes at Large, Chapter CCLXIII).

43.   An act, entitled "An additional act to the act, entitled 'An act for laying an excise or duty on all wine, rum and other spirits retailed in this province,'" approved the thirtieth day of March, one thousand seven hundred twenty-three (Vol. III, page three hundred sixty-two, Statutes at Large, Chapter CCLXVIII).

44.   An act, entitled "An act more effectually to prevent unfair practices in the packing of beef and pork for exportation," approved the eighteenth day of August, one thousand seven hundred twenty-seven (1 Smith's Laws, 170).

45.   An act, entitled "An act for erecting of pounds in each township of this province," approved the tenth day of May, one thousand seven hundred twenty-nine (1 Smith's Laws, 173).

46.   Sections sixteen, seventeen and twenty of an act, entitled "An act for the relief of insolvent debtors within the province of Pennsylvania," approved the fourteenth day of February, one thousand seven hundred thirty (1 Smith's Laws, 181).

47.   An act, entitled "An act imposing a duty on persons convicted of heinous crimes and to prevent poor and impotent persons being imported into the province of Pennsylvania," approved the fourteenth day of February, one thousand seven hundred thirty (Vol. IV, page one hundred sixty-four, Statutes at Large, Chapter CCCXIV).

48.   An act, entitled "A supplementary act to the act for raising county rates and levies," approved the fifteenth day of August, one thousand seven hundred thirty-two (Vol. IV, page two hundred thirty-four, Statutes at Large, Chapter CCCXXX).

49.   An act, entitled "A supplement to the law for laying out of highways and public roads," approved the twentieth day of February, one thousand seven hundred thirty-six (Vol. IV, page two hundred ninety-six, Statutes at Large, Chapter CCCXLII).

50.   An act, entitled "An act for naturalizing such foreign protestants as are settled or shall settle within this province, who, not being of the people called Quakers, do conscientiously refuse the taking of any oath," approved the third day of February, one thousand seven hundred forty-three (Vol. IV, page three hundred ninety-one, Statutes at Large, Chapter CCCLIX).

51.   An act, entitled "An act for the speedy trial of capital offenses committed by any Indian or Indians in the remote parts of the province," approved the nineteenth day of October, one thousand seven hundred forty-four (Vol V, page five, Statutes at Large, Chapter CCCLXIII).

Digitized by Google

52. An act, entitled "An act for the more effectual suppressing profane cursing and swearing," approved the seventh day of March, one thousand seven hundred forty-six (Vol. V., page forty-two, Statutes at Large, Chapter CCCLXIX).

53. An act, entitled "An act to encourage the killing of squirrels within this province," approved the fourth day of February, one thousand seven hundred forty-nine (Vol. V, page sixty-eight, Statutes at Large, Chapter CCCLXXVI).

54. Sections one, two and three of an act, entitled "An act for the more effectual preventing accidents which may happen by fire, and for suppressing idleness, drunkenness and other debaucheries," approved the ninth day of February, one thousand seven hundred fifty-one (Vol V, page one hundred eight, Statutes at Large, Chapter CCCLXXXVIII).

55. Section one of an act, entitled "An act for preventing bribery and corruption in the election of sheriffs and coroners within this province," approved the eleventh day of March, one thousand seven hundred fifty-two (Vol. V, page one hundred fifty-nine, Statutes at Large, Chapter CCCVCVII).

56. An act, entitled "An act to prevent the exportation of bad or unmerchantable staves, heading boards and timber," approved the twenty-first day of April, one thousand seven hundred fifty-nine (1 Smith's Laws, 222).

57. Sections one, two, three, four, five and eight of an act, entitled "An act to prevent the hunting of deer and other wild beasts beyond the limits of the lands purchased of the Indians by the proprietaries of this province, and against killing deer out of season," approved the ninth day of April, one thousand seven hundred sixty (1 Smith's Laws, 227).

58. Sections two and three of an act, entitled "A supplement to an act, entitled 'An act for taking lands in execution for payment of debts, and for confirming partitions in several instances heretofore made,'" approved the twenty-third day of March, one thousand seven hundred sixty-four (1 Smith's Laws, 262).

59. An act, entitled "A supplement to an act, entitled 'An act for the relief of insolvent debtors within the province of Pennsylvania,'" approved the second day of February, one thousand seven hundred sixty-five (Vol. VI, page three hundred ninety-two, Statutes at Large, Chapter DXVIII).

60. An act, entitled "An act to explain and amend a supplement to an act, entitled 'An act for the relief of insolvent debtors within the province of Pennsylvania,'" approved the twentieth day of September, one thousand seven hundred sixty-five (Vol. VI, page four hundred fifty-nine, Statutes at Large, Chapter DXXXI).

61. Sections two and three of an act, entitled "An act to prevent the mischiefs arising from the increase of vagabonds and other idle and disorderly persons within this province," approved the twenty-first day of February, one thousand seven hundred sixty-seven (1 Smith's Laws, 268).

62. An act, entitled "An act to amend the act, entitled 'An act for establishing Courts of Judicature within this province,'" approved the twentieth day of May, one thousand seven hundred sixty-seven (1 Smith's Laws, 274).

Digitized by Google

63. An act, entitled "An act to amend the act, entitled 'An act to prevent the exportation of bad and unmerchantable staves, heading boards and timber,'" approved the twentieth day of May, one thousand seven hundred sixty-seven (1 Smith's Laws, 277).

64. Section two of an act, entitled "An act for the better confirmation of the estates of persons holding or claiming under feme-coverts, and for establishing a mode by which husband and wife may hereafter convey their estates," approved the twenty-fourth day of February, one thousand seven hundred seventy (1 Smith's Laws, 307).

65. An act, entitled "A supplement to the act, entitled 'An act for bailing prisoners and about imprisonment,'" approved the twenty-fourth day of February, one thousand seven hundred seventy (1 Smith's Laws, 309).

66. An act, entitled "An act for the relief of (the) languishing prisoners in the gaols of the several counties within this province, with respect to the imprisonment of their persons,": approved the twenty-fourth day of February, one thousand seven hundred seventy (Vol. VII, page three hundred forty-seven, Statutes at Large, Chapter DCXI).

67. Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, seventeen, eighteen, nineteen, twenty, twenty-one, twenty-two, twenty-three, twenty-four, twenty-five, twenty-six, twenty-seven, twenty-eight, twenty-nine, thirty, thirty-one and thirty-two of an act, entitled "An act for the relief of the poor," approved the ninth day of March, one thousand seven hundred seventy-nine (1 Smith's Laws, 332).

68. Section four of an act, entitled "An act for the sale of goods distrained for rent, and to secure such goods to the persons distraining the same for the better security of rents, and for other purposes therein mentioned," approved the twenty-first day of March, one thousand seven hundred seventy-two (1 Smith's Laws, 370).

69. An act, entitled "An act for the more easy recovery of legacies," approved the twenty-first day of March, one thousand seven hundred seventy-two (1 Smith's Laws, 383).

70. Section two of an act, entitled "An act for the relief of such persons as conscientiously scruple the taking of an oath in the common form," approved the twenty-first day of March, one thousand seven hundred seventy-two (1 Smith's Laws, 387).

71. Section four of an act, entitled "An act for prevention of frauds and perjuries," approved the twenty-first day of March, one thousand seven hundred seventy-two (1 Smith's Laws, 389).

72. An act, entitled "An act to prevent frauds in the packing and preserving of shad and herring for exportation," approved the twenty-fourth day of December, one thousand seven hundred seventy-four (1 Smith's Laws, 418).

73. Section five of an act, entitled "A supplement to the act, entitled 'An act for acknowledging and recording of deeds,'" approved the eighteenth day of March, one thousand seven hundred seventy-five (1 Smith's Laws, 422).

Digitized by Google

74. An act, entitled "An ordinance to prevent the counterfeiting the paper money issued by the Honorable, the Continental Congress, or by this or any other of the United American States," approved the first day of August, one thousand seven hundred seventy-six (Vol. IX, page eight, Statutes at Large, Chapter DCCXXVIII).

75. An act, entitled "An ordinance to compel debtors in certain cases to give security to their creditors," approved the thirteenth day of September, one thousand seven hundred seventy-six (Vol. IX, page twenty-one, Statutes at Large, Chapter DCCXXXIV).

76. Section six of an act, entitled "An act for establishing in the city of Philadelphia, and in each county of this State, an office for the probate and registering of wills and granting letters of administration, and an office for the recording of deeds," approved the fourteenth day of March, one thousand seven hundred seventy-seven (1 Smith's Laws, 443).

77. An act, entitled "An act for establishing a new seal for the Supreme Court, and for altering the place of holding the said Court and the courts of Oyer and Terminer and General Gaol Delivery in the counties of Chester and Bucks, for a limited Time," approved the second day of January, one thousand seven hundred seventy-eight (1 Smith's Laws, 447).

78. An act, entitled "A supplement to the act for raising of county rates and levies," approved the first day of October, one thousand seven hundred seventy-nine (Vol. IX, page four hundred two, Statutes at Large, Chapter DCCCLI).

79. An act, entitled "An act for continuing an act, entitled an act for the more easy recovery of legacies," approved the ninth day of October, one thousand seven hundred seventy-nine (1 Smith's Laws, 473).

80. An act, entitled "An act more effectually to prevent counterfeiting the continental loan office certificates, the continental loan office bills of exchange and the paper money of the United States of America, or any of them," approved the twenty-sixth day of November, one thousand seven hundred seventy-nine (Vol X, page twelve, Statutes at Large, Chapter DCCCLXIX).

81. Sections eight and nine of an act, entitled "An act to render the revenue arising from the excise on wine and spirits, and on licenses to be granted to public houses, effective and equal to the public necessities," approved the seventeenth day of March, one thousand seven hundred eighty (1 Smith's Laws, 503).

82. An act, entitled "An act for an impost on goods, wares and merchandise imported into this State," approved the twenty-third day of December, one thousand seven hundred eighty (Vol. X, page two hundred fifty-two, Statutes at Large, Chapter CMXXV).

83. Sections one, four, five and nine of an act, entitled "An act for raising and collecting of money on the specified articles therein mentioned for the support of government, and for other purposes therein mentioned," approved the twentieth day of March, one thousand seven hundred and eighty-three (Vol. XI, page sixty-five, Statutes at Large, Chapter MXVIII).

Digitized by Google

Digitized by Google

95. An act, entitled "A supplement to the act, entitled 'An act to alter and amend an act, entitled "An act to remedy the defects of the several acts of Assembly heretofore made for regulating the elections of justices of peace throughout this State, and to establish a permanent mode for holding such elections, and to authorize the justices of the peace of the City of Philadelphia to hold the courts of record of the said city, and to make further provisions for the due election and return of justices of peace elect,'" approved the twenty-seventh day of February one thousand seven hundred and eighty-eight (Vol. XIII, page 9, Statutes at Large, Chapter MCCCXXIX).

96. An act, entitled "An act directing the time, places and manner of holding elections for representatives of this State in the congress of the United States, and for appointing electors on the part of this State for choosing a president and vice-president of the United States," approved the fourth day of October, one thousand seven hundred and eighty-eight (Vol. XIII, page 140, Statutes at Large, Chapter MCCCLXXIII).

97. An act, entitled "An act to alter the times of holding the courts of general quarter sessions of the peace and gaol delivery in the several counties within this Commonwealth," approved the seventh day of September, one thousand seven hundred and eighty-nine (Vol. XIII, page 305, Statutes at Large, Chapter MCDXXVII).

98. An act, entitled "A supplement to the several laws of this Commonwealth respecting attachments," approved the twenty-eighth day of September, one thousand seven hundred and eighty-nine (2 Smith's Laws, page 502, Chapter MCCCCXXXIV).

99. An act, entitled "An act for the inspection of Shingles" approved the twenty-ninth day of September, one thousand seven hundred and eighty-nine (2 Smith's Laws, page 504).

100. An act, entitled "An act relating to sheriffs and coroners," approved the twenty-ninth day of September, one thousand seven hundred and eighty-nine (Vol. XIII, page 368, Statutes at Large, Chapter MCDLII).

101. An act, entitled "A supplement to the act, entitled 'An act to provide for the salaries of the officers of the land office enacted the eighth day of December, one thousand seven hundred and eighty-nine," approved the nineteenth day of February, one thousand seven hundred and ninety (Vol. XIII, page 441, Statutes at Large, Chapter MCDLXXX).

102. An act, entitled "An act relating to the securities to be given by sheriffs and coroners," approved the fifth day of March, one thousand seven hundred and ninety (Vol. XIII, page 455, Statutes at Large, Chapter MCDLXXXVIII).

103. Section three of an act, entitled "An act for instituting a board of property and for other purposes therein mentioned," approved the eighth day of January, one thousand seven hundred and ninety-one (3 Smith's Laws, page 2).

104. Section four of an act, entitled "An act to enjoin certain duties on the Secretary of the Commonwealth and for other purposes," approved the twelfth day of March, one thousand seven hundred and ninety-one (3 Smith's Laws, page 8).

Digitized by Google

105. An act, entitled "An act to provide for the election of representatives of the people of this State in the Congress of the United States," approved the sixteenth day of March, one thousand seven hundred and ninety-one (Vol. XIV, page 20, Statutes at Large, Chapter MDXXXIII).

106. An act, entitled "An act to provide a more effectual method of settling the public accounts of the commissioners and treasurers of the respective counties," approved the thirtieth day of March, one thousand seven hundred and ninety-one (3 Smith's Laws, page 15).

107. Sections one, two, three and four of an act, entitled "An act to confer on certain associations of the citizens of this Commonwealth the powers and immunities of corporations or bodies politic in law," approved the sixth day of April, one thousand seven hundred and ninety-one (3 Smith's Laws, page 20).

108. An act, entitled "An act to provide for the support of the government of this Commonwealth," approved the thirteenth day of April, one thousand seven hundred and ninety-one (3 Smith's Laws, page 26).

109. Sections one, two, three, four, five, six, seven, eight, eleven, twelve, thirteen, sixteen, seventeen, eighteen, nineteen and twenty-one of an act, entitled "An act to establish the judicial courts of this Commonwealth in conformity to the alterations and amendments in the Constitution," approved the thirteenth day of April, one thousand seven hundred and ninety-one (3 Smith's Laws, page 28).

110. An act, entitled "An act to regulate the trials of contested elections," approved the twenty-ninth day of September, one thousand seven hundred and ninety-one (3 Smith's Laws, page 45).

111. An act, entitled "An act to regulate the inspection of flour in certain western counties of the State," approved the thirtieth day of September, one thousand seven hundred and ninety-one (3 Smith's Laws, page 52).

112. Sections one, two, three, four, five, six, seven and eight of an act, entitled "A supplement to the act, entitled 'An act to establish the judicial courts of this Commonwealth in conformity to the alterations and amendments in the Constitution,'" approved the thirtieth day of September, one thousand seven hundred and ninety-one (3 Smith's Laws, page 58).

113. Section four of an act, entitled "An act to enable executors and administrators by leave of court to convey lands and tenements contracted for with their decedents and for other purposes therein mentioned," approved the thirty-first day of March, one thousand seven hundred and ninety-two (3 Smith's Laws, page 66).

114. Sections one, two and three of an act, entitled "An act to provide for printing, publishing and distributing the laws of this Commonwealth, and to direct a proper index to be made of the records of the executive department," approved the fourth day of April, one thousand seven hundred and ninety-two (3 Smith's Laws, page 79).

115. An act, entitled "A supplement to the act, entitled 'An act to secure the persons employed in the building and fitting ships and vessels for sea, by making the body tackle, apparel and furniture of such ships and vessels liable to pay the several tradesmen employed in building and fitting them for their work and materials,'" approved the ninth day of February, one thousand seven hundred and ninety-three (3 Smith's Laws, 89).

Digitized by Google

154

116.  An act, entitled "A supplement to an act, entitled 'An act to provide a more effectual method of settling the public accounts of the commissioners and treasurers of the respective counties,' " approved the sixth day of March, one thousand seven hundred and ninety-three (Vol. XIV, page 346, Statutes at Large, Chapter MDCLVII).

117.  An act, entitled "A further supplement to the act, entitled 'An act to provide for the support of the government of this Commonwealth,' " approved the eighth day of April, one thousand seven hundred and ninety-three (3 Smith's Laws, page 111).

118.  An act, entitled "An act to authorize the admission of certain persons as witnesses in cases respecting the settlement of paupers," approved the third day of April, one thousand seven hundred ninety-four (3 Smith's Laws 126, Chapter MDCCXV).

119.  An act, entitled "A supplement to the act, entitled 'An act to enjoin certain duties on the Secretary of the Commonwealth, and for other purposes,' " approved the eighth day of April, one thousand seven hundred ninety-four (Statutes at Large 37, Vol. XV, Chapter MDCCXXXVI).

120.  An act, entitled "A supplement to the act, entitled 'An act to enable executors and administrators by leave of court to convey lands and tenements contracted for with their decedents and for other purposes therein mentioned,' " approved the fourteenth day of April, one thousand seven hundred ninety-four (3 Smith's Laws 129, Chapter MDCCXXX).

121.  An act, entitled "An act directing the descent of intestates' real estates and distribution of their personal estates, and for other purposes therein mentioned," approved the nineteenth day of April, one thousand seven hundred ninety-four (3 Smith's Laws, 143).

122.  An act, entitled "A further supplement to the act, entitled 'An act for the support of the government of this Commonwealth,' " approved the twenty-second day of April, one thousand seven hundred ninety-four (3 Smith's Laws, 183).

123.  An act, entitled "An act to provide for the better collection of the revenue arising from tavern licenses," approved the twenty-second day of April, one thousand seven hundred ninety-four (Statutes at Large, 149, Chapter MDCCLXIII, Vol. XV).

124.  An act, entitled "An act to regulate the mode of assessing and collecting county rates and levies," approved the seventeenth day of April, one thousand seven hundred ninety-five (Statutes at Large 322, Chapter MDCCCLII, Vol. XV).

125.  An act, entitled "An act supplementary to the several acts of Assembly for establishing the judicial courts of this Commonwealth in conformity to the alterations and amendments in the Constitution," approved the eighteenth day of April, one thousand seven hundred ninety-five (3 Smith's Laws, 245).

126.  Sections one and two of an act, entitled "An act to provide for the payment of clerks in the offices of the Surveyor-General, Receiver-General and Secretary of the Land Office, and for other purposes therein mentioned." approved the twentieth day of April, one thousand seven hundred ninety-five (3 Smith's Laws, 259). ·

Digitized by Google

127. Section one of an act, entitled "An act to collect revenue from the rolls office for the further support of government," approved the twentieth day of April, one thousand seven hundred ninety-five (Statutes at Large 375, Chapter MDCCCLXV, Vol. XV).

128. An act, entitled "An act providing for the appointment of an inspector of staves and heading," approved the seventeenth day of March, one thousand seven hundred ninety-six (3 Smith's Laws, 268).

129. Sections one, three, five, six and seven of an act, entitled "An act supplementary to the act, entitled 'An act directing the descent of intestates' real estates and distribution of their personal estates, and for other purposes therein mentioned,'" approved the fourth day of April, one thousand seven hundred ninety-seven (3 Smith's Laws, 296).

130. An act, entitled "An act for continuing the present salaries of the judges of the Supreme Court, the Secretary of the Commonwealth and the presidents of the courts of common pleas," approved the fourth day of April, one thousand seven hundred ninety-eight (3 Smith's Laws, 329).

131. Section five of an act, entitled "A supplement to the act, entitled 'An act to extend the powers of the justices of the peace of this State,'" approved the first day of March, one thousand seven hundred ninety-nine (3 Smith's Laws, 354).

132. Section one of an act, entitled "An act to enable the justices of the Supreme Court to hold circuit courts within this Commonwealth," approved the twentieth day of March, one thousand seven hundred ninety-nine (3 Smith's Laws, 358).

133. Sections one and three of an act, entitled "A supplement to an act, entitled 'An act to regulate hawkers and peddlers,'" approved the twenty-eighth day of March, one thousand seven hundred ninety-nine (3 Smith's Laws, 359).

134. Sections one and three of an act, entitled "An act to supply certain defects in the acts incorporating the city of Philadelphia and sundry towns and boroughs within this Commonwealth, and to explain and amend an act, entitled 'An act to alter and amend the several acts of the General Assembly of this Commonwealth incorporating the city of Philadelphia and for other purposes,'" approved the eleventh day of April, one thousand seven hundred ninety-nine (3 Smith's Laws, 390).

135. Sections one, two, three, eleven, twelve, thirteen, fourteen, seventeen, twenty-two, twenty-three, twenty-four, twenty-six and twenty-seven of an act, entitled "An act to raise and collect county rates and levies," approved the eleventh day of April, one thousand seven hundred ninety-nine (3 Smith's Laws, 392).

136. An act, entitled "A supplement to the act vesting certain powers in the judges of the Supreme Court," approved the fifteenth day of March, one thousand eight hundred (3 Smith's Laws 437, Chapter MMCXXXII).

137. An act, entitled "A further supplement to the act, entitled 'An act to prevent the exportation of bread and flour not merchantable, and for repealing at a certain time all the laws heretofore made for that purpose,'" approved the fifteenth day of March, one thousand eight hundred (3 Smith's Laws 437, Chapter MMCXXXIII).

138. An act, entitled "An act to tax the office of the prothonotary or clerk of the Supreme Court," approved the fifth day of December, one thousand eight hundred and one (P. L. 3, 1802).

139. An act, entitled "An act to alter and amend the health laws of this State so far as respects vessels, goods and passengers coming from any port or place in the state of Delaware," approved the twenty-seventh day of January, one thousand eight hundred and two (P. L., 25).

140. An act, entitled "An act declaring the holding of offices or appointments under this State incompatible with the holding or exercising offices or appointments under the United States," approved the twelfth day of February, one thousand eight hundred and two (P. L., 37).

141. An act, entitled "An act authorizing executors and administrators in certain cases to convey lands sold by their decedents by order of orphans' court," approved the second day of April, one thousand eight hundred and two (P. L., 133).

142. An act, entitled "An act to provide for the election of representatives of the people of this State in Congress of the United States," approved the second day of April, one thousand eight hundred and two (P. L., 145).

143. An act, entitled "An act to enlarge the March and December terms in the Supreme Court," approved the fifth day of April, one thousand eight hundred and two (P. L., 166).

144. An act, entitled "An act to enable purchasers at sheriff's or coroner's sales to obtain possession," approved the sixth day of April, one thousand eight hundred and two (P. L., 266).

145. An act, entitled "An act establishing the compensation of the Deputy Secretary of this Commonwealth," approved the twenty-fifth day of February, one thousand eight hundred and three (P. L., 354).

146. An act, entitled "An act to authorize the several Courts of Quarter Sessions within their respective counties to lay off, alter and divide townships and for other purposes," approved the twenty-fourth day of March, one thousand eight hundred and three (P. L., 439).

147. An act, entitled "An act relating to County Treasurers," approved the twenty-eighth day of March, one thousand eight hundred and three (P. L., 476).

148. Sections one, two, three, five, six, seven, nine and ten of an act, entitled "An act directing Sheriffs and Coroners to give sufficient sureties for the faithful execution of their official duties and for other purposes," approved the twenty-eighth day of March, one thousand eight hundred and three (P. L., 497).

149. An act, entitled "A supplement to the act, entitled 'An act to prevent the exportation of bad or unmerchantable staves, heading boards and timber,' " approved the thirtieth day of March, one thousand eight hundred and three (P. L., 573).

150. An act, entitled "An act to provide for reducing and limiting the number of Associate Judges of the courts of common pleas," approved the first day of April, one thousand eight hundred and three (P. L., 586).



151.  Section one of an act, entitled "A supplement to the act, entitled 'An act to enable the Justices of the Supreme Court to hold circuit courts within this Commonwealth,'" approved the second day of April, one thousand eight hundred and three (P. L., 623).

152.  Sections one, two, three, four, five and six of an act, entitled "An act to empower the overseers and guardians of the poor of the several townships within this Commonwealth to recover certain fines, penalties and forfeitures, and for other purposes," approved the fourth day of April, one thousand eight hundred and three (P. L., 662).

153.  An act, entitled "An act for the inspection of butter intended for exportation," approved the seventh day of January, one thousand eight hundred and four (P. L., 5).

154.  An act, entitled "A supplement to an act, entitled 'An act to empower the overseers and guardians of the poor of the several townships of the Commonwealth to recover certain fines, penalties and forfeitures, and for other purposes, passed the fourth day of April, one thousand eight hundred and three,'" approved the twentieth day of February, one thousand eight hundred and four (P. L., 123).

155.  An act, entitled "A further supplement to the act, entitled 'An act directing the descent of intestates' real estates and distribution of their personal estates, and for other purposes therein mentioned," approved the second day of April, one thousand eight hundred and four (P. L., 459).

156.  An act, entitled "An act to provide for the Inspection of Ground Black-Oak Bark intended for Exportation," approved the third day of April, one thousand eight hundred and four (P. L., 499).

157.  Sections one, three, four, five, seven, nine, ten, eleven, twelve, fourteen and sixteen of an act, entitled "An act directing the Mode of selecting and returning Jurors," approved the twenty-ninth day of March, one thousand eight hundred and five (P. L., 183).

158.  An act, entitled "A further supplement to an act, entitled 'An act directing the Descents of Intestates' Real Estates and Distribution of their Personal Estates, and for other Purposes therein mentioned,'" approved the first day of April, one thousand eight hundred and five (P. L., 205).

159.  Section two of an act, entitled "A supplement to the act, entitled 'An act to raise and collect county rates and levies,'" approved the fourth day of April, one thousand eight hundred and five (P. L., 265).

160.  Section five of an act, entitled "An act making appropriations for the expenses of government and payment of certain debts, and for other purposes," approved the fourth day of April, one thousand eight hundred and five (P. L., 280).

161.  Sections one, two, four, five, six, seven, eight, nine, twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen, twenty, twenty-one, twenty-three, twenty-four and twenty-six of an act, entitled "An act to alter the judiciary system of this Commonwealth," approved the twenty-fourth day of February, one thousand eight hundred and six ( P. L., 334).

162   An act, entitled "An act making an additional allowance to the prothonotary of the supreme court of the eastern district, and the prothonotary of the court of common pleas of the city and county of Philadelphia," approved the twenty-first day of March, one thousand eight hundred and six (P. L., 547).

163   An act, entitled "An act regulating the proceedings of county commissioners and treasurers in certain cases," approved the twenty-first day of March, one thousand eight hundred and six (P. L., 548).

164.   Sections one, two, four, seven, ten and eleven of an act, entitled "An act to regulate arbitrations and proceedings in courts of justice," approved the twenty-first day of March, one thousand eight hundred and six (P. L., 558).

165.   Section four of an act, entitled "A supplement to the act, entitled 'An act to alter the judiciary system of this Commonwealth,' and to alter the time of holding the courts of common pleas and quarter sessions and orphans' court in the county of Washington," approved the twelfth day of January, one thousand eight hundred and seven (P. L., 8).

166.   Sections two, three, four and five of an act, entitled "A supplement to the act, entitled 'An act directing the mode of selecting and returning jurors,'" approved the fourth day of April, one thousand eight hundred and seven (P. L., 124).

167.   Section ten of an act, entitled "An act supplementary to the several acts of this Commonwealth concerning partitions and for other purposes therein mentioned," approved the seventh day of April, one thousand eight hundred and seven (P. L., 155).

168.   An act, entitled "An act for the inspection of hogs-lard intended for exportation," approved the seventh day of April, one thousand eight hundred and seven (P. L., 163).

169.   An act, entitled "An act erecting a middle district of the Supreme Court and for other purposes," approved the tenth day of April, one thousand eight hundred and seven (P. L., 248).

170.   An act, entitled "An act directing the distribution of the Journals printed in the English language and for other purposes," approved the eleventh day of April, one thousand eight hundred and seven (P. L., 267).

171.   Section four of an act, entitled "An act making appropriations and for other purposes," approved the thirteenth day of April, one thousand eight hundred and seven (P. L., 282).

172.   Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, seventeen, and eighteen of an act, entitled "An act to alter and amend the several laws of this Commonwealth relative to domestic attachments," approved the fourth day of December, one thousand eight hundred and seven (P. L., 1, 1808).

173.   An act, entitled "An act to fix the number of senators from the state into districts and determine the portion to be allotted to each; also to fix the number of representatives for the city and the several counties of the Commonwealth in pursuance of the revisions of the Constitution," approved the twenty-first day of March, one thousand eight hundred and eight (P. L., 86).

Digitized by Google

174. Section three of an act, entitled "An act to amend certain parts of an act, entitled 'An act supplementary to the several acts of this Commonwealth concerning partitions and for other purposes therein mentioned,' " approved the twenty-sixth day of March, one thousand eight hundred and eight (P. L., 144).

175. Sections one and three of an act, entitled "A further supplement to the act, entitled 'An act to regulate arbitrations and proceedings in courts of justice,' " approved the twenty-eighth day of March, one thousand eight hundred and eight (P. L., 168).

176. An act, entitled "An act supplementary to an act, entitled 'An act to provide for the settlement of public accounts and for other purposes therein mentioned,' " approved the tenth day of January, one thousand eight hundred and nine (P. L., 2).

177. Sections one, two, three, four, five and eight of an act entitled, "A further supplement to an act, entitled 'An act to alter the judiciary system of this Commonwealth,' " approved the eleventh day of March, one thousand eight hundred and nine (P. L., 36).

178. An act, entitled "A supplement to an act, entitled 'An act to provide a more effectual method of settling the public accounts of the commissioners and treasurers of the respective counties,' " approved the sixteenth day of March, one thousand eight hundred and nine (P. L., 42).

179. Section ten of an act, entitled "An act abolishing the offices of receiver-general and master of the rolls, and transferring the duties therein performed to other offices, and for other purposes," approved the twenty-ninth day of March, one thousand eight hundred and nine (P. L., 122).

180. Sections one, two, three, four, five, seven, eight, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen and eighteen of an act, entitled "An act supplementary to an act, entitled 'An act to regulate arbitrations and proceedings in courts of justice,' " approved the twenty-ninth day of March, one thousand eight hundred and nine (P. L., 125).

181. An act, entitled "A further supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,' " approved the third day of April, one thousand eight hundred and nine (P. L., 143).

182. An act, entitled "An act concerning contempts of court," approved the third day of April, one thousand eight hundred and nine (P. L., 146).

183. Section two of an act, entitled "An act to repeal so much of an act passed April fourth, one thousand eight hundred and seven, as directs the township assessors to select and return jurors, and also allowing peremptory challenges in certain cases," approved the fourth day of April, one thousand eight hundred and nine (P. L., 163).

184. An act, entitled "An act supplementary to an act, entitled 'An act to alter and amend the several laws of this Commonwealth relative to domestic attachments,' " approved the fourth day of April, one thousand eight hundred and nine (P. L., 182).

185. An act, entitled "An act concerning Foreign Insurance Companies," approved the tenth day of March, one thousand eight hundred and ten (P. L., 81).

11

186.  An act, entitled "An act to prevent devises and legacies from lapsing in certain cases," approved the nineteenth day of March, one thousand eight hundred and ten (P. L., 96).

187.  An act, entitled "An act supplemental to an act to prevent frauds in the packing and preserving of shad and herring for exportation," approved the nineteenth day of March, one thousand eight hundred and ten (P. L., 128).

188.  Sections two, three, four, five, six, seven, eight, nine, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen, nineteen, twenty, twenty-one, twenty-two, twenty-three, twenty-four, twenty-five, twenty-six, and twenty-seven of an act, entitled "An act regulating arbitrations," approved the twentieth day of March, one thousand eight hundred and ten (P. L., 145).

189.  An act, entitled "An act supplementary to an act, entitled 'An act for regulating and maintaining fences,'" approved the twentieth day of March, one thousand eight hundred and ten (P. L., 161).

190.  An act, entitled "A supplement to the act, entitled 'An act to alter the judiciary system of this Commonwealth,' passed February twenty-fourth, one thousand eight hundred six," approved the twentieth day of March, one thousand eight hundred and ten (P. L., 195).

191.  Sections one, nine, sixteen and twenty-nine of an act, entitled "An act to amend and consolidate with its supplements the act, entitled "An act for the recovery of debts and demands not exceeding one hundred dollars before a justice of the peace, and for the election of constables and for other purposes,'" approved the twentieth day of March, one thousand eight hundred and ten (P. L., 208).

192.  An act, entitled "An act authorizing the judges of the Supreme Court to establish return days," approved the twentieth day of March, one thousand eight hundred and ten (P. L., 231).

193.  An act, entitled "A further supplement to an act, entitled 'An act to prevent the exportation of bread and flour not merchantable, and for repealing at a certain time all the laws heretofore made for that purpose,'" approved the thirteenth day of February, one thousand eight hundred eleven (P. L., 46).

194.  An act, entitled "An act to remedy defects in the titles to real estate purchased by certain emigrants within this Commonwealth during the time they were aliens," approved the twentieth day of March, one thousand eight hundred eleven (P. L., 86).

195.  Section two of an act, entitled "An act imposing certain duties upon the commissioners and treasurer of Luzerne county, and empowering county commissioners to administer oaths or affirmations," approved the twenty-third day of March, one thousand eight hundred eleven (P. L., 111).

196.  Sections seventeen, eighteen, twenty, twenty-one, twenty-two, twenty-three, twenty-four, thirty-nine, forty, forty-one, forty-two, forty-four and forty-five of an act, entitled "An act to amend and consolidate the several acts relating to the settlement of the public accounts and the payment of the public monies, and for other purposes," approved the thirtieth day of March, one thousand eight hundred eleven (P. L., 145).

197.   Sections two, three, four and five of an act, entitled "A supplement to an act, entitled 'An act for laying out and keeping in repair the public roads and highways within this Commonwealth, and laying out private roads,' " approved the thirtieth day of March, one thousand eight hundred eleven (P. L., 189).

198.   An act, entitled "An act relative to dower and for other purposes," approved the first day of April, one thousand eight hundred eleven (P. L., 198).

199.   Section one of an act, entitled "An additional supplement to an act, entitled 'An act to alter the judiciary system of this Commonwealth,' " approved the sixth day of March, one thousand eight hundred twelve (P. L., 82).

200.   Sections one and two of an act, entitled "A supplement to an act declaring the holding of any office or appointment under this State incompatible with the holding or exercising offices or appointments under the United States," approved the sixth day of March, one thousand eight hundred twelve (P. L., 85).

