**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FIREARM OWNERS AGAINST CRIME, et al.,** | : | |
| Plaintiffs | : | No. 1:15-cv-00322 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **CITY OF HARRISBURG, et al.,** | : | |
| Defendants | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

Defendants removed this case from the Court of Common Pleas of Dauphin County, Pennsylvania on February 13, 2015, invoking this Court's original jurisdiction over Plaintiffs' claims arising under the Second Amendment to the United States Constitution. (Doc. No. 1); 28 U.S.C. § 1331.

On March 24, 2016, the Court entered an order dismissing Plaintiffs' complaint without prejudice for lack of standing. (Doc. No. 50.) In that order, the Court granted Plaintiffs leave to amend their complaint on a limited basis within ten (10) days of the Court's order. (Id. ¶ 2.) In addition, the Court notified the parties that, "[i]f Plaintiffs waive amendment or fail to amend, this action will be remanded to the Court of Common Pleas for Dauphin County, Pennsylvania pursuant to 28 U.S.C. § 1447(c)." (Id. ¶ 3.) To date, Plaintiffs have not sought to amend their complaint or sought an extension of time to do so.

This Court's decision is based on a finding that Plaintiffs lack federal standing. The Court makes no statement regarding the merits of Plaintiffs' complaint or their standing to sue under state law.

**ACCORDINGLY**, on this 25th day of April 2016, **IT IS HEREBY ORDERED THAT** this action is **REMANDED** to the Court of Common Pleas of Dauphin County, Pennsylvania.

The Clerk of Court is directed to close this case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania