UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Case 1:15-cv-00322-YK   Document 53   Filed 04/28/16   Page 1 of 1

- Sender: Please print your name, address, and ZIP+4® in this box•

(Lgl) 4/25/16 Remand Order (J. Kane)

1:15-CV-0322

**OFFICE OF THE CLERK**
**U.S. DISTRICT COURT**
**228 WALNUT STREET**
**P.O. BOX 983**
**HARRISBURG, PA. 17108**