OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Maria E. Elkins
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

April 25, 2016

**FILED SCRANTON**

APR 29 2016

PER _____
DEPUTY CLERK

**VIA CERTIFIED MAIL(RRR)**
Steve Farina, Prothonotary
Dauphin County Court of Common Pleas
101 Market Street, Room 101
Harrisburg, PA 17101

IN RE: **Firearm Owners Against Crime, et al., v. City of Harrisburg, et al.**
Civil Action No. 1:15-CV-0322 USDC MDPA (Dauphin Co. 2015-CV-3540)

Dear Mr. Farina:

I have enclosed both a certified copy of our docket sheet and a certified copy of the Court's Order, of April 25, 2016, remanding this matter to the Court of Common Pleas of Dauphin County.

Please acknowledge receipt of these items at the bottom portion of this letter and return a copy of the same, to our offices, at your earliest convenience.

Thank you for your attention in this matter.

Very truly yours,

MARIA E. ELKINS, CLERK

Kimberly A. McKinney
Deputy Clerk

Enclosures

**RECEIPT**

I hereby acknowledge receipt this ___27th___ day of ___April___, 2016.

_____
SIGNATURE

RECEIVED
2016 APR 27 AM 7:55
DAUPHIN COUNTY PENNA
OFFICE OF PROTHONOTARY

*Stephen E. Farina*
Dauphin County Prothonotary
101 Market Street, Room 101
Harrisburg, PA 17101

RECEIVED
APR 29 2016
SCRANTON
PER _____ DEPUTY CLERK

US District Court for the Middle District of PA
235 North Washington Avenue
PO Box 1148
Scranton, PA 18501-1148

Hasler   FIRST-CLASS MAIL
04/27/2016
US POSTAGE $000.46⁵
ZIP 17101
011E12650392

18501131148 B059