201.   An act, entitled "An act to provide for the election of representatives of the people of this State in the Congress of the United States," approved the twentieth day of March, one thousand eight hundred twelve (P. L., 127).

202.   An act, entitled "A supplement to an act, entitled 'An act taxing certain offices,' " approved the twentieth day of March, one thousand eight hundred twelve (P. L., 140).

203.   An act, entitled "A supplement to an act regulating arbitrations," approved the twenty-fifth day of February, one thousand eight hundred thirteen (P. L., 87).

204.   An act, entitled "An act fixing the salaries of the officers therein mentioned," approved the twenty-fifth day of March, one thousand eight hundred thirteen (P. L., 169).

205.   An act, entitled "An act providing for the sale of the estate of lunatics or persons non compos mentis, in certain cases," approved the seventh day of February, one thousand eight hundred fourteen (P. L., 45).

206.   An act, entitled "A further supplement to the act, entitled 'An act to provide for the support of the government of this Commonwealth,' " approved the seventh day of February, one thousand eight hundred fourteen (P. L., 48).

207.   An act, entitled "A further supplement to the act, entitled 'An act to raise and collect county rates and levies,' " approved the twenty-first day of February, one thousand eight hundred fourteen (P. L., 50).

208.   An act, entitled "An act providing for the inspection of spirituous liquors," approved the fourteenth day of March, one thousand eight hundred fourteen (P. L., 100).

209.   An act, entitled "A supplement to 'An act to enable the purchasers at sheriffs' or coroners' sales to obtain possession,' " approved the fourteenth day of March, one thousand eight hundred fourteen (P. L., 110).

210.   An act, entitled "An act supplementary to the acts for the inspection of butter and hogs lard intended for exportation," approved the twenty-second day of March, one thousand eight hundred fourteen (P. L., 173).

Digitized by Google

211. Sections one, two, three, four, five, six, seven, eight, nine, ten, twelve, thirteen, fourteen, fifteen, sixteen, seventeen and eighteen of an act, entitled "An act for the relief of insolvent debtors," approved the twenty-sixth day of March, one thousand eight hundred fourteen (P. L., 216).

212. An act, entitled "An act making provision for the traveling expenses of the presidents and associate judges of the courts of common pleas," approved the twenty-eighth day of March, one thousand eight hundred fourteen (P. L., 249).

213. Section one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, fourteen, fifteen, seventeen, eighteen, twenty, twenty-one, and twenty-three of an act, entitled "An act establishing a fee bill," approved the twenty-eighth day of March, one thousand eight hundred fourteen (P. L., 352).

214. An act, entitled "A supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,'" approved the sixth day of February, one thousand eight hundred fifteen (P. L., 27).

215. An act, entitled "An act to authorize undertakers of public bridges to procure materials for building such bridges," approved the sixth day of February, one thousand eight hundred fifteen (P. L., 28).

216. An act, entitled "A further supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,'" approved the first day of March, one thousand eight hundred fifteen (P. L., 56).

217. An act, entitled "An act altering the mode of issuing tavern licenses," approved the eighth day of March, one thousand eight hundred fifteen (P. L., 91).

218. An act, entitled "An act to fix the number of Senators and Representatives and form the State into districts in pursuance of the provisions of the Constitution," approved the eighth day of March, one thousand eight hundred fifteen (P. L., 93).

219. An act, entitled "A supplement to the act for the relief of insolvent debtors," approved the thirteenth day of March, one thousand eight hundred fifteen (P. L., 156).

220. An act, entitled "A supplement to the act, entitled 'An act providing for the inspection of spirituous liquors,' passed the fourteenth day of March, one thousand eight hundred and fourteen, and for the prevention of fraud in the purchase or sale of flour and whiskey," approved the thirteenth day of March, one thousand eight hundred fifteen (P. L., 171).

221. An act, entitled "An act for the settlement of the estates of intestates where some of the heirs reside out of the State," approved the thirteenth day of March, one thousand eight hundred fifteen (P. L., 173).

222. An act, entitled "An additional supplement to an act, entitled 'An act directing the mode of selecting and returning jurors,'" approved the thirteenth day of February, one thousand eight hundred sixteen (P. L., 52).

223. An act, entitled "An act to provide for the continuance of courts of quarter sessions," approved the twentieth day of February, one thousand eight hundred sixteen (P. L., 82).

224. Section one of an act, entitled "An act for holding special courts of common pleas," approved the fifteenth day of March, one thousand eight hundred sixteen (P. L., 137).

225. An act, entitled "A supplement to the act, entitled 'An act to provide for the inspection of ground black oak bark intended for exportation,'" approved the fifth day of February, one thousand eight hundred seventeen (P. L., 40).

226. Sections four and five of an act, entitled "An act to provide for the more equal distribution of the laws of this Commonwealth," approved the tenth day of March, one thousand eight hundred seventeen (P. L., 96).

227. Section three of an act, entitled "An act relative to suits brought by or against corporations," approved the twenty-second day of March, one thousand eight hundred seventeen (P. L., 128).

228. Section two of an act, entitled "An act to prevent the practice of wagering or betting on elections," approved the twenty-fourth day of March, one thousand eight hundred seventeen (P. L., 204).

229. An act, entitled "An act establishing a standard weight for grain and foreign salt," approved the tenth day of March, one thousand eight hundred eighteen (P. L., 182).

230. Section one of an act, entitled "A supplement to the act, entitled 'An act for holding special courts of common pleas,'" approved the twenty-third day of March, one thousand eight hundred eighteen (P. L., 239).

231. An act, entitled "A further supplement to an act, entitled 'An act to regulate the trials of contested elections,' passed the twenty-ninth day of September, one thousand seven hundred and ninety-one," approved the twenty-third day of March, one thousand eight hundred eighteen (P. L., 258).

232. Section two of an act, entitled "A further supplement to an act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,'" approved the twenty-fourth day of March, one thousand eight hundred eighteen (P. L., 276.)

233. An act, entitled "A supplement to the act, entitled 'An act providing for the sale of the estate of lunatics or persons non compos mentis in certain cases,'" approved the twenty-fourth day of March, one thousand eight hundred eighteen (P. L., 301).

234. Section three of an act, entitled "An act to provide for the more speedy publication and distribution of the laws of this Commonwealth," approved the twenty-first day of January, one thousand eight hundred nineteen (P. L., 14).

235. An act, entitled "An act relative to escheated estates," approved the twenty-first day of January, one thousand eight hundred nineteen (P. L., 25).

236. An act, entitled "An act relative to habitual drunkards," approved the twenty-fifth day of February, one thousand eight hundred nineteen (P. L., 74).

164

237.  An act, entitled "An act to extend to coppersmiths, brass-founders, coopers, and benders of sail cloth certain advantages secured to sundry tradesmen employed in building and fitting ships and vessels for sea," approved the fifth day of March, one thousand eight hundred nineteen (P. L., 90).

238.  Sections one and two of an act, entitled "An act to encourage more effectually the destruction of wolves and panthers," approved the sixteenth day of March, one thousand eight hundred nineteen (P. L., 114).

239.  An act, entitled "An act relative to paupers," approved the twenty-ninth day of March, one thousand eight hundred nineteen (P. L., 200).

240.  Sections two, three and six of an act, entitled "An act enjoining duties upon the Attorney General and for other purposes," approved the twenty-ninth day of March, one thousand eight hundred nineteen (P. L., 266).

241.  Sections one, four and six of an act, entitled "A supplement to the act, entitled 'An act for the relief of insolvent Debtors,' " approved the twenty-ninth day of January, one thousand eight hundred twenty (P. L., 9).

242.  An act, entitled "An act for the relief of redemptioners," approved the ninth day of February, one thousand eight hundred twenty (P. L., 17, Chapter XVIII).

243.  Sections one and two of an act, entitled "A supplement to the act, entitled 'An act to establish a board of wardens for the port of Philadelphia, and for the regulation of pilots and pilotages, and for other purposes therein mentioned,' " approved the twenty-fourth day of February, one thousand eight hundred twenty (P. L., 40).

244.  An act, entitled "An act allowing mileage to jurors, and for other purposes," approved the sixteenth day of March, one thousand eight hundred twenty (P. L., 87, Chapter LXII).

245.  An act, entitled "A further supplement to an act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,' " approved the seventeenth day of March, one thousand eight hundred twenty (P. L., 87, Chapter LXII).

246.  An act, entitled "An act to prevent kidnapping," approved the twenty-seventh day of March, one thousand eight hundred twenty (P. L., 104).

247.  An act, entitled "A supplement to the act, entitled 'A supplement to the act, entitled 'An act for the relief of insolvent debtors' passed the twenty-ninth January, one thousand eight hundred twenty," approved the twenty-eighth day of March, one thousand eight hundred twenty (P. L., 155).

248.  An act, entitled "A further supplement to an act, entitled 'An act regulating arbitrations,' " approved the twenty-eighth day of March, one thousand eight hundred twenty (P. L., 172).

249.  Resolution approved the sixteenth day of March, one thousand eight hundred twenty (P. L., 202, Chapter IV).

250.  An act, entitled "An act reducing the salaries of the Governor and Secretary of the Commonwealth," approved the eighteenth day of December, one thousand eight hundred twenty (P. L., 1, 1821).

Digitized by Google

251.   An act, entitled "An act to provide for the enumeration of the taxable inhabitants and slaves within this Commonwealth," approved the sixth day of January, one thousand eight hundred twenty-one (P. L., 4).

252.   Sections two, three, four, five and six of an act, entitled "An act reducing the salaries of sundry public officers and the daily pay of members of the Legislature," approved the eighteenth day of January, one thousand eight hundred twenty-one (P. L., 7).

253.   Sections three, five, six, nine, ten and eleven of an act, entitled "An act to alter and amend the fee bill," approved the twenty-second day of February, one thousand eight hundred twenty-one (P. L., 50).

254.   An act, entitled "A supplement to the act, entitled 'An act to provide for the enumeration of the taxable inhabitants and slaves within this Commonwealth,'" approved the twenty-sixth day of March, one thousand eight hundred twenty-one (P. L., 98).

255.   Sections three and four of an act, entitled "An act to regulate inspections," approved the twenty-seventh day of March, one thousand eight hundred twenty-one (P. L., 133).

256.   An act, entitled "An act relative to guardians of minor children," approved the thirtieth day of March, one thousand eight hundred twenty-one (P. L., 153).

257.   Section one of an act, entitled "An act concerning bills of exchange," approved the thirtieth day of March, one thousand eight hundred twenty-one (P. L., 156).

258.   An act, entitled "An act laying a duty on the retailers of foreign merchandize," approved the second day of April, one thousand eight hundred twenty-one (P. L., 244).

259.   An act, entitled "An act to prevent the increase of pauperism in this Commonwealth," approved the second day of April, one thousand eight hundred twenty-one (P. L., 254).

260.   A resolution, entitled "Resolution relative to inspectors of beef, pork et cetera, in the city and county of Philadelphia," approved the first day of February, one thousand eight hundred twenty-one (P. L., 313, Chapter III).

261.   An act, entitled "A supplement to the act relative to habitual drunkards," approved the nineteenth day of January, one thousand eight hundred twenty-two (P. L., 4).

262.   An act, entitled "A supplement to the act, entitled 'An act concerning contempts of court,'" approved the eighteenth day of February, one thousand eight hundred twenty-two (P. L., 30).

263.   An act, entitled "A supplement to the act, entitled 'An act to raise and collect county rates and levies,'" approved the eleventh day of March, one thousand eight hundred twenty-two (P. L., 58).

264.   An act, entitled "An act to fix the number of Senators and Representatives and form the State into districts in pursuance of the provisions of the constitution," approved the twenty-fifth day of March, one thousand eight hundred twenty-two (P. L., 74).

265.   Sections one and two of an act, entitled "A further supplement to an act, entitled 'An act to raise and collect county rates and levies,'" approved the thirtieth day of March, one thousand eight hundred twenty-two (P. L., 106).

266. An act, entitled "A supplement to the act for regulating the measurement of corn and salt imported into the port of Philadelphia," approved the second day of April, one thousand eight hundred twenty-two (P. L., 126, Chapter XCVIII).

267. An act, entitled "A supplement to the act, entitled 'An act to regulate the inspectors of flour in certain western counties of the state,'" approved the second day of April, one thousand eight hundred twenty-two (P. L., 225, Chapter CLXII).

268. An act, entitled "A further supplement to the act, entitled 'An act relative to habitual drunkards,'" approved the second day of April, one thousand eight hundred twenty-two (P. L., 226).

269. An act, entitled "A supplement to the act, entitled 'An act to regulate the inspection of flour in certain western counties of the state,' passed the thirtieth day of September, one thousand seven hundred and ninety-one," approved the first day of February, one thousand eight hundred twenty-three (P. L., 32).

270. An act, entitled "An act fixing the compensation of the inspector of staves and heading," approved the twenty-fourth day of February, one thousand eight hundred twenty-three (P. L., 51).

271. An act, entitled "A supplement to the act, entitled 'An act to compel assignees to settle their accounts and for other purposes,'" approved the twenty-ninth day of March, one thousand eight hundred twenty-three (P. L., 146).

272. An act, entitled "A further supplement to an act, entitled 'An act to declare and regulate escheats," approved the twenty-ninth day of March, one thousand eight hundred twenty-three (P. L. 161, Chapter C).

273. An act, entitled "A further supplement to an act, entitled 'An act for taking lands in execution for the payment of debts,' and for confirming partitions in several instances heretofore made," approved the thirty-first day of March, one thousand eight hundred twenty-three (P. L., 230).

274. An act, entitled "An act relative to turnpike road and bridge companies," approved the first day of April, one thousand eight hundred twenty-three (P. L., 282).

275. An act, entitled "A further supplement to the act, entitled 'An act directing the descent of intestates' real estate and distribution of their personal estates, and for other purposes therein mentioned,'" approved the first day of April, one thousand eight hundred twenty-three (P. L., 286).

276. Section three of an act, entitled "An act relative to the entry of writs of testatum fieri facias, service of writs of scire facias and relative to payment of costs on appeals from before justices of the peace and for other purposes," approved the first day of April, one thousand eight hundred twenty-three (P. L., 288).

277. An act, entitled "A supplement to the act, entitled 'An act to amend and consolidate the several acts relating to the settlement of the public accounts, and the payment of the public moneys and for other purposes,'" approved the twelfth day of January, one thousand eight hundred twenty-four (P. L. 5, Chapter VII).

278. An act, entitled "An act to enable executors, administrators, guardians and other trustees to invest their trust moneys," approved the eighteenth day of February, one thousand eight hundred twenty-four (P. L., 25).

279. An act, entitled "A further supplement to the act, entitled 'An act regulating arbitrations,'" approved the twenty-third day of February, one thousand eight hundred twenty-four (P. L., 27).

280. Sections one to six of an act, entitled "An act for the preservation of wooden bridges within this Commonwealth," approved the nineteenth day of March, one thousand eight hundred twenty-four (P. L., 50).

281. An act, entitled "A supplement to the act, entitled 'An act to regulate the trial of contested elections,'" approved the nineteenth day of March, one thousand eight hundred twenty-four (P. L., 53).

282. An act, entitled "An act to regulate the public printing," approved the twenty-second day of March, one thousand eight hundred twenty-four (P. L., 57.)

283. An act, entitled "A further supplement to an act, entitled 'An act to declare and regulate escheats,'" approved the twenty-seventh day of March, one thousand eight hundred twenty-four (P. L., 109).

284. Section three of an act, entitled "A further supplement to the act, entitled 'An act to amend and consolidate with its supplements the act, entitled "An act for the recovery of debts and demands not exceeding one hundred dollars before a justice of the peace, and for the election of constables and for other purposes,'" approved the twenty-ninth day of March, one thousand eight hundred twenty-four (P. L., 171).

285. An act, entitled "A supplement to the act, entitled 'An act to regulate the public printing,'" approved the twenty-ninth day of December, one thousand eight hundred twenty-four (P. L. 2, 1825).

286. An act, entitled "A supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads,'" approved the eleventh day of April, one thousand eight hundred twenty-five (P. L., 161).

287. An act, entitled "A further supplement to the act, entitled 'An act for the relief of insolvent debters' passed the twenty-sixth day of March, one thousand eight hundred and fourteen," approved the eleventh day of April, one thousand eight hundred twenty-five (P. L., 168).

288. Section one of an act, entitled "A further supplement to an act, entitled 'An act for holding special courts of common pleas,'" approved the eleventh day of April, one thousand eight hundred twenty-five (P. L., 218).

289. An act, entitled "An act more effectually to secure the collection of the revenue from tavern licenses and for other purposes," approved the twelfth day of April, one thousand eight hundred and twenty-five (P. L., 247).

290. An act, entitled "An act to repeal the act of eighteen hundred and twenty-four relative to the education of the poor," approved the twentieth day of February, one thousand eight hundred and twenty-six (P. L., 52).

291. An act, entitled "An act establishing an internal improvement fund," approved the first day of April, one thousand eight hundred and twenty-six (P. L., 166).

Digitized by Google

Digitized by Google

305.   An act, entitled "An act concerning writs of scire facias," approved the sixteenth day of April, one thousand eight hundred and twenty-seven (P. L., 444).

306.   Sections one, two and three of an act, entitled "An act relative to the distribution of money arising from sheriffs' and coroners' sales, and relative to the duties of the Auditor General and county commissioners," approved the sixteenth day of April, one thousand eight hundred and twenty-seven (P. L. 471, No. 192).

307.   Sections three, four and five of an act, entitled "An act relating to escheated estates," approved the sixteenth day of April, one thousand eight hundred and twenty-seven (P. L., 483).

308.   An act, entitled "An act to provide for the better inspection of butter and lard," approved the twenty-seventh day of February, one thousand eight hundred and twenty-eight (P. L., 117).

309.   An act, entitled "An act for the relief of the poor," approved the tenth day of April, one thousand eight hundred and twenty-eight (P. L., 285).

310.   An act, entitled "A supplement to the act, entitled 'An act to compel assignees to settle their accounts and for other purposes,'" approved the fourteenth day of April, one thousand eight hundred and twenty-eight (P. L., 435).

311.   An act, entitled "A supplement to the act, entitled 'A further supplement to the act, entitled 'An act to alter the judiciary system of this Commonwealth,' passed the eighth day of April, eighteen hundred and twenty-six," approved the fourteenth day of April, one thousand eight hundred and twenty-eight (P. L., 484).

312.   Sections one and two of an act, entitled "An act requiring county treasurers to give bonds with security to the Commonwealth for the faithful discharge of certain duties, and to repeal certain laws relating to treasurers' bonds," approved the fifteenth day of April, one thousand eight hundred and twenty-eight (P. L., 491).

313.   An act, entitled "An act supplementary to an act passed the second day of April, Anno Domini eighteen hundred and twenty-two, entitled 'An act for the regulation of the militia of this Commonwealth and the several supplements thereto,'" approved the fifteenth day of April, one thousand eight hundred and twenty-eight (P. L., 492).

314.   An act, entitled "An act relative to the appointment and payment of the criers of the courts in this Commonwealth," approved the twenty-third day of March, one thousand eight hundred and twenty-nine (P. L. 103, No. 82).

315.   An act, entitled "A further supplement to the act, entitled 'An act for laying out, making and keeping in repair the public roads and highways within this Commonwealth, and for laying out private roads," approved the thirtieth day of March, one thousand eight hundred and twenty-nine (P. L., 114).

316.   Section one of an act, entitled "An act concerning executors," approved the third day of April, one thousand eight hundred and twenty-nine (P. L., 122).

317.   An act, entitled "An act relative to the patenting of lands," approved the eighth day of April, one thousand eight hundred and twenty-nine (P. L., 146).

318.   An act, entitled "An act to fix the number of Senators and Representatives, and form the state into districts in pursuance of the provisions of the constitution," approved the twentieth day of April, one thousand eight hundred and twenty-nine (P. L., 212).

319.   An act, entitled "An act relative to insurance companies and agencies of insurance companies not chartered by this State," approved the twenty-third day of April, one thousand eight hundred and twenty-nine (P. L., 264).

320.   An act, entitled "A further supplement to the act, entitled 'An act for the regulation of the militia of this Commonwealth,'" approved the twenty-third day of April, one thousand eight hundred and twenty-nine (P. L., 280).

321.   An act, entitled "A supplement to an act, entitled 'An act for the preservation of wooden bridges within this Commonwealth,' passed the nineteenth of March, eighteen hundred and twenty-four, and for other purposes," approved the twenty-third day of April, one thousand eight hundred and twenty-nine (P. L., 292).

322.   An act, entitled "A further supplement to an act, entitled 'An act to amend and consolidate with its supplements the act, entitled 'An act for the recovery of debts and demands, not exceeding one hundred dollars, before a justice of the peace, and for the election of constables and for other purposes,'" approved the fourth day of February, one thousand eight hundred and thirty (P. L., 36).

323.   An act, entitled "A supplement to the act, entitled 'An act relating to collateral inheritances,'" approved the second day of April, one thousand eight hundred and thirty (P. L., 160).

324.   Section two of an act, entitled "An act relative to landlord and tenant," approved the third day of April, one thousand eight hundred and thirty (P. L. 187, No. 116).

325.   Section one of an act, entitled "An act relating to the service of process by sheriffs, and to the appointment of tipstaves in the city and county of Philadelphia," approved the sixth day of April, one thousand eight hundred and thirty (P. L., 246).

326.   Sections two, five, eight and ten of an act, entitled "An act for the levy and collection of taxes upon proceedings in courts and in the offices of register and recorder, and for other purposes," approved the sixth day of April, one thousand eight hundred and thirty (P. L., 272).

327.   An act, entitled "A further supplement to an act, entitled 'An act to declare and regulate escheats,'" approved the sixth day of April, one thousand eight hundred and thirty (P. L., 322).

328.   An act, entitled "A further supplement to the act directing the descent of intestates' real estate and distribution of their personal estates, and for other purposes therein mentioned, passed the nineteenth day of April, seventeen hundred and ninety-four," approved the seventh day of April, one thousand eight hundred and thirty (P. L., 347).

329.   An act, entitled "An act to regulate inns and taverns," approved the seventh day of April, one thousand eight hundred and thirty (P. L., 352).



330.  An act, entitled "A further supplement to an act, entitled 'An act to regulate the inspection of flour in certain western counties of the State,' " approved the thirtieth day of January, one thousand eight hundred and thirty-one (P. L. 47, No. 37).

331.  An act, entitled "An act concerning the acknowledgment of sheriffs' and coroners' deeds in certain cases," approved the seventeenth day of February, one thousand eight hundred and thirty-one (P. L., 65).

332.  Sections one and two of an act, entitled "A further supplement to the act, entitled 'A supplement to the act, entitled 'An act to compel assignees to settle their accounts and for other purposes,' " approved the twenty-first day of March, one thousand eight hundred and thirty-one (P. L., 192).

333.  Sections two and three of an act, entitled "An act more effectually to prevent and punish extortion and for other purposes," approved the twenty-fifth day of March, one thousand eight hundred and thirty-one (P. L., 211).

334.  Section two of an act, entitled "A further supplement to an act, entitled 'An act to amend and consolidate the several acts relating to the settlement of the public accounts and the payment of the public monies, and for other purposes,' and a supplement to an act, entitled 'An act establishing an internal improvement fund,' " approved the fourth day of April, one thousand eight hundred and thirty-one (P. L., 477).

335.  An act, entitled "An act to provide for the inspection of tobacco for the port of Philadelphia," approved the tenth day of February, one thousand eight hundred and thirty-two (P. L., 58).

336.  An act, entitled "A supplement to an act, entitled 'An act to regulate inns and taverns, passed April seventh, eighteen hundred and thirty," approved the fifteenth day of February, one thousand eight hundred and thirty-two (P. L. 73, No. 51).

337.  An act, entitled "A supplement to an act, entitled 'An act to increase the county rates and levies for the use of the Commonwealth,' passed the twenty-fifth day of March, Anno Domini one thousand eight hundred and thirty-one," approved the fifteenth day of February, one thousand eight hundred and thirty-two (P. L., 79).

338.  Section thirty-nine of an act, entitled "An act relating to registers and registers' courts," approved the fifteenth day of March, one thousand eight hundred thirty-two (P. L., 135).

339.  Section two of an act, entitled "An act concerning the administration of justice," approved the thirtieth day of April, one thousand eight hundred and thirty-two (P. L., 388).

340.  An act, entitled "An act, entitled 'A further supplement to an act for taking lands in execution,' " approved the third day of May, one thousand eight hundred and thirty-two (P. L. 404, No. 165).

341.  An act, entitled "An act providing the mode of settling the accounts of county treasurers, and for other purposes," approved the third day of May, one thousand eight hundred and thirty-two (P. L., 417).

342.  An act, entitled "A supplement to the act to authorize the printing and distribution of an additional number of the pamphlet laws," approved the eleventh day of June, one thousand eight hundred and thirty-two (P. L. 615, No. 245).

Digitized by Google

368. Sections thirty, seventy-three, seventy-five and ninety-six of an act, entitled "An act relating to executions," approved the sixteenth day of June, one thousand eight hundred thirty-six (P. L., 755).

369. Section two of an act, entitled "An act relating to the jurisdictions and powers of courts," approved the sixteenth day of June, one thousand eight hundred thirty-six (P. L., 784).

370. An act, entitled "An act to fix the number of Senators and Representatives and form the State into districts in pursuance of the provisions of the constitution," approved the sixteenth day of June, one thousand eight hundred thirty-six (P. L., 794).

371. Section thirty-seven of an act, entitled "An act to incorporate the Preston Retreat and relative to the sale of lands of Saint John's church in Norristown, Montgomery county, and for other purposes," approved the sixteenth day of June, one thousand eight hundred thirty-six (P. L., 810).

372. An act, entitled "A supplement to an act, entitled 'An act to prescribe the times, places and manner of choosing Senators to represent this State in the Senate of the United States,'" approved the thirteenth day of December, one thousand eight hundred thirty-six (P. L. 1, 1837).

373. An act, entitled "An act to authorize the printing and distribution of the Pamphlet Laws in the German language," approved the twenty-first day of January, one thousand eight hundred thirty-seven (P. L., 8).

374. Section one of an act, entitled "A supplement to the act, entitled 'An act to authorize the printing and distribution of the Pamphlet Laws in the German language, passed January twenty-third, Anno Domini, one thousand eight hundred and thirty-seven, and for other purposes,'" approved the fourth day of April, one thousand eight hundred thirty-seven (P. L., 354).

375. Section three of an act, entitled "An act relating to the commencement of actions to appeals from county auditors and for other purposes," approved the fourteenth day of April, one thousand eight hundred thirty-eight (P. L., 457).

376. Section thirty-eight of an act, entitled "An act regulating election districts," approved the sixteenth day of April, one thousand eight hundred thirty-eight (P. L., 593).

377. Section five of an act, entitled "An act providing for the election of aldermen and justices of the peace," approved the twenty-first day of June, one thousand eight hundred thirty-nine (P. L., 376).

378. Section four of an act, entitled "An act to compensate Samuel Dale for services rendered as an associate judge of Lancaster county and for other purposes," approved the twenty-second day of June, one thousand eight hundred thirty-nine (P. L., 390).

379. Sections five, twenty-three, twenty-four, twenty-six, twenty-seven, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty, sixty-one, sixty-three, sixty-nine, seventy-one, seventy-two, seventy-three, seventy-five, seventy-six, seventy-seven, seventy-eight, one hundred nineteen, one hundred twenty, one hundred twenty-nine, one hundred thirty, one hundred thirty-one, one

Digitized by Google

hundred thirty-two, one hundred thirty-three, one hundred thirty-four, one hundred thirty-five, one hundred thirty-six, one hundred thirty-seven, one hundred thirty-eight, one hundred thirty-nine, one hundred forty, one hundred forty-one, one hundred forty-two, one hundred forty-three, one hundred forty-four, one hundred forty-five, one hundred forty-six, one hundred forty-seven, one hundred forty-eight, one hundred forty-nine, one hundred fifty, one hundred fifty-one, one hundred fifty-two, one hundred fifty-three, one hundred fifty-four, one hundred fifty-five, one hundred fifty-six, one hundred fifty-seven, one hundred fifty-eight, one hundred fifty-nine, one hundred sixty, one hundred sixty-one, one hundred sixty-two, one hundred sixty-three, one hundred sixty-four, one hundred sixty-five, one hundred sixty-six, one hundred sixty-seven, one hundred sixty-eight, one hundred sixty-nine, one hundred seventy, one hundred seventy-one, one hundred seventy-two and one hundred seventy-three of an act, entitled "An act relating to the elections of this Commonwealth," approved the second day of July, one thousand eight hundred thirty-nine (P. L., 519).

380.   Section seven of an act, entitled "An act to provide for the election of prothonotaries, clerks, recorders and registers," approved the second day of July, one thousand eight hundred thirty-nine (P. L., 559).

381.   Sections thirty-three, thirty-four, thirty-five and thirty-six of an act, entitled "An act relative to the election of borough and township officers and for other purposes," approved the seventh day of March, one thousand eight hundred forty (P. L., 72).

382.   An act, entitled "A further supplement to an act to authorize the printing and distribution of the pamphlet laws in the German language," approved the thirty-first day of March, one thousand eight hundred forty (P. L., 209).

383.   Section four of an act, entitled "A further supplement to an act, entitled 'An act relating to orphans' courts,' passed the twenty-ninth day of March, one thousand eight hundred and thirty-two, and the supplement thereto, passed the fourteenth of April, one thousand and eight hundred and thirty-five, and for other purposes," approved the thirteenth day of April, one thousand eight hundred forty (P. L., 319).

384.   Section twenty-three of an act, entitled "An act relating to executions and for other purposes," approved the sixteenth day of April, one thousand eight hundred forty (P. L., 410).

385.   Section twenty-two of an act, entitled "An act to erect the town of South Easton, in the county of Northampton, into a borough, and for other purposes," approved the twenty-seventh day of May, one thousand eight hundred forty (P. L., 548).

386.   A resolution, entitled "Resolution relative to James Lyon and for other purposes," approved the twenty-ninth day of May, one thousand eight hundred forty (P. L., 749).

387.   Sections one, two and three of an act, entitled "An act to create a new division to be called the seventeenth division of the Pennsylvania militia," approved the twelfth day of June, one thousand eight hundred forty (P. L., 663).

388. Sections four, five, six and twelve of an act, entitled "A supplement to an act, entitled 'An act relating to the elections of this Commonwealth' passed the second day of July, Anno Domini one thousand eight hundred and thirty-nine, and for other purposes," approved the thirteenth day of June, one thousand eight hundred forty (P. L., 683).

389. Sections three, four and five of an act, entitled "A further supplement to an act, entitled 'An act providing for· the election of aldermen and justices of the peace,' passed twenty-first June, one thousand eight hundred and thirty-nine, and for other purposes," approved the thirteenth day of June, one thousand eight hundred forty (P. L., 689).

390. Sections six, eight, ten, eleven and fourteen of an act, entitled "An act to establish an asylum for the insane of this Commonwealth," approved the fourth day of March, one thousand eight hundred forty-one (P. L., 57).

391. An act, entitled "An act supplementary to the various acts relating to tavern licenses," approved the twenty-ninth day of March, one thousand eight hundred forty-one (P. L., 121).

392. Sections thirteen and fourteen of an act, entitled "An act to authorize the Governor to incorporate a company to erect a bridge over the Lackawaxen, at or near Paupack Eddy, in the county of Wayne," approved the sixth day of April, one thousand eight hundred forty-one (P. L., 149).

393. Section one of an act, entitled "An act to enable religious societies to purchase and hold real estate, and for other purposes," approved the twenty-second day of April, one thousand eight hundred forty-one (P. L., 269).        •

394. Section five of a resolution, entitled "Resolutions relating to the Warren Bridge Company and for other purposes," approved the fifth day of May, one thousand eight hundred forty-one (P. L., 445).

395. Section five of an act, entitled "An act relating to the election of county treasurers and for other purposes," approved the twenty-seventh day of May, one thousand eight hundred forty-one (P. L., 400).

396. A resolution, entitled "Resolutions relative to the Public Printing and Binding," approved the first day of February, one thousand eight hundred forty-one (P. L., 435).

397. Section sixty-six of an act, entitled "An act regulating election districts and for other purposes," approved the fourth day of March, one thousand eight hundred forty-two (P. L., 43).

398. Sections one, two, three, four, five and six of an act, entitled "An act to provide for the resumption of specie payments by the banks of this Commonwealth, and for other purposes," approved the twelfth day of March, one thousand eight hundred forty-two (P. L., 68).

399. Section twelve of an act, entitled "Supplement to the act, entitled 'An act to incorporate the township of Moyamensing in Philadelphia County' passed March twenty-fourth, one thousand eight hundred and twelve, and for other purposes," approved the seventeenth day of March, one thousand eight hundred forty-two (P. L., 95).

400.  Section twenty-four of an act, entitled "An act to incorporate the Mutual Beneficial Insurance Association of Bucks county against losses sustained by fire, and for other purposes," approved the twenty-fourth day of March, one thousand eight hundred forty-two (P. L., 162).

401.  Section twenty of an act, entitled "A supplement to an act, entitled 'An act authorizing the Governor to incorporate the Tioga Navigation Company' passed the twenty-sixth day of February, one thousand eight hundred and twenty-six, and for other purposes," approved the twelfth day of April, one thousand eight hundred forty-two (P. L., 262).

402.  Section one of a resolution, entitled "Resolutions to prevent collectors and other public agents from speculating with the public funds in notes of the fourth May, one thousand eight hundred and forty-one," approved the twelfth day of April, one thousand eight hundred forty-two (P. L., 488).

403.  Resolutions one, three and four of a resolution, entitled "Resolutions to prevent a further subscription by the banks to the loan authorized by the act of fourth May, eighteen hundred and forty-one, and to provide for the redemption in gold and silver coin of the relief notes," approved the twenty-fourth day of June, one thousand eight hundred forty-two (P. L., 493).

404.  Section thirty-two of an act, entitled "An act to abolish imprisonment for debt and to punish fraudulent debtors," approved the twelfth day of July, one thousand eight hundred forty-two (P. L., 339).

405.  Section forty-one of an act, entitled "An act concerning the trust estate of Hugh Roberts, deceased, and for other purposes," approved the sixteenth day of July, one thousand eight hundred forty-two (P. L., 374).

406.  Sections four, five, six, seven and eight of an act, entitled "An act to incorporate the Liberty Fire Company of Holmesburg, in the county of Philadelphia," approved the twenty-sixth day of July, one thousand eight hundred forty-two (P. L., 430).

407.  Section six of an act, entitled "An act to provide for the ordinary expenses of the government, payment of the interest upon the State debt, receiving of proposals for the sale of the public works, and for other purposes," approved the twenty-seventh day of July, one thousand eight hundred forty-two (P. L., 441).

408.  Sections thirteen and fourteen of an act, entitled "An act annexing the county of Schuylkill to the Eastern District of the Supreme Court, and for other purposes," approved the second day of August, one thousand eight hundred forty-two (P. L., 458).

409.  An act, entitled "An act to regulate the public printing and binding and for other purposes," approved the twenty-third day of January, one thousand eight hundred forty-three (P. L., 2).

410.  An act, entitled "An act to create permanently the office of State Printer," approved the twenty-fourth day of March, one thousand eight hundred forty-three (P. L., 110).

411.  An act, entitled "An act to divide the State into congressional districts for the election of representatives in the Congress of the United States," approved the twenty-fifth day of March, one thousand eight hundred forty-three (P. L., 115).

12—Vetoes.

Digitized by Google

412.  Section six of an act, entitled "An act to confer upon the orphans' court of Lancaster county certain powers in relation to the real estate of John Lindemuth, deceased, and for other purposes," approved the fourth day of April, one thousand eight hundred forty-three (P. L., 131).

413.  An act, entitled "An act supplementary to an act, entitled 'An act relating to roads, highways and bridges,'" approved the thirteenth day of April, one thousand eight hundred forty-three (P. L., 221).

414.  An act, entitled "An act to fix the number of Senators and Representatives, and form the State into districts in pursuance of the provisions of the constitution," approved the fourteenth day of April, one thousand eight hundred forty-three (P. L., 247).

415.  Section four of an act, entitled "An act to reduce the expenses of Government," which became a law the seventeenth day of April, one thousand eight hundred forty-three (P. L., 324.)

416.  An act, entitled "An act giving out for a term of years all the public printing and binding of the Commonwealth to the lowest bidder, with ample security for performance," approved the twenty-third day of March, one thousand eight hundred forty-four (P. L., 148, No. 98).

417.  An act, entitled "An act to reduce the expenses of the militia system of this Commonwealth and provide a more rigid mode for the collection of militia fines," approved the twenty-fifth day of April, one thousand eight hundred forty-four (P. L., 398).

418.  Sections eight, nine, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen and nineteen of an act, entitled "An act to extend the charter of the commercial bank of Pennsylvania," approved the twenty-sixth day of April, one thousand eight hundred forty-four (P. L., 419).

419.  Section two of an act, entitled "An act relative to the surveyor general's office," which became a law the twenty-ninth day of April, one thousand eight hundred forty-four (P. L., 529).

420.  Section one of an act, entitled "An act further to regulate proceedings in courts of justice, and for other purposes," approved the sixth day of May, one thousand eight hundred forty-four (P. L., 564).

421.  Clause two of a resolution, entitled "Resolution relative to the translators of the journals of both houses," approved the twenty-ninth day of April, one thousand eight hundred forty-four (P. L., 610, No. 33).

422.  Section one of an act, entitled "A supplement to 'An act to provide for the election of aldermen and justices of the peace,' approved the twenty-first day of June, one thousand eight hundred and thirty-nine, and a further supplement passed April eleventh, one thousand eight hundred and forty, and for other purposes," approved the twenty-seventh day of February, one thousand eight hundred forty-five (P. L., 72, No. 52).

423.  An act, entitled "An act to authorize payment for the translation of legislative documents," approved the twenty-second day of February, one thousand eight hundred forty-five (P. L., 74, No. 54).

424. An act, entitled "An act to create a third battalion out of the second regiment, second brigade, eighth division of the Pennsylvania militia in the county of Luzerne," approved the first day of April, one thousand eight hundred forty-five (P. L., 276).

425. Sections five and six of an act, entitled "An act authorizing the Secretary of the Commonwealth to distribute copies of the standard of weights and measures, and for the appointment of sealers," approved the fifteenth day of April, one thousand eight hundred forty-five (P. L., 443).

426. Sections one and two of an act, entitled "A supplement to the Act of Assembly passed the twenty-ninth March, one thousand eight hundred thirty-two, relating to the proceedings in the orphans' court of this Commonwealth, and for other purposes," approved the fifteenth day of April, one thousand eight hundred forty-five (P. L., 458).

427. An act, entitled "An act to regulate the standard weight of Indian corn," approved the sixteenth day of April, one thousand eight hundred forty-five (P. L., 475, No. 314).

428. Section one of an act, entitled "An act concerning certain sheriffs' and coroners' sales, and for other purposes," approved the sixteenth day of April, one thousand eight hundred forty-five (P. L., 538).

429. Section two of an act, entitled "An act supplementary to an act, entitled 'An act to preserve and perfect the validity of judgments entered upon the continuance or appearance dockets of the courts,' and for other purposes," approved the sixteenth day of April, one thousand eight hundred forty-five (P. L., 542).

430. An act, entitled "An act to alter an act, entitled 'An act to reduce the expenses of the militia system of this Commonwealth and provide a more rigid mode for the collection of militia fines,' passed the twenty-fifth day of April, one thousand eight hundred and forty-four, so far as it respects the second brigade, ninth division of the Pennsylvania militia," approved the third day of April, one thousand eight hundred forty-six (P. L., 228).

431. An act, entitled "An act supplementary to an act, entitled 'An act relating to collateral inheritances,' passed seventh April, Anno Domini one thousand eight hundred and twenty-six," approved the sixteenth day of April, one thousand eight hundred forty-six (P. L., 358, No. 300).

432. Section four of an act, entitled "An act to authorize the voters of Mifflin county to decide the question of tavern license therein and to prohibit the sale of intoxicating drinks within specified limits in certain counties," approved the twenty-first day of April, one thousand eight hundred forty-six (P. L., 431).

433. Section nine of an act, entitled "An act in regard to certain entries in ledgers in the city of Pittsburgh and relating to the publication of sheriffs' sales, and for other purposes," approved the twenty-second day of April, one thousand eight hundred forty-six (P. L., 476).

434. Section four of an act, entitled "An act relative to the appointment of trustees by orphans' court and for other purposes," approved the twenty-second day of April, one thousand eight hundred forty-six (P. L., 483).

435. An act, entitled "An act to regulate the standard measure of charcoal," approved the twenty-second day of January, one thousand eight hundred forty-seven (P. L., 51).

436. An act, entitled "A supplement to 'An act to create the office of State printer,' passed the twenty-fourth day of March, one thousand eight hundred and forty-three,'" approved the twenty-fifth day of January, one thousand eight hundred forty-seven (P. L., 55).

437. Section one of an act, entitled "A further supplement to an act to create permanently the office of State printer, passed the twenty-fourth day of April, eighteen hundred and forty-three," approved the fourteenth day of February, one thousand eight hundred forty-eight (P. L., 49).

438. An act, entitled "A further supplement to an act to create permanently the office of State printer, passed March twenty-fourth, one thousand eight hundred and forty-three," approved the sixteenth day of March, one thousand eight hundred forty-eight (P. L., 188, No. 151).

439. An act, entitled "An act designating the period for the commencement of the official term of the State Treasurer," approved the twenty-eighth day of March, one thousand eight hundred forty-eight (P. L., 285, No. 231).

440. Section three of an act, entitled "An act for the relief of John H. Morrison, collector of tolls on the Susquehanna division of the Pennsylvania canal, fixing the age at which children shall be admitted into the schools of the first school district, relative to the taxation of bank dividends and to undrawn donation tracts," approved the eleventh day of April, one thousand eight hundred forty-eight (P. L., 511).

441. Section two of an act, entitled "A further supplement to an act, entitled 'An act relating to the elections in this Commonwealth,'" approved the eleventh day of April, one thousand eight hundred forty-eight (P. L., 512).

442. Section two of an act, entitled "An act authorizing the executors of Doctor Samuel Du Fresne, of the city of Lancaster, deceased, to sell certain real estate, and relating to discharge of insolvent applicants and so forth," approved the eleventh day of April, one thousand eight hundred forty-eight (P. L., 525).

443. Sections one and two of an act, entitled "A supplement to the act, entitled 'An act regulating turnpike and plank road companies,' approved January twenty-sixth, Anno Domini one thousand eight hundred forty-nine," approved the seventh day of April, one thousand eight hundred forty-nine (P. L., 461).

444. Section three of an act, entitled "An act relative to supervisors in Franklin county, to elections of constables to school district in Jefferson county, to voting in Mifflin county, to the extension of certain road laws in Susquehanna county, to the West Chester turnpike road in Delaware county, to prevent the destruction of fish in Somerset county, to township line in Mercer county, to East Brunswick school district in Schuylkill county, to Casely Ferry in Warren county, and to hawkers and peddlers in Lancaster county," approved the ninth day of April, one thousand eight hundred forty-nine (P. L., 508).

Digitized by Google

445. Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen seventeen, thirty, thirty-one, thirty-two and thirty-three of an act, entitled "An act to create a sinking fund and to provide for the gradual and certain extinguishment of the debt of the Commonwealth," approved the tenth day of April, one thousand eight hundred forty-nine (P. L., 570).

446. Sections six and seven of an act, entitled "An act authorizing the commissioners of the incorporated districts of the Northern Liberties and Kensington to open a street, to be called Delaware avenue; relative to the duties of assessors, venders of mineral waters, the Fire Association of Philadelphia, vacancies in the school boards in the county of Philadelphia, to lost mortgages, auditors of Philadelphia county, rebuilding of the court house in Philadelphia, to enable the commissioners of Philadelphia county to borrow money to settle certain accounts between Spring Garden and the Commonwealth, and respecting the appointment of auditors," which became a law the twenty-fourth day of January, one thousand eight hundred forty-nine (P. L., 678).

447. An act, entitled "An act to revise the militia system, and provide for the training of such only as shall be uniformed," approved the seventeenth day of April, one thousand eight hundred forty-nine (P. L., 665).

448. Sections two, three, four and five of an act, entitled "An act for the relief of the heirs of James Caldwell, deceased, and relative to the hours of labor in manufacturing establishments," approved the twenty-first day of April, one thousand eight hundred forty-nine (P. L., 671).

449. An act, entitled "A supplement to an act to create permanently the office of State Printer, passed March twenty-fourth, one thousand and eight hundred and forty-three," approved the twenty-first day of January, one thousand eight hundred fifty (P. L., 6).

450. An act, entitled "An act allowing compensation to the Auditor General and State Treasurer for their services as commissioners of the internal improvement fund and sinking fund," which became a law the fifth day of February, one thousand eight hundred fifty (P. L., 38).

451. An act, entitled "An act relating to collateral inheritance taxes," approved the eleventh day of March, one thousand eight hundred fifty (P. L., 170).

452. Section twenty-two of an act, entitled "A supplement to an act, entitled 'An act to prevent waste in certain cases within this Commonwealth,' passed the twenty-ninth day of March, one thousand eight hundred and twenty-two, to land and building associations, giving the court of Susquehanna county jurisdiction in a certain case, relative to the service of process in certain cases, to party walls in West Philadelphia, to the proof of a certain will, to the sale and purchase of certain burial grounds in Philadelphia, to the laying of gas pipes in the district of Moyamensing, to the release of certain sureties in Erie county, to the State Lunatic hospital, relative to the service of process against sheriffs, to the rights of married women, to ground rents, and relating to foreign insurance companies," approved the twenty-second day of April, one thousand eight hundred fifty (P. L., 549).

Digitized by Google

453. Section forty-three of an act, entitled "An act relating to the bail of executrixes, to partition in the orphans' court and common pleas, to colored convicts in Philadelphia, to the limitation of actions against corporations, to actions enforcing the payment of ground rent, to trustees of married women, to appeals from awards of arbitrators by corporations, to hawkers and peddlers in the counties of Butler and Union, to the payment of costs in actions by informers in certain cases, to taxing lands situate in different townships, and in relation to fees of county treasurers of Lycoming, Clinton and Schuylkill, to provide for recording the accounts of executors, administrators, guardians and auditors' reports, and to amend and alter existing laws relative to the administration of justice in this Commonwealth," became a law the twenty-fifth day of April, one thousand eight hundred fifty (P. L., 569).

454. Section eight of an act, entitled "An act regulating the hunting of deer in the county of Warren, and relative to hawkers and peddlers in the counties of Carbon, Butler and Union, authorizing the Philadelphia, Germantown and Norristown Railroad Company to become stockholders in the Chester Valley Railroad Company, relative to the sale of spirituous and vinous liquors in Washington county, and to the licensing of inn-keepers in this Commonwealth, to the estate of John Claar, deceased, legitimating John Diffenbach, of Lancaster county, and authorizing the sale of the real estate of Darius Grimes, of Fayette county, deceased," approved the thirtieth day of April, one thousand eight hundred fifty (P. L., 634).

455. Section nine of an act, entitled "An act supplementary to an act, entitled 'An act to incorporate the borough of Girard, in the county of Erie,' and to authorize the borough of Erie to borrow money and to encourage agriculture and the mechanic arts in Erie county, and relative to the election of assistant wardens of the port of Philadelphia, to county treasurers and delinquent inn-keepers," approved the fifteenth day of April, one thousand eight hundred fifty (P. L., 471).

456. Section five of an act, entitled "A supplement to an act, entitled 'An act to create a sinking fund, and to provide for the gradual and certain extinguishment of the debt of the Commonwealth,' and to authorize a loan," approved the fifteenth day of May, one thousand eight hundred fifty (P. L., 772).

457. An act, entitled "An act to fix the number of Senators and Representatives, and form the State into districts in pursuance of the provisions of the Constitution," approved the fifteenth day of May, one thousand eight hundred fifty (P. L., 777).

458. Sections five, six, eight, nine, ten and eleven of an act, entitled "An act to authorize Amanda M. Richmond, of McKean county, the trustees of the Church of God, in Fredericksburg, Lebanon county, and Thomas Heyl, junior guardian, to sell certain real estate, empowering William H. Holstein, guardian, to draw and appropriate certain moneys, in relation to insurance companies and the agencies of insurance companies not chartered by this State, and to liens in Lycoming and Clinton counties," became a law the twenty-fourth day of January, one thousand eight hundred forty-nine (P. L., 921, 1850).

183

459. Section three of an act, entitled "A supplement to the act providing for the publication and distribution of the pamphlet laws of the Commonwealth," approved the eleventh day of February, one thousand eight hundred fifty-one (P. L., 124).

460. Section four of an act, entitled "An act to incorporate the Somerset and Johnstown Plank Road Company, relating to the half pilotage law, in relation to elections in Tioga county," approved the twenty-fourth day of March, one thousand eight hundred fifty-one (P. L., 229).

461. Section twelve of an act, entitled "An act extending the time for the completion of the Hollidaysburg and Bedford turnpike road, relative to the collection of certain taxes in Huntingdon county, authorizing Greensburg and Mount Pleasant to subscribe stock in a plank road company, to the sale of malt liquors in the city and county of Philadelphia, to certain school districts in Erie and Warren counties, and confirming a certain power of attorney to George Morris Knevelt," approved the fourteenth day of April, one thousand eight hundred fifty-one (P. L., 566).

462. Section eight of an act, entitled "A further supplement to the act, entitled 'An act authorizing the Governor to incorporate the Bear Mountain Railroad Company,' and for other purposes, passed July thirteenth, one thousand eight hundred and forty-two, and relative to roads, streets and alleys in the borough of Pottsville, in Schuylkill county, to hawkers and peddlers in Armstrong and Carbon counties, to the Bethany and Dingman's Choice turnpike road, to the district of West Philadelphia, to the bottling of cider and malt liquors, licensing billiard rooms, and bowling saloons, to the district of Moyamensing, and to authorize Charles B. Mench to sell certain real estate," approved the fourteenth day of April, one thousand eight hundred fifty-one (P. L., 569).

463. Section twelve of an act, entitled "An act to incorporate the New Brighton and Harmony Plank Road Company, relative to the Hillsboro and Pittsburgh State road, and to the borough of Strattonville, to granting licenses to theatres, circuses and menageries, to a State road in Monroe and Pike counties, and to the Girard Avenue Schuylkill Bridge Company," approved the fourteenth day of April, one thousand eight hundred fifty-one (P. L., 594).

464. Sections one, eighteen and nineteen of an act, entitled "An act relating to the commencement of actions to judgments and decrees for the payment of money to the widows and children of decedents, to partitions in the common pleas, relative to penalties on telegraph operators, to pleadings in certain actions of debt, to actions of ejectments, to the protection of fences, to partnerships, to limitations of writs of entry in manors, lands and tenements, to the exemption laws, to reports of the Supreme Court, to appeals relating to wards, boroughs, and townships officers, to the acknowledgments of deeds and sequestration of life estates," approved the fourteenth day of April, one thousand eight hundred fifty-one (P. L., 612).

465. Section thirteen of an act, entitled "An act to provide for the ordinary expenses of government, the repair of the public canals and railroads, and other general and special appropriations," approved the fifteenth day of April, one thousand eight hundred fifty-one (P. L., 676).

Digitized by Google

466. Sections five, six, seven, eight and twelve of an act, entitled "An act to provide for the election of judges of the several courts of this Commonwealth and to regulate certain judicial districts," approved the fifteenth day of April, one thousand eight hundred fifty-one (P. L., 648).

467. An act, entitled "A further supplement to an act, entitled 'An act relating to inspection,' approved the fifteenth day of April, one thousand eight hundred and thirty-five," approved the tenth day of April, one thousand eight hundred fifty-two (P. L., 311).

468. Section eleven of an act, entitled "An act to vest in Margaret Van Horn, of Juniata county, the right of this Commonwealth to the estate of Mary Ann Hellings, of Bucks county, and relative to ten-pin alleys in Mifflin county, confirming a road view in Union county, changing the name of Mary Ann Vanzandt, of Mifflin county, for the relief of William Latherow, relative to holding elections in Fermanaugh and Turbit townships, in Juniata county, to authorize the administrator of Jacob Soles, Junior, to make a deed, to extend the general manufacturing law to the manufacture of vitrified iron, legitimating Amanda Beighley Fletcher, of Butler county, relative to corporations under the general manufacturing act, renting real estate, and to streets in Blairsville, and relative to the Erie Gas Company," approved the fifteenth day of April, one thousand eight hundred fifty-two (P. L., 360).

469. An act, entitled "An act to divide the State into congressional districts for the election of representatives in the Congress of the United States," approved the first day of May, one thousand eight hundred fifty-two (P. L., 492).

470. Section one of an act, entitled "An act relative to courts in this Commonwealth," approved the fourth day of May, one thousand eight hundred fifty-two (P. L., 574).

471. Sections three and four of an act, entitled "An act relating to judgments relative to writs of estrepment, and the fees of sheriffs and constables, and partitions," approved the fourth day of May, one thousand eight hundred fifty-two (P. L., 584).

472. An act, entitled "A further supplement to an act, entitled 'An act to create permanently the office of State printer,'" approved the fifteenth day of March, one thousand eight hundred fifty-three (P. L., 198).

473. Section one of an act, entitled "A supplement to the sixth section of an act, entitled 'An act authorizing the Commissioners of the incorporated districts of the Northern Liberties and Kensington to open a street to be called Delaware avenue, relative to the duties of assessors, venders of mineral water,' passed the twenty-fourth day of January, one thousand eight hundred forty-nine, and the supplement to an act, entitled 'An act relative to the venders of mineral waters, and an act relative to the Washington Coal company, to sheriffs' sales of real estate, to the substitution of executors and trustees when plaintiffs, to partition on common pleas, and for other purposes' passed the ninth day of April, eighteen hundred forty-nine, relative to the Pennsylvania Building and Loan Association, and to the Venango Railroad company," approved the twentieth day of April, one thousand eight hundred fifty-three (P. L., 643).

Digitized by Google

474. An act, entitled "A supplement to an act, entitled 'An act to revise the militia system and provide for the training of such only as shall be uniformed,' passed April seventeen, one thousand eight hundred and forty-nine," approved the thirteenth day of April, one thousand eight hundred fifty-three (P. L., 654).

475. Sections one, two, three, five and six of an act, entitled "An act relative to the State Library and Librarian," approved the twenty-fifth day of January, one thousand eight hundred fifty-four (P. L., 7).

476. An act, entitled "An act relative to the appointment of notaries public," approved the twentieth day of February, one thousand eight hundred fifty-four (P. L., 90).

477. An act, entitled "An act relative to the payment of constables for attending the general and township elections," approved the thirty-first day of March, one thousand eight hundred fifty-four (P. L., 250).

478. Section three of an act, entitled "An act relating to dogs in Allegheny, Chester, Northampton, Schuylkill and Lancaster counties," approved the sixth day of April, one thousand eight hundred fifty-four (P. L., 286).

479. An act, entitled "An act relative to the salaries of associate judges in this Commonwealth," approved the twentieth day of April, one thousand eight hundred fifty-four (P. L., 404).

480. Section one of an act, entitled "An act in relation to establishing and changing the places for holding general elections throughout the Commonwealth," approved the twentieth day of April, one thousand eight hundred fifty-four (P. L., 419).

481. An act, entitled "An act to prescribe the manner of collecting certain taxes," approved the fifth day of May, one thousand eight hundred fifty-four (P. L., 569).

482. An act, entitled "An act extending the right of trial by jury to certain cases," approved the twenty-seventh day of April, one thousand eight hundred fifty-five (P. L., 365).

483. An act, entitled "A further supplement to the several acts relating to the tax upon collateral inheritances," approved the fourth day of May, one thousand eight hundred fifty-five (P. L., 425).

484. An act, entitled "A further supplement to an act to create permanently the office of State Printer," approved the fifth day of May, one thousand eight hundred fifty-five (P. L., 443).

485. Section seventy-four of an act, entitled "An act to provide for the ordinary expenses of government, the repairs of the public canals and railroads, and other general and special appropriations," approved the seventh day of May, one thousand eight hundred fifty-five (P. L., 495).

486. An act, entitled "An act to authorize the Governor to issue letters patent in certain cases," approved the seventh day of May, one thousand eight hundred fifty-five (P. L., 462).

487. An act, entitled "A supplement to the act to provide for the appointment of a reporter of the Supreme Court of the Commonwealth of Pennsylvania," approved the eighth day of May, one thousand eight hundred fifty-five (P. L., 528).

488. Section one of an act, entitled "An act relating to judgments and executions in foreign attachments," approved the eighth day of May, one thousand eight hundred fifty-five (P. L., 532).

Digitized by Google

489. Sections one, two, three, four, five, six, seven, eight, nine, eleven, twelve, thirteen, fifteen and twenty-two of an act, entitled "An act to regulate the sale of intoxicating liquors," approved the thirty-first day of March, one thousand eight hundred fifty-six (P. L., 200).

490. An act, entitled "An act to provide for the incorporation of insurance companies," approved the second day of April, one thousand eight hundred fifty-six (P. L., 211, No. 236).

491. An act, entitled "An act in relation to Public Printing," approved the ninth day of April, one thousand eight hundred fifty-six (P. L., 262).

492. Sections three and four of an act, entitled "An act relating to the rights of property of husband and wife," approved the eleventh day of April, one thousand eight hundred fifty-six (P. L., 315).

493. Section two of an act, entitled "An act to repeal certain Acts of Assembly upon non-payment of the enrollment tax," approved the twenty-second day of April, one thousand eight hundred fifty-six (P. L., 512, No. 546).

494. An act, entitled "An act providing for the election of a State Treasurer," approved the twenty-fifth day of February, one thousand eight hundred fifty-seven (P. L., 64).

495. An act, entitled "An act relating to fees of aldermen, justices of the peace and constables," approved the eighteenth day of April, one thousand eight hundred fifty-seven (P. L., 229).

496. An act, entitled "A supplement to an act to provide for the incorporation of insurance companies, approved the second day of April, Anno Domini one thousand eight hundred and fifty-six," approved the first day of May, one thousand eight hundred fifty-seven (P. L., 380).

497. Section seventy-nine of an act, entitled "An act to provide for the ordinary expenses of government, the repairs of public canals and railroads, and other general and special appropriations," approved the eighteenth day of May, one thousand eight hundred fifty-seven (P. L., 559).

498. An act, entitled "An act to regulate the salaries of the associate judges of this Commonwealth," approved the twentieth day of May, one thousand eight hundred fifty-seven (P. L., 612, No. 652).

499. An act, entitled "An act to fix the number of Senators and Representatives, and to form the State into districts in pursuance of the provisions of the Constitution," approved the twentieth day of May, one thousand eight hundred fifty-seven (P. L., 619).

500. Section one of an act, entitled "An act in relation to bills of exchange," approved the twenty-first day of May, one thousand eight hundred fifty-seven (P. L., 629, No. 665).

501. Sections one, three, four, five and six of an act, entitled "An act for the better preservation of game and insectivorous birds," approved the twenty-first day of April, one thousand eight hundred fifty-eight (P. L., 371).

502. An act, entitled "A supplement to the act of sixteenth June, one thousand eight hundred and thirty-six, entitled 'An act relating to executions,'" approved the twenty-second day of April, one thousand eight hundred fifty-eight (P. L., 458).

Digitized by Google

503. Section one of an act, entitled "An act to establish a sinking fund for the payment of the public debt," approved the twenty-second day of April, one thousand eight hundred fifty-eight (P. L., 468).

504. An act, entitled "An act relating to certain charitable corporations," approved the twenty-fourth day of February, one thousand eight hundred fifty-nine (P. L., 78).

505. An act, entitled "An act requiring railroad companies to make uniform reports to the Auditor General," approved the fourth day of April, one thousand eight hundred fifty-nine (P. L., 358).

506. An act, entitled "An act to provide for taking testimony in cases of contested elections of members of the General Assembly," approved the eleventh day of April, one thousand eight hundred fifty-nine (P. L., 495).

507. An act, entitled "An act to equalize taxation upon corporations," approved the twelfth day of April, one thousand eight hundred fifty-nine (P. L., 529).

508. Section one of an act, entitled "An act relating to the settlements of registers of wills, recorders of deeds, prothonotaries and clerks of courts with the State Treasurer," approved the thirteenth day of April, one thousand eight hundred fifty-nine (P. L., 561, No. 546).

509. An act, entitled "An act to regulate the standard weight of oats," approved the thirteenth day of April, one thousand eight hundred fifty-nine (P. L., 610).

510. An act, entitled "A supplement to an act for the better preservation of game, approved April twenty-first, Anno Domini one thousand eight hundred and fifty-eight," approved the fourteenth day of April, one thousand eight hundred fifty-nine (P. L., 640).

511. An act, entitled "An act relating to the granting of licenses to hotel, inn or tavern keepers," approved the fourteenth day of April, one thousand eight hundred fifty-nine (P. L., 653, No. 652).

512. An act, entitled "An act regulating the standard weight of clover seed," approved the twenty-second day of March, one thousand eight hundred sixty (P. L., 230, No. 224).

513. An act, entitled "An act regulating the inspection of pickled fish and to prevent fraud in the vending of the same," approved the twenty-seventh day of March, one thousand eight hundred sixty (P. L., 287).

514. An act, entitled "An act to establish a system of free banking in Pennsylvania, and to secure the public against loss from insolvent banks," approved thirty-first day of March, one thousand eight hundred sixty (P. L., 459).

515. An act, entitled "An act relating to the publication of notice of proposed acts of incorporation of this Commonwealth," approved the second day of April, one thousand eight hundred sixty (P. L., 610, No. 527).

516. An act, entitled "An act to divide the State into congressional districts for the election of representatives in the Congress of the United States," approved the first day of May, one thousand eight hundred sixty-one (P. L., 471).

517. Entire act except section thirty-six, entitled "Supplement to an act to establish a system of free banking in Pennsylvania, and to secure the public against loss from insolvent banks, approved March thirty-one, eighteen hundred sixty," approved the first day of May, one thousand eight hundred sixty-one (P. L., 503, No. 473).

518. An act, entitled "An act to authorize the brigade inspector of the Second Brigade, Seventh Division Pennsylvania Militia, to appoint a deputy," approved the sixteenth day of May, one thousand eight hundred sixty-one (P. L., 759).

519. An act, entitled "A supplement to the act for the better organization of the militia of the Commonwealth, approved the twelfth day of April, one thousand eight hundred and sixty-one," approved the sixteenth day of May, one thousand eight hundred sixty-one (P. L., 769, No. 695).

520. An act, entitled "A supplement to an act in relation to public printing, approved the ninth day of April, one thousand eight hundred and fifty-six," approved the twenty-fifth day of February, one thousand eight hundred sixty-two (P. L., 49).

521. An act, entitled "A supplement to an act relating to the commencement of actions," approved the fourth day of March, one thousand eight hundred sixty-two (P. L., 79, No. 83).

522. Section one of an act, entitled "An act to reorganize the Congressional districts of Pennsylvania in accordance with the act of Congress, approved March fourth, one thousand eight hundred and sixty-two," approved the tenth day of April, one thousand eight hundred sixty-two (P. L., 405).

523. An act, entitled "An act fixing the commencement of the term of office of sheriffs in the several counties of this Commonwealth," approved the eleventh day of April, one thousand eight hundred sixty-two (P. L., 431).

524. An act, entitled "An act granting to the Supreme Court jurisdiction of a court of chancery in all cases of mortgages, et cetera," approved the eleventh day of April, one thousand eight hundred sixty-two (P. L., 477, No. 468).

525. An act, entitled "An act to provide for the adjudication and payment of certain military claims," approved the sixteenth day of April, one thousand eight hundred sixty-two (P. L., 535).

526. An act, entitled "An act to provide for the distribution of State documents among the different States of the Union," approved the first day of April, one thousand eight hundred sixty-three (P. L., 191, No. 199).

527. An act, entitled "An act to authorize the Governor to furnish tourniquets for the use of the soldiers of this State," approved the eleventh day of April, one thousand eight hundred sixty-three (P. L., 349, No. 353).

528. An act, entitled "An act requiring canal companies to make yearly reports to the Auditor General," approved the fifteenth day of April, one thousand eight hundred sixty-three (P. L., 464).

529. An act, entitled "An act relating to the payment of stamp duties," approved the fifteenth day of April, one thousand eight hundred sixty-three (P. L., 477).

530. An act, entitled "An act relating to the inspection of domestic distilled spirits," approved the fifteenth day of April, one thousand eight hundred sixty-three (P. L., 480).

531.   An act, entitled "An act relating to proceedings in cases of partition in equity," approved the twenty-second day of April, one thousand eight hundred sixty-three (P. L., 519).

532.   An act, entitled "An act providing for the military board of claims," approved the twenty-second day of April, one thousand eight hundred sixty-three (P. L., 520).

533.   Section three of an act, entitled "An act to authorize certain military officers to take affidavits, testimony and acknowledgments of the execution of deeds, and other instruments of writing of persons in the military service of this State or the United States," approved the twenty-second day of April, one thousand eight hundred sixty-three (P. L., 572).

534.   A resolution, entitled "Joint resolution relative to the pay of the Board of Revenue Commissioners," approved the first day of April, one thousand eight hundred sixty-three (P. L., 609, No. 10).

535.   An act, entitled "An act providing for the election of a State Treasurer," approved the sixteenth day of March, one thousand eight hundred sixty-four (P. L., 10).

536.   An act, entitled "An act to fix the number of Senators and Representatives, and to form the State into districts in pursuance of the provisions of the Constitution," approved the fifth day of May, one thousand eight hundred sixty-four (P. L., 258).

537.   An act, entitled "An act to declare Washington's birthday a public holiday," approved the seventh day of May, one thousand eight hundred sixty-four (P. L., 889).

538.   Section one of an act, entitled "A supplement to an act to declare and regulate escheats," approved the twenty-seventh day of June, one thousand eight hundred sixty-four (P. L., 951, No. 837).

539.   Sections one, two, three, four, five, six, seven, eight, ten, eleven, twelve and thirteen of an act, entitled "An act enabling the banks of this Commonwealth to become associations for the purpose of banking under the laws of the United States," approved the twenty-second day of August, one thousand eight hundred sixty-four (P. L., 977).

540.   An act, entitled "A supplement to an act to fix the number of Senators and Representatives, and to form the State into districts in pursuance of the provisions of the Constitution, approved May fifth, one thousand eight hundred and sixty-four," approved the twenty-fourth day of August, one thousand eight hundred sixty-four (P. L., 1014, No. 884).

541.   An act, entitled "A further supplement to the act for the organization, discipline and regulation of the militia of the Commonwealth of Pennsylvania, approved March fourth, one thousand eight hundred and sixty-four," approved the twenty-first day of March, one thousand eight hundred sixty-four (P. L., 8, No. 9).

542.   An act, entitled "An act to fix the standard weight of potatoes," approved the twenty-third day of March, one thousand eight hundred sixty-five (P. L., 40, No. 24).

543.   An act, entitled "An act to increase the salary of the Assistant State Librarian," approved the first day of February, one thousand eight hundred sixty-six (P. L., 13, No. 13).

Digitized by Google

544. An act, entitled "An act regulating the mode of voting at all elections in the several counties of this Commonwealth," approved the thirtieth day of March, one thousand eight hundred sixty-six (P. L., 92).

545. An act, entitled "Supplement to an act, entitled 'An act regulating railroad companies,' approved February nineteenth, Anno Domini one thousand eight hundred and forty-nine," approved the seventeenth day of April, one thousand eight hundred sixty-six (P. L., 106, No. 94).

546. An act, entitled "An act fixing the salary of the Governor of the Commonwealth," approved the twelfth day of April, one thousand eight hundred sixty-six (P. L., 816, No. 805).

547. An act, entitled "A further supplement to the election laws of this Commonwealth," approved the fourth day of June, one thousand eight hundred sixty-six (P. L., 1107).

548. An act, entitled "An act to regulate the salary of the Secretary of the Commonwealth," approved the twenty-ninth day of January, one thousand eight hundred sixty-seven (P. L., 20).

549. An act, entitled "An act requiring the Superintendent of Public Printing to advertise for proposals for supplying the State with printing and bill paper," approved the tenth day of April, one thousand eight hundred sixty-seven (P. L., 64).

550. An act, entitled "An act to authorize the appointment of phonographic reporters for the several courts of common pleas of this Commonwealth," approved the fifteenth day of April, one thousand eight hundred sixty-seven (P. L., 83).

551. Sections two and ten of an act, entitled "An act to ascertain and appoint the fees to be received by the several officers of this Commonwealth," approved the second day of April, one thousand eight hundred sixty-eight (P. L., 3).

552. An act, entitled "A supplement to an act for the better preservation of game and insectivorous birds, approved the twenty-first day of April, one thousand eight hundred and fifty-eight," approved the thirty-first day of March, one thousand eight hundred sixty-eight (P. L., 51).

553. Section two of an act, entitled "An act relating to railroad companies and common carriers; defining their liabilities and authorizing them to provide means of indemnity against loss of life and personal injury," approved the fourth day of April, one thousand eight hundred sixty-eight (P. L., 58).

554. An act, entitled "An act fixing the number and pay of the officers of the Senate and House of Representatives of Pennsylvania," approved the eighth day of April, one thousand eight hundred sixty-eight (P. L., No. 36).

555. An act, entitled "A supplement to an act, entitled 'An act to permit disabled soldiers to peddle by procuring a license therefor without charge,' approved April eighth, one thousand eight hundred and sixty-seven, extending the same to sailors and marines," approved the tenth day of April, one thousand eight hundred sixty-eight (P. L., 79, No. 42).

556.   An act, entitled "A supplement to an act requiring the Superintendent of Public Printing to advertise for proposals for supplying the State with printing and bill paper, approved April tenth, Anno Domini one thousand eight hundred and sixty-seven," approved the tenth day of April, one thousand eight hundred sixty-eight (P. L., 79, No. 43).

557.   An act, entitled "An act relating to the organization of co-operative associations for the purpose of carrying on any mechanical, mining, manufacturing or trading business in the Commonwealth of Pennsylvania," approved the fourteenth day of April, one thousand eight hundred sixty-eight (P. L., 100, No. 62.)

558.   An act, entitled "An act supplementary to an act to enlarge the jurisdiction of the courts of common pleas of this Commonwealth, approved March twenty-sixth, one thousand eight hundred and sixty-seven, so far as the same relates to the chartering of insurance companies," approved the seventeenth day of March, one thousand eight hundred sixty-nine (P. L., 7).

559.   An act, entitled "An act directing public notice to be given when county land lien dockets are forwarded to the respective counties, and staying proceedings by the Attorney General for one year from the date of forwarding the same," approved the eighth day of April, one thousand eight hundred sixty-nine (P. L., 21).

560.   An act, entitled "An act to declare Good Friday a public holiday," approved the twelfth day of April, one thousand eight hundred sixty-nine (P. L., 26).

561.   An act, entitled "An act to provide for the extinction of irredeemable rents," approved the fifteenth day of April, one thousand eight hundred sixty-nine (P. L., 47).

562.   Entire act except sections six, ten, twelve, fourteen, eighteen, nineteen, twenty, thirty-eight and forty-one, entitled "An act further supplemental to the act relative to the elections of this Commonwealth," approved the seventeenth day of April, one thousand eight hundred sixty-nine (P. L., 49).

563.   Sections one and two of an act, entitled "A further supplement to an act, entitled 'An act to declare and regulate escheats,' passed the twenty-ninth day of September, Anno Domini one thousand seven hundred and eighty-seven," approved the seventeenth day of April, one thousand eight hundred sixty-nine (P. L., 71, No. 48).

564.   An act, entitled "An act providing for the taking of game," approved the twenty-first day of April, one thousand eight hundred sixty-nine (P. L., 84).

565.   "An act, entitled "A supplement to an act relating to orphans' courts, approved March twenty-ninth, Anno Domini one thousand eight hundred and thirty-two," approved the first day of April, one thousand eight hundred seventy (P. L., 45, No. 25).

566.   Sections one, two and three of an act, entitled "An act supplementary to the several acts relative to the State Treasurer and to the Commissioners of the sinking fund," approved the thirteenth day of April, one thousand eight hundred seventy (P. L., 67).

567.   Section three of an act, entitled "An act relating to management of the State Treasury and the sinking fund," approved the fourteenth day of April, one thousand eight hundred seventy (P. L., 73, No. 47).

13

Digitized by Google

568. An act, entitled "An act relative to limitations," approved the sixteenth day of December, one thousand eight hundred sixty-nine (P. L. (1870), 1372).

569. An act, entitled "A further supplement to the act of ninth of April, Anno Domini eighteen hundred and fifty-six, regulating the public printing and binding," approved the twenty-seventh day of March, one thousand eight hundred seventy-one (P. L., 232).

570. An act, entitled "An act relative to the chartering of mutual fire insurance companies," approved the seventeenth day of April, one thousand eight hundred seventy-one (P. L., 240).

571. An act, entitled "A further supplement to an act for the organization, discipline and regulation of the militia of the Commonwealth of Pennsylvania, approved May fourth, one thousand eight hundred and sixty-four," approved the twenty-sixth day of April, one thousand eight hundred seventy-one (P. L., 241, No. 226).

572. An act, entitled "An act to fix the number of Senators and Representatives and to form the State into districts in pursuance of the provisions of the Constitution," which became a law the sixth day of May, one thousand eight hundred seventy-one (P. L., 252).

573. An act, entitled "A supplement to an act, entitled 'An act to fix the number of Senators and Representatives and to form the State into districts in pursuance of the Constitution,' which became a law on the sixth day of May, Anno Domini one thousand eight hundred and seventy," approved the eleventh day of May, one thousand eight hundred seventy-one (P. L., 259).

574. An act, entitled "A supplement to an act, entitled 'An act to revise, amend and consolidate the laws taxing corporations, brokers and bankers,' approved May first, one thousand eight hundred and sixty-eight," approved the thirteenth day of May, one thousand eight hundred seventy-one (P. L., 267, No. 247).

575. An act, entitled "An act to authorize married women owning capital stock of any railroad company to sell and transfer the same," approved the second day of June, one thousand eight hundred seventy-one (P. L., 283, No. 263).

576. An act, entitled "An act relating to clandestine marriages," approved the second day of June, one thousand eight hundred seventy-one (P. L., 289).

577. An act, entitled "A further supplement to the act, entitled 'An act establishing a health office and to secure the city and port of Philadelphia from the introduction of pestilential and contagious diseases, and for other purposes,' approved twenty-ninth January, one thousand eight hundred and eighteen," approved the fourteenth day of March, one thousand eight hundred seventy-one (P. L., 332).

578. An act, entitled "An act to change the name of the board of school controllers of the first school district of Pennsylvania," approved the fifteenth day of March, one thousand eight hundred seventy (P. L., 437).

579. An act, entitled "A supplement to the act for the preservation of the records of the inspectors of coal mines in the mining districts of Schuylkill and Luzerne, embracing the anthracite coal regions of Pennsylvania, approved the fifth day of April, one thousand eight hundred and seventy," approved the second day of June, one thousand eight hundred seventy-one (P. L., 1314).

Digitized by Google

580. An act, entitled "An act to repeal the fifteenth section of an act, entitled 'An act further supplemental to the act relative to the elections of this Commonwealth,' approved April seventeenth, one thousand eight hundred and sixty-nine," approved the twenty-eighth day of June, one thousand eight hundred seventy-one (P. L., 1365, No. 1268).

581. An act, entitled "An act, entitled 'A further supplement to an act relating to the elections of this Commonwealth,' approved July second, Anno Domini one thousand eight hundred and thirty-nine," approved the twenty-first day of February, one thousand eight hundred seventy-two (P. L., 17).

582. An act, entitled "An act enabling married women to purchase sewing machines," approved the twenty-ninth day of February, one thousand eight hundred seventy-two (P. L., 21, No. 7).

583. An act, entitled "An act relating to the investment of trust funds," approved the twenty-ninth day of March, one thousand eight hundred seventy-two (P. L., 31, No. 19).

584. An act, entitled "A further supplement to an act incorporating the Lehigh Coal and Navigation Company," approved the third day of April, one thousand eight hundred seventy-two (P. L., 833, No. 799).

585. An act, entitled "An act authorizing mining and manufacturing companies or other organized companies or individuals to give, and banks or other organized companies or individuals, to take, and hold mortgages on real estate, to secure payment of notes, bills and renewals thereof," approved the seventeenth day of February, one thousand eight hundred seventy-three (P. L., 35, No. 8).

586. An act, entitled "An act to authorize mining and manufacturing companies to issue bonds and mortgages, and to use the same as collaterals for bank accounts," approved the twentieth day of February, one thousand eight hundred seventy-three (P. L., 36, No. 11).

587. An act, entitled "An act to increase the pay of jurors in this Commonwealth," approved the twenty-eighth day of February, one thousand eight hundred seventy-three (P. L., 37, No. 12).

588. An act, entitled "A supplement to an act to permit the voters of this Commonwealth to vote every three years on the question of granting licenses to sell intoxicating liquors, approved twenty-seventh March, one thousand eight hundred and seventy-two," approved the sixth day of March, one thousand eight hundred seventy-three (P. L., 39).

589. An act, entitled "An act defining what days shall constitute legal holidays," approved the second day of April, one thousand eight hundred seventy-three (P. L., 58).

590. An act, entitled "A further supplement to an act relating to orphans' courts, approved March twenty-fourth, one thousand eight hundred and thirty-two," approved the fourth day of April, one thousand eight hundred seventy-three (P. L., 59, No. 36).

591. An act, entitled "An act to provide for the better security of life and property from the dangers of coal and petroleum oils," approved the fourth day of April, one thousand eight hundred seventy-three ( P. L., 60, No. 38).

13—Vetoes.

592. Sections three and six of an act, entitled "An act regulating the election of State Treasurer," approved the twenty-eighth day of April, one thousand eight hundred seventy-three (P. L., 77, No. 56).

593. An act, entitled "An act to amend and consolidate the several acts relating to game and game fish," approved the first day of May, one thousand eight hundred seventy-three (P. L., 89).

594. An act, entitled "A supplement to an act relative to arbitrations in certain counties," approved the twenty-fifth day of March, one thousand eight hundred seventy-three (P. L., 396, No. 415).

595. An act, entitled "An act to carry out the provisions of section twelve, article three of the constitution, relative to contracts for supplies for the Legislature and the various departments of the State government," approved the sixteenth day of March, one thousand eight hundred seventy-four (P. L., 45, No. 5).

596. An act, entitled "An act to provide for the payment of the expenses of advertising the new constitution," approved the twenty-seventh day of March, one thousand eight hundred seventy-four (P. L., 48, No. 8).

597. An act, entitled "An act to authorize married women owning loans of this Commonwealth, or of the city of Philadelphia, or capital stock of any corporation of this Commonwealth, to sell and transfer the same," approved the first day of April, one thousand eight hundred seventy-four (P. L., 49, No. 9).

598. An act, entitled "An act designating the judicial districts of the Commonwealth and providing for the appointment and election of judges therein; for issuing to additional judges learned in the law, commissions as president judges, and manner of fixing the terms of courts therein," approved the ninth day of April, one thousand eight hundred seventy-four (P. L., 54).

599. Section two of an act, entitled "A supplement to an act for the better protection of the wages of mechanics, miners, laborers and others, approved the ninth day of April, Anno Domini one thousand eight hundred and seventy-two," approved the eighth day of May, one thousand eight hundred seventy-four (P. L., 120, No. 53).

600. Section eleven of an act, entitled "An act supplementary to the several acts relating to the State Treasurer and to the Commissioners of the sinking fund," approved the ninth day of May, one thousand eight hundred seventy-four (P. L. 126).

601. Sections two, four and five of an act, entitled "An act fixing the compensation of members of the General Assembly and the number, duties and compensation of the officers and employees thereof," approved the eleventh day of May, one thousand eight hundred seventy-four (P. L., 129).

602. Section six of an act, entitled "An act regulating the election of Secretary of Internal Affairs; defining his duties and fixing his salary," approved the eleventh day of May, one thousand eight hundred seventy-four (P. L., 135, No. 69).

603. Sections one, two, four, five, six, seven, eight, nine and ten of an act, entitled "An act relating to parties engaged in the storage and transportation by pipe lines of crude and refined petroleum oil, and the issuing of fraudulent receipts, certificates or vouchers, and providing for monthly reports," approved the fifteenth day of May, one thousand eight hundred seventy-four (P. L., 172).

Digitized by Google

604. An act, entitled "An act to construe the twenty-first section of an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,' approved May first, Anno Domini one thousand eight hundred and seventy-three," approved the fifteenth day of May, one thousand eight hundred seventy-four (P. L., 180, No. 112).

605. An act, entitled "An act to provide for the better security of life and property from the dangers of coal and petroleum oils," approved the fifteenth day of May, one thousand eight hundred seventy-four (P. L., 189).

606. An act, entitled "An act to fix the number of senators and representatives in the General Assembly of the State, and to apportion the State into senatorial and representative districts as provided in the Constitution," approved the nineteenth day of May, one thousand eight hundred seventy-four (P. L., 197).

607. An act, entitled "An act making Decoration Day a legal holiday," approved the twenty-fifth day of May, one thousand eight hundred seventy-four (P. L., 222, No. 145).

608. Sections fourteen, fifteen, sixteen, seventeen, eighteen, nineteen, twenty, twenty-one, twenty-two, twenty-three, twenty-four, twenty-five, twenty-six, twenty-seven, twenty-eight, twenty-nine, thirty, thirty-one, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-nine, forty and forty-six (paragraph one, and clauses one, two, three, seven and nine), sections forty-seven, forty-eight, forty-nine and fifty (paragraph one, and clauses one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen and fourteen), and sections fifty-one, fifty-four, fifty-five and fifty-six of an act, entitled "An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for lcontracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund, to redeem the same, defining and punishing certain offenses in all of said cities, and providing for the incorporation and government of cities of the third class," approved the twenty-third day of May, one thousand eight hundred seventy-four (P. L., 230).

609. An act, entitled "A further supplement to the act of ninth of April, Anno Domini one thousand eight hundred and fifty-six, regulating the public printing and binding, and the supplement thereto, approved March twenty-seventh, Anno Domini one thousand eight hundred and seventy-one, amending the same so as to increase the number of bills to be printed for the use of the two houses, and providing for the printing of the reports of the commissioners of insurance and statistics, and of the inspectors of mines," approved the fifth day of June, one thousand eight hundred seventy-four (P. L., 274).

610. An act, entitled "An act to enable mining, manufacturing and trading companies to wind up their affairs after the expiration of their charters," approved the eighth day of June, one thousand eight hundred seventy-four (P. L., 278, No. 164).

611. An act, entitled "An act to provide for a right of way across or under the rivers or other streams of this Commonwealth, for the better and more convenient mining of anthracite coal," approved the thirteenth day of June, one thousand eight hundred seventy-four (P. L., 286).

Digitized by Google

612. An act, entitled "An act relating to return of writs and other process in courts which are abolished or changed by the provisions of the constitution," approved the twenty-second day of January, one thousand eight hundred seventy-five (P. L., 3, No. 1).

613. Section two of an act, entitled "An act fixing and regulating the terms of all members of councils and all other city, ward, borough and township officers excepting school directors elected by the people, and fixing the time for organization of the legislative departments of the municipal governments of the Commonwealth, and the inauguration of the mayors of all the cities of the same," approved the tenth day of March, one thousand eight hundred seventy-five (P. L., 6. No. 7).

614. An act, entitled "A supplement to an act, entitled 'An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund to redeem the same, defining and punishing certain offences in all of said cities, and providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and seventy-four," approved the eighteenth day of March, one thousand eight hundred seventy-five (P. L., 15).

615. An act, entitled "An act to amend an act, entitled 'An act to authorize married women owning loans of this Commonwealth or of the city of Philadelphia, or capital stock of any corporation of this Commonwealth, to sell and transfer the same,' approved the first day of April, Anno Domini one thousand eight hundred and seventy-four, extending the provisions of said act so as to include the loans as well as the capital stock of corporations of this Commonwealth," approved the eighteenth day of March, one thousand eight hundred seventy-five (P. L., 24, No. 22).

616. An act, entitled "A supplement to an act approved the first day May, one thousand eight hundred and seventy-three, entitled 'An act to amend and consolidate the several acts relating to game and game fish,' " approved the eighteenth day of March, one thousand eight hundred seventy-five (P. L., 26).

617. Sections two, three, four, five, six, nine, ten, eleven and twelve of an act, entitled "An act to repeal an act to permit the voters of this Commonwealth to vote every three years on the question of granting licenses to sell intoxicating liquors, and to restrain and regulate the sale of the same," approved the twelfth day of April, one thousand eight hundred seventy-five (P. L., 40).

618. Section one of an act, entitled "A supplement to an act to authorize the Governor to appoint additional notaries public," approved the sixteenth day of March, one thousand eight hundred seventy-six (P. L., 7, No. 6).

619. An act, entitled "An act to revise and amend an act, entitled 'An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund to redeem the same, defining and punishing certain offences in all of said cities, and providing for the incorporation and government of cities of the third class,'

Digitized by Google

approved may twenty-third, Anno Domini one thousand eight hundred and seventy-four, providing for the division of the cities of the State into five classes, and for other purposes," approved the eleventh day of April, one thousand eight hundred seventy-six (P. L., 20).

620.   An act, entitled "An act to carry out the provisions of section twelve, article three of the constitution in relation to the public printing and binding, and the supply of paper therefor," approved the first day of May, one thousand eight hundred seventy-six (P. L., 68).

621.   Section four of an act, entitled "An act providing for the appraisement, collection and payment of damages to private property, by the grading of streets or alleys in cities other than those of the first, second and fifth classes, and authorizing the occupation of private property for the purposes of slopes or embankments in the improvement of streets or alleys therein," approved the first day of May, one thousand eight hundred seventy-six (P. L., 86).

622..  Section one of an act, entitled "A supplement to an act, entitled 'An act to carry out the provisions of section twelve, article three of the constitution, relative to contracts for supplies for the Legislature and various departments of the State government,'" approved the fourth day of May, one thousand eight hundred seventy-six (P. L., 99, No. 68).

623.   An act, entitled "An act to amend the act of April twenty-eighth, one thousand eight hundred and seventy-three, entitled 'An act to re-organize the congressional districts of Pennsylvania,' be so amended as to attach the new township of Collier in the county of Allegheny to the twenty-second congressional district," approved the fourth day of May, one thousand eight hundred seventy-six (P. L., 101, No. 72).

624.   An act, entitled "A further supplement to the act approved May fourth, Anno Domini one thousand eight hundred and sixty-four, entitled 'An act for the organization, discipline and regulation of the militia of the Commonwealth of Pennsylvania,'" approved the fourth day of May, one thousand eight hundred seventy-six (P. L., 102, No. 73).

625.   An act, entitled "An act to amend and consolidate the several acts relating to game and game fish," approved the fifth day of May, one thousand eight hundred seventy-six (P. L., 104).

626.   An act, entitled "An act enlarging the powers of courts of equity throughout the State in cases of partition," approved the eighth day of May, one thousand eight hundred seventy-six (P. L., 134).

627.   An act, entitled "An act authorizing councils of cities of the Commonwealth of the third class to fill vacancies in the offices of city controller and city treasurer," approved the eighteenth day of May, one thousand eight hundred seventy-six (P. L., 180, No. 150).

628.   An act, entitled "An act to authorize chattel mortgages in this Commonwealth upon lumber, iron and coal oil in bulk, and upon iron tanks, tank cars, iron ore mined and prepared for use, manufactured slate, and canal boats," approved the eighteenth day of May, one thousand eight hundred seventy-six (P. L., 181).

629. Section twelve of an act, entitled "An act in relation to cities of the second class; providing for the levy, collection and disbursement of taxes and water rents," approved the twenty-second day of March, one thousand eight hundred and seventy-seven (P. L., 16).

630. An act, entitled "An act to empower the sheriffs and prothonotaries of the several counties of the Commonwealth to sue for their fees," approved the twenty-third day of March, one thousand eight hundred and seventy-seven (P. L., 25).

631. An act, entitled "An act to amend sections twelve and nineteen of an act, entitled 'An act to carry out the provisions of section twelve, article three of the Constitution in relation to the public printing and binding and the supply of paper therefor,' approved the first day of May, Anno Domini one thousand eight hundred and seventy-six," approved the twenty-third day of March, one thousand eight hundred seventy-seven (P. L., 27).

632. An act, entitled "A supplement to an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,' approved the fifth day of May, Anno Domini eighteen hundred and seventy-six," approved the twenty-fourth day of March, one thousand eight hundred seventy-seven (P. L., 45., No. 44).

633. An act, entitled "An act creating and defining the duties and powers of a recorder for cities whose population does not exceed thirty thousand, and is not less than eight thousand five hundred, which accept the provisions of this act," approved the twenty-fourth day of March, one thousand eight hundred seventy-seven (P. L., 47, No. 47).

634. An act, entitled "An act to authorize the governor to appoint a sealer of weights and measures in the several counties of this Commonwealth," approved the fourth day of April, one thousand eight hundred seventy-seven (P. L., 52, No. 50).

635. An act, entitled "An act providing the means for securing the health and safety of persons employed in the bituminous coal mines of Pennsylvania," approved the eighteenth day of April, one thousand eight hundred seventy-seven (P. L., 56).

636. An act, entitled "An act to authorize and provide for the payment of additional appropriations to school districts in certain cases," approved the twelfth day of April, one thousand eight hundred seventy-eight (P. L., 13, No. 15).

637. An act, entitled "An act to prohibit peddling, selling or hawking of produce and merchandise in cities of the second and third classes of this Commonwealth without a license," approved the twelfth day of April, one thousand eight hundred seventy-eight (P. L., 15.)

638. An act, entitled "An act to repeal a portion of the sixth section of an act for the preservation of the records of the inspection of mines in the mining districts of Schuylkill and Luzerne, embracing the coal regions of Pennsylvania," approved the twelfth day of April, one thousand eight hundred seventy-eight (P. L., 16, No. 18).

639. An act, entitled "An act to provide for the holding of courts in certain cities of this Commonwealth," approved the eighteenth day of April, one thousand eight hundred seventy-eight (P. L., 29).

Digitized by Google

640.   Sections one, two, three, five, six and seven of an act, entitled "An act authorizing and empowering the court of common pleas of the several counties of this Commonwealth to change, alter and direct the mode of preparing and keeping indices in the several offices of record in said counties, and for preparing, making and substituting new indices for old indices or parts thereof," approved the third day of May, one thousand eight hundred seventy-eight (P. L., 43).

641.   An act, entitled "An act fixing and regulating the terms of certain officers in cities of the fourth class," approved the twenty-second day of May, one thousand eight hundred seventy-eight (P. L., 87, No. 110).

642   An act, entitled "An act to prevent deception in the sale of butter and cheese," approved the twenty-second day of May, one thousand eight hundred seventy-eight (P. L., 87, No. 112).

643.   An act, entitled "An act confirmatory of the conveyances of real estate," approved the twenty-second day of May, one thousand eight hundred seventy-eight (P. L., 98, No. 132).

644.   An act, entitled "An act empowering the State Superintendent to issue permanent certificates to teachers in cities of the fifth class," approved the twenty-third day of May, one thousand eight hundred seventy-eight (P. L., 110).

645.   An act, entitled "An act to more clearly define the duties of sealers of weights and measures," approved the twenty-fourth day of May, one thousand eight hundred seventy-eight (P. L., 130).

646.   An act, to prevent the adulteration of milk and prevent the traffic in impure and unwholesome milk," approved the twenty-fifth day of May, one thousand eight hundred seventy-eight (P. L., 144).

647.   An act, entitled "An act authorizing the assignment and satisfaction of record, and validating former satisfactions of record by married women of mortgages or judgments belonging to them," approved the twenty-fifth day of May, one thousand eight hundred seventy-eight (P. L., 152, No. 195).

648.   An act, entitled "An act to ascertain and appoint the fees to be received by the sheriffs, coroners, prothonotaries, clerks of the several courts, registers of wills, and recorders of deeds of this Commonwealth, except in counties containing more than one hundred and fifty thousand or less than ten thousand inhabitants," approved the twelfth day of June, one thousand eight hundred seventy-eight (P. L., 187).

649.   An act, entitled "An act for the taxation of dogs and the protection of sheep," approved the twelfth day of June, one thousand eight hundred seventy-eight (P. L., 198, No. 231).

650.   An act, entitled "An act providing for the election of members of the select council of cities of the fifth class where said cities have not been divided into wards," approved the twelfth day of February, one thousand eight hundred seventy-nine (P. L., 3).

651.   An act, entitled "A supplement to an act, entitled 'An act to provide for the division of counties of this Commonwealth and the erection of new counties therefrom,'" approved the thirteenth day of March, one thousand eight hundred seventy-nine (P. L., 6).

Digitized by Google

652.  An act, entitled "An act to provide for the incorporation, and for the government and regulation of street railway companies now incorporated, or which may hereafter be incorporated, in cities of the second and third class in this Commonwealth," approved the nineteenth day of March, one thousand eight hundred seventy-nine (P. L., 9).

653.  An act, entitled "A supplement to an act, entitled 'An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund to redeem the same, defining and punishing certain offenses in all of said cities, and providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and seventy-four, and providing for the registry of real estate in cities of the third class," approved the eleventh day of April, one thousand eight hundred seventy-nine (P. L., 22, No. 19).

654.  An act, entitled "A supplement to an act, entitled 'An act to provide for the division of counties of this Commonwealth and the erection of new counties therefrom,' approved the seventeenth day of April, Anno Domini one thousand eight hundred and seventy-eight," approved the twenty-second day of April, one thousand eight hundred seventy-nine (P. L., 26).

655.  An act, entitled "A supplement to an act, entitled 'An act creating and defining the duties and powers of a recorder for the cities whose population does not exceed thirty thousand, and is not less than eight thousand five hundred, which accept the provisions of this act,' approved March twenty-fourth, one thousand eight hundred and seventy-seven, amending said act," approved the first day of May, one thousand eight hundred seventy-nine (P. L., 44, No. 41).

656.  An act, entitled "An act amending an act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund to redeem the same, defining and punishing certain offenses in all of said cities, and providing for the incorporation and government of cities of the third class, approved the twenty-third day of May, one thousand eight hundred and seventy-four, reducing the number of common councilmen in cities of the third class containing twenty wards or more to one for each ward," approved the thirteenth day of May, one thousand eight hundred seventy-nine (P. L., 56).

657.  An act, entitled "An act authorizing select and common councils of cities of the second class to name the hour of holding their sessions," approved the thirteenth day of May, one thousand eight hundred seventy-nine (P. L., 59, No. 60).

658.  An act, entitled "An act to regulate the fees of justices of the peace and constables of the several counties of this Commonwealth," approved the nineteenth day of May, one thousand eight hundred seventy-nine (P. L., 64, No. 69).

659.  An act, entitled "An act supplementary to an act, entitled 'An act to revise and amend an act, entitled "An act dividing the cities of this State into three classes, regulating the passage of ordi-

nances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund to redeem the same, defining and punishing certain offenses in all of said cities, and providing for the incorporation and government of cities of the third class," approved May twenty-third, Anno Domini one thousand eight hundred and seventy-four; providing for the division of the cities of the State into five classes and for other purposes,' approved April eleventh, Anno Domini one thousand eight hundred and seventy-six; providing for levying poor tax, and the city treasurer ex-officio to be poor treasurer, and the city comptroller ex-officio to be poor comptroller in cities fifth class," approved the nineteenth day of May, one thousand eight hundred seventy-nine (P. L., 65, No. 70).

660. An act, entitled "An act regulating the assessment and collection of taxes in cities of the fifth class," approved the twenty-second day of May, one thousand eight hundred seventy-nine (P. L., 67).

661. An act, entitled "An act relative to assessments for sewers in boroughs," approved the twenty-first day of May, one thousand eight hundred seventy-nine (P. L., 73, No. 83).

662. An act, entitled "An act for the assessment and collection in cities of the third class of the cost of grading, paving, curbing or otherwise improving streets heretofore improved, and running in whole or part through rural districts," approved the fourth day of June, one thousand eight hundred seventy-nine (P. L., 97).

663. An act, entitled "A supplement to an act of the General Assembly approved the seventeenth day of March, Anno Domini one thousand eight hundred and sixty-nine, entitled 'An act relative to fraudulent debtors,' " approved the eleventh day of June, one thousand eight hundred seventy-nine (P. L., 129).

664. An act, entitled "An act to authorize the board of school directors in cities of the fourth class to regulate the terms of its members in certain cases," approved the eleventh day of June, one thousand eight hundred seventy-nine (P. L., 137, No. 141).

665. An act, entitled "A supplement to an act, entitled 'An act to provide for the division of counties of this Commonwealth,' approved the seventeenth day of April, eighteen hundred and seventy-eight," approved the eleventh day of June, one thousand eight hundred seventy-nine (P. L., 139, No. 146).

666. An act, entitled "An act to provide for the holding of courts in certain cities of this Commonwealth," approved the twelfth day of June, one thousand eight hundred seventy-nine (P. L., 174).

667. An act, entitled "An act providing for the printing of copies of the general laws," approved the twenty-eighth day of June, one thousand eight hundred seventy-nine (P. L., 178, No. 194).

668. An act, entitled "An act to regulate the manufacture and sale of commercial fertilizers," approved the twenty-eighth day of June, one thousand eight hundred seventy-nine (P. L., 180).

669. Sections three, four, five, six, seven, eight, nine, ten and eleven of an act, entitled "An act to consolidate the offices of receiver of taxes and collector of outstanding, or delinquent taxes, to invest the said receiver with all the powers and privileges, and

to impose upon him all the duties and liabilities of said collector, and for the more efficient collection of taxes in cities of the first class," approved the fourteenth day of February, one thousand eight hundred eighty-one (P. L., 3, No. 2).

670.   An act, entitled "A supplement to an act, entitled 'An act creating and defining the duties and powers of a recorder for cities whose population does not exceed thirty thousand and is not less than eight thousand five hundred, which accept the provisions of this act,' approved the twenty-fourth day of March, Anno Domini one thousand eight hundred and seventy-seven, and the supplement thereto amending said act, approved May first, Anno Domini one thousand eight hundred and seventy-nine, amending the same," approved the fourteenth day of February, one thousand eight hundred eighty-one (P. L., 6, No. 3).

671.   An act, entitled "An act to provide proper means of conveyance of persons injured in or about the mines to their homes," approved the tenth day of May, one thousand eight hundred eighty-one (P. L., 17, No. 21).

672.   An act, entitled "An act to make taxes assessed upon real estate a first lien and to provide for the collection of such taxes, and a remedy for false returns," approved the second day of June, one thousand eight hundred eighty-one (P. L., 45).

673.   An act, entitled "An act to amend an act, entitled 'An act to provide the means for securing the health and safety of persons employed in the bituminous coal mines of Pennsylvania,' approved the eighteenth day of April, Anno Domini eighteen hundred and seventy-seven," approved the third day of June, one thousand eight hundred eighty-one (P. L., 47, No. 54).

674.   An act, entitled "An act to fix the salaries of the judges of the Supreme Court," approved the eighth day of June, one thousand eight hundred eighty-one (P. L., 56, No. 64).

675.   An act, entitled "An act to prohibit the defacing of walls, fences and trees by painting, posting or otherwise, and providing a penalty therefor," approved the eighth day of June, one thousand eight hundred eighty-one (P. L., 85, No. 92).

676.   An act, entitled "An act to secure to operatives and laborers engaged in and about coal mines, manufactories of iron and steel and all other manufactories, the payment of their wages at regular intervals and in lawful money of the United States," approved the twenty-ninth day of June, one thousand eight hundred eighty-one (P. L., 147).

677.   An act, entitled "An act to provide for the assessment of damages and benefits caused by the altering or changing of the channels of water courses in cities of the fifth class," approved the tenth day of June, one thousand eight hundred eighty-one (P. L., 104, No. 112).

678.   An act, entitled "An act regulating the hunting and killing of web-footed wild fowl," approved the seventeenth day of May, one thousand eight hundred eighty-three (P. L., 34, No. 24).

679.   An act, entitled "An act in relation to the public health and sanitary condition of cities of the second class," approved the twenty-fifth day of May, one thousand eight hundred eighty-three (P. L., 44).

Digitized by Google

680.   An act, entitled "An act to amend part of an act, entitled 'An act to provide proper means of conveyance of persons injured in or about the mines to their homes,' " approved the twenty-fifth day of May, one thousand eight hundred eighty-three (P. L., 45).

681.   An act, entitled "A supplement to an act, entitled 'An act to provide for the health and safety of persons employed in coal mines,' approved the third of March, Anno Domini one thousand eight hundred and seventy, providing for the furnishing of props and timbers to the miners in the mines," approved the first day of June, one thousand eight hundred eighty-three (P. L., 55, No. 48).

682.   An act, entitled "An act to permit the killing at any season of the year of the small bird known as the English sparrow," approved the fourth day of June, one thousand eight hundred eighty-three (P. L., 68, No. 59).

683.   An act, entitled "An act relating to city controllers in cities of the third class and regulating their term of office," approved the fourth day of June, one thousand eight hundred eighty-three (P. L., 68, No. 60).

684.   Sections one and two of an act, entitled "An act fixing the compensation of the judges of the courts of common pleas," approved the fourth day of June, one thousand eight hundred eighty-three (P. L., 74, No. 67).

685.   An act, entitled "An act to authorize the commissioners of the several counties of this Commonwealth to discharge from prison all persons confined in jail without proceedings under the insolvent laws," approved the thirteenth day of June, one thousand eight hundred eighty-three (P. L., 99).

686.   An act, entitled "An act directing the investment of moneys remaining to the credit of the several sinking funds of cities of the second class, in loans of said cities, or of the United States, or of the State of Pennsylvania, and repealing all acts inconsistent therewith," approved the thirteenth day of June, one thousand eight hundred eighty-three (P. L., 100, No. 95).

687.   An act, entitled "An act to amend an act, entitled 'An act providing the means for securing the health and safety of persons employed in the bituminous coal mines of Pennsylvania,' approved the eighteenth day of April, Anno Domini one thousand eight hundred and seventy-seven," approved the thirteenth day of June, one thousand eight hundred eighty-three (P. L., 101).

688.   An act, entitled "An act fixing salaries of county officers in counties containing over one hundred thousand and less than one hundred and fifty thousand inhabitants, and requiring the payment of the fees of such officers into the respective county treasuries," approved the twenty-second day of June, one thousand eight hundred eighty-three (P. L., 139, No. 127).

689.   An act, entitled "An act to amend part of an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,' et cetera, with the supplements thereto," approved the twenty-seventh day of June, one thousand eight hundred eighty-three (P. L., 163, No. 150).



690. An act, entitled "An act to amend the first section of an act, entitled 'An act regulating the hunting and killing of web-footed wild fowls,' approved May seventeenth, Anno Domini one thousand eight hundred and eighty-three," approved the sixteenth day of April, one thousand eight hundred eighty-five (P. L., 8, No. 9).

691. An act, entitled "An act to further regulate the admission of attorneys and counsellors at law to practice in the several courts of this Commonwealth," approved the seventh day of May, one thousand eight hundred eighty-five (P. L., 16, No. 18).

692. An act, entitled "An act confirmatory of the conveyances of real estate," approved the twenty-eighth day of May, one thousand eight hundred eighty-five (P. L., 24).

693. An act, entitled "An act to repeal the first section of an act, entitled 'An act for regulating and maintaining of fences,' passed Anno Domini one thousand seven hundred," approved the twenty-third day of June, one thousand eight hundred eighty-five (P. L., 142).

694. An act, entitled "An act to amend the first section of the act of June fourth, Anno Domini one thousand eight hundred and eighty-three, entitled "An act to regulate the publication of apportionment and distribution of the pamphlet laws, executive and legislative documents, reports of the heads of departments, and the annual and biennial messages of the Governor,' providing for additional copies of the Auditor General's report on the finances of the Commonwealth for distribution by him," approved the twenty-third day of June, one thousand eight hundred eighty-five (P. L., 144, No. 113).

695. An act, entitled "An act relating to the practice in courts of common pleas of this Commonwealth where the defendant is a chartered corporation," approved the twenty-fourth day of June, one thousand eight hundred eighty-five (P. L., 149, No. 116).

696. An act, entitled "An act to perfect the records of deeds, mortgages and other instruments in certain cases," approved the twenty-fourth day of June, one thousand eight hundred eighty-five (P. L., 160, No. 127).

697. An act, entitled "A supplement to an act approved May twenty-first, Anno Domini eighteen hundred and fifty-seven, relating to an appeal from the decision of township auditors," approved the twenty-fourth day of June, one thousand eight hundred eighty-five (P. L., 162).

698. An act, entitled "An act authorizing the acquisition of turnpikes, roads or highways heretofore or hereafter constructed near or through any borough or township in this Commonwealth, upon which tolls are charged the traveling public," approved the twenty-fifth day of June, one thousand eight hundred eighty-five (P. L., 170, No. 138).

699. An act, entitled "A supplement to an act, entitled 'An act dividing the cities of this State into three classes, regulating the passage of ordinances, providing for contracts for supplies and work for said cities, authorizing the increase of indebtedness and the creation of a sinking fund, to redeem the same, defining and punishing certain offences in all of said cities, and providing for the incorporation and



government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and seventy-four, and the supplements thereto extending the term of the mayor, who shall hereafter be elected in said cities," approved the twenty-sixth day of June, one thousand eight hundred eighty-five (P. L., 189).

700. An act, entitled "An act relating to bituminous coal mines and providing for the lives, health, safety and welfare of persons employed therein," approved the thirtieth day of June, one thousand eight hundred eighty-five (P. L., 205).

701. An act, entitled "An act to provide for the health and safety of persons employed in and about the anthracite coal mines of Pennsylvania, and for the protection and preservation of property connected therewith," approved the thirtieth day of June, one thousand eight hundred eighty-five (P. L., 218).

702. An act, entitled "An act to prevent the adulteration of, and the traffic in, impure and unwholesome milk in cities of the second and third classes," approved the seventh day of July, one thousand eight hundred eighty-five (P. L., 260).

703. An act, entitled "An act to designate the several judicial districts of the Commonwealth as required by the Constitution," approved the seventh day of August, one thousand eight hundred eighty-three (P. L. (1885), 323).

704. An act, entitled "A supplement to an act, entitled 'An act to fix the salaries of the several State officers of the Commonwealth, the number of clerks to be employed in the several departments and their compensation, and providing for the incidental expenses of said department,' approved May fourteenth, one thousand eight hundred and seventy-four, increasing the salary of the Deputy Attorney General and providing for the number of clerks and employes in the Attorney General's office; also fixing the salary of the keeper of the Harrisburg Arsenal and the salary of the six men employed at the State Arsenal," approved the fourth day of March, one thousand eight hundred eighty-seven (P. L., 4).

705. An act, entitled "An act authorizing an increase in the number of clerks employed in the office of the State Treasurer and fixing the salary thereof," approved the twenty-second day of March, one thousand eight hundred eighty-seven (P. L., 7, No. 6).

706. An act, entitled "An act to authorize the president judges of the several judicial districts of this Commonwealth to procure the assistance of president or additional law judges of another district in the transaction of business in the several courts of such district," approved the twenty-fourth day of March, one thousand eight hundred eighty-seven (P. L., 14).

707. An act, entitled "An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania," approved the thirteenth day of April, one thousand eight hundred eighty-seven (P. L., 23).

708. An act, entitled "An act to regulate the publication, binding and distribution of the public documents of this Commonwealth," approved the sixteenth day of April, one thousand eight hundred eighty-seven (P. L., 54, No. 25).

Digitized by Google

709.  An act, entitled "An act to fix the number of Representatives in the General Assembly of the State, and to apportion the State into representative districts as provided in the constitution," approved the twelfth day of May, one thousand eight hundred eighty-seven (P. L., 98, No. 49).

710.  An act, entitled "An act to repeal an act, entitled 'An act for the destruction of wolves, wildcats, foxes, minks, hawks, weasels and owls in this Commonwealth,' approved June twenty-third, Anno Domini one thousand eight hundred and eighty-five, so far as relates to foxes, minks, hawks, weasels and owls," approved the thirteenth day of May, one thousand eight hundred eighty-seven (P. L., 116).

711.  An act, entitled "An act authorizing cities of the third, fourth and fifth classes to levy and collect taxes, and validating taxes levied and assessments made therein," approved the seventeenth day of May, one thousand eight hundred eighty-seven (P. L., 117).

712.  An act, entitled "An act to amend the first section of an act, entitled 'An act to further regulate the admission of attorneys and counsellors-at-law to practice in the several courts of this Commonwealth,' approved the seventh day of May, Anno Domini one thousand eight hundred and eighty-five," approved the nineteenth day of May, one thousand eight hundred eighty-seven (P. L., 131).

713.  An act, entitled "An act to provide for the appointment of a night watchman for the State library," approved the nineteenth day of May, one thousand eight hundred eighty-seven (P. L., 139, No. 83).

714.  An act, entitled "An act to amend the ninth section of an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,'" approved the twenty-third day of May, one thousand eight hundred eighty-seven (P. L., 169).

715.  An act, entitled "An act dividing cities of this State into seven classes, providing for the creation and division of wards therein, and the annexation of adjacent territory thereto, prescribing general regulations relative to the passage of ordinances and giving out of contracts, the management of the finances, the terms and duties of officers and the punishment of certain offenses in all of said cities, and providing for the incorporation and government of cities of the fourth, fifth, sixth and seventh classes," approved the twenty-fourth day of May, one thousand eight hundred eighty-seven (P. L., 204).

716.  An act, entitled "An act relating to school districts in cities of the fourth, fifth, sixth and seventh classes in this Commonwealth," approved the twenty-eighth day of May, one thousand eight hundred eighty-seven (P. L., 274, No. 161).

717.  An act, entitled "An act to amend an act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' approved the sixteenth day of April, Anno Domini one thousand eight hundred and eighty-seven," approved the twenty-third day of April, one thousand eight hundred eighty-nine (P. L., 43).

718.  An act, entitled "An act to regulate the salary of the Secretary of the State Board of Agriculture," approved the twenty-third day of April, one thousand eight hundred eighty-nine (P. L., 46, No. 45).


Digitized by Google

719. An act, entitled "An act making the first Monday in September in each year a legal holiday be known to as "Labor holiday," approved the twenty-fifth day of April, one thousand eight hundred eighty-nine (P. L., 49, No. 51).

720. An act, entitled "An act to amend the ninth section of an act, entitled 'An act to amend and consolidate the several acts relating to game and game fish,'" approved the twenty-fifth day of April, one thousand eight hundred eighty-nine (P. L., 53, No. 57).

721. An act, entitled "An act to amend the provisions of the first section of an act, approved May thirteenth, one thousand eight hundred and eighty-seven, entitled 'An act for the destruction of wolves and wildcats,'" approved the twenty-fifth day of April, one thousand eight hundred eighty-nine (P. L., 54).

722. An act, entitled "A supplement to section one of an act, entitled 'An act to make taxes assessed upon real estate a first lien, and to provide for the collection of such taxes and a remedy for false returns,' approved the second day of June, Anno Domini one thousand eight hundred and eighty-one," approved the fourth day of May, one thousand eight hundred eighty-nine (P. L., 83, No. 80).

723. An act, entitled "A supplement to an act, entitled 'An act to fix the salaries of the several State officers of the Commonwealth, the number of clerks to be employed in the several departments and their compensation, and providing for the incidental expenses of said departments,' approved May fourteenth, one thousand eight hundred and seventy-four, increasing the salary of messenger in charge of flagroom," approved the seventh day of May, one thousand eight hundred eighty-nine (P. L., 110, No. 117).

724. An act, entitled "An act to amend the second section of an act, entitled 'A supplement to an act, entitled "An act to fix the salaries of the several State officers of the Commonwealth, the number of clerks to be employed in the several departments and their compensation, and providing for the incidental expenses of said department," approved May fourteenth, one thousand eight hundred and seventy-four, increasing the salary of the Deputy Attorney General and providing for the number of clerks and employes in the Attorney General's office, also fixing the salary of the keeper of the Harrisburg Arsenal and the salary of the six men employed at the State Arsenal,' approved the fourth day of March, Anno Domini one thousand eight hundred and eighty-seven, so as to provide for an additional clerk in the place of a messenger in the Attorney General's office and fixing the salary of such clerk," approved the seventh day of May, one thousand eight hundred eighty-nine (P. L., 118).

725. An act, entitled "An act dividing the cities of this State into three classes with respect to their population, and designating the mode of ascertaining and changing the classification thereof in accordance therewith," approved the eighth day of May, one thousand eight hundred eighty-nine (P. L., 133, No. 149).

726. An act, entitled "An act to amend 'An act to fix the number of Representatives in the General Assembly of the State, and to apportion the State into representative districts as provided in the Constitution," approved the eighth day of May, one thousand eight hundred eighty-nine (P. L., 138, No. 155).

Digitized by Google

727. An act, entitled "An act to provide for the examination of miners in the anthracite region of this Commonwealth and to prevent the employment of incompetent persons as miners in anthracite coal mines," approved the ninth day of May, one thousand eight hundred eighty-nine (P. L., 142).

728. An act, entitled "An act to amend the eighth, sixteenth, forty-second and fiftieth sections of an act, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania,' approved the thirteenth day of April, Anno Domini one thousand eight hundred and eighty-seven, providing for the per diem pay and expense for cavalry," approved the ninth day of May, one thousand eight hundred eighty-nine (P. L., 146, No. 164).

729. An act, entitled "An act relating to estates held for religious and charitable uses," approved the ninth day of May, one thousand eight hundred eighty-nine (P. L., 173, No. 193).

730. An act, entitled "An act prohibiting the killing or taking of song and wild birds except in certain cases, and providing a penalty therefor," approved the fourteenth day of May, one thousand eight hundred eighty-nine (P. L., 218).

731. An act, entitled "An act for the taxation of dogs and the protection of sheep," approved the fifteenth day of May, one thousand eight hundred eighty-nine (P. L., 222).

732. An act, entitled "An act to regulate the employment and provide for the safety of women and children in mercantile industries and manufacturing establishments, and to provide for the appointment of inspectors to enforce the same, and other acts providing for the safety or regulating the employment of said persons," approved the twentieth day of May, one thousand eight hundred eighty-nine (P. L., 243).

733. Article one, sections one, two and three; article two, sections one and two; article three, sections one, two, three, four and five; article four, sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen and eighteen; article five, sections one, two and three; article six, sections one, two, three, four, five, six, seven, eight, nine, ten and eleven; article seven, sections one, two, three, four, five, six, seven and eight; article eight, sections one, two and three; article nine, section one; article ten, sections one, two, three, four and five; article thirteen, sections one, two, three, four and five; article fourteen, sections one, two, three, four, five, six, seven and eight; article sixteen, sections one, two, three and four; article seventeen, sections one, two, three, four and five; article eighteen, sections one, two, three and four, of an act, entitled "An act providing for the incorporation and government of cities of the third class," approved the twenty-third day of May, one thousand eight hundred eighty-nine (P. L., 277).

734. An act, entitled "A supplement to an act approved May fourteenth, one thousand eight hundred and eighty-nine, entitled 'An act prohibiting the killing and taking of song and wild birds, except in certain cases, and providing a penalty therefor,' amending the first, sixth and eighth sections thereof," approved the fifteenth day of April, one thousand eight hundred ninety-one (P. L., 20).

Digitized by Google

735. An act, entitled "An act to provide for a uniform contract or policy of fire insurance to be made and issued by all insurance companies taking fire risks on property within this State," approved the sixteenth day of April, one thousand eight hundred ninety-one (P. L., 22).

736. An act, entitled "An act designating the days and half days to be observed as legal holidays, and for the payment, acceptance and protesting of bills, notes, drafts, checks and other negotiable paper on such days," approved the seventh day of May, one thousand eight hundred ninety-one (P. L., 46).

737. An act, entitled "An act authorizing the ascertainment, levy, assessment and collection of the costs, damages and expenses of municipal improvements, including the grading, paving, macadamizing or otherwise improving of any street, lane or alley, or parts thereof, completed or now in process of completion, and also the costs, damages and expenses of the construction of any sewer completed or now in process of completion, and authorizing the completion of any such improvement, approved the sixteenth day of May, one thousand eight hundred ninety-one (P. L., 71).

738. An act, entitled "An act authorizing the Insurance Commissioner to employ a skilled stenographer and typewriter in the Insurance Department," approved the sixteenth day of May, one thousand eight hundred ninety-one (P. L., 90, No. 63).

739. An act, entitled "An act enabling the Superintendent of Public Instruction to pay to school districts, in certain cases, their proper share or portion of the State appropriation to common schools," approved the twenty-third day of May, one thousand eight hundred ninety-one (P. L., 114, No. 99).

740. An act, entitled "An act to prevent the spread of the disease in peach trees known as the yellows," approved the twenty-sixth day of May, one thousand eight hundred ninety-one (P. L., 124).

741. An act, entitled "An act regulating the standard weight of a bushel of potatoes," approved the first day of June, one thousand eight hundred ninety-one (P. L., 160, No. 153).

742. An act, entitled "An act to amend the forty-ninth and fifty-sixth sections of an act, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania,' approved the thirteenth day of April, Anno Domini one thousand eight hundred and eighty-seven, increasing the amount to be paid for armory rent, and extending the privileges of the roll of retired officers," approved the second day of June, one thousand eight hundred ninety-one (P. L., 173, No. 174).

743. An act, entitled "An act empowering councils in cities of the first class to revise and establish the line for wharves and piers, and low-water mark or bulkhead lines on the Delaware river, in front of cities of the first class," approved the eighth day of June, one thousand eight hundred ninety-one (P. L., 209).

744. An act, entitled "An act to prevent the pollution of the waters of streams supplying cities of this Commonwealth," approved the eighth day of June, one thousand eight hundred ninety-one (P. L., 216, No. 188).

745. An act, entitled "An act to authorize corporations to increase their capital stock for corporate purposes," approved the

14—Vetoes.

Digitized by Google

eighth day of June, one thousand eight hundred ninety-one (P. L., 23, No. 191).

746. An act, entitled "An act making it the duty of the county commissioners to furnish office and storage rooms for the use of the county superintendents of schools," approved the eighth day of June, one thousand eight hundred ninety-one (P. L., 228).

747. An act, entitled "An act amending clause thirteen of section three of article five of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and eighty-nine," approved the ninth day of June, one thousand eight hundred ninety-one (P. L., 255).

748. An act, entitled "An act amending the fifth and eighth sections of the act, entitled 'An act to restrain and regulate the sale of vinous and spirituous liquors, malt or brewed liquors, or any admixture thereof,' approved the twenty-fourth day of May, Anno Domini one thousand eight hundred and eighty-seven, authorizing bondsmen from any part of the county to execute a bond and fixing the amount thereof," approved the nineteenth day of June, one thousand eight hundred ninety-one (P. L., 368, No. 293).

749. An act, entitled "An act to amend an act, entitled 'An act to provide for the regulation and inspection of buildings within the city of Philadelphia, and for the better preservation of life and property,' approved the seventh day of May, Anno Domini one thousand eight hundred and fifty-five, as to the amount of the bond which the inspector shall be required to furnish for the faithful performance of his duties, and providing for the cancellation thereof," approved the eighteenth day of April, one thousand eight hundred ninety-three (P. L., 22).

750. An act, entitled "An act to authorize the State Superintendent of Public Instruction to grant permanent State teachers' certificates to graduates of recognized literary and scientific colleges," approved the tenth day of May, one thousand eight hundred ninety-three (P. L., 39, No. 36).

751. An act, entitled "An act to empower the court of quarter sessions of any county of this Commonwealth to fix the place of holding the general election," approved the eighteenth day of May, one thousand eight hundred ninety-three (P. L., 106, No. 58).

752. Sections one, two and four of an act, entitled "An act relative to a Forestry Commission and providing for the expenses thereof," approved the twenty-third day of May, one thousand eight hundred ninety-three (P. L., 115).

753. An act, entitled "An act to regulate and establish the fees to be charged by justices of the peace, aldermen, magistrates and constables in this Commonwealth," approved the twenty-third day of May, one thousand eight hundred ninety-three (P. L., 117).

754. An act, entitled "An act to abolish commissioners of public buildings, and to place all public buildings heretofore under the control of such commissioners under the control of the department of public works in cities of the first class," approved the twenty-fourth day of May, one thousand eight hundred ninety-three (P. L., 124).

755. An act, entitled "An act to prohibit the employment of any minor under the age of fourteen years in or about elevators," ap-

Digitized by Google

proved the twenty-fourth day of May, one thousand eight hundred ninety-three (P. L., 131, No. 83).

756.   An act, except sections twelve and sixteen, of an act, entitled, "An act 'To regulate the employment and provide for the safety of women and children in manufacturing establishments, mercantile industries, laundry or renovating establishments, and to provide for the appointment of inspectors to enforce the same, and other acts providing for the safety or regulating the employment of said persons,'" approved the third day of June, one thousand eight hundred ninety-three (P. L., 276).

757.   An act, entitled "A supplement to 'An act empowering councils in cities of the first class to revise and establish the line for wharves and piers, and low-water mark, or bulkhead lines, on the Delaware river in front of cities of the first class,' approved June eighth, one thousand eight hundred and ninety-one, and to further authorize the acquisition by said cities of wharves, piers, bulkheads, and riparian rights, and to prescribe and carry out the plans for the construction of said wharves, piers and bulkheads," approved the third day of June, one thousand eight hundred ninety-three (P. L., No. 247).

758.   An act, entitled "An act creating the office of county controller, in counties of this Commonwealth containing one hundred and fifty thousand inhabitants and over; prescribing his duties," approved the eighth day of June, one thousand eight hundred ninety-three (P. L., 393).

759.   An act, entitled "An act making it unlawful for any persons to engage in the practice, or assume the title of doctor of dental surgery, or advertise himself as a doctor of dental surgery without first procuring a diploma from a reputable institution recognized by the National Board of Dental Examiners, and defining who shall be understood as practicing dentistry, and authorizing State Board of Dental Examiners to charge and collect certain fees," approved the tenth day of June, one thousand eight hundred ninety-three (P. L., 441).

760.   An act, entitled "An act to amend an act approved the thirteenth day of April, one thousand eight hundred and eighty-seven, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania, and the several supplements thereto;' providing for the more efficient organization and government of the National Guard of Pennsylvania," approved the tenth day of June, one thousand eight hundred ninety-three (P. L., 443).

761.   An act, entitled "A supplement to an act, entitled 'An act in relation to the government of cities of the second class,' approved June fourteenth, Anno Domini one thousand eight hundred and eighty-seven, amending sections twenty-four and twenty-five thereof; regulating the manner of voting on an increase of the bonded indebtedness, and further regulating the manner of awarding contracts for official advertising," approved the thirteenth day of February, one thousand eight hundred ninety-five (P. L., 13).

762.   Sections twelve, thirteen, fourteen, and fifteen of an act, entitled "An act relative to the public grounds and buildings; defining the powers of the commissioners; authorizing the Board of Commissioners to carry into effect the provisions of section twelve, arti-

Digitized by Google

cle three, of the Constitution, relative to contracts for stationery, supplies, fuel, furniture, furnishings, distribution of documents, repairs, alterations or improvements, and other matters needed by the Legislature, the several departments, boards and commissions of the State government and executive mansion; authorizing the appointment of a superintendent and defining his powers, authority and duties; and providing for the appointment of subordinate officers required by this act, and fixing the compensation of the same," approved the twenty-sixth day of March, one thousand eight hundred ninety-five (P. L. 22, No. 12).

763.   Sections three, four and five of an act, entitled "An act to regulate the employment and provide for the safety of persons employed in tenement houses and shops where clothing, cigarettes, cigars, and certain articles are made or partially made, and to provide for the appointment of inspectors to enforce the same, and to provide for the safety and regulating the employment of said persons," approved the eleventh day of April, one thousand eight hundred ninety-five (P. L., 34).

764.   An act, entitled "An act to amend clause sixteen of section one of an act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' further regulating the printing and distribution of Smull's Legislative Hand Book and expediting the publication thereof," approved the twenty-fifth day of April, one thousand eight hundred ninety-five (P. L., 42).

765.   An act, entitled "An act to provide that one burial permit shall be a sufficient authority for interment in a cemetery that is partly within the limits of two or more municipalities," approved the second day of May, one thousand eight hundred ninety-five (P. L., 44, No. 29).

766.   An act, entitled "An act regulating the standard weight of a bushel of onions," approved the eighth day of May, one thousand eight hundred ninety-five (P. L., 55, No. 36).

767.   An act, entitled "An act to amend section five of an act, entitled 'An act to regulate the manufacture and sale of commercial fertilizers,' approved June twenty-eighth, one thousand eight hundred and seventy-nine, so as to provide for the payment of expenses of taking samples of commercial fertilizers, and expenses incident to carrying into effect the provisions of the law relative to the manufacture and sale of the same," approved the twenty-first day of May, one thousand eight hundred ninety-five (P. L., 85).

768.   An act, entitled "An act in relation to the official newspaper advertising of cities of the second class," approved the twenty-first day of May, one thousand eight hundred ninety-five (P. L., 90).

769.   An act, entitled "An act to designate the several judicial districts of the Commonwealth as required by the Constitution, and to provide for the election, appointment and commissioning of judges learned in the law for the said districts in cases where such judges are not provided for by existing law," approved the twelfth day of June, one thousand eight hundred ninety-five (P. L. 190).

770.   An act, entitled "An act regulating the pay of election officers at all elections hereafter to be held within this Commonwealth," approved the twenty-fourth day of June, one thousand eight hundred ninety-five (P. L., 297, No. 137).

Digitized by Google

771. An act, entitled "An act fixing the term of office of notaries public and regulating the appointment thereof," approved the twenty-fourth day of June, one thousand eight hundred ninety-five (P. L., 241, No. 147).

772. An act, entitled "An act regulating the standard weight of a bushel of clover seed," approved the twenty-fourth day of June, one thousand eight hundred ninety-five (P. L., 243, No. 149).

773. An act, entitled "An act relating to and regulating the business of plumbing and house drainage in cities of the second class," approved the twenty-fifth day of June, one thousand eight hundred ninety-five (P. L., 272).

774. An act, entitled "An act for the protection of persons unable to care for their own property," approved the twenty-fifth day of June, one thousand eight hundred ninety-five (P. L., 300).

775. An act, entitled "An act to amend section two of an act, entitled 'An act to regulate the manufacture and sale of commercial fertilizers,' approved June twenty-eighth, one thousand eight hundred and seventy-nine, so as to change the time for filing the papers required by the act to enable the Secretary of the State Board of Agriculture to issue the certificates required by the act, instead of the Secretary of the Commonwealth, and to extend the time of certificates expiring July thirty-first, one thousand eight hundred and ninety-five," approved the twenty-sixth day of June, one thousand eight hundred ninety-five (P. L., 335).

776. An act, entitled "An act to authorize the publication of school laws and decisions," approved the twenty-eighth day of June, one thousand eight hundred ninety-five (P. L., 410).

777. An act, entitled "An act to amend the fifty-second and the sixty-third sections of an act, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania,' approved the thirteenth day of April, Anno Domini one thousand eight hundred and eighty-seven; changing and fixing the per diem pay of the musicians and the annual appropriation to military bands, and also changing the rank of band leader," approved the fifth day of July, one thousand eight hundred ninety-five (P. L., 625).

778. An act, entitled "An act regulating the standard weight of a bushel of oats," approved the thirtieth day of March, one thousand eight hundred ninety-seven (P. L., 10, No. 8).

779. An act, entitled "An act for the protection of public school houses, and other buildings used and occupied for public school purposes, out-buildings thereof, and public school property," approved the nineteenth day of May, one thousand eight hundred ninety-seven (P. L., 76, No. 54).

780. An act, entitled "An act to protect the health of the domestic animals of the Commonwealth of Pennsylvania,' approved the twenty-sixth day of May, one thousand eight hundred ninety-seven (P. L., 99).

781. An act, entitled "An act to amend an act making it a misdemeanor to levy blackmail or extort money or other valuable thing by threats, charges or accusations, and fixing the penalty therefor," approved the twenty-seventh day of May, one thousand eight hundred ninety-seven (P. L., 111, No. 93).

782.   An act, entitled "An act to protect employes of corporations in their right to form, join or belong to labor organizations, by prescribing penalties for any interference therewith," approved the fourth day of June, one thousand eight hundred ninety-seven (P. L., 116, No. 98).

783.   An act, entitled "An act for the better protection of game and game-mammals, game-birds, song and insectivorous birds; limiting the number of game-birds and game-mammals to be killed by any one person in one day, or in one season; prohibiting the sale of the same and the shipment thereof out of the State, and providing penalties for the violation thereof," approved the fourth day June, one thousand eight hundred ninety-seven (P. L., 123).

784.   An act, entitled "An act authorizing, empowering and directing the county commisisoners of the several counties of this Commonwealth to pay to the constables of their respective counties for the services rendered by such constables in making returns to court of elections, attending special borough, township or ward elections, and traveling expenses incidental thereto, since the first day of January, Anno Domini one thousand eight hundred and ninety-six, in all cases where the same remain unpaid," approved the fifteenth day of June, one thousand eight hundred ninety-seven (P. L., 165).

785.   An act, entitled "An act to establish a Dental Council and a State Board of Dental Examiners; to define the powers and duties of said Dental Council and said State Board of Dental Examiners; to provide for the examination and licensing of practitioners of dentistry, and to further regulate the practice of dentistry," approved the ninth day of July, one thousand eight hundred ninety-seven (P. L., 206).

786.   Sections one to eight inclusive of an act, entitled "An act establishing a Bureau of Mines in the Department of Internal Affairs of Pennsylvania; defining its purposes and authority; providing for the appointment of a chief of said bureau and assistants, and fixing their salaries and expenses," approved the fifteenth day of July, one thousand eight hundred ninety-seven (P. L., 279).

787.   An act, entitled "An act requiring the weighing of bituminous coal before screening and providing a penalty for the violation thereof," approved the fifteenth day of July, one thousand eight hundred ninety-seven (P. L., 286).

788.   An act, entitled "An act to regulate the hours of labor of mechanics, workingmen and laborers in the employ of the State or municipal corporations therein, or otherwise engaged on public works," approved the twenty-sixth day of July, one thousand eight hundred ninety-seven (P. L., 418).

789.   Sections two, three, four, five, six, nine and twelve of an act, entitled "An act relating to the bureaus of police and fire in cities of the second class; constituting a civil service board in relation thereto; providing for and regulating examinations, the manner of appointments, and the manner and power of removal of employes in said bureaus," approved the fourth day of April, one thousand eight hundred ninety-nine (P. L., 28).

790.   An act, entitled "An act providing for the construction and maintenance of side paths along the highways in the townships of the Commonwealth for the use of bicycles and pedestrians; providing

Digitized by Google

for the appointment of side path commissioners, prescribing their duties, and the duties of the assessors in the assessment of bicycles; providing for levying, collecting and disbursement of a tax on bicycles," approved the eleventh day of April, one thousand eight hundred ninety-nine (P. L., 36).

791.  An act, entitled "An act to amend the fifth section of an act, entitled 'An act to provide a more just and equitable method of distributing the school appropriation to the common schools, and specifying the duties of officers in connection therewith,' approved the fifteenth day of July, one thousand eight hundred and ninety-seven," approved the nineteenth day of April, one thousand eight hundred ninety-nine (P. L., 64, No. 57).

792.  An act, entitled "An act creating the office of additional law clerk in the Attorney General's Department and fixing the salary thereof," approved the twenty-eighth day of April, one thousand eight hundred ninety-nine (P. L., 112).

793.  An act, entitled "An act amending section six of an act, entitled 'An act for the protection of persons unable to care for their own property;' so as to authorize the guardian provided for in said act to support the wife and children of said feeble-minded person," approved the twenty-eighth day of April, one thousand eight hundred ninety-nine (P. L., 112, No. 90).

794.  An act, entitled "An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania," approved the twenty-eighth day of April, one thousand eight hundred ninety-nine (P. L., 133).

795.  An act, entitled "An act to regulate the publication, binding and distribution of the public documents of this Commonwealth," approved the second day of May, one thousand eight hundred ninety-nine (P. L., 178).

796.  An act, entitled "An act authorizing counties of the Commonwealth of Pennsylvania to purchase, maintain, use, and condemn bridges erected and in use over rivers and streams separating or dividing any part or district of such counties, and providing the manner in which compensation shall be made," approved the fifth day of May, one thousand eight hundred ninety-nine (P. L., 231).

797.  An act, entitled "An act to regulate the manufacture and sale of oleomargarine and butterine and other similar products; to prevent fraud and deception by the manufacture and the sale thereof as an imitation of butter; the licensing of manufacturers of, and dealers in the same, and providing punishment for violations of the act and the means for its enforcement," approved the fifth day of May, one thousand eight hundred ninety-nine (P. L., 241).

798.  An act, entitled "An act to amend the title to an act approved the fourth day of June, Anno Domini one thousand eight hundred and ninety-seven," approved the sixth day of May, one thousand eight hundred ninety-nine (P. L., 253, No. 149).

799.  An act, entitled "An act to provide for the enrollment, organization, discipline and regulation of the militia of the Commonwealth of Pennsylvania," approved the ninth day of May, one thousand eight hundred ninety-nine (P. L., 266).

800. An act, entitled "An act relating to the study and practice of physical culture in the public schools," approved the eighth day of March, one thousand nine hundred one (P. L., 49, No. 15).

801. An act, entitled "An act authorizing and empowering the owners and lessees of real estate within this Commonwealth to kill hare or rabbits upon their own premises at all seasons of the year," approved the eleventh day of April, one thousand nine hundred one (P. L., 73, No. 42).

802. An act, entitled "An act to repeal so much of section one of an act, entitled 'An act to promote the more certain and equal assessment of taxes in Philadelphia,' approved March fourteenth, one thousand eight hundred and sixty-five, as relates to the appointment of members of the board of revision of taxes in said county; to repeal an act, entitled 'A supplement to an act, entitled "An act to promote the more certain and equal assessment of taxes in Philadelphia," approved the fourteenth day of March, Anno Domini one thousand eight hundred and sixty-five,' approved March twenty-seventh, one thousand eight hundred and sixty-five; to repeal section one of an act, entitled 'A further supplement to an act, entitled "An act to promote the more certain and equal assessment of taxes in Philadelphia," approved March fourteenth, one thousand eight hundred and sixty-five,' approved February second, one thousand eight hundred and sixty-seven; and to repeal all other legislation pertaining to the board of revision of taxes inconsistent with the election of members thereof by the people," approved the twenty-fourth day of April, one thousand nine hundred one (P. L., 94).

803. An act, entitled "An act to provide for the election of the members of the board of revision of taxes in any county co-extensive in boundary with a city of the first class, and to provide for the filling of vacancies therein," approved the twenty-fourth day of April, one thousand nine hundred one (P. L., 95).

804.. Sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen, nineteen, twenty, twenty-one, twenty-two, twenty-three, twenty-six, twenty-nine, thirty-six, thirty-seven, thirty-eight, and thirty-nine of an act, entitled "An act to revise and amend an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and eighty-nine, enlarging, modifying and defining the powers of cities of the third class," approved the sixteenth day of May, one thousand nine hundred one (P. L., 224).

805. Sections thirteen, twenty-eight, thirty-five, thirty-eight, and forty-six of an act, entitled "An act defining the rights and liabilities of parties to, and regulating the effect of contracts for work and labor to be done, and labor and materials to be furnished to any building, bridge, wharf, dock, pier, bulkhead, vault, subway, tramway, tollroad, conduit, tunnel, mine, coal-breaker, flume, pump, screen, tank, derrick, pipe-line, aqueduct, reservoir, viaduct, telegraph, telephone, railway or railroad line, canal, millrace, works for supplying water, heat, light, power, cold air, or any other substance furnished to the public; well for the production of gas, oil or other volatile or mineral substance, or other structure or improvement

Digitized by Google

of whatsoever kind or character the same may be; providing reme-
dies for the recovery of debts due by reason of such contracts, and re-
pealing, consolidating and extending existing laws in relation
thereto," approved the fourth day of June, one thousand nine hun-
dred one (P. L., 431).

806.   An act, entitled "An act amending section one of an act, en-
titled 'An act for the protection of persons unable to care for their
own property,' approved June twenty-fifth, one thousand eight hun-
dred and ninety-five, and section six of said act as amended by an
act, entitled 'An act amending section six of an act, entitled "An act
for the protection of persons unable to care for their own property,"
so as to authorize the guardian provided for in said act to support
the wife and children of said feeble-minded person,' approved April
twenty-eighth, one thousand eight hundred and ninety-nine; so as to
confer concurrent jurisdiction upon the orphans' court, enable addi-
tional persons to petition, enlarge the powers of the guardian, and
authorize the sale of the real estate of the ward," approved the nine-
teenth day of June, one thousand nine hundred one (P. L., 574, No.
282).

807.   An act, entitled "An act authorizing, empowering and di-
recting the county commissioners of the several counties of this
Commonwealth to pay to the constables of their respective coun-
ties for the services rendered by such constables in making returns
to the court, and for attending general, special, borough, township,
or ward elections, and traveling expenses incident thereto, since the
first day of January, Anno Domini one thousand eight hundred and
ninety-seven, in all cases where the same remain unpaid," approved
the second day of July, one thousand nine hundred one (P. L., 609).

808.   An act, entitled "An act to amend an act entitled 'An act
to provide for the organization, discipline and regulation of the
National Guard of Pennsylvania,' approved the twenty-eighth day
of April, Anno Domini one thousand eight hundred and.ninety-nine,
by providing for the organization of a regiment of cavalry, the
establishment of regimental bands, and of a hospital corps," ap-
proved the twenty-seventh day of March, one thousand nine hun-
dred three (P. L., 86).

809.   An act, entitled "An act amending clause twenty-two of
section three of article five, and sections one and two of article
thirteen of an act, entitled 'An act providing for the incorporation
and government of cities of the third class,' approved the twenty-
third day· of May, Anno Domini one thousand eight hundred and
eighty-nine, and amending clauses ten and forty of said section three,
article five, and section eleven of article six, and section four of article
sixteen of said act, as the same were enacted by amendment by
an act revising and amending said act, approved the sixteenth day
of May, Anno Domini one thousand nine hundred and one," approved
the thirtieth day of March, one thousand nine hundred three (P. L.,
115).

810.   An act, entitled "An act amending 'A supplement to an act,
entitled "An act to fix the salaries of the several State officers of
the Commonwealth, the number of clerks to be employed in the
several departments and their compensation, and providing for the
incidental expenses of said department," approved May fourteenth,

Digitized by Google

one thousand eight hundred and seventy-four, increasing the salary of the Deputy Attorney General and providing for the number of clerks and employes in the Attorney General's office, also fixing the salary of the keeper of the Harrisburg Arsenal, and the salary of the six men employed at the State Arsenal,' approved the fourth day of March, Anno Domini one thousand eight hundred and eighty-seven," approved the eighth day of April, one thousand nine hundred three (P. L., 157).

811. Sections one, two, three, four, five, and six of an act, entitled "An act to fix the salaries of the judges of the Supreme Court, the judges of the Superior Court, the judges of the courts of common pleas, and the judges of the orphans' courts," approved the fourteenth day of April, one thousand nine hundred three (P. L., 175).

812. An act, entitled "An act amending an act, entitled "An act regulating the pay of election officers at all elections hereafter held within this Commonwealth,' approved the twenty-fourth day of June, Anno Domini one thousand eight hundred and ninety-five, and fixing the pay of election officers," approved the sixteenth day of April, one thousand nine hundred three (P. L., 220).

813. An act, entitled "An act to amend an act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' approved the second day of June, Anno Domini one thousand eight hundred and ninety-nine," approved the twenty-second day of April, one thousand nine hundred three (P. L., 246, No. 181).

814. An act, entitled "An act to amend an act, entitled 'An act defining the rights and liabilities of parties to, and regulating the effect of contracts for work and labor to be done, and labor or materials to be furnished to any building, bridge, wharf, dock, pier, bulkhead, vault, subway, tramway, tollroad, conduit, tunnel, mine, coal-breaker, flume, pump, screen, tank, derrick, pipe-line, aqueduct, reservoir, viaduct, telegraph, telephone, railway or railroad line, canal, millrace, works for supplying water, heat, light, power, cold air, or any other substance furnished to the public, well for the production of gas, oil or volatile or mineral substance, or other structure or improvement of whatsoever kind or character the same may be, providing remedies for the recovery of debts due by reason of such contracts, and repealing, consolidating and extending existing laws in relation thereto,' approved June the fourth, Anno Domini one thousand nine hundred and one," approved the twenty-second day of April, one thousand nine hundred and three (P. L., 255).

815. An act, entitled "A supplement to an act approved twenty-third day of May, one thousand eight hundred and eighty-nine, entitled 'An act for the incorporation and government of cities of the third class,' providing for the adjustment of the indebtedness of such cities and boroughs or townships annexed thereto," approved the twenty-fifth day of April, one thousand nine hundred three (P. L., 312).

816. An act, entitled 'An act regulating the salaries of the chaplains of the Senate and House of Representatives," approved the twenty-seventh day of April, one thousand nine hundred three (P. L., 320, No. 245).

817.   Section two of an act, entitled "An act to amend article nine, section one of an act, entitled 'An act to provide for the health and the safety of persons employed in and about the anthracite coal mines of Pennsylvania, and for the protection and preservation of property connected therewith,' approved June second, one thousand eight hundred and ninety-one; also to amend section seventeen of an act, entitled 'An act relating to bituminous coal mines, and providing for the lives, health, safety, and welfare of persons employed therein,' approved June thirtieth, one thousand eight hundred and eighty-five," approved the thirtieth day of May, one thousand nine hundred three (P. L., 359).

818.   An act, entitled "An act providing for the payment of the expense of maintaining prisoners committed to county prisons for non-payment of fines or penalties imposed for the violation of city or borough ordinances, or ordinances of townships of the first class, by the city, borough or township of the first class to which such fines are payable," approved the twenty-eighth day of March, one thousand nine hundred five (P. L., 61, No. 42).

819.   An act, entitled "An act providing for necessary medical attention to needy persons who may be in danger of suffering from hydrophobia," approved the thirty-first day of March, one thousand nine hundred five (P. L., 92, No. 68).

820.   An act, entitled "An act to amend the fourth section of an act, entitled 'An act to protect the health of the domestic animals of the Commonwealth of Pennsylvania,' approved the twenty-sixth day of May, Anno Domini one thousand eight hundred and ninety-seven, by prescribing penalties and methods of procedure for the enforcement of the provisions of said act," approved the fifth day of April, one thousand nine hundred five (P. L., 106).

821.   An act, entitled "An act to amend section one, article one of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and eighty-nine, providing for the submission of the question of incorporation of such city of the third class by councils, upon the petition of a certain number of the qualified electors of the towns or boroughs embraced within the limits of the proposed city," approved the tenth day of April, one thousand nine hundred five (P. L., 127).

822.   An act, entitled "An act providing that where two cities are contiguous, and in the same county, the smaller may be annexed to the larger, prescribing the method of proceeding and the effect of annexation, providing for the division of such enlarged cities into wards for the apportionment of common council, and for the indebtedness of such cities," approved the twentieth day of April, one thousand nine hundred five (P. L., 221, No. 161).

823.   An act, entitled "An act to provide for the protection and preservation of game, game-quadrupeds and game-birds, and song, insectivorous and other wild birds, and prescribing penalties for violation of its several provisions," approved the twenty-second day of April, one thousand nine hundred five (P. L., 248).

824. An act, entitled "An act to amend an act, entitled 'An act relating to appeals in cases of summary convictions,' approved the seventeenth day of April, Anno Domini one thousand eight hundred and seventy-six, providing for the entering of security on appeal on summary conviction," approved the twenty-second day of April, one thousand nine hundred five (P. L., 284).

825. An act, entitled "An act to fix the salary of the messenger in charge of the flag-room," approved the twenty-second day of April, one thousand nine hundred five (P. L., 289).

826. An act, entitled "An act providing for the election of a city clerk in the several cities of the third class in this Commonwealth, prescribing his duties, term and compensation, and empowering him to administer oaths and certify ordinances, resolutions and other proceedings of councils," approved the seventh day of March, one thousand nine hundred seven (P. L., 11).

827. An act, entitled "An act to amend the act approved July fifteenth, one thousand eight hundred and ninety-seven, entitled 'An act to provide a more just and equitable method of distributing the school appropriation to common schools, and specifying the duties of officers in connection therewith,' by providing for the enumeration of school children, and the enrollment of taxables in cities of the first and second classes by officers appointed by the Boards of Education, and for the distribution of school funds to said cities on the basis of such list of taxables," approved the fourth day of April, one thousand nine hundred seven (P. L., 41).

828. An act, entitled "An act being a supplement to an act, entitled 'An act to regulate the time of holding city teachers' institutes,' approved the twentieth day of April, Anno Domini one thousand nine hundred and five, extending its application to boroughs," approved the fourth day of April, one thousand nine hundred seven (P. L., 43, No. 40).

829. An act, entitled "An act to amend section eleven of the act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' increasing the number of reports of the commissioners of Soldiers' Orphans' Schools," approved the fourth day of April, one thousand nine hundred seven (P. L., 49, No. 47).

830. An act, entitled "An act regulating the hunting and killing and possession of wild water-fowl in the Commonwealth of Pennsylvania, and prescribing penalties for the violation of its provisions," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 63, No. 57).

831. An act, entitled "An act to amend section one of article one of an act, entitled 'An act to amend section one, article one, of an act, entitled "An act providing for the incorporation and government of cities of the third class," approved May twenty-third, Anno Domini one thousand eight hundred and eighty-nine, providing for the submission of the question of incorporation of such city of the third class by councils upon the petition of a certain number of the qualified electors of the towns or boroughs embraced within the limits of the proposed city,' approved the tenth day of April, Anno Domini one thousand nine hundred and five, providing for the sub-

mission of such question of the incorporation of such city of the third class by the court of quarter sessions of the peace of the county wherein such proposed city is to be located, upon the petition of a certain number of the qualified electors of the towns and boroughs embraced within the limits of the proposed city to the qualified electors and the manner of voting thereon," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 66, No. 59).

832.   An act, entitled "An act to provide for the better protection of deer in the Commonwealth of Pennsylvania, and prescribing penalties for violation of its several provisions," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 70).

833.   An act, entitled "An act to provide for the taking or killing of rabbits or hares in this Commonwealth, and prescribing penalties for violation of its several provisions," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 72).

834.   An act, entitled "An act to amend sections six and twenty-three of the act, entitled 'An act to provide for the protection and preservation of game, game-quadrupeds and game-birds, and song and insectivorous and other wild birds, and prescribing penalties for violation of its several provisions,' approved the twenty-second day of April, Anno Domini one thousand nine hundred and five, changing the open season for ruffed grouse, commonly called pheasant, prohibiting the killing of game birds in the nighttime, limiting the kind of guns to be used in killing game, regulating prosecutions for the violation of the provisions of this act, and the disposition of the fines and penalties imposed therefor," approved the fifteenth day of April, one thousand nine hundred seven (P. L., 74).

835.   Sections one, two, three, four, five, seven, nine, ten, eleven, and twelve of an act, entitled "An act to encourage the breeding of horses, to regulate the public service of stallions, to require the registration of stallions, and to provide for the enforcement thereof" approved the twenty-fifth day of April, one thousand nine hundred seven (P. L., 114).

836.   An act, entitled "An act to amend section one of 'An act providing for necessary medical attention to needy persons who may be in danger of suffering from hydrophobia,' approved the thirty-first day of March, Anno Domini one thousand nine hundred and five, so as to include all persons who may apply for aid and providing that the cost of such medical attention shall be paid by the several poor districts within this Commonwealth," approved the seventh day of May, one thousand nine hundred seven (P. L., 170, No. 132).

837.   Sections two, three and four of an act, entitled "An act to provide for the better protection and preservation of song and insectivorous birds, and other wild birds, and providing penalties for violation of its several provisions," approved the eighth day of May, one thousand nine hundred seven (P. L., 186).

838.   An act, entitled "An act authorizing and empowering the courts of common pleas of the respective counties of this Commonwealth to declare a vacancy in the office of aldermen and justices of the peace when said officers shall not reside and maintain an office in their respective wards, districts, boroughs, or townships,

and providing for the appointment of their successors," approved the twenty-fifth day of May, one thousand nine hundred seven (P. L., 257, No. 196).

839.   An act, entitled "An act to further amend section one, article one, of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved the twenty-third day of May, Anno Domini one thousand eight hundred and eighty-nine, and which was amended by an act approved the tenth day of April, Anno Domini one thousand nine hundred and five, prescribing the manner and computing and making return of same," approved the twenty-eighth day of May, one thousand nine hundred seven (P. L., 268.)

840.   An act, entitled "A supplement to an act, entitled 'An act to provide for the organization, discipline and regulation of the National Guard of Pennsylvania,' approved twenty-eighth day of April, eighteen hundred and ninety-nine, providing for increasing the efficiency of the National Guard by the retirement of officers upon age or service, and defining the duties and rights of such retired officers," approved the thirty-first day of May, one thousand nine hundred seven (P. L., 357, No. 258).

841.   An act, entitled "An act to amend section thirteen of the act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth, increasing the number of fire and marine reports of the Insurance Commissioner,' " approved the sixth day of June, one thousand nine hundred seven (P. L., 420).

842.   An act, entitled "An act providing that the jurisdiction of the courts shall not be ousted by a provision in a contract that an award or an appraisement of an engineer, architect or other person shall be final or conclusive, or that a certificate of an engineer, architect or other person shall be a condition precedent to maintaining an action upon such contract, and that any controversy arising on a contract containing such a provision shall be determined in due course of law, with the same effect as if such provisions were not in such contract; contracts with municipal or other corporations, invested with the privilege of taking private property for public use, excepted," approved the first day of June, one thousand nine hundred seven (P. L., 381, No. 274).

843.   Sections two, three, four, five, six and seven of an act, entitled "An act providing for the method, contents, style, reporting, and printing of the Legislative Journal, authorizing the appointment of official reporters and typewriters, providing for the making of an appendix and index, the printing of wrappers for said Journal, abolishing the printing of the Legislative Record, and Senate and House of Representatives Journals in separate form, and repealing all acts or parts of acts relating to the printing of the Legislative Record and wrappers for the same," approved the twenty-third day of April, one thousand nine hundred nine (P. L., 163).

844.   An act, entitled "An act amending section eight of article seven of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved May twenty-third, Anno Domini one thousand eight hundred and eight-nine, by pro-

viding for the disposition of all fees received by any magistrate or alderman while presiding in the mayor's police court, and authorizing councils to provide compensation for such services, approved the twenty-seventh day of April, one thousand nine hundred nine (P. L., 192).

845.  An act, entitled "An act to amend an act, entitled 'An act for the establishment of free public libraries in the several school districts of the Commonwealth, except in cities of the first and second class,' approved the twenty-eighth day of June, Anno Domini one thousand eight hundred and ninety-five, so as to increase the maximum rate one-fourth of a mill and establish a minimum rate," approved the twenty-ninth day of April, one thousand nine hundred nine (P. L., 294).

846.  An act, entitled "An act to amend section two of the act, entitled 'An act abolishing the office of township tax collector in townships of the first class, and providing that in such townships all taxes shall be collected by the township treasurer, including State and county taxes,' approved May twenty-eighth, one thousand nine hundred and seven, providing that nothing in the said act shall take away from or interfere with the powers and duties conferred or imposed upon the treasurer of any county in relation to the collection of State and county taxes, by existing laws," approved the first day of May, one thousand nine hundred nine" (P. L., 301).

847.  An act, entitled "An act providing a method whereby moneys due sub-contractors for labor and materials furnished for, and in the construction of municipal work or public improvements, may be secured and recovered," approved the sixth day of May, one thousand nine hundred nine (P. L., 441).

848.  An act, entitled "An act to amend section nineteen of an act, entitled 'An act to regulate the publication, binding and distribution of the public documents of this Commonwealth,' approved the seventeenth day of April, Anno Domini one thousand nine hundred and five, to increase the number of copies of the annual report of the Commissioner of Health from three thousand four hundred copies, to three thousand nine hundred copies, the extra five hundred copies to be for the Department of Health, and to allow the publication and distribution by the Department of Health of a bulletin," approved the sixth day of May, one thousand nine hundred nine (P. L., 444).

849.  An act, entitled "An act to amend section first of an act of Assembly approved the fourth day of April, Anno Domini one thousand nine hundred and seven, entitled 'An act creating, in counties having a population of from three hundred thousand to one million, a board to fix and determine the number and compensation of employes in all county offices, boards, bureaus, departments and divisions thereof, prescribing the powers and duties of said board, and regulating appeals from the decision thereof,' so as to make it apply to counties containing a population of not less than eight hundred thousand nor more than one million four hundred thousand," approved the fourth day of March, one thousand nine hundred eleven (P. L., 10).

Digitized by Google

850.  Sections one, two, three, four, five, six, seven, eight, nine, and ten of an act, entitled "An act amending section three of article one, section five of article three, sections sixteen, seventeen and eighteen of article four, section two of article six, section one of article seven, sections one and three of article eight, and sections one and seven of article nine, of an act, entitled 'An act providing for the incorporation and government of cities of the third class,' approved the twenty-third day of May, Anno Domini one thousand eight hundred and eighty-nine," approved the twenty-first day of June, one thousand nine hundred eleven (P. L., 1102).

851.  An act entitled "An act providing for another judge in each of the courts of common pleas of Philadelphia county," approved the twenty-ninth day of March, one thousand nine hundred thirteen (P. L., 20).

852.  An act, entitled "An act to consolidate the five courts of common pleas of Philadelphia county," approved the eleventh day of June, one thousand nine hundred thirteen (P. L., 469).

Section 2.  The repeal by this act of any act of Assembly or part thereof shall not revive any act or part thereof heretofore repealed or superseded.  The provisions of this act shall not affect any act done, liability incurred, or right accrued or vested, or affect any suit or prosecution pending or to be instituted, to enforce any right or penalty, or punish any offense under the authority of such repealed laws.  The provisions of this act shall be severable, and if any of the provisions shall be held to be unconstitutional the decision shall not affect the validity of any of the remaining provisions of this act.

<div align="right">

Commonwealth of Pennsylvania,
Executive Chamber,
Harrisburg, June 2, 1915.

</div>

I file herewith, in the office of the Secretary of the Commonwealth, with my objection, House bill No. 406, entitled "An act to clarify the statute law of the Commonwealth, by repealing certain acts and parts of acts of Assembly which are obsolete, expired, supplied, superseded, repealed by implication, or declared unconstitutional."

This bill is an omnibus repealer.  It aims to repeal 852 obsolete, expired, supplied or superseded laws.  To remove from our statute books this mass of useless legal stuff is wholly commendable.  It is to be regretted that it cannot be done in the manner indicated.  But the title does not recite the acts repealed, nor does it confine itself to a single subject.  The Constitution requires both these to be done.

Moreover, it proposes to repeal quite a few laws that are declared by department heads to be essential to proper administration.  In other words, some of these acts are not obsolete.  They are vital.  At the next session, with more care and study, and fuller conference as to the uselessness of laws that may be repealed, it is hoped that the really desirable end contemplated may be accomplished.

For these reasons the bill is not approved.

<div align="right">

MARTIN G. BRUMBAUGH.

</div>

# EXHIBIT
# 6

[Section XI.]   (Section XI. P. L.)   Be it further enacted by the authority aforesaid, That the annual sum of five thousand pounds arising from the interest accruing to the state on the three per cent. stock of the United States, the property of this state, shall be appropriated to the improvement of roads, as soon as the engagements of the state, now charged on said fund, shall have been fulfilled.

> Passed April 13, 1791.  Recorded L. B. No. 4, p. 188, etc.  See the Acts of Assembly passed April 10, 1792, Chapter 1645; April 10, 1793, Chapter 1680; April 11, 1793, Chapter 1694; April 4, 1796, Chapter 1900.

## CHAPTER MDLXX.

### AN ACT TO ERECT THE TOWN OF HARRISBURG, IN THE COUNTY OF DAUPHIN, INTO A BOROUGH.

Whereas the inhabitants of the town of Harrisburg, in the county of Dauphin, have by their petition prayed to be incorporated, and that the said town and its vicinity, as hereafter described, should be erected into a borough; And whereas it may contribute to the advantage of the inhabitants of the said town, as also to those who trade and resort there, and be of public utility, that nuisances, encroachments of all sorts, contentions, annoyances and inconveniences, in the said town and in its vicinity, should be prevented, and for the promoting of rule order, and the good government of said town.

[Section I.]   (Section I. P. L.)   Be it enacted by the Senate and House of Representatives of the commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same, That the said town of Harrisburg, shall be, and the same is hereby, erected into a borough, which shall be called the borough of Harrisburg, forever, the extent of which said borough is and shall be comprised within the following boundries, to-wit: Beginning at low water mark

on the eastern shore of the Susquehanna river; thence, by the pineapple tree, north sixty and one-quarter degrees, east seventy-nine perches to an ash tree, on the west bank of Paxton creek; thence, by the several courses thereof, three hundred and twenty-three perches to a white hickory, in William Maclay's line; thence, by the same, south sixty-seven and three-quarters degrees west, two hundred and twelve perches to a marked chestnut oak, on the eastern bank of the Susquehanna; thence, by the same course, to low water mark; and from thence, by the low water mark, to the place of beginning.

[Section II.]   (Section II. P. L.)   And be it further enacted by the authority aforesaid, That the freeholders and inhabitants of the borough of Harrisburg shall have power, on the first Monday in May in every year, to elect two fit persons to be burgesses of the said borough, and that the person having the greatest number of votes shall be styled the chief burgess; and also to elect four suitable persons assistants, for advising, aiding and assisting the said burgesses in the execution of the powers and authorities hereby given them; and also to elect a high constable and town clerk, all and every of which persons shall be residents in the said borough of Harrisburg.

[Section III.]   (Section III. P. L.)   And be it enacted by the authority aforesaid, that the said burgesses and freeholders, inhabitants within the said borough, and their successors, forever hereafter, shall be one body corporate and politic, in deed and name, and by the name of "The burgesses and freeholders, inhabitants of the borough of Harrisburg, in the county of Dauphin," shall have a perpetual succession, and they, and their successors by the name of, "The burgesses and freeholders, inhabitants of the borough of Harrisburg," shall, at all times hereafter, be persons able and capable in law to have, get, receive and possess lands, tenements, rents, liberties, jurisdiction, franchises and hereditaments, to them, and their successors, in fee simple or for term of life, lives, years or otherwise; and also goods and chattels, and other things of what nature or kind soever; and also to give, grant, let, sell and assign the same lands, tenements, hereditaments, goods and chattels, and

to do and execute all other things about the same, by the name aforesaid, and they shall forever hereafter be persons able and capable in law to sue and be sued, plead and be impleaded, answer and be answered unto, defend and be defended, in all or any of the courts within this commonwealth, in all manner of actions, suits, complaints, pleas, causes and matters whatsoever, and that it shall and may be lawful to and for the said burgesses and freeholders inhabitants of the borough of Harrisburg aforesaid, and their successors, forever, hereafter to have and use one common seal, for sealing of all business whatsoever touching the said corporation, and the same, from time to time at their will to change and alter.

[Section IV.] (Section IV. P. L.)  And be it further enacted by the authority aforesaid, That it shall and may be lawful for such of the burgesses, constables, assistants and freeholders, as shall have resided within the said borough for at least one whole year next preceding any such election as are hereinafter directed, on the first Monday in May in the year of our Lord, one thousand seven hundred and ninety-one, and on that day yearly thereafter, forever, publicly to meet at the market house within the said borough and then there to nominate, elect and choose by ballot, two able freemen of the inhabitants of the said borough, having an estate in freehold therein, to be burgesses, one to be constable, and one to be town clerk, and four freeholders as aforesaid to be assistants within the same, for assisting the said burgesses in managing the affairs of the borough and in keeping the peace and good order therein, which election shall be taken from time to time by the high constable of the year proceeding, and the names of the persons so elected shall be certified under his seal to the governor of the commonwealth for the time being, within fifteen days next after such election; and the burgess who shall have the majority of votes shall be called the chief burgess of the said borough, but if the votes should be equal, the governor shall determine which shall be chief burgess; and in case it should so happen that the said freeholders shall neglect or refuse to choose burgesses and the said other officers in manner aforesaid, that then it shall and may be lawful for the governor

to nominate, appoint and commissionate burgesses, constables, town clerks, and assistants for that year, to hold and continue in their respective offices until the next time at annual election, appointed as aforesaid, and so often as occasion shall require.

[Section V.]   (Section V. P. L. )   And be it further enacted by the authority aforesaid, That it shall and may be lawful for the burgesses and freeholders, inhabitants of said borough and their successors, to have, hold and keep, at the place erected for that purpose within the said borough, two markets in each week; that it to say, one market on Wednesday and one market on Saturday, in every week of the year, forever; and two fairs in the year, the first to begin on the first day of June, in the year of our Lord, one thousand seven hundred and ninety-one, and the other of the said fairs to begin on the tenth day of November following, and on the same days annually forever thereafter, each fair to continue two days, and when either of those days shall happen to fall on Sunday, then the said fairs to be kept the next day, or two days following, together with free liberties, customs, profits and emoluments to the said market and fairs belonging, or in anywise appertaining for ever; and there shall be a clerk of the market within the said borough, who shall have the assize of bread, wine, beer, wood, hay, corn and other provisions, brought for the use of the inhabitants, and who shall and may perform all things belonging to the office of the clerk of the market within the said borough, and shall be removable by the burgesses and assistants aforesaid, and another from time to time appointed and removed, as they shall find necessary.

[Section VI.]   (Section VI. P. L.)   And be it further enacted by the authorities aforesaid, That the burgesses and freeholders, inhabitants of the borough of Harrisburg, respectively, forever, shall enjoy all the powers, jurisdictions, exclusions, authorities and privileges and be subject to the same qualifications, restrictions, penalties, fines and forfeitures, within the said borough, as are enjoyed by and limited to the burgesses and inhabitants of the borough of Reading, in the county of Berks.

Passed April 13, 1791.   Recorded L. B. No. 4, p. 192, etc.

# EXHIBIT
# 7

# LAWS

OF THE

# Borough of Harrisburg;

## TO WHICH IS PREFIXED,

THE

## ACT OF ASSEMBLY

### INCORPORATING THE BOROUGH.

PUBLISHED BY ORDER OF THE TOWN COUNCIL,
JUNE 1826.

**HARRISBURG:**

PRINTED BY JOHN WYETH,

**1826.**

Digitized by Google

# LAW

INCORPORATING THE

## Borough of Harrisburg.

---

### AN ACT

*To alter an act entitled " An act to erect the town of Harrisburg, in the county of Dauphin into a borough."*

WHEREAS, by the sixth section of an act of the general assembly of this commonwealth, passed on the thirteenth day of April, Anno Domini one thousand seven hundred and ninety-one, entitled " An act to erect the town of Harrisburg, in the county of Dauphin, into a borough," it is enacted, " That the burgesses and free-holders, inhabitants of Harrisburg, respectively, forever shall enjoy all the powers, jurisdictions, exclusions, authorities and privileges, and be subject to the same qualifications, restrictions, penalties, fines and forfeitures, within the said borough, as are enjoyed by, and limited to the burgesses and inhabitants of the borough of Reading, in the county of Berks." *And whereas,* it appears by petition of the inhabitants of the said borough of Harrisburg, that experience has fully proven, that owing to a difference in the local situation of the two places, and various other causes, the act of assembly for erecting the town of Reading into a borough, however applicable to the purpose for which it was originally intended by the legislature, is not well calculated for the good government of the borough of Harrisburg:   Therefore,

Sect. 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in general assembly met, and it is hereby enacted by the authority of the same,* That the said town of Harrisburg shall still continue and forever remain a borough, under the name and title of " The borough of Harrisburg," Perpetuated according to former limits.

252080

Digitized by Google

4

the extent and bounds of which shall be the same as in the original law, to wit: Beginning at low-water-mark on the eastern shore of the Susquehanna river, thence by the pine-apple tree, north sixty degrees and one quarter, east seventy-nine perches, to an ash tree on the west bank of Paxton creek, thence by the several courses thereof three hundred and twenty-three perches, to a white hickory in William Maclay's line, thence by the same south sixty-seven degrees and three quarters west, two hundred and twenty perches to a marked chesnut-oak on the eastern bank of the Susquehanna, thence by the same course to low-water-mark, and from thence by the low-water-mark to the place of beginning.

Sect. 2. *And be it further enacted by the authority aforesaid,* That the freeholders, housekeepers and other inhabitants of the said borough, entitled to vote for members of the general assembly, having resided within the said borough at least one year immediately preceding the election, and within that time paid a borough tax, shall have power on the third Friday in March next, and on the same day in every year, hereafter, to meet at the court-house in said borough, and then and there between the hours of one and five in the afternoon, elect by ballot one respectable citizen residing therein, who shall be stiled the " Chief Burgess," one other reputable citizen, who shall be stiled "the Assistant Burgess," and nine reputable citizens, to be a Town Council, and shall also elect as aforesaid, one reputable citizen as high constable, all of whom shall be residents and freeholders of the said borough. And also shall at the same time and place, elect four suitable persons for constables, and return the said persons so elected for constables to the next court of quarter sessions of the county of Dauphin, and the said court shall appoint two of them to be constables of the said borough, for one year, from and after the time of their appointment, but previous to the opening of said election, such of the inhabitants as are present at the court-house, shall elect three reputable citizens as judges, one as inspector and two as clerks of the said election, which shall be regulated and conducted throughout according to the general election law of this commonwealth, and who shall be subject to the same penalties, for mal-practices, as by the said law is imposed; and the said judges inspectors and clerks, before they enter upon the duties of their respective offices, shall take an oath or affirmation before any justice of the peace of said county, to perform the same with fidelity, and after said elec-

*Who may vote for officers.*

*Time of election.*

*Officers to be chosen.*

*Constables.*

*Mode of conducting the election.*

Digitized by Google

tion shall be closed, shall declare the persons having the greatest number of votes to be duly elected; & in case that any two or more candidates should have an equal number of votes, the preference shall be determined by lot, to be drawn by the three judges, in the presence of the inspector and clerks, whereupon duplicate certificates of said election shall be signed by the said judges, one of which shall be delivered to the clerk of the court of quarter sessions of the said county, to be deposited in his office, and the other shall be filed with the papers belonging to the corporation.  And it shall be the duty of the high constable for the preceding year to give notice in writing, to each of the persons so elected as aforesaid, and in case of the death, resignation, removal or refusal to accept, of any of the said offices, the chief burgess, or in his absence or inability to act, the assistant burgess, shall issue his precept, directed to the high constable, to hold an election in manner aforesaid, to supply such vacancy, giving at least eight days notice of such election, by six advertisements set up in the most public places in the said borough. *How vacancies are to be supplied.*

Sect. 3. *And be it further enacted by the authroity aforesaid,* That from and after the third Friday in March next, the Chief Burgess, Assistant Burgess, and Town Council, duly elected as aforesaid, and their successors, shall be one body politic and corporate, by the name and style of "The Chief Burgess, Assistant Burgess and Town Council of the Borough of Harrisburg," and shall have perpetual succession ; and the said chief burgess, assistant burgess and town council, and their successors, shall be capable in law to have, get, receive, hold and possess, goods and chattels, lands and tenements, rents, liberties, jurisdictions, franchises and hereditaments, to them and their successors, in fee simple or otherwise, not exceeding the yearly value of five thousand dollars ; and also to grant, sell, let and assign the same, lands, tenements, hereditaments and rents ; and by the name and style aforesaid, they shall be capable in law to sue and be sued, plead and be impleaded, in any of the courts of law in this Commonwealth, in all manner of actions whatsoever, and to have and use one common seal ; and the same from time to time at their will to change, and alter until it be otherwise directed by law ; and the said inhabitants shall hereafter forever hold two markets in each week, one on Wednesday and one on Saturday ; and two fairs in each year, one on the second Thursday and succeed- *Style of the corporation.* *Markets and fairs.*

Digitized by Google

6

ing Friday in June, and the other on the second Thursday and succeeding Friday in October, forever.

Sect. 4. *And be it further enacted by the authority aforesaid,* That if any person duly elected as chief burgess, assistant burgess, member of the town council, *Penalty on* or high constable, as aforesaid, and having received *officers not* notice thereof as directed by this act, shall refuse or *serving.* neglect to take upon himself the execution of the office, to which he shall have been elected, or having taken upon himself the duties of said office, shall neglect to discharge the same according to law, every person so refusing or neglecting, shall, for every such offence, forfeit and pay the sum of twenty dollars, which fine and all other fines and forfeitures incurred and made payable in pursuance of this act, or of any of the by-laws and ordinances of the town council, shall be for the use of the said corporation, and shall be recovered before the chief burgess, or in his absence or inability to act, *Fines how* before the assistant burgess, in the same manner that *recovered &* debts not exceeding one hundred dollars are recoverable *for what use.* before a justice of the peace, and when so recovered shall be forthwith paid to the treasurer of the Borough; and it shall be the duty of the officers of said Borough, on receiving any money belonging to the corporation, to pay the same to the treasurer forthwith.

Sect. 5. *And be it further enacted by the authority aforesaid,* That the chief burgess, assistant burgess, town council and high constable, and each of them, before en-*Officers to* tering upon the duties of their respective offices, shall *be sworn or* take and subscribe an oath or affirmation, before any *affirmed.* justice of the peace in the said county, to support the constitution of the United States, and of this state, and to execute the duties of their respective offices with fidelity, and the certificates of such oaths and affirmations shall be filed among the records of the said corporation.

Sect. 6. *And be it further enacted by the authority aforesaid,* That it shall be the duty of the said town council, five of whom shall be a quorum, to hold quarter-*Quorum of* ly meetings on the first Saturday in April, July, Octo-*town council.* ber and January, in each year, and oftener if occasion *Business* requires; at which meetings, they shall revise, repeal or *they shall* amend all such by-laws and ordinances, as have been *transmit.* heretofore made in the said borough, and enact such other by-laws, and make such rules, regulations and ordinances, as shall be determined by a majority of them necessary, to promote the peace, good order, benefit and advantage of the said borough; particularly, of provi-

ding for the regulation of the markets, improving, repairing and keeping in order, the streets, lanes, alleys and highways; ascertaining the depth of vaults, sinks, pits for necessary-houses, and making permanent rules relative to the foundations of buildings, party-walls and fences, and for the safe keeping and preservation from injury of the lot of ground in the said Borough belonging to this Commonwealth, until it be otherwise disposed of by law. They shall have power to assess, apportion and appropriate such taxes as shall be determined by a majority of them, necessary for carrying the said rules and ordinances from time to time into complete effect, and also to appoint a town clerk, treasurer, two persons to act as street and road supervisors, a clerk of the market, and a collector, annually, and such other officers as may be deemed necessary from time to time; and the same officers from time to time to remove for misdemeanor in office; which meetings of the said town council shall be held at the court-house in the said borough, until a town house is erected. *Provided* That no by-law, rule or ordinance of the said corporation, shall be repugnant to the constitution or laws of the United States, or of this Commonwealth, and that no person shall be punished for a breach of a by-law or ordinance made as aforesaid, until ten days have expired after the promulgation thereof in at least one English and one German newspaper printed in the said borough. *And provided also*, That in assessing such tax due regard shall be had to the valuation of taxable property, taken for the purpose of raising county rates and levies, so that the said tax shall not in any one year exceed half a cent in the dollar of such valuation, unless some object of general utility shall be thought necessary, in which case a majority of the taxable inhabitants of said Borough shall approve of and certify the same in writing under their hands to the town council, who shall proceed to assess the same accordingly.

*Power to assess taxes.*

*Amount of taxes.*

Sect. 7. *And be it further enacted by the authority aforesaid*, That the chief burgess elected and qualified agreeably to this act, or in his absence, or inability to act, the assistant burgess, is hereby authorised to issue his precept as often as occasion may require, directed to the collector, commanding him to collect all taxes so assessed, and the same to pay over to the treasurer. And the said chief burgess, or in his absence or inability to act, the assistant burgess, is hereby authorised to carry into effect all by-laws and ordinances, enacted by the town council, and whatsoever else shall

*Mode of collecting.*

Digitized by Google

8

Powers of
the bur-
gesses.

be enjoined upon him or them, for the well ordering and
governing said Borough, and shall have jurisdiction in
all cases of dispute that may arise between the corpora-
tion and individuals under this act, or any by-laws en-
acted by the town council, and shall also have power to
mitigate or remit fines and forfeitures, in all cases where
it shall appear that the person or persons so fined did
not offend intentionally, or on their having some other
just and reasonable excuse to plead in his or their be-
half, which excuse shall be satisfactorily proven to the
said chief burgess or assistant burgess, as the case
may be.

Duty of the
town clerk.

Sect. 8. *And be it further enacted by the anthority
aforesaid,* That it shall be the duty of the town clerk to
attend all meetings of the town council when assembled
upon business of the corporation, and perform the duty
of clerk thereto and keep and preserve the common seal
and records of the corporation and be answerable for
the same, and also for the faithful discharge of all the
duties which may be enjoined upon him by virtue of this
act or of the acts of the corporation, whose attestation,
with the seal of the corporation, shall be good evidence
of the act or thing so certified.

Treasurer.

Sect. 9. *And be it further enacted by the authorty
aforesaid,* That the treasurer shall give sufficient secu-
rity for the faithful discharge of the duties of his office,
and for the safe delivery of all the monies, books and
accounts appertaining thereto into the hands of his suc-
cessor upon demand made for that purpose.

Accounts to
be settled
annually.

Sect. 10. *And be it further enacted by the authority
aforesaid,* That the street supervisors, treasurer, high-
constable, clerk of the market, and collector, as well
as all other officers, which may be appointed by the
corporation or council, shall at the quarterly meeting
of the council in the month of April yearly, render
their accounts to the said council for settlement and
the said accounts being so adjusted and settled ac-
cordingly, shall be forthwith published by said council,
shewing particularly the amount of taxes laid and col-
lected, and of all monies paid into the treasury, and
the amount of expenditures.

Court of ap-
peal.

Sect. 11. *And be it further enacted by the authority
aforesaid,* That the chief burgess, assistant burgess,
and president of the council, or any two of them shall
constitute a court of appeal, and prior to the collection
of any borough-tax the collector shall inform each in-
habitant of the amount of his tax, and of the time and

place of appeal. *Provided, nevertheless,* That said court of appeal shall have no other power as such than to determine the justness of the apportionment of said tax, and to remedy any grievance that may occur in imposing the same.

Sect. 12. *And be it further enacted by the authority aforesaid,* That it shall be the duty of the high-constable to give notice of the annual elections of the said borough held in pursuance of this act, by setting up advertisements in the market-houses, and in four other public places in the said borough, ten days previous thereto, he shall attend and see that the same is opened at the time and in the manner directed by this act: *Provided,* That it shall be the duty of the present high-constable to publish and superintend in like manner the election to be held on the third Friday in March next, as is herein before directed. <small>Duties of high-constable.</small>

Sect. 13. *And be it further enacted by the authority aforesaid,* That the judges, inspector, and clerks of the elections aforesaid, shall be allowed each one dollar a day for their services in holding said election, and the town council shall from time to time fix the salaries of the high-constable, town clerk, treasurer, clerk of the market, and such other officers as may be appointed under this act, which salaries shall be paid out of the borough treasury, by orders drawn thereon, signed by the president of the council, which salaries shall not be increased or diminished during the time for which the said officers were appointed respectively: *Provided also,* That if any person appointed by the town-council as aforesaid, shall neglect or refuse to take upon himself the duties of the office, to which he shall be so appointed, shall forfeit and pay for the use of the corporation the sum of twenty dollars, unless he can render to the said council a satisfactory reason why he should be exonerated from such service. <small>Allowance to election officers.</small> <small>Penalty on refusing to serve.</small>

Sect. 14. *And be it further enacted by the authority aforesaid,* That if any person or persons shall think him, her or themselves aggrieved by any thing done in pursuance of this act, except in what relates to the imposing and collecting the borough-tax and appointments made by the town council, he, she or they may appeal to the next court of common pleas to be held for the said county, upon giving security according to law to prosecute his, her or their appeal with effect; and the said court having taken such order therein as shall <small>Appeal to court.</small>

2

Digitized by Google

10

seem to them just and reasonable, the same shall be
conclusive against all parties.

*Former law repealed.*

Sect. 15. *And be it further enacted by the authority
aforesaid,* That from and after the third Friday in
March next, the act entitled, "An Act to erect the
Town of Harrisburg in the County of Dauphin, into a
Borough," passed on the thirteenth day of April, one
thousand seven hundred and ninety-one, be and the
same is hereby repealed.

**SIMON SNYDER,**
*Speaker of the House of Representatives.*
**P. CAR LANE,**
*Speaker of the Senate.*
**APPROVED**—The first day of February, in the year
one thousand eight hundred and eight.
**THOMAS M'KEAN.**

Digitized by Google

# EXHIBIT
# 8

# LAWS

### OF THE

# Borough of Harrisburg;

## TO WHICH IS PREFIXED,

### THE

# ACT OF ASSEMBLY

## INCORPORATING THE BOROUGH.

PUBLISHED BY ORDER OF THE TOWN COUNCIL,
JUNE 1826.

### HARRISBURG:

PRINTED BY JOHN WYETH,

**1826.**

Digitized by Google

*AN ORDINANCE to prevent nuisances &c. in the borough of Harrisburg.*

Sect. 1. Be it ordained by the town council of the borough of Harrisburg, That if any person or persons, after the due promulgation hereof, shall cast or lay, or cause to be cast or laid, any shavings, mud, straw, ashes, brickbats, dung, the heads, entrails, or other offal of fish, or any other annoyance whatever, on any pavement, footwalk, street, lane, or alley, within the said borough, he, she or they so offending, and being thereof convicted before the chief burgess, or in his absence or inability to act, the assistant burgess, shall forfeit and pay the sum of five dollars for every such offence, together with costs of conviction and shall moreover pay the expense of removing the said nuisance or nuisances. *No nuisance to remain in any street, lane or alley.* *Penalty.*

Sect. 2. And be it ordained by the authority aforesaid, That if any person or persons, shall cast, carry, draw out or lay any dead carcase, excrement or filth from vaults, privies or necessary-houses, and shall leave such dead carcase, excrement or filth, any place within the limits of the said borough, without burying the same a sufficient depth to prevent any disagreeable smell arising therefrom, every person or persons so offending, and being thereof convicted in manner aforesaid, shall forfeit and pay for every such offence the sum of eight dollars, with costs of conviction, and shall moreover pay the expense of removing such nuisance or nuisances. *No dead carcase to remain within the limits of the borough.* *Penalty.*

Sect. 3. And be it further ordained by the authority aforesaid, That if any distiller, soap-boiler, tallow-chandler or butcher, within the said borough, shall discharge any nauceous liquor or blood, from any still-house, work-shop or slaughter-house, so that such liquor or blood shall pass into, or along any of the said streets, lanes or alleys, or if any soap-boiler, tallow-chandler, or butcher shall keep, collect or use, or cause to be kept, collected or used, in any of the inhabited parts of the borough, any stale, putrid or stinking fat, grease or other matter, or if any butcher shall keep at, or near his slaughter-house any blood, garbage, entrails, offal or filth whatsoever, so as to annoy any of the inhabitants of the said borough, or any other person, he, she or they so offending, and being thereof convicted in manner aforesaid, shall forfeit and pay for every such offence the sum of five dollars, with costs of conviction and expense of removing the same. *Relative to distillers, soap boilers and butchers, &c.* *Penalty*

Digitized by Google

**Hog-styes.**

Sect. 4. That if any person or persons, shall erect or maintain any hog-stye, adjoining any street, lane or alley, or adjoining the private property of any individual or society, within the inhabited parts of the said borough, he, she or they so offending, and being thereof convicted, shall forfeit and pay one dollar for every week, said nuisance shall be continued, after the due promulgation hereof.

**Hog-styes.**

Sect. 5. That any person or persons, who shall erect or maintain any hog-stye, in the interior of his, her or their lots in the borough aforesaid, he, she or they shall keep the same so clean, that the smell thereof shall not be offensive to his, her or their neighbour or neighbours, or other citizens of the said borough, any person offending against this section, and being thereof duly convicted, shall forfeit and pay the sum of fifty cents for every such offence.

**Geese.**

Sect. 6. And be it further ordained by the authority aforesaid, That any geese that shall be found going at large within the inhabited parts of the said borough, may be taken up by any citizen of said borough, and sold by public sale at the market-house, on the next market day after the same shall have been taken up, one half of the proceeds whereof shall be paid to the person or persons who shall take the same up, and sell or cause the same to be sold as aforesaid, and the other half shall be for the use of the borough.

**Sheep.**

Sect. 7. And be it further ordained by the authority aforesaid, That if any sheep are found going at large, in any of the inhabited parts of the said borough, the same may be taken up, confined and advertised; and if the owner shall appear at any time within ten days after the publication of the advertisement, and shall pay all costs and charges consequent on such taking up and confining and advertising, and shall moreover pay into the hands of the treasurer, for the use of the borough, twenty-five cents for each sheep, the same shall be delivered up; otherwise the same shall be sold by the high-constable of the borough, any time after the expiration of the said ten days, one fourth part of the proceeds thereof shall be paid to the taker up of said sheep, one fourth part shall be paid into the treasury, for the use of the borough, and the other half shall be paid to the treasurer for the use of the owner of said sheep: *Provided*, The same shall be called for within six months after the sale of said sheep, but if the same is not called for within said time, it shall become the property of the borough.

Digitized by Google

Sect. 8. And be it further ordained, That if any per- *Horses not to run at large.*
son or persons shall suffer his, her or their horse, mare
or colt, to run at large in the inhabited parts of the said
borough, he, she or they so offending, and being thereof
convicted, shall forfeit and pay for every such horse,
mare or colt, which shall be so found running at large,
the sum of seventy-five cents.

Sect. 9. That if any person or persons shall ride on
horseback, or in any carriage or sleigh, through or a- *Shall not ride or drive fas-*
long any of the streets, lanes or alleys of said borough, *ter than a trot or pace.*
faster than at a common travelling gait, or shall drive
his, her or their wagon or cart, through or along the
same, faster than a common trot or pace, he, she or
they so offending and being thereof convicted, shall for-
feit and pay the sum of one dollar for every such offence.

Sect. 10. And it is further ordained, That if any
person or persons shall ride, place or drive any horse, *Not to ride or drive on*
mare or gelding, or shall drive or place any wagon, cart *any foot-*
or other wheel carriage, along, on or over any foot-pave- *walks.*
ments, in any of the streets in said borough, he, she or
they so offending, shall on conviction in manner afore-
aid, forfeit and pay for every such offence, the sum of
three dollars, with costs, and shall pay the damages if
any.

Sect. 11. And be it further ordained by the authority
aforesaid, That if any person or persons shall wilfully *Shall not ob-struct water*
stop or obstruct the passage of any water course to or a- *courses, gut-*
long any of the gutters or common sewer or sewers, *ters, &c.*
made or to be made hereafter, or shall injure or dam-
age any gutter or gutters, sewer or sewers, he, she
or they so offending, and being thereof convicted, in
manner aforesaid, shall forfeit and pay for every such
offence the sum of eight dollars, with costs of conviction,
and shall also pay the expense of repairing the damage.

Sect. 12. And be it further ordained by the authority
aforesaid, That if any person or persons shall neglect
or refuse to cleanse the gutter before his, her or their *Owners, &c.*
house or property within the borough, in such manner *of property to cleanse*
as to give free vent to the water in its passage to the *gutters, &c.*
sewer or other place made to receive and carry it off,
(provided such gutter be paved) he, she or they having
notice of said gutter being obstructed, and shall refuse or
neglect to cleanse the same, after twenty-four hours no-
tice thereof, by putting such obstruction in heaps, shall
on conviction thereof in manner aforesaid, forfeit and
pay the sum of one dollar for every such offence, togeth-
er with costs of conviction.



22

Sect. 15. And be it further ordained, That if any person or persons (except on military occasions) shall fire off any gun, pistol or fire arm, within the inhabited parts of the said borough, and shall be duly convicted thereof, shall forfeit and pay the sum of sixty-seven cents for every such offence.

*Shall not fire guns, &c. unless on military occasions.*

Enacted into a law, May 2d, 1821.

F. KELKER, President.

Attest—JOHN DOWNEY, Town Clerk.

❖❖❖❖❖❖❖❖

*A SUPPLEMENT to the several borough ordinances for the prevention of nuisances.*

Sect. 1. Be it ordained by the Town Council of the borough of Harrisburg, That any individual or society holding lots within the borough of Harrisburg, and suffering water or other offensive matter to stand upon their lots so as to become putrid, unwholesome or offensive to any of the citizens, or in any way to impair the general health of the said borough, the same shall be deemed and considered as a nuisance, and on information being given to the Chief Burgess of the existence of any such nuisance, he shall issue his warrant to the regulators directing and requiring them to regulate and point out, by putting pins in the ground, the manner in which the water or offensive matter is to be drained off or removed, and also to give notice to the owner of the lot or lots on which such nuisances exist, requiring them forthwith to have the same drained off or removed, and if within six days after notice as aforesaid to the owner or owners of the said lots, the same are not drained off and removed as aforesaid, such owner or owners for each offence shall forfeit and pay a fine of twenty dollars for every week of neglect or refusal to comply with the provisions of this ordinance, the said fine to be recovered before the Chief Burgess as other fines are by law recoverable.

*Water and other offensive matter not to be on lots.*

*Duty of chief burgess and regulators.*

*Fine on owners.*

Passed into an ordinance the 17th of September, 1820.

JOHN MYTINGER,
President of the Town Council.

Attest—JAMES ALRICKS, Town Clerk.

Digitized by Google

# EXHIBIT
# 9

# ORDINANCES

OF THE

# CITY OF HARRISBURG,

THE

# ACT OF INCORPORATION,

AND ALL

## LAWS RELATING TO THE CITY.



LIBRARY
THE PA. STATE
COLLEGE

HARRISBURG:

WEAVER & ROYAL, PRINTERS.

..........

1863.

Digitized by Google

ACTS OF ASSEMBLY. 31

county commissioners; and in case of a review or any subsequent view of such highway, it shall be the duty of the reviewers, and any and all subsequent viewers, to assess, and in like manner report, the amount of damages in their judgment sustained, as is required of the first viewers; and the court shall have the same power over all of the reports of viewers under this act, as they now have under the general road laws of this commonwealth; and no street, lane or alley shall be opened, extended or widened under the provisions of this act, until the amount of damages shall be paid.

*County commissioners to be notified of re-views.*

JOHN M. THOMPSON,
*Speaker of the House of Representatives pro tem.*

WM. M. FRANCIS,
*Speaker of the Senate.*

APPROVED—The sixth day of March, Anno Domini one thousand eight hundred and sixty.

WM. F. PACKER.

---

AN ACT

To authorize the laying out of a Public Park in the borough of Harrisburg, to be called Harris Park.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That William H. Cleckner, Thomas Worley, William O. Zimmerman, T. Allen Hamilton, Beverly R. Waugh, George H. Bell and John L. Lingle, of the borough of Harrisburg, in the county of Dauphin, shall have power and authority, as commissioners, to enclose, with the consent of the town council of said borough, the ground lying around the grave of John Harris, in said borough, and bounded by Front street, by the river Susquehanna at high water mark, and extending from a line one hundred and fifty feet below the railroad bridge of the Cumberland Valley railroad company, to the road leading from Paxton street to the said river, containing about one acre, for the purposes of a public park, to be called Harris Park; and after the said grounds shall be enclosed by a suitable railing, fence or wall, it shall be lawful for said commissioners to plant trees, erect seats therein, and otherwise improve the said grounds for the purposes aforesaid, and to make all reasonable rules and regulations for the improvement, superintendence, protection and management of the same.

Digitized by Google

SECTION 2.   That in case of vacancy in the board of commissioners, it shall be competent for the town council of said borough to fill such vacancy, by the appointment of some other resident of said borough.

<div align="right">

W. C. A. LAWRENCE,
*Speaker of the House of Representatives.*

JNO. CRESSWELL, JR.,
*Speaker of the Senate.*

</div>

APPROVED—The thirtieth day of March, Anno Domini one thousand eight hundred and fifty-nine.

<div align="right">

WM. F. PACKER.

</div>

———

# A SUPPLEMENT

### To the Charter of the borough of Harrisburg.

SECTION 1.   *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That so much of the several acts of assembly incorporating the borough of Harrisburg, and every and all other laws with reference thereto, as requires members of the town council and high constable of the said borough, to be freeholders, be and the same is hereby repealed; and the officers aforesaid shall possess all the qualifications, and be subject to all the restrictions of the general law regulating boroughs, approved April first, one thousand eight hundred and thirty-four, with its several supplements.

*Provisions of certain act repealed.*

SECTION 2.   There shall hereafter be elected in said borough, thirteen members to compose a town council, to wit: From the West precinct of the North ward, three members; from the North precinct of the North ward, three members; from the East precinct of the South ward, three members; from the South precinct of the South ward, three members; from the borough at large, one member, who shall be chief burgess; the latter to be voted for as "Town council at large," in each of said wards and precincts, every year.  Of the above members from precincts one-third shall serve one year; one-third, two years; one-third, three years.  Hereafter the council shall fix the places of holding the municipal elections in the respective precincts and wards above designated; but the first election under this act shall be held at the present places of holding the general election in said borough.

*Number of members of council.*

*Place of holding elections fixed by council.*

*Office of assistant burgess abolished.*

SECTION 3.   The office of assistant burgess be and the same is hereby abolished, so far as relates to said borough.

SECTION 4.   That at the first meeting of the council after the passage of this act, the members thereof shall proceed immediately to decide by lot the terms for which they shall respectively serve:

*Terms of members of council to be decided by lot.*

# EXHIBIT 10

# LAWS

### OF THE

# GENERAL ASSEMBLY

### OF THE

# STATE OF PENNSYLVANIA,



#### PASSED AT THE

## SESSION OF 1873,

### In the Ninety-seventh year of Independence.

## WITH AN APPENDIX.

## BY AUTHORITY.

### HARRISBURG:
### BENJAMIN SINGERLY, STATE PRINTER.
### 1873.

Digitized by Google

No. 808.

# An Act

Authorizing the electors of the borough of Lykens, in the county of Dauphin, to elect one supervisor for said borough, et cetera.

SECTION 1. *Be it enacted, &c.,* That the qualified electors of the borough of Lykens, in the county of Dauphin, on the third Friday of March, one thousand eight hundred and seventy-three, and every succeeding March election thereafter, elect but one supervisor for said borough instead of two supervisors; and that all laws heretofore enacted in relation thereto be and the same are hereby repealed.

APPROVED—The 10th day of April, A. D. 1873.

J. F. HARTRANFT.

———

No. 809.

# An Act

To repeal an act for the appointment of an auctioneer for the county of Westmoreland, approved twentieth March, one thousand eight hundred and sixty-nine.

SECTION 1. *Be it enacted, &c.,* That the act providing for the appointment of an auctioneer for the county of Westmoreland, approved the twentieth day of March, Anno Domini one thousand eight hundred and sixty-nine, be and the same is hereby repealed.

APPROVED—The 10th day of April, A. D. 1873.

J. F. HARTRANFT.

———

No. 810.

# An Act

To prevent the carrying of deadly weapons within the city of Harrisburg.

SECTION 1. *Be it enacted, &c.,* That any person who shall carry any pistol, dirk-knife, slung-shot or deadly weapon

Digitized by Google

736                    LAWS OF PENNSYLVANIA,

within the city limits of Harrisburg, except police officers, shall be deemed guilty of misdemeanor, and being convicted thereof, shall be sentenced to undergo an imprisonment or be fined in any sum of not less than fifty dollars, or both, at the discretion of the court, and in case of non-payment of the fine so imposed, shall be imprisoned for a period of not less than three months, and be required to give security for future good behavior. The fines collected shall be paid into the city treasury for the use of said city.

APPROVED—The 12th day of April, A. D. 1873.

J. F. HARTRANFT.

—————

No. 811.

## An Act

To incorporate the Mountain Grove Camp-Meeting Association of the Methodist Episcopal Church.

*Corporators*

SECTION 1. *Be it enacted, &c.,* That Reverends Samuel Barnes and Samuel Creighton, Messrs. J. M. Shoop, N. P. John, M. W. Jackson, B. G. Welch, Stephen Turnbaugh, E. M. Wardin, A. J. Amerman, J. R. Cleaver and Joseph Smith, with such other person or persons, citizens of this state and of any other state, as may associate with them, and their successors, be and they hereby are created a body politic and corporate in law by the name, style and title of the Mountain Grove Camp-Meeting Association of the Methodist Episcopal Church, for the purpose of providing and maintaining for the members and friends of the Methodist Episcopal church a proper, convenient, desirable and permanent camp-meeting ground and christian family resort ; and by the name of the Mountain Grove Camp-Meeting Association of the Methodist Episcopal Church, shall have perpetual succession, and be able to sue and be sued in any court of law or equity, and may have and use a common seal, and the same at their pleasure alter and renew ; and shall have power to purchase and hold such real and personal estate, and erect such buildings and improvements thereon as they may deem necessary, proper or desirable for the purposes and objects of the corporation, and the same, or any part thereof, to dispose of in parcels or otherwise, by lease, or in fee simple, or otherwise, on such terms, conditions and restrictions, not repugnant to the laws of this state or the United States, as they may see fit ; and the said corporation shall have authority to receive gifts or bequests, by will or otherwise, for the purpose of ornamenting, improving and maintaining the camp-ground of said association. The managers of the said corporation shall have power to borrow money to any amount, not ex-

*Title.*

*Purpose.*

*Powers and privileges.*

*Managers may borrow money.*

Digitized by Google

# EXHIBIT 11

**Ch. 2     OFFENSES AGAINST PUBLIC PEACE     18 § 4416**

of, shall be sentenced to pay a fine not exceeding five hundred dollars ($500), or undergo imprisonment not exceeding one (1) year, or both.

The jury trying the case may infer such intent from the fact the defendant carried such weapon.  1939, June 24, P.L. 872, § 416;  1956, April 4, P.L. (1955) 1383, § 1.

### Historical Note

The act of 1956 substituted the first part of this section, to and including "otherwise", for "Whoever carries any firearm, slungshot, handy-billy, dirk-knife, razor or any other deadly weapon, concealed upon his person." The act of 1956 also, following "imprisonment", deleted "by separate or solitary confinement".

**Source Notes by Drafting Committee:**
1875, March 18, P.L. 33, § 1 (18 P.S. § 401).

**Penal Code 1939:**

Act 1875, March 18, P.L. 33, § 1, contained similar provisions and provided that jury could "infer such intent as aforesaid, from the fact of the said defendant carrying such weapons in the manner as aforesaid."

**Prior local provisions:**

Prior local provisions were contained in act of 1864, May 5, P.L. 823, act of 1850, May 23, P.L. 666, § 22, and act of 1873, April 10, P.L. 656, § 1.

### Cross References

Carrying in case or wrapped, and possession of loaded weapons restricted, see section 1311.806 of Title 34, Game.

Cities of second class, preventing, see section 23131 of Title 53, Municipal and Quasi-Municipal Corporations.

Power to carry weapons
    Fish commissioners and wardens, see section 696 of Title 71, State Government.
    Secretary of Board of Game Commissioners and game protectors, see section 675 of Title 71, State Government.

Security to keep the peace, see section 23 of Title 19, Criminal Procedure.

Unnaturalized foreign-born residents, possession by prohibited, see sections 1311.1002, 1311.1005 of Title 34, Game.

### Notes of Decisions

Constitutionality 1
Construction and application 2
Evidence 6
Indictment 5
Instructions 7
Jury questions 8
Merger of offenses 4
Repeal 3
Sentence and punishment 9
Validity 1

**Library references**
    Weapons ⊜8.
    C.J.S. Weapons § 6.

**1. Validity**

This statute was constitutional and did not violate Const. art. 1, § 21, concerning the right of citizens to bear arms. Wright v. Com., 77 Pa. 470, 1875.

By the act of 1850, May 3, P.L. 670, § 22 (local), establishing a police force for the city and incorporated districts of the county of Philadelphia, in case of a riot, "any person arrested upon whose person or in whose possession shall be found fire-arms or any other deadly weapon, shall be deemed guilty of an intention to riot, whether said fire-arms or deadly weapon shall be used or not, unless the contrary can be satisfactorily established, and punished accordingly." It has been ruled by the court of quarter sessions of Philadelphia, that this act is unconstitutional, so far as it applies to the carrying of arms for self-defense; and that it is competent for the accused to

## 18 § 4416          THE PENAL CODE          Ch. 2

rebut the unlawful intent raised by the statutory provision. Com. v. McNulty, 8 Phila. 610, 28 L.I. 398, 1871.

### 2. Construction and application

Provision that jury may infer intent to injure another from fact of carrying weapon, means only that, while commonwealth bears burden of convincing jury beyond reasonable doubt of an intent to do injury, once evidence is introduced that dangerous and deadly weapon was concealed, then case must go to jury, and verdict of jury will not be disturbed. Com. v. Festa, 40 A.2d 112, 156 Pa.Super. 329, 1945.

This section does not forbid the innocent carrying of any object, whether used solely for attack or defense, like a firearm, or possessing some legitimate function beyond a utility to wound or maim, but prohibits the concealed carrying of any article intended to be used unlawfully. Id.

Everyday meaning must be attached to phrase "upon the person". Com. v. Lanzetti, 97 Pa.Super. 126, 1929.

Carrying concealed weapons "upon his person" means article in contact with person or carried in clothing, word "upon" signifying close contact. Id.

A conviction of carrying a concealed deadly weapon was upheld where a constable entered defendant's home, awakened and arrested him on another charge, took him before a justice of the peace and later transported him to the county prison where he was searched and a set of aluminum knucklers found in his pocket. Com. v. Billett, 24 D. & C.2d 659, 57 Lanc.Rev. 431, 1962.

Where overcoat, in pocket of which there was loaded revolver, was carried over arm, there was a carrying of concealed deadly weapons within meaning of this statute. Com. v. Reynolds, 4 D. & C. 262, 1923.

A verdict of guilty of carrying a concealed weapon under this statute would be set aside and a new trial granted where it was shown that the weapon was unloaded and defendant had no cartridges about him. Com. v. Sweitzer, 21 Dist. 807, 25 York 202, 4 Berks 249, 1912.

A person may not be convicted of the crimes of armed robbery or carrying concealed weapons, both of which include specific intent as an essential element, where the person is incapable of entertaining that intent, even though

that incapacity resulted from voluntary intoxication. Com. v. Hart, 101 P.L.J. 449, 1954.

### 3. Repeal

Local act 1873, April 12, P.L. 735, making it misdemeanor to carry pistol or other deadly weapon within city limits of Harrisburg was not repealed by act 1875, March 18, P.L. 33, § 1. Com. v. Kreps, 25 Dauph. 335, 1922.

### 4. Merger of offenses

The alleged crimes of possessing burglar tools with intent to use same feloniously and of carrying concealed deadly weapons did not merge with third alleged crime of aggravated assault and battery and shooting at a person with intent to murder. Com. ex rel. Rodzwell v. Ashe, 27 A.2d 253, 149 Pa.Super. 307, 1942.

### 5. Indictment

Omission of averment that weapon was concealed on relator's person from indictment for carrying concealed weapon was merely formal defect, not properly reviewable in habeas corpus proceeding for defendant's release from detention in state penitentiary under sentence on conviction of such crime. Com. ex rel. Sawchak v. Ashe, 83 A.2d 497, 169 Pa.Super. 529, 1951, certiorari denied 72 S.Ct. 1080, 343 U.S. 980, 96 L.Ed. 1371.

Indictment against foreigner for carrying concealed deadly weapons under act 1875, March 18, P.L. 33, could not be based on complaint under act of 1909, May 8, P.L. 466. Com. v. Rinaldi, 39 Lanc. 112, 2 Som. 252, 5 D. & C. 331, 72 Pitts. 1081, 1924.

### 6. Evidence

Evidence established beyond a reasonable doubt defendant's guilt of offenses of (1) shooting with intent to murder, (2) committing crime of violence while armed, and (3) carrying concealed weapon. Com. v. Harris, 169 A.2d 576, 194 Pa.Super. 600, 1961.

Evidence was insufficient to support conviction for carrying concealed weapons on person. Com. v. Lanzetti, 97 Pa.Super. 126, 1929.

Where the defendant was indicted under the provisions of this section, for carrying a concealed deadly weapon, and the commonwealth proved that the deadly weapon was carried concealed, a prima facie case was made out, and

284

the matter should have gone to the jury, and a verdict of guilty would be sustained. Com. v. Joseph Bruno, 82 Pa.Super. 388, 1923.

**7. Instructions**

An instruction, which correctly stated law as to carrying concealed deadly weapon except for statement that where person has such weapon in his possession the intent to injure another will be presumed, did not require reversal because of use of word "presumed" on theory that thereby burden of disproving intent was erroneously shifted to accused, where such mistake was called to trial court's attention and corrected. Com. v. Festa, 40 A.2d 112, 156 Pa.Super. 329, 1945.

**8. Jury questions**

In prosecution against brewery salesman for carrying a concealed deadly weapon, a large knife of type used to cut linoleum, evidence was sufficient for jury where no explanation was given for carrying such knife. Com. v. Festa, 40 A.2d 112, 156 Pa.Super. 329, 1945.

**9. Sentence and punishment**

Under this section and section 4628 of this title relating to firearms in motor vehicle, definite sentence of two years in state penitentiary upon conviction for both offenses was erroneous. Com. ex rel. Monaghan v. Burke, 82 A.2d 337, 169 Pa.Super. 256, 1951, certiorari denied 72 S.Ct. 233, 342 U.S. 898, 96 L.Ed. 673.

## § 4417.   Carrying bombs and explosives

Whoever possesses or carries on or about his person or in a vehicle, with the intent to use the same unlawfully against the person or property of another, any bomb, bombshell, or other explosive substance, except fixed ammunition, or any noxious liquid gas or substance, is guilty of a felony, and on conviction thereof, shall be sentenced to pay a fine not exceeding five thousand dollars ($5,000), or undergo imprisonment, by separate or solitary confinement at labor, for a term of not more than ten (10) years, or both.   1939, June 24, P.L. 872, § 417.

### Historical Note

*Source Notes by Drafting Committee:*

1929, April 25, P.L. 778, § 1 (18 P.S. § 1331).

**Penal Code 1939:**

Act 1929, April 25, P.L. 778, § 1, read as follows: "On or after the date upon which this act takes effect, any person, except a duly appointed or elected law enforcement officer, or a member of the army, navy, or marine corps of the United States, or of the National Guard, or organized reserves, who possesses or carries on or about his person or in a vehicle, a bomb, bombshell, except for blasting or other commercial use, or who, with the intent to use the same unlawfully against the person or property of another, possesses or carries any explosive substance, or any noxious liquid gas or substance, except fixed ammunition, shall be guilty of a felony, and, on conviction thereof, shall be sentenced to pay a fine not exceeding one thousand dollars, and to undergo imprisonment by separate or solitary confinement at labor for a term of not less than two years nor more than ten years."

### Cross References

Minor as associate, additional penalty, see section 5110 of this title.
Offenses as to firearms and explosives involving a breach of the peace, see sections 4623–4626 of this title.
Sale of explosives to minors, see section 4626 of this title.
Shipping explosives, see section 4661 of this title.
Vehicles and trains, carrying explosives on, see section 4660 of this title.

# EXHIBIT 12



# A Digest

OF THE

# LAWS OF PENNSYLVANIA,



FROM

## ONE THOUSAND EIGHT HUNDRED AND EIGHTY-THREE

TO

## ONE THOUSAND EIGHT HUNDRED AND NINETY-ONE.





### SUPPLEMENTARY

TO THE

### ELEVENTH EDITION OF BRIGHTLY'S PURDON'S DIGEST,

AND COMPLETING IT TO THE PRESENT TIME.

BY

## FRANK F. BRIGHTLY, Esq.,

AUTHOR OF "BRIGHTLY'S PHILADELPHIA DIGEST."

PHILADELPHIA:

KAY AND BROTHER,

LAW BOOKSELLERS, PUBLISHERS AND IMPORTERS.

1891.

Digitized by Google



16 May 1891.
P. L. 63.

Change of bound-
aries.

78. Whenever the boundary lines of any city of the third class are, in whole or in part, the centre of a stream or water-course, the councils of the city may, by ordinance, change the lines so as to embrace the whole bed or margin of the stream and water-course and any roadway on the bank of such stream or water-course within the limits of the city, and shall cause a map or plot of the part of the line so changed, together with a copy of the ordinance, to be filed in the court of quarter sessions of the county wherein such city is located, and notice of the filing of the same shall be given by publication in two newspapers published in the county—if there be two—nearest the limits of the said city, at least three weeks previous to the filing of said map or plot, and if no exceptions are filed on the first day of the term to which the publication is made the same shall be conclusive; and if exceptions are filed the court shall, at the next succeeding term, hear the parties and determine whether or not the exceptions shall be sustained. If the court, upon hearing, sustains the exceptions, no further proceedings shall be had in reference to such change of boundaries, for one year, by the councils of such city; but if the exceptions are overruled the boundary or boundaries ascertained by the ordinance and map shall be as therein fixed.

### (4.) Corporate powers.

23 May 1889, art. 5,
§ 1.  P. L. 277.
Present powers
and officers con-
tinued.

79. The corporate powers and the number, character, powers and duties of the officers of cities of the third class now in existence by virtue of the laws of this commonwealth shall be and remain as now provided by law, except where otherwise provided by this act.

Ibid. § 2.

Powers under
this act.

80. Every city of the third class within this commonwealth is hereby declared to be a body corporate and politic, and shall have perpetual succession and shall have power :—

I. To sue and be sued.

II. To purchase and hold real and personal property for the use of the city.

III. To lease and to sell and convey any real or personal property owned by the city, and to make such order respecting the same as may be conducive to the interests of the city.

IV. To make all contracts and do all other acts in relation to the property and affairs of the city necessary to the exercise of its corporate or administrative powers.

V. To have and use a corporate seal and alter the same at pleasure; and every such seal shall have upon it the word "Pennsylvania," the name of the city and the year of its original incorporation.

Powers vested in
mayor and coun-
cils.

The powers hereby granted shall be exercised by the mayor and councils of such cities in the manner herein provided.

Ibid. § 3, cl. 1.

For what purposes
ordinances may
be enacted.

Taxation.

81. Every city of the third class in its corporate capacity is authorized and empowered to enact ordinances for the following purposes, in addition to the other powers granted by this act: To levy and collect taxes for general revenue purposes, not to exceed ten mills on the dollar in any one year, on all persons, real, personal and mixed property within the limits of said city, taxable according to the laws of the state of Pennsylvania for county purposes; the valuation of such property to be assessed as hereinafter provided.

Ibid. cl. 2.

Valuation of
property.

82. To provide for the assessment and collection of taxes, in addition to the above, not exceeding one per centum on the dollar upon the assessed valuation in any one year, on all persons, real and personal property and all other matters and things within said city, taxable for county purposes, for the payment of interest on bonded indebtedness and for the payment of loans to support the government and to make the necessary improvements in said city.

Ibid. cl. 3.

Poll tax.

83. To impose a poll-tax for general revenue purposes, not exceeding one dollar annually, on all male inhabitants above the age of twenty-one years.

Ibid. cl. 4.

License taxes.

84. To levy and collect, for general revenue purposes, a license tax not exceeding one hundred dollars each, annually, on all auctioneers, contractors, druggists, hawkers, peddlers, produce or merchandise venders, bankers, brokers, pawnbrokers, merchants of all kinds, persons selling or leasing goods upon instalments, grocers, confectioners, butchers, restaurants, bowling alleys, billiard tables and other gaming tables, drays, hacks, carriages, omnibuses, carts, wagons, street railway cars and other vehicles used in the city for hire or pay, lumber dealers, including commission men and all persons who make a business of buying lumber for sale at wholesale or retail, furniture dealers, saddle or harness dealers, stationers, jewelers, livery or boarding stable keepers, real estate agents,

## MUNICIPAL CORPORATIONS.

agents of fire, life or other insurance companies, market house companies, express companies or agencies, telegraph, telephone, steam heating, gas, natural gas, water, electric light or power companies or agencies, or individuals furnishing communication, light, heat or power by any of the means enumerated, and to regulate the collection of the same. <span style="float:right">23 May 1889, art. 5, §8, cl. 4.   P. L. 277.</span>

85.  To borrow money on the credit of the city, and to pledge the credit and revenue thereof for the payment of the same, to an amount not exceeding two per centum upon the assessed value of the taxable property in said city ; and, with the consent of the people of the said city, obtained at an election held under the provisions of the constitution and the general laws of this commonwealth, to increase the indebtedness of such city to an amount not exceeding in the aggregate seven per centum upon the assessed valuation of the taxable property therein. *Ibid. cl. 5.*
*To borrow money and secure payment thereof.*
*Increase of Indebtedness.*

86.  To provide for the issuing of bonds, and for the application of bonds already issued by cities hereafter incorporated, for the purpose of funding any and all indebtedness now existing or hereafter created, of the city, now due or to become due : *Provided,* That said bonds shall be payable in not less than five years and not more than thirty years from the date of their issue, and that the same shall bear interest at a rate not exceeding six per centum per annum, with interest coupons attached, payable annually or semi-annually ; and the said bonds shall not be sold or exchanged for less than their par value ; *Ibid. cl. 6.*
*Funding of indebtedness.*
*Date of payment of bonds.*
*Rate of interest.*
*Sale of bonds.*

87.  To make provision for a sinking fund to pay at maturity the bonded indebtedness of the city, and to levy and collect taxes on all the taxable property in the city, in addition to all other taxes, for the purpose of paying the same, under and subject to the limitations and requirements of this act and of the constitution and laws of this commonwealth. *Ibid. cl. 7.*
*Sinking fund.*

88.  To lay out, open, widen, straighten, alter, extend or improve any street, avenue, alley, or lane within the city limits, in accordance with the provisions of this act, and keep the same in good order and repair and in safe, passable condition, or to vacate and discontinue the same whenever deemed expedient for the public good, and to make sidewalks and construct and maintain bridges and culverts. *Ibid. cl. 8.*
*Streets, alleys, sidewalks, bridges, and culverts.*

89.  To construct and reconstruct sewers, and to extend the same beyond the city limits, whenever deemed necessary, and for the purpose of such construction or extension, to take and occupy private lands and property, making compensation therefor to the owners thereof as required by law. *Ibid. cl. 9.*
*Sewers.*

90.  To cause to be graded, paved or macadamized any public street, lane or alley, or part thereof, which is now or may hereafter be laid out and opened in any of the said cities, and have the same set with curbstone, and to provide for the payment of the cost and expense of the same or any part thereof by the city, or by the owners of real estate bounding and abutting thereon, by an equal assessment on said property in proportion to the number of feet the same fronts on the street, lane or alley, or part thereof to be improved, or in case of grading only, to assess the cost thereof, when not paid by the city, upon the properties benefited according to benefits ; but councils shall not order any street, lane or alley, or part thereof, to be paved or macadamized at the cost of the owners whose lands front upon the street, lane or alley, or part thereof to be so improved, except upon the petition of a majority in number of such owners, or upon the petition of the persons owning a majority of the feet front on the street, lane or alley, or part thereof to be improved, unless the ordinance for such improvement shall have been passed by a vote of two-thirds of all the members of each branch of councils, in which case councils may direct the improvement to be made at the cost of the owners without petition : *Provided, however,* That before councils shall order any street or alley, or part thereof, to be paved without a petition therefor, a concurrent resolution shall be passed, by a vote of two-thirds of all the members elected to each branch of councils, and approved by the mayor, declaring the purpose of the city to order a certain street or alley, or part thereof, to be paved at the expense of the abutting property. After the passage of said resolution, the owners of property at whose expense said paving is to be done, shall have sixty days in which to agree in writing upon the kind of pavement to be laid. When a majority of said property owners shall agree upon the kind of pavement, the agreement shall be submitted to the mayor for approval. If he approves, notice thereof shall be sent to councils ; councils may then order said pavement to be laid at the expense of the abutting property, by ordinance, which shall be passed by a vote of *Ibid. cl. 10.*
*Grading, paving, and curbing.*
*Payment thereof.*
*Majority in interest must petition for improvements.*
*Unless councils order same by two-thirds vote.*
*Sixty days' time for property owners to agree on kind of pavement.*

30

Digitized by Google

23 May 1889, art. 5,
§ 3, cl. 10.  P. L. 277.
Failure of owners
to agree. two-thirds of all the members elected to each branch thereof.  In case the property owners do not agree upon the kind of pavement within sixty days aforesaid, or the mayor shall not approve of the kind of pavement selected by the property owners, then councils may determine the kind of pavement and provide for the same in the ordinance directing the pavement to be laid, which ordinance shall be passed by a two-thirds vote of all the members elected to each branch thereof.

Ibid. cl. 11.
To require
owners to pave.



Payment. 91. To require owners of property abutting on any public street, lane or alley, to construct, pave, repave and recurb the sidewalks, and keep the same in good repair along such property, with such materials and under such regulations as may be prescribed by ordinance, and upon failure of such owners to comply therewith, upon notice, to authorize the same to be done by the city, and the expense thereof to be levied and collected from such owners, with costs; which amount shall be a lien upon such premises from the time of the commencement of the work, which date shall be fixed by certificate of the city engineer, filed with the clerk, and may be collected by action at law, or such lien may be filed and proceeded in as herein provided in the case of municipal liens.

Ibid. cl. 12.
Appropriations. 92. To provide for the payment of the debts and expenses of the city and to appropriate money therefor.

9 June 1891.
P. L. 255.

To create city
offices and pre-
scribe powers. 93. To create any office which they may deem necessary for the good government and interests of the city, and to regulate and prescribe the powers, duties and compensation of such officers, in accordance with this act; but no ordinance shall be passed increasing or diminishing the salary or compensation of any officer after his or their election or appointment: *Provided, however*, That in case of the creation of any board of officers, the members thereof shall be elected or chosen by the select and common councils, but no two persons from the same ward shall serve on any board at the same time.(a)

23 May 1889, § 3,
cl. 14.  P. L. 277.

To require bonds. 94. To require from all officers and agents of the city, elected or appointed, lawful bonds and security for the faithful performance of their duties; and no officer or agent, required by law or ordinance to give bond as aforesaid, shall be sworn into office or enter upon the duties thereof until such bond shall have been duly approved by the proper authority.

Ibid. cl. 15.
Removal of
officers. 95. To provide for the removal of officers of the city whose offices are established by ordinance and whose removal is not otherwise herein provided for.

Ibid. cl. 16.
Care of sidewalks,
etc.
Shade trees.
Basements and
excavations. 96. To require the removal of all obstructions from the sidewalks, curbstones, gutters, streets and street crossings, at the expense of the owners or occupiers of the ground fronting thereon, or at the expense of the person or persons placing the same there; and to regulate the planting and protection of shade trees in the streets, the building of cellar and basement ways and other excavations through or under the sidewalks in said city.

Ibid. cl. 17.
Porches, bay-
windows, etc. 97. To make and establish such and so many uniform rules and regulations as to them may seem expedient for the better regulation of porches, porticos, benches, doorsteps, railings, bulk, bay or jut windows, areas, cellar doors and cellar windows, signs and sign posts, boards, poles or frames, awnings, awning posts or other devices or things projecting over, under, into or otherwise occupying the sidewalks, or other portion of any of the streets, lanes or alleys, and in relation to boxes, bales, barrels, hogsheads, crates or articles of merchandise, lumber, coal, wood, ashes, building materials or any other article or thing whatsoever, placed in, or upon, any of the said sidewalks or other portion of said streets, lanes or alleys, and also to prevent and remove all encroachments thereon.

Ibid. cl. 18.
Railroad bridges
and crossings.
Safety gates.




Rate of speed. 98. To provide for and require the construction and maintenance of bridges or other crossings, over or under railroad tracks, and to enter into contracts with railroad companies for the construction and maintenance of the same; to require the erection of safety gates and the placing of flagmen at the intersection of railroads with public streets; to forbid the obstruction of the said crossings by locomotives or railroad cars, and also to make reasonable regulations concerning the rate of speed at which locomotives, cars or trains shall pass upon or across the streets within the built-up portions of the city.

Ibid. cl. 19.
Night-watch and
police. 99. To establish and maintain night-watch and police and define the duties of the same.

(a) This is an amendment of cl. 13, § 3, of the act 23 May 1889, P. L. 277.

Digitized by Google

100. To regulate the police of the city and to impose fines, forfeitures and <span>23 May 1889, § 3, cl. 20. ·P. L. 277.</span> penalties for the violation of any ordinance, and provide for the recovery and collection of the same; and in default of payment to provide for confinement in <span>Fines and penalties.</span> the city or county prison, or to hard labor upon the streets or elsewhere, for the <span>Imprisonment or labor on streets.</span> benefit of the city.

101. To provide for the erection or purchase of lock-ups, or watch-houses in <span>Ibid. cl. 21.</span> some convenient part of the city, for the detention and confinement of vagrants <span>Lock-ups.</span> and persons arrested by the police officers, until the persons so arrested can be taken before the proper magistrate for hearing, and committed to prison or discharged; but no person shall be detained therein for a longer time than twenty- <span>Detention therein.</span> four hours, except upon the order of a magistrate legally authorized, who may commit such person for further hearing.

102. To erect or purchase, establish and maintain hospitals, prisons, work- <span>Ibid. cl. 22.</span> houses and houses of correction for juvenile or other offenders, and to prescribe <span>Hospitals, prisons, workhouses, etc.</span> regulations for the government thereof, and also to erect all public buildings necessary for the use of the city or of any department thereof.

103. To establish and enforce suitable police regulations for the protection of <span>Ibid. cl. 23.</span> persons and property at public squares, parks, depots, depot-grounds and other <span>Public squares, parks, depots, etc.</span> places of public resort, and for the arrest and commitment of professional thieves.

104. To offer rewards for the arrest and conviction of persons guilty of capital <span>Ibid. cl. 24.</span> or high crimes within the city; but no policeman shall be entitled to receive <span>Rewards.</span> any share thereof.

105. To license and collect a license tax from all skating rinks, operas, the- <span>Ibid. cl. 25.</span> atres, concerts, shows, circuses, menageries and all kinds of public exhibitions <span>License tax from shows, theatres, etc.</span> for pay (except those for local, religious, educational or charitable purposes), to regulate the same and to restrain all exhibitions of indecent or immoral <span>Restrain immoral exhibitions.</span> character.

106. To regulate the time and place of bathing in the rivers and other public <span>Ibid. cl. 26.</span> water in and adjoining said city. <span>Bathing in rivers, etc.</span>

107. To establish stands for coaches, cabs, omnibuses, carriages, wagons and <span>Ibid. cl. 27.</span> other vehicles for hire, and to enforce the observance and use thereof, and to fix <span>Cab stands.</span> the rates and prices for the transportation of persons and property from one part <span>Rates of charge.</span> of the city to another.

108. To restrain, prohibit and suppress tippling shops, houses of prostitution, <span>Ibid. cl. 28.</span> gambling houses, gaming cock, or dog fighting and other disorderly or unlawful <span>Tippling shops, etc.</span> establishments or practices, desecration of the Sabbath day, commonly called Sunday, and all kinds of public indecencies.

109. To prevent and restrain riots, routs, noises, disturbances or disorderly <span>Ibid. cl. 29.</span> assemblies in any street, house or place in the city, to regulate, prevent and <span>Prevention of riots, etc.</span> punish the discharge of fire-arms, rockets, powder, fire-works or any other dan- <span>Fire-arms.</span> gerous combustible material in the streets, lots, grounds, alleys, or in the vicinity of any buildings; to prevent and punish the carrying of concealed deadly <span>Concealed weapons.</span> weapons; to arrest, fine or set at work on the streets or elsewhere, all vagrants <span>Vagrants.</span> found in said city; to prevent and punish horse-racing, fast driving or riding in <span>Fast driving.</span> the streets, highways, alleys, bridges or places in the city, and all games, practices or amusements therein likely to result in danger or damage to any person <span>Dangerous amusements.</span> or property, and to prevent and punish the riding or driving of horses, mules, oxen, cattle or other teams, or the passage of any vehicle drawn thereby, over, <span>Driving upon sidewalks.</span> upon or across sidewalks, and to regulate the passing of the same through the public streets.

110. To purchase and own grounds for, and to erect and establish market <span>Ibid. cl. 30.</span> houses and market places; for which latter purpose parts of any street or side- <span>Market houses and market places.</span> walk may be temporarily used, and to provide and enforce suitable general market regulations; to contract with any person or persons or association of persons, companies or corporations, for the erection and regulation of market houses and market places, on such terms and conditions and in such manner as the councils may prescribe, and raise all necessary revenue therefor, as herein provided; and also to levy and collect a license tax from every person or persons <span>Market licenses.</span> who may be authorized by councils to occupy any portion of the streets or sidewalks for temporary public market purposes.

111. To regulate the weighing and measuring of every commodity sold in the <span>Ibid. cl. 31.</span> city in all cases not otherwise provided by law; provide for and regulate the <span>Weights and measures.</span> inspection and weighing of hay, grain and coal and the measuring of wood and fuel to be used in the city, and to designate the place or places of the same, and

Digitized by Google


2594                    MUNICIPAL CORPORATIONS.

23 May 1889, § 3,
cl. 31.   P. L. 277.

Hay, coal, and
wood.

to regulate and prescribe the place or places for exposing for sale hay, coal and
wood, and to demand and receive reasonable fees for inspection, weighing and
measuring as aforesaid, and for the regulation and stamping of weights and
measures.

Ibid. cl. 32.

Levees and fer-
ries.
Wharves.

112. To provide for the construction and maintenance of levees and ferries
within the city limits; to erect wharves on navigable waters adjacent to the city,
regulate the use thereof, collect wharfage and establish wharf and dock lines.

Ibid. cl. 33.

Water-courses.
Wells, cisterns,
etc.

113. To establish and change the channels of water-courses, and to wall and
cover them over; to establish, make and regulate public wells, cisterns, aque-
ducts and reservoirs of water, and to provide for filling the same.

Ibid. cl. 34.

Purchase of lands
for public parks.
Election prior to
purchase.

114. To purchase, by and with the consent of a majority of the qualified
electors, obtained at an election held therefor at a time and place to be fixed by
councils, lands and premises for public parks, and to levy and collect such special
taxes as may be necessary to pay for the same; and to make appropriations for
the improvement and regulations for the government of parks owned or con-
trolled by the city.

Ibid. cl. 35.

Pens, pounds, etc.

Impounding
cattle, etc.

Taxation or de-
struction of dogs.

115. To provide for the erection of all needful pens, pounds and buildings
within or without the city limits, appoint keepers thereof and to regulate or
prohibit the running at large of cattle, hogs, horses, mules, sheep, goats, dogs or
other animals, and to cause such as may be running at large to be impounded
and sold to discharge the costs and penalties provided for the violation of such
prohibitions, and the expenses of impounding and keeping the same and of such
sale; to regulate and provide for taxing the owners and harborers of dogs, and
to destroy dogs found at large contrary to any ordinance.

Ibid. cl. 36.

Public health.

116. To make regulations to secure the general health of the inhabitants and
to remove and prevent nuisances.

Ibid. cl. 37.

Contagious dis-
eases.
Quarantine laws.

117. To make all necessary orders and regulations to prevent the introduction
of contagious or pestilential diseases into the city; to enact quarantine laws for
that purpose and to enforce the same within five miles of the city limits.

Ibid. cl. 38.

Fire department.

118. To purchase fire engines, hooks, ladders, trucks, fire alarms and other
apparatus for the extinction of fires; to organize a fire department with or with-
out pay, to make the necessary appropriations for the maintenance of the same,
and to prescribe rules and regulations for the government of the officers and
companies belonging thereto, and, if a paid department, to provide by ordinance
for the election or appointment of the officers and companies belonging thereto.

Ibid. cl. 39.

Dangerous chim-
neys, etc.

Explosive sub-
stances.

119. To regulate the construction and inspection of fire-places, chimneys,
stoves, stove-pipes, ovens, boilers, kettles, forges or any apparatus used in any
building, manufactory or business, and to order the suppression or cleaning
thereof when deemed necessary for the prevention of fires, to regulate or pro-
hibit the manufacture, sale, storage or transportation of inflammable or explo-
sive substances within the city, and to prescribe limits within which no dan-
gerous, obnoxious or offensive business shall be carried on.

Ibid. cl. 40.

Building inspec-
tion.

120. To provide a system for the inspection of buildings to insure their safety
and incombustibility, and for the appointment of one or more building inspec-
tors; to prescribe limits within which buildings shall not be constructed or
reconstructed, or into or within which the same shall not be removed, except of
incombustible materials, with fire-proof roof; and any building erected, recon-
structed or removed into or within such limits, contrary to the provisions of any
ordinance forbidding the same shall be a public nuisance and abatable as such.

Ibid. cl. 41.

Lighting of
streets.
Numbering of
houses.

121. To provide for and regulate the lighting of the streets with gas or elec-
tric lights, or light by other means, and to require the numbering of houses.

Ibid. cl. 42.

Exclusive right
to supply gas or
other light.

Contracts for sup-
ply of light.

122. To have the exclusive right at all times to supply the city with gas or
other light, and such persons, partnerships and corporations therein as may
desire the same, at such prices as may be agreed upon; and also to have at all
times the unrestricted right to make, erect and maintain the necessary build-
ings, machinery and apparatus for manufacturing and distributing the same, or,
in territory not supplied with light, to make contracts with, and authorize any
person, company or association so to do, and to give such person, company or
association the privilege of supplying gas or other light as aforesaid for any
length of time not exceeding ten years.

Ibid. cl. 43.

Exclusive right
to supply water.

Water-works.

123. To have the exclusive right at all times to supply the city with water,
and such persons, partnerships and corporations therein as may desire the same,
at such prices as may be agreed upon, and for that purpose to have at all times
the unrestricted right to make, erect and maintain all proper works, machinery,

Digitized by Google

buildings, cisterns, reservoirs, pipes and conduits for the raising, reception, conveyance and distribution of water, or, in territory not supplied with water, to make contracts with, and authorize any person, company or association so to do, and to give such person, company or association the privilege of furnishing water as aforesaid for any length of time not exceeding ten years.

124. To enter upon the land or lands, lot or lots, of any person or persons within the city, at all reasonable hours, by their duly appointed city engineer, in order to set out the foundations and regulate the walls to be built between party and party, as to the breadth and thickness thereof, which foundation shall be laid equally upon the lands of the persons between whom such party wall is to be made, and the first builder shall be reimbursed one moiety of the charge of such party wall, or for so much thereof as the next builder shall have occasion to make use of, before such next builder shall or may use or break into said wall.

125. To enter upon the land or lands, lot or lots, of any person or persons within the city, at all reasonable hours, by their duly appointed city engineer, in order to regulate partition fences; and when adjoining parties shall improve or inclose their lots, such fences shall be made in the manner generally used, and kept in good repair at the equal expense of the parties, unless the owners or occupants between whom such fence is erected shall agree otherwise.

126. To make all such ordinances, by-laws, rules and regulations, not inconsistent with the constitution and laws of this commonwealth, as may be expedient or necessary, in addition to the special powers in this section granted, for the proper management, care and control of the city and its finances, and the maintenance of the peace, good government and welfare of the city, and its trade, commerce and manufactures, and the same to alter, modify and repeal at pleasure; and to enforce all ordinances by inflicting penalties upon inhabitants or other persons for the violation thereof, not exceeding one hundred dollars for any one offence, recoverable with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid.

127. The councils of each of said cities of the third class shall, in joint convention, on the second Monday of April, or as soon thereafter as practicable, elect, by the vote of a majority of the members chosen to both branches, a competent city engineer, for the term of three years, who shall appoint such assistants as councils shall authorize by ordinance.

128. The mayors now in office shall not have power to make appointments given under the provisions of this act before the first Monday in April next.

129. In cities of the third class, operating with but a single branch of council, the members thereof in office at the date of the approval hereof are empowered to exercise all the functions of councils in the manner theretofore authorized, until their successors are duly elected and installed in accordance with the provisions of this act.

### (5.) Councils: Ordinances: Officers: Contracts: Appropriations.

130. The legislative power of every city of the third class shall be vested in the councils thereof, which shall consist of two branches, the select and common council. No officer of the United States or of the state of Pennsylvania (except notaries public or officers of the militia), nor any municipal or county officer or employé of the city, or of any department thereof, shall serve as a member of councils during his continuance in such office or employment.

131. No ordinance shall be passed by councils except by bill, and no bill shall be so altered or amended on its passage through either branch as to change its original purpose.

132. No bill shall be considered unless referred to a joint or separate commitee, returned therefrom, and printed for the use of the members; and no bill shall be passed containing more than one subject, which shall be clearly expressed in its title.

133. Every bill shall be read at length in each branch; all amendments made thereto shall be printed for the use of the members before the final vote is taken on the bill, and no bill shall be passed finally in either branch upon the same day on which it was introduced or reported. On its final passage the vote shall be taken by yeas and nays, and the names of the persons voting for and against the same be entered on the journal; and no bill shall be passed finally unless a majority of the members elected to each branch be recorded thereon as voting in its favor.

Marginal notes:

23 May 1889, § 3. cl. 43. P. L. 277.

Contracts.

Ibid. cl. 44.

Party walls.

Ibid. cl. 45.

Partition fences.

Ibid. cl. 46.

To pass other necessary ordinances.

Penalties.

Ibid. cl. 47.

Election of city engineer.

Assistants.

Ibid.
Mayor's appointing power.

Ibid. art. 19, § 4.

Cities having but one branch of councils.

23 May 1889, art. 4, § 1. P. L. 277.

Councils.
Eligibility.

Ibid. § 2.

Passage of ordinances.

Amendments.

Ibid.
Bills to be referred and printed.
To contain but one subject.

Ibid. § 3.

Bills to be read.
Amendments to be printed.
Not passed on day introduced.

Yeas and nays on final passage.

Digitized by Google

# EXHIBIT 13

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL
CORPORATION OF THE

*Council*

## CITY OF HARRISBURG *Laws etc*

PENNSYLVANIA

IN FORCE AUGUST 1, A. D. 1906



PUBLISHED BY AUTHORITY OF CITY COUNCILS

### PART I.
By LOUIS RICHARDS, ESQUIRE
of the Berks County Bar

### PART II.
By JAMES M. LAMBERTON, ESQUIRE
of the Dauphin County Bar

NEWARK, N. J.
SONEY & SAGE
———
1906

LITTAUER LIBRARY, SSP
HARVARD UNIVERSITY

Digitized by Google

*of the same,* That permission be and the same is hereby granted to the Keystone Chapter of the Pennsylvania Society of the Daughters of 1812 to place in Lincoln Park a large boulder, appropriately inscribed, to perpetuate the memory of Ferdinand Durang.  1 April, 1902.  C, 231.

**Grass plots.**

9. That the Harrisburg park commission be and it is hereby directed to construct, take charge and maintain all grass plots duly authorized, and which may hereafter be authorized to be constructed within the curb lines of city streets, and exercise jurisdiction over said grass plots in the same manner as if they were parts of the public park system of the city.  23 July, 1904. D, 106, §1.

**Property for park purposes may be acquired;  Unused ducts in city's conduit may be leased.**

10. That the Harrisburg park commission be, and the same is hereby authorized to procure, by lease, real property for public park purposes, subject to the approval of councils by joint resolution as to the terms and conditions thereof; and also to lease or let the unused ducts in the city's conduit, along Front and Market streets, upon such terms and conditions as may likewise be approved by councils.  19 June, 1906.  D, 481, §1.

**Repeal.**

10a. That all ordinances, or parts of ordinances, in conflict herewith be, and the same are hereby repealed.  Id., §2.

**Park Rules.**

11. The following sections are published in pursuance of Article VI, Section 8, of the Act of Assembly, approved the 23d day of May, A. D. 1889, entitled "An act providing for the incorporation and government of cities of the third class."

Section 1. The term "parks" used herein shall be construed to include all lands and waters under the control of the Harrisburg park commission, or that may come under its control while these regulations are in force.

The term "commission" shall refer to the Harrisburg park commission.

Section 2. The parks of the City of Harrisburg are for the benefit and pleasure of the whole public, and all persons who use said parks shall be subject to the rules of the park commission.

The roadways in the parks shall not be used by any vehicles except those employed for purposes of pleasure or recreation and by pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and childrens' carts may pass thereon, but loafing or prolonged standing shall not be allowed on the same.

This section shall not apply to vehicles used by order of the commission.

Automobiles may be forbidden to run in all or part of any park

Digitized by Google

468        PARK COMMISSION AND PARKS.

or parkway at the option of the commission, which shall in that case post legible notices at the entrances of said park or parkway.

The parks shall be closed from twelve o'clock midnight, till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Beg.
8. Publicly solicit subscriptions.
9. Drive or lead a horse not well broken.
10. Allow any dog or horse to run at large.
11. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park water-way, or deposit waste paper, fruit, refuse, lunch baskets or other refuse in any place save the receptacles therefor.
12. Sell any intoxicating liquors in any park or along any parkway.
13. Bathe in park waters, without having the body concealed by suitable covering, extending from the knees to the shoulders.

Section 4. No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission:

1. In any manner pull, injure or break any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Write, paint or carve on any tree, bench or structure.
3. Climb any tree, or tie any horse to a tree.
4. Carry or discharge any firearms or fireworks or send up any balloon.
5. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances or vehicles used by physicians when actually engaged in responding to emergency calls.
6. Permit any animal except horses and led dogs to enter said parks.
7. Obstruct in any way a roadway or path.
8. Carry any flowers or shrubs, firearms, sling-shot, ax, saw, shovel or spade within reservoir park.
9. Keep or offer anything for sale.
10. Post or display any sign, banner or advertisement.
11. Play any music.
12. Deliver any public speech.
13. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
14. Conduct any funeral procession or vehicles containing the body of a deceased person.



15. Solicit or invite passengers for hire for any boat or vehicle.

16. Build any fire.

17. Take any ice from any park waters.

18. Fish in any park waters.

19. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.

20. Enter or leave except at the established ways of entrance and exit.

21. Place or propel any boat or other craft upon park waters.

22. Land from any boat at a place not designated by said commission for that purpose.

23. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

24. Occupy in any way the slopes of the river park, except as a landing place.

25. Hold any picnic at a place not designated for that purpose.

26. Play baseball, tennis nor any other game or sport at a place not designated for that purpose.

27. Bathe in any place not designated by the commission.

28. Violate the regulations relating to the use of any building or place.

29. Injure any notice posted by order of said commission.

Section 5. Any person violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50) and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Dauphin county for a period not exceeding thirty (30) days. 14 Sept., 1905. D, 421.

# Passenger Railways.

[See STREETS—SUBWAYS.]

Acceptance of ordinance, &c., 16.
Consent of city, certificate, 11.
Consent of city, how given, 12.
Construction regulated, 13, 14.
Dirt, snow, &c., not to be piled on streets, 1.
Highways to be put in good condition, promptly, 9.
Operations regulated, 15.
Penalty for failing to clear and sweep highways, 6.
Penalty for piling dirt, snow, &c., on streets, 2.
Penalty for violating ordinance as to construction, &c., 13, 14, 15.
Penalty for violating ordinance as to rails, &c., 10.
Repeal, 4, 17.
Solid grooved rail to be used, 7, 8.
Snow, dirt, &c., on streets, 1.
Snow to be removed, 5.
Supervisors to enforce ordinance, 3.

**Railway companies forbidden to place piles of snow, &c., on streets.**

1. That from and after the passage of this ordinance it shall be unlawful for any passenger or other railway company to place, or cause to be placed, any heap or heaps, or piles of ice, snow or dirt or other rubbish, upon any street or avenue in the City of Harrisburg traversed by said railways. 5 Feb., 1887. 4, 133, §1.

**Penalty.**

2. Any officer or employe of any of said railway companies, whose duty it shall be to superintend the tracks of said companies, who, on notice from either of the supervisors, shall refuse or

Digitized by Google

# EXHIBIT 14

BILL NO. 42-1991

Moved by: *[signature]*

An Ordinance amending Article 977, Section 977.05(c) of the Codified Ordinances of the City of Harrisburg by adding thereto a new Section 977.06(h) "fishing".

**NOW, THEREFORE, BE IT AND IT IS HEREBY ORDAINED BY AUTHORITY OF THE CITY COUNCIL OF THE CITY OF HARRISBURG,** as follows:

<u>SECTION 1.</u>    Article 977, Section 977.05(c) of the Codified Ordinances of the City of Harrisburg is hereby amended to read as follows (additions indicated by <u>underlines</u>, deletions by brackets[]):

977.05 RECREATIONAL ACTIVITIES.

*    *    *

(c)  <u>Hunting, [and] Firearms and Fishing</u>.  No person in any park shall hunt, trap or pursue wild life at any time, except in connection with bona fide recreational activities and with the approval of the Director by general or special order or rules or regulations, or use, carry or possess firearms of any descriptions, or air rifles, spring guns, bow and arrows, slings or any other forms of weapons potentially inimical to wild life

and dangerous to human safety, or any instrument that can be loaded with the fire blank cartridges, or any kind of trapping device.  Shooting or propelling any object from any of the foregoing into park areas from beyond park boundaries is forbidden.  Fishing in Italian Lake shall be prohibited.

Seconded by: _____

September
October 8, 1991
October 8, 1991

First Reading
Second Reading
Final Passage

| YEAS | | NAYS |
|---|---|---|
| | BRAXTON | Absent |
| | HOUSE | |
| | HUBBARD | |
| | JONES | |
| | MENAKER | |
| | SIMONS | |
| | DeGARCIA | |
| Yeas | 6 | |
| Nays | 0 | |

Absent 1

Passed the City Council October 8, 1991

Frank de Garcia
President of City Council

Attest _____
City Clerk

☒  Approved

☐  Returned to City Council with objections

_____
Mayor

10-9-91
Date

## Certificate of Service

I certify that on this date, I served a true and correct copy of this

filing by this Court's electronic filing system and by United States, First

Class Mail, to:

Justin J. McShane, Esquire
Michael Antonio Giaramita, Jr., Esquire
The McShane Firm, LLC
3601 Vartan Way, 2nd Floor
Harrisburg, PA  17110
(Attorneys for Plaintiffs-Appellees)

<div align="right">

s/ Amyra W. Wagner
Legal Assistant to Frank J. Lavery,
Jr., Esquire and Josh Autry, Esquire

</div>

Dated: September 1, 2015